**CROSNER LEGAL, P.C.**
Craig W. Straub (SBN 249032)
*craig@crosnerlegal.com*
Lilach H. Klein (SBN 323202)
*lilach@crosnerlegal.com*
Michael T. Houchin (SBN 305541)
*mhouchin@crosnerlegal.com*
Zachary M. Crosner (SBN 272295)
*zach@crosnerlegal.com*
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429

*Attorneys for Plaintiffs and the Proposed Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADINA RINGLER, KRISTA ROBLES, JAY SMITH, and JANA RABINOWITZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE J.M. SMUCKER COMPANY,<br><br>Defendant. | Case No. 2:25-cv-01138-AH-E<br><br>CLASS ACTION<br><br>**DECLARATION OF CRAIG W. STRAUB IN SUPPORT OF PLAINTIFF ADINA RINGLER'S MOTION TO COMPEL**<br><br>Date:  October 17, 2025<br>Time:  9:30 a.m.<br>Ctrm:  750<br>Judge: Hon. Charles F. Eick<br><br>Action Filed: Feb. 10, 2025<br>Trial Date: August 4, 2026 |

I, Craig W. Straub, hereby declare the following pursuant to 28 U.S.C. § 1746:

1.      I am a member in good standing of the State Bar of California and the Central, Northern, Southern, and Eastern Districts of California, and I, along with my colleagues, represent Plaintiffs Adina Ringler, Krista Robles, Jay Smith, and Jana Rabinowitz ("Plaintiffs") in the above-captioned action. I submit this Declaration in Support of Plaintiff Adina Ringler's Motion to Compel. I make this Declaration based on my personal knowledge and if called to testify, I could and would competently testify to the matter contained herein.

2.      On May 13, 2025, Plaintiff served Requests for Production of Documents, Interrogatories, and Requests for Admission on Defendant.

3.      Defendant served responses to Plaintiff's discovery on June 23, 2025, and served amended responses to Plaintiff's Requests for Production of Documents on July 18, 2025. Defendant's responses consisted of boilerplate objections.

4.      The parties met and conferred regarding Defendant's discovery responses via telephone on August 11, August 13, and September 10, 2025. During meet and confer calls with Plaintiff's counsel on August 11 and 13, 2025, Defendant's counsel stated Defendant's investigation was ongoing, and represented that Defendant intended to supplement each of its responses with substantive answers. On September 5, 2025, Defendant stated that it was working "diligently" on a document production.

5.      On September 10, 2025, Plaintiff requested, and Defendant agreed, to provide a date certain for its production of documents and an estimated date for the production of amended responses to Plaintiff's Interrogatories and Requests for Admission by September 10, 2025. However, Defendant failed to do so.

6.      To date, Defendant has not produced a single responsive document, has not provided a single substantive response to Plaintiff's discovery requests, and has failed to specify a date for production of documents as required by Fed. R. Civ. P. 34(b)(2)(B).

1

*Ringler, et al. v. The J.M. Smucker Company*, Case No. 2:25-cv-01138-AH-KES
DECLARATION IN SUPPORT OF MOTION TO COMPEL

7.      Attached hereto as **Exhibit 1** is the Civil Pretrial Schedule and Trial Order entered in this matter on July 31, 2025. Plaintiff's deadline to file a Motion for Class Certification is on November 12, 2025 – less than two months away.

8.      On August 28, 2025, Plaintiff served a Rule 30(b)(6) Notice of Taking the Deposition of Defendant seeking testimony on one subject matter related to the Source/Manufacture/Processing of the citric acid at issue. The Rule 30(b)(6) Notice was served along with correspondence stating that Plaintiff "will work with you on a date/time for this deposition." On September 10, 2025, the parties met and conferred about the Rule 30(b)(6) deposition. Defendant stated that it did not intend to attend or produce a deponent for the scheduled 30(b)(6) deposition, but would provide proposed deposition dates. To date, Defendant has failed to provide a date certain for the deposition.

9.      Because Defendant has failed to produce a single document and has failed to provide a single substantive response to Plaintiff's discovery responses, which were served over four months ago, Plaintiff respectfully requests that the Court compel Defendant to provide substantive discovery responses and produce responsive documents immediately. Further, because Defendant has failed to provide a date certain for the Rule 30(b)(6) deposition, Plaintiff respectfully requests that the Court compel Defendant to provide a Rule 30(b)(6) deposition within two weeks of the Court's order

Dated: September 15, 2025

CROSNER LEGAL, P.C.

By:      */s/ Craig W. Straub*

Craig W. Straub

9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429
craig@crosnerlegal.com

2

***Attorneys for Plaintiffs and the Proposed Class***

*Ringler, et al. v. The J.M. Smucker Company*, Case No. 2:25-cv-01138-AH-KES
DECLARATION IN SUPPORT OF MOTION TO COMPEL