**CROSNER LEGAL, P.C.**
Craig W. Straub (SBN 249032)
*craig@crosnerlegal.com*
Lilach H. Klein (SBN 323202)
*lilach@crosnerlegal.com*
Michael T. Houchin (SBN 305541)
*mhouchin@crosnerlegal.com*
Zachary M. Crosner (SBN 272295)
*zach@crosnerlegal.com*
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429

*Attorneys for Plaintiffs and the Proposed Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADINA RINGLER, KRISTA ROBLES, JAY SMITH, and JANA RABINOWITZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE J.M. SMUCKER COMPANY,<br><br>Defendant. | Case No. 2:25-cv-01138-AH-E<br><br>CLASS ACTION<br><br>**DECLARATION OF LILACH H. KLEIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>Date:   October 29, 2025<br>Time:   1:30 a.m.<br>Ctrm:   9C<br>Judge: Anne Hwang<br><br>Complaint Filed: Feb. 10, 2025<br>Trial Date:        Aug. 4, 2026 |

I, Lilach H. Klein, hereby declare the following pursuant to 28 U.S.C. § 1746:

1.    I am a member in good standing of the State Bar of California and the Central, Northern, Southern, and Eastern Districts of California, and I, along with my colleagues, represent Plaintiffs Adina Ringler, Krista Robles, Jay Smith, and Jana Rabinowitz ("Plaintiffs") in the above-captioned action. I submit this Declaration in Support of Plaintiffs' Opposition to Defendant's Motion to Dismiss the First Amended Complaint. I make this Declaration based on my personal knowledge and if called to testify, I could and would competently testify to the matter contained herein.

2.    The inclusion of Products not purchased by Plaintiffs in the First Amended Complaint was inadvertent. During the Parties' meet and confer videoconference, Plaintiffs acknowledged this error and agreed to remove these allegations from the First Amended Complaint. Defendant indicated it would proceed with filing a Motion to Dismiss on this basis.

Dated: October 8, 2025

CROSNER LEGAL, P.C.

By:    */s/ Lilach H. Klein*

Lilach H. Klein

9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429
lilach@crosnerlegal.com
**Attorneys for Plaintiffs and the Proposed Class**

1