1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADINA RINGLER, KRISTA ROBLES, JAY SMITH, and JANA RABINOWITZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE J. M. SMUCKER COMPANY,<br><br>Defendant. | Case No. 2:25-cv-01138-AH(Ex)<br><br>**ORDER GRANTING JOINT REQUEST FOR REMOTE APPEARANCE AT OCTOBER 29, 2025 HEARING  [57]** |

– 1 –

ORDER GRANTING JOINT REQUEST FOR REMOTE APPEARANCE AT OCTOBER 29, 2025 HEARING
CASE NO. 2:25-cv-01138

1  Having considered Plaintiff Adina Ringler and Defendant The J.M. Smucker Company's (collectively, the "Parties) Joint Request for Remote Appearance at October 29, 2025 Hearing, and finding good cause, the Court hereby **GRANTS** the request. The Parties may appear remotely at the hearing set for October 29, 2025.

Counsel are directed to visit the ZOOM Webinar Information, that can be found on the Court's Website, under Judge Hwang's Procedures. Counsel may log in at least 15 minutes in advance of the hearing.  Counsel and the parties are reminded that there is a general prohibition against photographing, recording, and rebroadcasting of court proceedings (including those held by telephone or video conference) and any recording of a court proceeding held by video or teleconference, including "screenshots"or other visual copying of a hearing, is **absolutely prohibited.**

    **IT IS SO ORDERED.**

Date: OCTOBER 23, 2025



  Hon. Anne Hwang
  UNITED STATES DISTRICT JUDGE