– 1 –

| | |
|---|---|
| 1 | Craig W. Straub (SBN 249032) |
| | craig@crosnerlegal.com |
| 2 | Lilach H. Klein (SBN 323202) |
| | lilach@crosnerlegal.com |
| 3 | Michael T. Houchin (SBN 305541) |
| | mhouchin@crosnerlegal.com |
| 4 | Zachary M. Crosner (SBN 272295) |
| | zach@crosnerlegal.com |
| 5 | CROSNER LEGAL, P.C. |
| | 9440 Santa Monica Blvd. Suite 301 |
| 6 | Beverly Hills, CA 90210 |
| | Tel: (866) 276-7637 |
| 7 | Fax: (310) 510-6429 |

*Attorneys for Plaintiffs Adina Ringler, Krista Robles, Jay Smith, and Jana Rabinowitz*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADINA RINGLER, KRISTA ROBLES, JAY SMITH, and JANA RABINOWITZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE J.M. SMUCKER COMPANY,<br><br>Defendant. | Case No. 2:25-cv-01138-AH-E<br><br>Hon. Anne Hwang<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER**<br><br>Complaint filed: February 10, 2025<br>Current Trial Date: August 4, 2026 |

– 2 –

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs Adina Ringler, Krista Robles, Jay Smith, and Jana Rabinowitz ("Plaintiffs") and Defendant The J.M. Smucker Company ("Smucker" and collectively, the "Parties") by and through their undersigned counsel of record, hereby agree and stipulate to modify the Court's July 31, 2025, Civil Pretrial Schedule and Trial Order (ECF No. 38, the "Scheduling Order") for the reasons stated below.

**WHEREAS,** this Stipulation is accompanied by a declaration from Plaintiffs' counsel setting forth the specific reasons for the requested continuance as required by the Court's Standing Order (ECF No. 12 at ¶ 3). Defendant will file a declaration from its counsel following the filing of this Stipulation;

**WHEREAS,** on July 31, 2025, the Court entered the Scheduling Order in the above-captioned action (the "Action") (ECF No. 38 at 3);

**WHEREAS,** on October 29, 2025, the Court held a hearing and advised counsel to meet and confer regarding modification of the Scheduling Order and noted during the hearing that the Court would grant a reasonable modification to the Scheduling Order, including a briefing schedule for Plaintiffs' forthcoming motion for class certification (*see* ECF No. 62);

**WHEREAS**, pursuant to Civil Local Rule 7-3, the Parties met and conferred regarding modification of the Scheduling Order and agreed on an extension of deadlines to allow the Parties to respond to additional discovery requests, meet and confer on the ongoing discovery disputes, produce documents in accordance with the agreed upon scope of discovery, and prepare for and conduct Fed. R. Civ. P. 30(b)(6) depositions and percipient witness depositions;

**WHEREAS**, the Parties further acknowledge that additional time is needed to retain and consult with experts in connection with class certification issues, including experts in consumer perception, marketing, and labeling, who require access to relevant discovery materials;

1  **WHEREAS**, to date, Defendant has been working on collecting documents for production, has produced, among other things, product labels, and documentation relating to the supplier of the citric acid used in the Products at issue, and is in the process of making additional productions of responsive, non-privileged documents;

**WHEREAS**, the Parties have not previously requested the Court to modify the Scheduling Order through stipulation;

**WHEREAS**, under Fed. R. Civ. P. 6(b)(1)(A), "the court may, for good cause, extend the time with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires"; and

**WHEREAS,** for the reasons stated above, as detailed in the concurrently filed declarations from counsel for the Parties, good cause exists for the Court to grant this Stipulation.

**NOW THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE AND JOINTLY REQUEST THE FOLLOWING[1]:**

| Trial and Pretrial Dates | Original Deadline | Defendant's Proposed Dates | Plaintiffs' Proposed Dates | Stipulated Deadline |
|---|---|---|---|---|
| Jury Trial<br><br>Note: Any requests for additional trial days must be made at the time of the deadline for Trial Filings (First Round). The Court will make a final determination on the days needed for trial at the FPTC. | August 4, 2026 [Tuesday] at 8:30 a.m. | Agreed | Agreed | **May 4, 2027** |
| Final Pretrial Conference [L.R. 16], Hearing on Motions *in Limine* | July 15, 2026 | Agreed | Agreed | **April 14, 2027** |

---

[1] *See* Declaration of Ronald Y. Rothstein (explaining basis for Defendant's proposed schedule).

– 4 –

| | | | | |
|---|---|---|---|---|
| Note: All hearings shall be on Wednesdays at 1:30 p.m. By default, all hearings shall proceed in person, unless a request is made by the parties. | | | | |
| Last Date to Hear Motion to Amend Pleadings or Add Parties [Wednesday] | September 17, 2025 | N/A | N/A | **Deadline Has Passed** |
| Class Certification Motion Deadline | November 12, 2025 | And Deadline to Complete Any Expert Reports Upon Which Plaintiffs Rely in Their Motion<br><br>March 25, 2026 | March 25, 2026 | **March 25, 2026** |
| Fact Discovery Cutoff<br><br>Note: Any motions to compel must be filed and heard before the discovery cutoff. | March 11, 2026 | February 23, 2026 | December 9, 2026 | **Could Not Agree** |
| [Defendant's Requested Event] -- Opposition to Class Certification Motion Deadline, Deadline to Complete Any Expert Reports Upon Which Defendant Relies in Its Motion, and Deadline to File Any *Daubert* Motions[2] as to Plaintiffs' Experts | N/A | July 8, 2026 | Per Code | **Could Not Agree** |

– 5 –

| | | | | |
|---|---|---|---|---|
| [Defendant's Requested Event] --Deadline to Complete Depositions and Document Productions for Plaintiffs' Experts Re Class Certification | N/A | July 8, 2026 | *See* Expert Discovery Cutoff Date | **Could Not Agree** |
| [Defendant's Requested Event] -- Reply in Support of Class Certification Motion Deadline, Deadline to Complete Any Rebuttal Expert Reports Upon Which Plaintiffs' Rely in Their Motion, and Deadline to File Any *Daubert* Motions as to Defendant's Experts | N/A | August 7, 2026 | Per Code | **Could Not Agree** |
| [Defendant's Requested Event] --Deadline to Complete Depositions and Document Productions for Defendant's Experts Re Class Certification | N/A | August 7, 2026 | *See* Expert Discovery Cutoff Date | **Could Not Agree** |
| Expert Disclosure (Initial) | March 25, 2026 | | Sept. 9, 2026 | **Could Not Agree** |
| Expert Disclosure (Rebuttal) | April 8, 2026 | | Oct. 7, 2026 | **Could Not Agree** |
| Expert Discovery Cutoff | April 15, 2026 | Aug. 7, 2026 | Dec. 9, 2026 | **Could Not Agree** |
| Last Date to Hear Motions [Wednesday] | April 22, 2026 | Agreed | Agreed | **January 20, 2027** |

| | | | | |
|---|---|---|---|---|
| Deadline to Complete Settlement Conference via Private Mediation [L.R. 16-15] | June 10, 2026 | Agreed | Agreed | **March 10, 2027** |
| Trial Filings (first round)<br>• Motions in Limine<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Joint Witness List<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only)<br>• Requests for judicial notice<br><br>Note: All trial filings must be filed as well as emailed in Word version to the chambers email box at AH Chambers@cacd.uscourts.gov. Each party may file no more than five (5) motions *in limine* without seeking leave from the Court. | June 17, 2026 | Agreed | Agreed | **March 17, 2027** |
| Trial Filings (second round)<br>• Oppositions to Motions in Limine | July 1, 2026 | Agreed | Agreed | **March 31, 2027** |

| | | | | |
|---|---|---|---|---|
| <ul><li>Joint Proposed Final Pretrial Conference Order [L.R. 16-7]</li><li>Joint Agreed Upon Proposed Jury Instructions (jury trial only)</li><li>Disputed Proposed Jury Instructions (jury trial only)</li><li>Joint Proposed Verdict Forms (jury trial only)</li><li>Joint Proposed Statement of the Case (jury trial only)</li><li>Proposed Voir Dire Questions, if any (jury trial only)</li><li>Evidentiary Objections to Declarations of Direct Testimony (bench trial only)</li><li>Table of challenged exhibits</li><li>Deposition designations as to which the parties have any dispute or objection</li></ul> | | | | |

**IT IS SO STIPULATED AND AGREED.**

Dated: November 7, 2025               CROSNER LEGAL, P.C.

                                      By: */s/ Craig W. Straub*
                                          Craig W. Straub
                                          Lilach H. Klein
                                          Michael T. Houchin

Zachary M. Crosner

*Attorneys for Plaintiffs Adina Ringler, Krista Robles, Jay Smith, and Jana Rabinowitz*

Dated: November 7, 2025

WINSTON & STRAWN LLP

By: */s/ Ronald Y. Rothstein*
Ronald Y. Rothstein (*pro hac vice*)
Jared R. Kessler (*pro hac vice*)
Shawn R. Obi

*Attorneys for Defendant The J.M. Smucker Company*

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

Dated: November 7, 2025

CROSNER LEGAL, P.C.

By: */s/ Craig W. Straub*
  Craig W. Straub

*Attorneys for Plaintiffs Adina Ringler, Krista Robles, Jay Smith, and Jana Rabinowitz*