**CROSNER LEGAL, P.C.**
Craig W. Straub (SBN 249032)
*craig@crosnerlegal.com*
Lilach H. Klein (SBN 323202)
*lilach@crosnerlegal.com*
Michael T. Houchin (SBN 305541)
*mhouchin@crosnerlegal.com*
Zachary M. Crosner (SBN 272295)
*zach@crosnerlegal.com*
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429

*Attorneys for Plaintiffs and the Proposed Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADINA RINGLER, KRISTA ROBLES, JAY SMITH, and JANA RABINOWITZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE J.M. SMUCKER COMPANY,<br><br>Defendant. | Case No. 2:25-cv-01138-AH-E<br><br>**DISCOVERY MATTER**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL COMPLIANCE WITH SUBPOENA *DUCES TECUM***<br><br>Date:   January 23, 2026<br>Time:  9:30 a.m.<br>Ctrm:  750<br>Judge: Hon. Charles F. Eick<br><br>Action Filed:          Feb. 10, 2025<br>Discovery Cutoff:   Sep. 30, 2026<br>Pretrial Conference: Feb. 3, 2027<br>Trial Date:             Feb. 23, 2027 |

**TO THE HONORABLE COURT AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** on January 23, 2026 in Courtroom 750 of the Roybal Federal Building and United States Courthouse at 255 East Temple Street, Los Angeles, CA, 90012, Plaintiffs Adina Ringler, Krista Robles, Jay Smith, and Jana Rabinowitz ("Plaintiffs") will and hereby do move this Court for an Order compelling BBFY Industrial USA, Inc. ("BBFY") to comply with a subpoena *duces tecum* served upon it pursuant to Rule 45 of the Federal Rules of Civil Procedure.

The motion will be based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities in support of the Motion, the accompanying Declaration of Lilach H. Klein and Exhibits 1-3 attached thereto, all pleadings and papers on file in this action, and such other argument and evidence as may be presented to the Court prior to or at the hearing on this matter.

Plaintiffs' counsel certifies that they requested to meet and confer with BBFY more than 7 days prior to the filing of this motion, and BBFY failed to meet and confer.

DATED: December 22, 2025          Respectfully submitted,

*/s/ Lilach H. Klein*
LILACH H. KLEIN
*Counsel for Plaintiffs and the Proposed Class*

1