**CROSNER LEGAL, P.C.**
Craig W. Straub (SBN 249032)
*craig@crosnerlegal.com*
Lilach H. Klein (SBN 323202)
*lilach@crosnerlegal.com*
Michael T. Houchin (SBN 305541)
*mhouchin@crosnerlegal.com*
Zachary M. Crosner (SBN 272295)
*zach@crosnerlegal.com*
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429
*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADINA RINGLER, KRISTA ROBLES, JAY SMITH, and JANA RABINOWITZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE J.M. SMUCKER COMPANY,<br><br>Defendant. | Case No. 2:25-cv-01138-AH-E<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF LILACH H. KLEIN IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA *DUCES TECUM***<br><br>Date:   January 23, 2026<br>Time:  9:30 a.m.<br>Ctrm:  750<br>Judge: Hon. Charles F. Eick<br><br>Action Filed:          Feb. 10, 2025<br>Discovery Cutoff:   Sep. 30, 2026<br>Pretrial Conference: Feb. 3, 2027<br>Trial Date:              Feb. 23, 2027 |

I, Lilach H. Klein, hereby declare as follows:

1. I am a member in good standing of the State Bar of California and of the United States District Courts for the Northern, Central, Eastern and Southern Districts of California. I submit this Declaration in Support of Plaintiffs' Motion to Compel Compliance with Subpoena *Duces Tecum*. I make this Declaration based on my personal knowledge and if called to testify, I could and would competently testify to the matters contained herein.

2. In its responses to Plaintiff Ringler's Requests for Admission, Defendant stated that it lacks information regarding how the citric acid used in its Products is manufactured, including whether the citric acid was extracted from natural citrus juice or manufactured using *Aspergillus niger*.

3. In its responses to Plaintiff Ringler's Interrogatories, Defendant identified Harris & Ford, LLC as its sole citric acid supplier.

4. In response to a Rule 45 subpoena by Plaintiffs, Harris & Ford, LLC identified BBFY Industrial USA, Inc. as a manufacturer of the citric acid used in the Products. On December 19, 2025, Harris & Ford, LLC provided permission to Plaintiffs' counsel to file this information publicly.

5. Attached hereto as **Exhibit 1** is a true and correct copy of the Subpoena to Produce Documents Plaintiffs served on non-party BBFY Industrial USA, Inc. ("BBFY").

6. Attached hereto as **Exhibit 2** is a true and correct copy of the proof of service of the subpoena showing service on BBFY on November 19, 2025.

7. BBFY did not formally respond to the subpoena. Thus, BBFY neither produced documents nor served formal objections.

8. Attached hereto as **Exhibit 3** is a true and correct copy of the email chain between BBFY and Plaintiffs' counsel.

9. Other than the initial email from BBFY on November 21, 2025, to date, Plaintiffs' counsel received no further correspondence from BBFY or response to

-1-

*Ringler, et al. v. The J.M. Smucker Co.*, Case No. 2:25-cv-01138-AH-E
KLEIN DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL

the subpoena.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on this 22nd day of December, 2025 at Sacramento, California.

Dated: December 22, 2025      CROSNER LEGAL, P.C.

By:    */s/ Lilach H. Klein*
         Lilach H. Klein

9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429
lilach@crosnerlegal.com

*Attorneys for Plaintiffs and the Proposed Class*