# EXHIBIT 2

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Lilach Klein (SBN 323202) <br> CROSNER LEGAL, PC <br> 9440 Santa Monica Blvd., Suite 301 <br> Beverly Hills, CA 90210 <br> *Telephone No:* (424) 332-3107 <br><br> *Attorney For:* Plaintiff | *Ref. No. or File No.:* <br> 01593 - Ringler | |
| *Insert name of Court, and Judicial District and Branch Court:* <br> United States District Court for the Central District of California | | |
| *Plaintiff:* Adina Ringler., et al <br> *Defendant:* The J.M. Smucker Company | | |

| PROOF OF SERVICE | Hearing Date: <br> 12/04/2025 | Time: <br> 10:00 am | Dept/Div: | Case Number: <br> 2:25-cv-01138-AH-E |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Stipulated Protective Order And Order

3. a. Party served:    BBFY Industrial USA Inc.
   b. Person served:   Ann Liang, Front Desk, Authorized to Accept

4. Address where the party was served:   21487 Ferrero Parkway, City of Industry, CA 91789

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Nov 19 2025 (2) at: 05:15 PM

6. **Person Who Served Papers:**
   a. John Salazar (6222, Los Angeles)                         d. *The Fee* for Service was: $98.65
   **b. FIRST LEGAL**
     1517 W. Beverly Blvd.
     LOS ANGELES, CA 90026
   c. (213) 250-1111

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

|  |  |
|---|---|
| 11/20/2025 | *(signature)* |
| (Date) | (Signature) |



PROOF OF SERVICE

14589001
(17542388)