# EXHIBIT 3

12/17/25, 8:15 PM — Crosner Legal Mail - Re: Response to Subpoena to produce documents, information, or objects -Civil Action NO.2:25-cv-00138-A…

Case 2:25-cv-01138-AH-E    Document 69-5    Filed 12/22/25    Page 2 of 3    Page ID #:1113



Lilach Klein <lilach@crosnerlegal.com>

# Re: Response to Subpoena to produce documents, information, or objects -Civil Action NO.2:25-cv-00138-AH-E

1 message

**Lilach Klein** <lilach@crosnerlegal.com>  Wed, Dec 17, 2025 at 10:16 AM
To: BBFY Industrial USA Inc <bbfyusa@aol.com>
Cc: "craig@crosnerlegal.com" <craig@crosnerlegal.com>, 张中明 <tomphson@bbfyusa.com>, Lidong <lidong@bbfyusa.com>, 仓库 <warehouse@bbfyusa.com>

Hello,

Please be advised that we intend to file a motion to compel compliance with the subpoena with the Court this week. Please let us know if BBFY is willing to meet and confer before then. Thank you.

On Fri, Dec 5, 2025 at 8:43 AM Lilach Klein <lilach@crosnerlegal.com> wrote:
> Attention: Legal Matter
>
> Hello,
>
> The subpoena referenced below required production of documents by December 4. As of today, we have not received any documents or written objections in response to the subpoena.
>
> Because no objections were served, any objections have been waived under the applicable rules. Additionally, because no documents were produced, we will need to move to compel production.
>
> We request your availability for a meet and confer to discuss your compliance with the subpoena and determine whether we can avoid motion practice. Please provide your availability within the next three business days.
>
> If we do not hear from you or are unable to resolve this issue, we will have no choice but to file with the court a motion to compel compliance with the subpoena, including seeking any appropriate relief permitted by the rules.
>
> We appreciate your prompt attention to this matter. Thank you.
>
> On Mon, Nov 24, 2025 at 9:17 AM Lilach Klein <lilach@crosnerlegal.com> wrote:
>> Hello,
>>
>> BBFY supplied citric acid to Harris & Ford, LLC. The subpoena therefore requests information regarding the citric acid supplied by BBFY.
>>
>> The documents must be produced by December 4, but if you need additional time please let us know and we will work with you. Thank you.
>>
>> On Fri, Nov 21, 2025 at 5:18 PM BBFY Industrial USA Inc <bbfyusa@aol.com> wrote:
>>> Dear Clerk of Court  or Attorney,
>>>
>>> We got this attached hard copy "Subpoena to produce documents, information, or ,objects or to permit inspection of premises in a civil action" request, but after ourself check , the plaintiff Adina Ringler,et al and Defendant The J.M. Smucker Company ,both parties are not related to our company. We didn't sell our products or have direct business with both parties. So , not sure what actions we need to do .
>>>
>>> Thanks ,
>>> BBFY

12/17/25, 8:15 PM    Cosmer Legal Mail - Re: Response to subpoena to produce documents, information, or objects, Civil Action No. 2:25-cv-00138-A…

Case 2:25-cv-01138-AH-E    Document 69-5    Filed 12/22/25    Page 3 of 3    Page ID #:1114

BBFY Industrial USA Inc
Add：501 Finnegans Ln, North Brunswick Township, NJ 08902
21487 Ferrero Pkwy., City of Industry, CA 91789
Tel： (909)595-5599 / (732)873 0979 Fax： (909)595-2822
Web： http://www.bbfyusa.com/