**CROSNER LEGAL, P.C.**
Craig W. Straub (SBN 249032)
*craig@crosnerlegal.com*
Lilach H. Klein (SBN 323202)
*lilach@crosnerlegal.com*
Michael T. Houchin (SBN 305541)
*mhouchin@crosnerlegal.com*
Zachary M. Crosner (SBN 272295)
*zach@crosnerlegal.com*
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429
***Attorneys for Plaintiffs and the Proposed Class***

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADINA RINGLER, KRISTA ROBLES, JAY SMITH, and JANA RABINOWITZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE J.M. SMUCKER COMPANY,<br><br>Defendant. | Case No. 2:25-cv-01138-AH-E<br><br>**DISCOVERY MATTER**<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA *DUCES TECUM***<br><br>Date:  January 23, 2026<br>Time:  9:30 a.m.<br>Ctrm:  750<br>Judge:  Hon. Charles Eick<br><br>Action Filed: Feb. 10, 2025<br>Discovery Cutoff: Sep. 30, 2026<br>Pretrial Conference: Feb. 3, 2027<br>Trial Date: Feb. 23, 2027 |

---

*Ringler, et al. v. The J.M. Smucker Co.*, Case No. 2:25-cv-01138-AH-E
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION
TO COMPEL COMPLIANCE WITH SUBPOENA *DUCES TECUM*

1  **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**
2  **PLEASE TAKE NOTICE THAT** Plaintiffs hereby withdraw their Motion to
3  Compel Compliance with Subpoena *Duces Tecum* without prejudice. This Motion
4  was filed on December 22, 2025 at Docket No. 69. Plaintiffs respectfully request
5  that the hearing scheduled for January 23, 2026 be taken off calendar.

Dated: January 9, 2026              CROSNER LEGAL, P.C.


                                    By:      /s/ Lilach H. Klein
                                             Lilach H. Klein

                                    9440 Santa Monica Blvd. Suite 301
                                    Beverly Hills, CA 90210
                                    Tel: (866) 276-7637
                                    Fax: (310) 510-6429
                                    lilach@crosnerlegal.com

                                    *Attorneys for Plaintiffs and the Proposed Class*

-1-

*Ringler, et al. v. The J.M. Smucker Co.*, Case No. 2:25-cv-01138-AH-E
NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA *DUCES TECUM*

# CERTIFICATE OF SERVICE

I the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. My business address is: Crosner Legal, P.C., 9440 Santa Monica Blvd., Ste. 301, Beverly Hills, CA 90210.

On **January 9, 2026**, I served the document(s) described as:

- **PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENA *DUCES TECUM***

on the interested parties in this action by sending a true copy thereof as follows:

| | |
|---|---|
| **WINSTON & STRAWN, LLP**<br>Jared R. Kessler<br>JRKessler@winston.com<br>Ronald Y. Rothstein<br>RRothste@winston.com<br>Kent Z. Steinberg<br>KSteinberg@winston.com<br>Peyton Sherwood<br>PSherwood@winston.com<br>Shawn R. Obi<br>sobi@winston.com | Counsel for Defendant, The J.M. Smucker Company |

[X] **VIA CM/ECF** Pursuant to Fed. R. Civ. P. 5(b)(2)(e), this document was served via the Court's electronic filing system.

| | |
|---|---|
| **BBFY Industrial USA Inc.,**<br>21487 Ferrero Pkwy,<br>City of Industry, CA 91789 | Custodian of Records and Subpoenaed Party |

[X] **BY UNITED STATES POSTAL SERVICE.** I enclosed the documents in electronic pdf format and submitted them electronically into the mail provider, Letterstream, Inc.'s, online mail portal (letterstream.com) to be mailed addressed to the entities and/or persons listed in the Service List as set forth herein. I caused an envelope containing the documents to be placed for collection and mailing and to be

-2-

*Ringler, et al. v. The J.M. Smucker Co.*, Case No. 2:25-cv-01138-AH-E
NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA *DUCES TECUM*

1  mailed by First Class Mail, following our law firm and Letterstream, Inc.'s ordinary
2  business practices. I am readily familiar with our business practices and the business
3  practices of Letterstream, Inc. for collecting and processing correspondence for
   mailing. Correspondence deposited in the ordinary course of business with the
4  United States Postal Service, in a sealed envelope with postage fully prepaid.
   Pursuant to that practice, the above-referenced document(s) were sealed in an
5  envelope, with postage paid, and deposited with a post office, mailbox, sub-post
6  office, substation, mail chute, or other facility or postal pick up/drop off regularly
   maintained by the United States Postal Service or an affiliate thereof, at or near
7  Phoenix, Arizona.

9    I declare under the penalty of perjury under the laws of the State of California
10 that the foregoing is true and correct.

12   Executed on January 9, 2026 in California.

            *Allison Kelly*
            Allison Kelly

-3-

*Ringler, et al. v. The J.M. Smucker Co.*, Case No. 2:25-cv-01138-AH-E
NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA *DUCES TECUM*