**EXHIBIT 5**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADINA RINGLER, KRISTA ROBLES, JAY SMITH, and JANA RABINOWITZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE J.M. SMUCKER COMPANY,<br><br>Defendant. | Case No.: 2:25-cv-01138-AH-Ex<br><br>**ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER [65]** |

ORDER

# ORDER

Having read and considered the Parties' Stipulation to Modify the Scheduling Order, the Stipulation is GRANTED. The case deadlines are as follows:

| Trial and Pretrial Dates | Deadline |
|---|---|
| Jury Trial<br><br>Note: Any requests for additional trial days must be made at the time of the deadline for Trial Filings (First Round). The Court will make a final determination on the days needed for trial at the FPTC. | February 23, 2027<br>At 8:30 a.m. |
| Final Pretrial Conference [L.R. 16], Hearing on Motions *in Limine*<br><br>Note: All hearings shall be on Wednesdays at 1:30 p.m. By default, all hearings shall proceed in person, unless a request is made by the parties. | February 3, 2027 |
| Last Date to Hear Motion to Amend Pleadings or Add Parties [Wednesday] | **Deadline Has Passed** |
| Class Certification Motion Deadline | **February 25, 2026** |
| Opposition to Class Certification Motion Deadline, Deadline to Complete Any Expert Reports Upon Which Defendant Relies in Its Motion, and Deadline to File Any *Daubert* Motions as to Plaintiffs' Experts | **April 8, 2026** |
| Reply in Support of Class Certification Motion Deadline, Deadline to Complete Any Rebuttal Expert Reports Upon Which Plaintiffs' Rely in Their Motion, and Deadline to File Any *Daubert* Motions as to Defendant's Experts | **April 29, 2026** |
| Fact Discovery Cutoff<br><br>Note: Any motions to compel must be filed and heard before the discovery cutoff. | **September 30, 2026** |
| Expert Disclosure (Initial) | **October 14, 2026** |
| Expert Disclosure (Rebuttal) | **October 28, 2026** |

| | |
|---|---|
| Expert Discovery Cutoff | **November 4, 2026** |
| Last Date to Hear Motions [Wednesday] | **November 11, 2026** |
| Deadline to Complete Settlement Conference via Private Mediation [L.R. 16-15] | **December 23, 2026** |
| Trial Filings (first round)<br>• Motions in Limine<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Joint Witness List<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only)<br>• Requests for judicial notice<br><br><u>Note</u>: All trial filings must be filed as well as emailed in Word version to the chambers email box at AH [Chambers@cacd.uscourts.gov](mailto:Chambers@cacd.uscourts.gov). Each party may file no more than five (5) motions *in limine* without seeking leave from the Court. | **January 6, 2027** |
| Trial Filings (second round)<br>• Oppositions to Motions in Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint Agreed Upon Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only)<br>• Table of challenged exhibits | **January 20, 2027** |

ORDER

- Deposition designations as to which the parties have any dispute or objection

**IT IS SO ORDERED**.

DATED: NOVEMBER 25, 2025

_____
Hon. Anne Hwang
United States District Judge