1  **CROSNER LEGAL, P.C.**
Craig W. Straub (SBN 249032)
2  *craig@crosnerlegal.com*
Lilach H. Klein (SBN 323202)
3  *lilach@crosnerlegal.com*
Michael T. Houchin (SBN 305541)
4  *mhouchin@crosnerlegal.com*
Zachary M. Crosner (SBN 272295)
5  *zach@crosnerlegal.com*
9440 Santa Monica Blvd. Suite 301
6  Beverly Hills, CA 90210
Tel: (866) 276-7637
7  Fax: (310) 510-6429
8

9

10

11  *Attorneys for Plaintiffs and the Proposed Class*

12          **UNITED STATES DISTRICT COURT**

13          **CENTRAL DISTRICT OF CALIFORNIA**

14

| | |
|---|---|
| ADINA RINGLER, KRISTA ROBLES, JAY SMITH, and JANA RABINOWITZ, individually and on behalf of all others similarly situated, | Case No. 2:25-cv-01138-AH-E |
| | <u>CLASS ACTION</u> |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFF ADINA RINGLER'S MOTION TO COMPEL** |
| v. | |
| THE J.M. SMUCKER COMPANY, | Judge: Hon. Charles F. Eick |
| Defendant. | |

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# [PROPOSED] ORDER

Having reviewed Plaintiff Adina Ringler's Motion to Compel, and good cause appearing, the Court hereby **GRANTS** the Motion.

Defendant is ORDERED to produce all responsive documents to Plaintiff's First Set of Requests for Production of Documents no later than one (1) day from the date of this Order.

Defendant is further ORDERED to:

1. Re-run search terms numbers 2, 3, 4, 6, 7, 17, and 18 using the term "natural," without limiting those searches to (("berry W/5 spread") OR ("triple W/5 spread") OR strawberry OR raspberry);

2. Run a targeted search for the term "*Aspergillus niger*;"

3. Add Drew Ziegler as a custodian;

4. Re-run all search terms without a February 10, 2021 time limitation;

5. Produce all responsive documents without redactions;

6. Produce the following documents:

   a. All conjoint studies discussed or referenced in JMS_0000147, JMS_0001488, JMS_0002407, JMS_0002750, JMS_0002043, JMS_0002551, and JMS_0002861;

   b. All studies and data discussed or referenced in JMS_0001310–1353 and JMS_0002154;

   c. All attachments and documents discussed or referenced in JMS_0000115;   JMS_0000438–439,   JMS_0000658–659, JMS_0000912,   JMS_0003312–3384,   JMS_0003295–3308, JMS_0003390–3403, JMS_0003409–3463, and JMS_0003468–3497;

   d. The complete email chain and all attachments discussed or referenced in JMS_0000671–674; and

7. Produce Defendant's document retention policies.

1

*Ringler, et al. v. The J.M. Smucker Company*, Case No. 2:25-cv-01138-AH-KES
[PROPOSED] ORDER GRANTING PLAINTIFF ADINA RINGLER'S MOTION TO COMPEL

1    To the extent any responsive documents are not captured by re-running the
2    search terms as described above, Defendant is further ORDERED to locate and
3    produce all documents responsive to Plaintiff's First Set of Requests for Production
4    of Documents. *See NuVasive, Inc. v. Alphatec Holdings, Inc.*, No. 18-CV-0347-
5    CAB-MDD, 2019 WL 4934477, at *2 (S.D. Cal. Oct. 7, 2019).

6    To the extent any documents are withheld on the basis of privilege, Defendant
7    shall produce a privilege log within one (1) day of this Order. To the extent any
8    responsive documents no longer exist or are not in Defendant's possession,
9    Defendant shall, within one (1) day, provide a declaration to Plaintiffs confirming
10   that it conducted a good-faith search and that no responsive documents were located.

11   The Court further grants Plaintiff's request for attorneys' fees. Plaintiff shall
12   submit detailed time records within two (2) weeks of the Court's Order.

13

14   **IT IS SO ORDERED.**

15

16   Dated: _____                    _____
17                                                Honorable Charles F. Eick
                                                  United States Magistrate Judge
18

19

20

21

22

23

24

25

26

27

28

*Ringler, et al. v. The J.M. Smucker Company*, Case No. 2:25-cv-01138-AH-KES
[Proposed] Order Granting Plaintiff Adina Ringler's Motion to Compel