1

Ronald Rothstein (*pro hac vice*)
RRothste@winston.com
WINSTON & STRAWN LLP
300 North LaSalle Drive, Suite 4400
Chicago, Illinois 60654-3406
Telephone: +1 312-558-5600

Jared Kessler (*pro hac vice*)
JRKessler@winston.com
WINSTON & STRAWN LLP
200 South Biscayne Boulevard, Suite 2400
Miami, Florida 33131
Telephone: +1 305-910-0500

Shawn R. Obi (SBN: 288088)
SObi@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, Suite 3800
Los Angeles, California 90071
Telephone: +1 213-615-1700

*Attorneys for Defendant*
*The J. M. Smucker Company*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADINA RINGLER, KRISTA ROBLES, JAY SMITH, and JANA RABINOWITZ, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>THE J. M. SMUCKER COMPANY,<br><br>                    Defendant. | Case No. 2:25-cv-01138-AH-E<br><br>**DISCOVERY MATTER**<br><br>**DEFENDANT THE J.M. SMUCKER COMPANY'S NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER**<br><br>Hearing Date:    February 20, 2026<br>Time: 9:30 a.m.<br>Courtroom: 750<br>Fact Discovery Cutoff Date: September 30, 2026<br>Pretrial Conference Date: February 3, 2027<br>Trial Date: February 23, 2027 |

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## NOTICE OF MOTION AND MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE
TAKE NOTICE** that on Friday, February 13, 2026, at 9:30 a.m., or as soon thereafter as
this matter can be heard, in the Courtroom of the Honorable Charles F. Eick (Courtroom
750) of the above-entitled Court, located at the Edward R. Roybal Federal Building and
United States Courthouse, 55 E. Temple Street, Los Angeles, California 90012, Defendant
The J. M. Smucker Company ("Smucker") will and hereby does move for a protective
order precluding Plaintiff Adina Ringler ("Plaintiff") from seeking discovery on matters
irrelevant to Plaintiff's claims (the "Motion").

This Motion is based on this Notice of Motion, Smucker's Memorandum of Points
and Authorities, the accompanying declaration of Ronald Y. Rothstein, all pleadings,
papers, and documents on file herein, and any other written or oral submissions that may
be presented at or before the hearing on this Motion. This Motion is made following the
conference of counsel pursuant to Civil L.R. 37-1, which took place on January 9, 2026
and also pursuant to Civil L.R. 27-2.4 based on opposing counsel's "refus[al] to sign and
return the joint stipulation after the opposing party's portion was added."

Dated: January 23, 2026          Respectfully Submitted,

WINSTON & STRAWN LLP

By: */s/ Ronald Y. Rothstein*
   Ronald Y. Rothstein (*pro hac vice*)
   RRothste@winston.com
   WINSTON & STRAWN LLP
   300 North LaSalle Drive, Suite 4400
   Chicago, IL 60654-3406
   Telephone: +1 312-558-5600

   Jared Kessler (*pro hac vice*)
   JRKessler@winston.com
   WINSTON & STRAWN LLP
   200 South Biscayne Boulevard, Suite 2400
   Miami, FL 33131
   Telephone: +1 305-910-0500

   Shawn R. Obi (SBN: 288088)
   SObi@winston.com
   WINSTON & STRAWN LLP
   333 South Grand Avenue, Suite 3800
   Los Angeles, CA 90071
   Telephone: +1 213-615-1700

   *Attorneys for Defendant*
   *The J. M. Smucker Company*