1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADINA RINGLER, KRISTA ROBLES, JAY SMITH, and JANA RABINOWITZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE J. M. SMUCKER COMPANY,<br><br>Defendant. | Case No. 2:25-cv-01138-AH-E<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDFER GRANTING DEFENDANT THE J. M. SMUCKER COMPANY'S MOTION FOR PROTECTIVE ORDER**<br><br>Date: February 20, 2026<br>Time: 9:30 a.m.<br>Courtroom: 750<br>Fact Discovery Cutoff Date: September 30, 2026<br>Pretrial Conference Date: February 3, 2027<br>Trial Date: February 23, 2027 |

1  Having considered Defendant The J. M. Smucker Company's ("Defendant") Motion for Protective Order ("Motion"), and finding good cause, the Court hereby **GRANTS** the Motion. Plaintiff Adina Ringler ("Plaintiff") is hereby precluded from seeking discovery on matters irrelevant to Plaintiff's claims, as set forth in Defendant's Motion.

**IT IS SO ORDERED.**

Date: _____    _____

Hon. Charles F. Eick

1

*Ringler, et al. v. The J.M. Smucker Company*, Case No. 2:25-cv-01138-AH-E
[PROPOSED] ORDER GRANTING DEFENDANT THE J. M. SMUCKER COMPANY'S MOTION FOR PROTECTIVE ORDER