**EXHIBIT 2**



Lilach Klein <lilach@crosnerlegal.com>

---

## Re: Ringler et al v. The J.M. Smucker Company - 2:25-cv-01138-AH-E
1 message

---

**Lilach Klein** <lilach@crosnerlegal.com>  Thu, Jan 22, 2026 at 7:40 PM
To: "Favetta, Annette Lynn" <AFavetta@winston.com>
Cc: "Kessler, Jared R." <JRKessler@winston.com>, "allison@crosnerlegal.com" <allison@crosnerlegal.com>, "Rothstein, Ron" <RRothste@winston.com>, "Obi, Shawn R." <SObi@winston.com>, "Sherwood, Peyton" <PSherwood@winston.com>, Craig Straub <craig@crosnerlegal.com>

Hi Annette,

This response is confusing. Please clarify: do we have your authorization to file the joint stipulation with both parties' portions as reflected in the version I sent on January 21, or does your office refuse to sign?

We did not receive a signed version by 5:00 p.m. today. Accordingly, we will assume your office refuses to sign and will file a motion without Defendant's portion pursuant to Local Rule 37-2.4, on the basis that "opposing counsel . . . refused to sign and return the joint stipulation after the opposing party's portion was added."

If our understanding is incorrect and we do have your authorization to sign and file on your behalf, please let us know by 8pm today.

On Thu, Jan 22, 2026 at 6:47 PM Favetta, Annette Lynn <AFavetta@winston.com> wrote:

> Lilach,
>
> We did not alter your portions of the brief. And as you know, L.R. 37 requires a joint stipulation with both side's portions. Filing only your portion would violate the rule outright. Unfortunately, this is not the first time you've attempted to proceed in disregard of the Court's local rules. If you continue down that path, you risk the same outcome you faced previously—outright rejection of your motion. See Dkt. No. 48.
>
> 
>
> **ANNETTE FAVETTA**
> ASSOCIATE ATTORNEY
>
> **T** +1 (212) 294-4654
> afavetta@winston.com
>
> *Admitted to practice in New Jersey, New York*
>
> ---
>
> **From:** Lilach Klein <lilach@crosnerlegal.com>
> **Sent:** Thursday, January 22, 2026 4:45 PM
> **To:** Kessler, Jared R. <JRKessler@winston.com>
> **Cc:** Favetta, Annette Lynn <AFavetta@winston.com>; allison@crosnerlegal.com; Rothstein, Ron <RRothste@winston.com>; Obi, Shawn R. <SObi@winston.com>; Sherwood, Peyton <PSherwood@winston.com>; Craig Straub <craig@crosnerlegal.com>
> **Subject:** Re: Ringler et al v. The J.M. Smucker Company - 2:25-cv-01138-AH-E

Hi Jared,

I am not sure what there is to discuss, nor am I aware of any agreement to which you are referring. No agreements were reached during the meet and confer; to the contrary, we reached an impasse on the issues identified in my December 31 email.

As stated previously, Defendant's alterations to Plaintiff's portions of the brief was inappropriate. Additionally, your refusal to sign the joint stipulation because you dislike the formatting is improper.

Pursuant to C.D. Cal. Local Rule 37-2.2, Plaintiff incorporated Defendant's material into the joint stipulation and provided it to you yesterday. Pursuant to Local Rule 37-2.2, you are required to sign and return the stipulation no later than the close of business today. If we do not receive a signed copy of the joint stipulation provided yesterday, or authorization to sign on your behalf, by the end of business today, Plaintiff will need to file the motion without Defendant's portions.

On Wed, Jan 21, 2026 at 5:22 PM Kessler, Jared R. <JRKessler@winston.com> wrote:

> Lilach,
>
> The version we sent to you did not delete any of your arguments. We merely reformatted the draft stipulation so that Defendant's motion for protective order was the lead issue, which we discussed with you at our meet and confer, and you agreed. You do not have our permission to file the stipulation in its current form. We would be happy to get on a call with you tomorrow to discuss.
>
> 
>
> **JARED KESSLER**
> PARTNER
>
> T  +1 (305) 910-0654
> jrkessler@winston.com
>
> *Admitted to practice in District of Columbia, Florida*
>
> ---
>
> **From:** Lilach Klein <lilach@crosnerlegal.com>
> **Sent:** Wednesday, January 21, 2026 7:52 PM
> **To:** Favetta, Annette Lynn <AFavetta@winston.com>
> **Cc:** allison@crosnerlegal.com; Kessler, Jared R. <JRKessler@winston.com>; Rothstein, Ron <RRothste@winston.com>; Obi, Shawn R. <SObi@winston.com>; Sherwood, Peyton <PSherwood@winston.com>; Craig Straub <craig@crosnerlegal.com>
> **Subject:** Re: Ringler et al v. The J.M. Smucker Company - 2:25-cv-01138-AH-E
>
> Dear Counsel,

1/29/26, 4:13 PM
Crosner Legal Mail - Re: Ringler et al v. The J.M. Smucker Company - 2:25-cv-01138-AH-E
Case 2:25-cv-01138-AH-E    Document 79-3    Filed 01/30/26    Page 4 of 5    Page ID #:1897

It appears that some of Plaintiff's text and the formatting of the brief were deleted or altered by Defendant. This is inappropriate. Nevertheless, pursuant to C.D. Cal. Local Rule 37-2.2, we have added Defendant's material to the joint stipulation previously sent by Plaintiffs on January 13, 2026, reflected in redline below. We also ran the table of contents and have attached a clean version below.

Pursuant to C.D. Cal. Local Rule 37-2.2, please return the stipulation below with your signature by the end of business tomorrow so that it may be filed.

On Tue, Jan 20, 2026 at 8:55 PM Favetta, Annette Lynn <AFavetta@winston.com> wrote:

> Counsel,
>
> Please find attached our portion of the joint stipulation. You don't have our permission to file until Thursday which is when we expect to send you the completed employee declaration referenced in the joint stipulation.
>
> 
>
> **ANNETTE FAVETTA**
> ASSOCIATE ATTORNEY
>
> **T**  +1 (212) 294-4654
> afavetta@winston.com
>
> 200 Park Avenue, New York, NY 10166-4193
>
> *Admitted to practice in New Jersey, New York*
>
> ---
>
> **From:** Allison Kelly <allison@crosnerlegal.com>
> **Sent:** Tuesday, January 13, 2026 5:01 PM
> **To:** Kessler, Jared R. <JRKessler@winston.com>; Rothstein, Ron <RRothste@winston.com>; Obi, Shawn R. <SObi@winston.com>; Sherwood, Peyton <PSherwood@winston.com>; Steinberg, Kent Zalman <KSteinberg@winston.com>
> **Cc:** Craig Straub <craig@crosnerlegal.com>; Lilach Klein <lilach@crosnerlegal.com>
> **Subject:** Ringler et al v. The J.M. Smucker Company - 2:25-cv-01138-AH-E
>
> Counsel,
>
> Please find attached the following documents regarding Plaintiff Adina Ringler's Motion to Compel:
>
> - Notice of Motion and Motion to Compel
> - Declaration of Lilach Klein (including Exhibits 1 and 2)
> - [Proposed] Order Granting Motion to Compel
> - Draft Joint Stipulation

1/29/26, 4:13 PM Crosner Legal Mail - Re: Ringler et al v. Frito-Lay, Inc.

Case 2:25-cv-01138-AH-E    Document 79-3    Filed 01/30/26    Page 5 of 5    Page ID #:1898

Pursuant to C.D. Cal. Local Rule 37-2.2, please provide Defendant's portion of the Joint Stipulation **within seven days**, by January 20, 2026.

Thank you,


--

## Allison Kelly

Paralegal



9440 Santa Monica Blvd., Ste. 301,

Beverly Hills, CA 90210
 **Main Office**  1-866-CROSNER (866-276-7637)|

**Cell: (424) 438-4930 Fax (310) 510-6429 | Email:** allison@crosnerlegal.com
**Website:** www.crosnerlegal.com

---

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.