**EXHIBIT 19**



___

# FIRM RESUME

Crosner Legal, P.C. ("the Firm") is a boutique firm with offices in California and Washington (www.crosnerlegal.com). The Firm specializes in the prosecution of complex litigation, with a focus on class and representative actions. Founded in 2013 with an emphasis in wage and hour class actions, the Firm has expanded its practice to include other complex individual and class action cases in the areas of consumer protection, privacy rights, employment discrimination, sexual harassment and mass actions & arbitrations. Currently, over ninety percent (90%) of Crosner Legal's practice is dedicated exclusively to the prosecution of class actions and representative action lawsuits, many of which are focused in the area of false and misleading labeling of consumer products and food, drug and over-the-counter products. The Firm's experience and capabilities are based upon the talents of its attorneys who collectively have successfully prosecuted thousands of class actions lawsuits. The Firm's attorneys are presently responsible as lead counsel or co-lead counsel for prosecuting over one hundred (100) active class actions and/or representative actions, in both federal and state courts throughout the nation.

The Firm is committed to practicing law with the highest level of integrity and in an ethical and professional manner. We are a diverse firm with lawyers and staff from all walks of life. Our lawyers and other employees are hired and promoted based on the quality of their work and their ability to enhance our team and treat others with respect and dignity. Evaluations are never influenced by one's background, gender, race, religion or ethnicity.

## Crosner Legal Attorneys
### Craig Straub

Mr. Straub has practiced law for over 15 years (California State Bar admission in 2007) with nearly fifteen years of experience litigating consumer class actions. His practice involves prosecuting all types of consumer fraud in complex class action litigation, with a particular focus on false advertising of consumer products, consumer privacy, as well as complex contract and intellectual property disputes between international corporations. Mr. Straub graduated *magna cum laude* from California Western School of Law and earned a degree in Bachelor of Sciences in Chemical Engineering from Texas A&M University. While at California Western School of Law, Mr. Straub received an Academic Merit Scholarship and a Wiley W. Manuel Pro Bono Services Award. Mr. Straub is a registered patent attorney with the United States Patent and Trademark Office.

Mr. Straub joined Crosner Legal, P.C. as a Senior Associate Attorney in October of 2022 and became a Partner at the firm in August 2024. Prior to joining Crosner Legal, he worked as an associate attorney at the Blood Hurst O'Reardon LLP where he represented consumers in false advertising class actions. During this time, he gained substantial experience in prosecuting consumer class actions, including by conducting discovery, preparing for, taking, and defending depositions, drafting class certification motions and oppositions to motions to dismiss and

summary judgment motions.

Mr. Straub has performed significant work on behalf of Plaintiffs in the following actions: *Montera v. Premier Nutrition Corp.*, No. 16-cv-06980-RS (N.D. Cal. Oct. 18, 2022) (jury verdict for Plaintiff involving false advertising of joint health products after nine-day class trial); *Yamagata and Pelardis v. Reckitt Benckiser LLC* (N.D. Cal.) (certified class action involving false advertising; $50 million class settlement; *Warner v. Toyota Motor Sales, U.S.A, Inc.* (C.D. Cal.) (estimated $3.4 billion settlement for owners of certain Toyota vehicles); *Mullins v. Premier Nutrition Corp.* (N.D. Cal.) (certified class action involving false advertising); *Rikos v. The Proctor & Gamble Co.* (S.D. Ohio) (certified class action involving false advertising, affirmed by the Sixth Circuit); *Terry v. JPMorgan Chase Bank, N.A* (S.D. Cal.) ($4.3 million settlement fund for the Class alleging unfair debt collection practices); *Huntzinger v. Aqua Lung America, Inc. et al.* (S.D. Cal.) (nationwide false advertising).

**Michael Houchin**

Mr. Houchin is a Partner at Crosner Legal, P.C. and was admitted to the California bar in 2015. During his time at Thomas Jefferson School of Law, Mr. Houchin received four Witkin Awards for the highest grade achieved in his Legal Writing, Constitutional Law, American Indian Law, and California Civil Procedure courses. He also served as an editor on the Thomas Jefferson Law Review. Mr. Houchin graduated *magna cum laude* in May of 2015 and ranked in the top 5% of his graduating class. Prior to joining Crosner Legal in 2023, Mr. Houchin was an associate at the Law Offices of Ronald A. Marron, APLC where he gained substantial familiarity with multi-district litigation proceedings, e-discovery management, and false advertising investigations.

Mr. Houchin's entire legal career has been focused on representing plaintiffs against large corporations. He has argued appeals before the Ninth Circuit Court of Appeals and the Fourth Circuit Court of Appeals in various consumer matters. Mr. Houchin has performed significant work on behalf of plaintiffs in the following cases: *Hilsley v. Ocean Spray Cranberries, Inc.*, No. 3:17-cv-02335(GPC) (S.D. Cal.) (certified class action involving the false labeling of cranberry juice products where a $5.4 million settlement was reached); *Graves v. United Industries Corporation*, No. 2:17-cv-06983-CAS-SK (C.D. Cal.) (action involving the false labeling of weed killer products where a $2.5 million settlement was reached); *McSwain v. Axos Bank*, No. 37-2019-00015784-CU-BC-CTL (San Diego Sup. Ct.) (action involving allegations that Axos Bank failed to pay simple interest on homeowner impound escrow accounts. A classwide settlement was reached where each class member received the interest owed); *Littlejohn v. Ferrara Candy Company*, No. 18-cv-0658-AJB-WVG (S.D. Cal.) (action involving allegations that candy products were falsely labeled as containing "no artificial flavors." A classwide settlement was reached requiring the defendant to remove the allegedly false labeling statement from the product packaging).

**Lilach Klein**

Mrs. Klein is a Senior Associate at Crosner Legal, where she specializes in consumer fraud litigation, with a focus on cases involving false and misleading labeling of consumer products. She

graduated *cum laude* from the University of San Diego School of Law in 2018. During law school, Mrs. Klein held a judicial externship with the San Diego Superior Court and dedicated her time to various pro bono clinics, including the USD Entrepreneurship Clinic, the USD State Sales and Use Tax Clinic, and the San Diego Clean Slate Clinic. She also served as Chair of the USD Pro Bono Legal Advocates Consumer Affairs Clinic, where she worked with the Legal Aid Society of San Diego to provide legal assistance to underserved clients in consumer protection cases.

Prior to joining Crosner Legal in 2024, Mrs. Klein was an associate at the Law Offices of Ronald A. Marron, APLC where she prosecuted consumer class action cases. Throughout her legal career, Mrs. Klein has been a dedicated advocate for plaintiffs, taking on large corporations in cases involving unfair business practices. She has played an active role in multi-million-dollar lawsuits, securing refunds for consumers, and driving meaningful changes to corporate practices. Notable cases include: *Capaci, et al. v. Sports Research Corporation*, Case No. 19-cv-3440-FMO (PDx) (C.D. Cal.) (certified class action involving false labeling in which a $1.6 million settlement was reached); *Marin v. Cheeky Scientist, LLC, et al.*, Case No. 37-2022-00043918-CU-CO-CTL (San Diego Sup. Ct.) ($775,000 class action settlement providing full refunds to purchasers of defendant's employment counseling services); *Walsh, et al. v. Premium Property Management & Development, Inc*., RG20072409 (Alameda Sup. Ct.) (class settlement reached providing for full refunds to tenants plus 1x damages for withheld security deposits); *Komins v. Yonamine, et al.,* Case No. 19STCV24865 (Los Angeles Sup. Ct.) (injunctive relief and *cy pres* settlement reached in case involving the collection of personal information on gaming apps); *Young v. Neurobrands, LLC,* No. 4:18-cv-05907-JSW (N.D. Cal.) (injunctive relief settlement in certified class action requiring modifications to product's formulation or labeling); *Hilsley v. Ocean Spray Cranberries, Inc.*, No. 3:17-cv-02335(GPC) (S.D. Cal.) (certified class action involving the false labeling of cranberry juice products, resulting in a $5.4 million settlement).

**Brandon Brouillette**

Mr. Brouillette is a partner and a managing attorney of the Wage and Hour litigation department at Crosner Legal. He has been a member of the California Bar since 2010 and is admitted to practice in each federal district court in California. Mr. Brouillette grew up in Minneapolis, Minnesota before relocating to Los Angeles to attend the University of Southern California where he received a Bachelor of Science in Business Administration in 2006. Brandon went on to attend Loyola Law School, Los Angeles, where he received a *juris doctorate* degree in 2009.

Mr. Brouillette's entire legal career has been dedicated to representing consumers and employees in high stakes complex litigation.  His legal career started at Khorrami Boucher LLP which specialized in class action and mass-tort litigation. From there, he joined Boucher LLP at the firm's formation where he primarily managed the firm's wage and hour cases.  Prior to joining Crosner Legal in January 2023, Brandon was a senior associate and team director of a Wage and Hour Litigation Team at Capstone Law APC, which he originally joined as an associate attorney in May 2016.

Mr. Brouillette has served as class counsel in several certified class action cases, including: *Party City Wage and Hour Cases*, JCCP4781 (class counsel for certified class of non-exempt hourly employees who worked for Defendants in California); *Lewis v. Express Messenger Systems*, Los

Angeles Superior Court Case No. BC501521 (class counsel for certified class of last-mile delivery drivers who were alleged to be misclassified as independent contractors); *Ramirez-Vivar v. Grifols Diagnostic Solutions, Inc.*, et al., Alameda County Superior Court, Case No. RG21099519 (class counsel for certified classes of non-exempt hourly employees who worked for Defendants in California); and *Jones v. LA Live*, Los Angeles County Case No. BC687908 (class counsel for certified issue classes consisting of hourly employees who worked at Staples Center and Nokia Theater).

Over the course of his career Mr. Brouillette has worked to obtain in excess of $100M in class action and representative action settlements, including: *Cruz v. Walmart*, Los Angeles County Super. Ct. Case No. 18STCV03128 ($15 million global PAGA settlement on behalf of hourly employees statewide for alleged Labor Code violations); *Vorise v. 24 Hour Fitness USA, Inc.*, Contra Costa County Super. Ct., Case No. C 15-02051 ($11 million global PAGA settlement on behalf of over 36,000 employees for Labor Code violations); *Gross v. Sodexo*, Kern County Super Ct., Case No. BCV-18-101746 Capstone ($4.75 million class and PAGA settlement on behalf of class of non-hourly employees for Labor Code violations.); *Campbell v. AEG* ($1.8M class and PAGA settlement on behalf of group of hourly employees who worked at concert venues in California for alleged Labor Code violations); *Fiebelkorn v. AEG*, et al. Los Angeles Superior Court Case No. BC717337 ($1.75M class settlement on behalf of group of hourly employees who worked at Oakland Coliseum for alleged Labor Code violations); *Amaro v. Anaheim Arena Management*, Orange County Superior Court Case No. 30-2017-00917542 ($2,212,500 class and PAGA settlement on behalf of group of hourly employees who worked at Honda center in Anaheim California for alleged Labor Code violations); *Espindola v. Panda Express,* San Bernardino Superior Court Case No. CIVDS1931455 ($3.125M class and PAGA settlement on behalf of hourly employees statewide for alleged Labor Code violations); *Gold v. Benihana*, San Diego Court Superior Court Case No. 37-2016-00022320-CU-OE-NC ($2.25M class and PAGA settlement on behalf of hourly employees statewide for alleged Labor Code violations); *Party City Wage and Hour Cases*, JCCP4781 ($6.5M class and PAGA settlement on behalf of hourly employees statewide for alleged Labor Code violations); *Lewis v. Express Messenger Systems*, Los Angeles County Super Court Case No. BC501521 ($10.5M class and PAGA settlement on behalf of a statewide group of independent contractor last-mile delivery drivers alleged to be misclassified); *Flores v. Tesla*, Alameda County Superior Court Case No. RG18907072 ($4M class and PAGA settlement on behalf of statewide group of hourly employees for alleged Labor Code violations); *Ruiz v. Disney Stores*, San Bernardino Superior Court Case No. CIVDS2016983 ($2M class and PAGA settlement on behalf of statewide group of hourly employees who worked at retail stores in California for alleged Labor Code violations); *Ramirez v. Yin Management*, Sacramento County Superior Court Case No. 34-2021-00301530 ($1.8M class and PAGA settlement on behalf of statewide group of hourly employees who worked at Defendant's McDonald's franchises in California for alleged Labor Code violations); *Suhartono v. RRG Besh*, Los Angeles County Superior Court Case No. 19STCV22184 ($2.25 class and PAGA settlement on behalf of statewide group of hourly employees who worked at Defendant's McDonald's franchises in California for alleged Labor Code violations); *Gomes v. Kura Sushi*, Los Angeles County Superior Court Case No. 19STCV18977 ($1.75M class and PAGA settlement on behalf of statewide group of hourly employees who worked at Defendant's restaurants in California for alleged Labor Code violations); *Saldana v. Hydrochem*, Contra Costa Superior Court Case No. CIVMSC19-02624 ($1.38M class and PAGA settlement on behalf of statewide group of hourly

employees for alleged Labor Code violations); *Lopez v. Seterus*, *et al.*, Los Angeles Superior Court Case No. BC484297 ($3M Class settlement on half of thousands of borrowers in California, Florida, and Texas for UCL violations premised on improper late fee collections).

**Ryan Tack-Hooper**

Mr. Tack-Hooper is a Partner at Crosner Legal, P.C., where he specializes in the prosecution of complex litigation, representing plaintiffs in consumer protection, data privacy, employment practices, and civil rights class actions. Based in Seattle, he is admitted to practice in Washington. Mr. Tack-Hooper received his J.D., cum laude, from New York University School of Law. Following law school, he served as a law clerk to the Honorable Jerome B. Simandle, Chief Judge of the United States District Court for the District of New Jersey. He was previously an adjunct professor of law at the University of Pennsylvania Law School, where he taught legal writing, and Legal Director of the ACLU of Delaware.

Mr. Tack-Hooper has led class actions across the country, securing substantial relief for classes of workers and consumers. Notable successful class representations include: *Tokarski v. Med-Data*, Inc., No. 2:21-CV-00631-TL (W.D. Wash.) ($7 million class action resolution for patients whose sensitive health information was exposed online); *Paunovic v. OBI Seafoods LLC*, No. C21-884 MJP (W.D. Wash.) ($2.1 million for workers based on novel FLSA wage-and-hour claims); *Granados v. OnPoint Cmty. Credit Union*, No. 3:21-CV-847-SI (D. Or.) (achieved settlement of novel consumer financial protection claim); *Carlson v. United Nat. Foods, Inc.*, No. C20-5476-JCC (W.D. Wash.) (settlement recovering approximately 70% of the value of each worker's claim for them); *Wright v. City of Wilmington*, No. 13-1966-GAM (D. Del.) (secured sweeping injunctive relief concerning municipal police arrest policies).

**Jamie Serb**

Ms. Serb is a partner and managing attorney of the Wage and Hour department at Crosner Legal. She has been a member of the California Bar since 2013 and became a member of the Washington Bar in 2024. She has spent nearly her entire career litigating complex wage and hour class actions. Ms. Serb graduated from University of California, San Diego in 2004 with a Bachelor of Arts and graduated from California Western School of Law in 2013.

Ms. Serb has extensive experience, beginning her career as a class action attorney in February 2015 at the Mara Law Firm, PC (previously Turley & Mara Law Firm, APLC; Turley Law Firm, APLC). She joined Crosner Legal in January 2021 as a Senior Associate attorney and has been litigating wage and hour class actions PAGA lawsuits for over nine years. Ms. Serb also co-drafted an Amicus brief on behalf of Consumer Attorneys of California in Williams v. Superior Court (2017) 3 Cal. 5th 531 (permitting state-wide discovery for representative PAGA plaintiffs).

During her career, she has obtained millions of dollars on behalf of California employees, including: Philip Lo Cascio v. The Hertz Corporation (San Diego County Superior Court, Case No. 37-2015-00020830-CU-OE-CTL; settled for $4.8 million ); Albert Villamar v. Hansen & Adkins Auto Transport, Inc. (San Diego County Superior Court, Case No. 37-2015-00003182-CU-OE-CTL; settled for $1.85 million); Gonzalo Romero, et al. v. Compass Group USA, Inc. (San

Bernardino County Superior Court, Case No. CIVDS1512026, settled for $4 million); Hector Ibanez v. XPO Logistics, Inc. (Northern Dist. of California, Case No. 3:16-cv-07039-WHO; settled for $5.5 million); Helton v. Pepsi-Cola Sales and Distribution, Inc. (Northern Dist. of California, Case No. 3:17-cv-1135; settled for $1.25 million); Matthew Correa, et al. v. FedEx Supply Chain, Inc. (San Bernardino County Superior Court, Case No. CIVDS2023369; settled for $1.4 million); Sanchez v. Valley Thrift Store, Inc. (Los Angeles County Superior Court, Case No. 21STCV00925; settled for $2.38 million).

**Zachary Crosner**

Mr. Crosner is the firm's managing partner. He is licensed to practice law in good standing in California, Washington and Illinois. His practice has focused on complex litigation, including class action litigation, for nearly his entire legal career. Following graduation from the University San Diego School of Law, Mr. Crosner immediately began working for a nationally recognized plaintiff's complex litigation firm, CaseyGerry, where he worked directly with past presidents of the consumer attorneys and recipients of trial attorneys of the year awards. He also worked for other firms that included former CAALA and CLAY trial attorney of the year recipients. While with these firms, he advocated for the rights of consumers and employees in class action litigation, civil rights and employment litigation, catastrophic injuries, insurance bad faith and appellate litigation, and participated in significant trial work.

Mr. Crosner has been selected by Super Lawyers as a "Southern California Rising Star" for employment and labor law consecutively from 2018 through 2024. Super Lawyers has also named him on their "Up-and-Coming 100" Southern California Rising Stars List for consecutive years from 2021 through 2024. Only 2.5% of lawyers within California are named a Super Lawyer Rising Star and even less are added to their Top Lists. Additionally, he has been selected as a Top 40 Under 40 Civil Plaintiff Attorney by the National Trial Lawyers, invitation-only organization composed of the premier trial lawyers, from 2019 through 2024. He is an active participant in advocacy groups, including as a board member of the Wage and Hour Committee and the Legislative Committee for the California Employment Lawyers Association.

In 2013, Mr. Crosner founded the law firm of Crosner Legal, P.C., which since its inception has focused almost exclusively on plaintiff-side class actions lawsuits representing employees, consumers and other victims. Mr. Crosner has extensive experience in class actions and other complex litigation and has obtained hundreds of millions of dollars on behalf of class members as lead counsel. He has been designated as lead counsel in well over one hundred (100) class and representative actions through settlement and final approval, and has obtained several multi-million in these cases in recent years, including the following:

- ***Smith v. Lux Retail North America, Inc.*** Case No. CIV520185
  Mr. Crosner was co-lead counsel in a wage and hour class action settlement which was granted final approval in 2015 by the Honorable Robert Foiles in San Mateo County Superior Court, resulting in a $1,900,000 common fund for all non-exempt employees in California.

- *Aguirre v. Mariani Nut Company, Inc., et al.*, Case No. 34- 2016-00190252

  Mr. Crosner was co-lead counsel in a wage and hour class action settlement which was granted final approval in 2016 by the Honorable Raymond M. Cadei in Sacramento Superior Court, resulting in a $4,100,000 common fund for all non-exempt employees in California.

- *Gibbins v. Hismeh Enterprises, et al.,*., Case No. 56-2015-00468352

  Mr. Crosner was co-lead counsel in a wage and hour class action settlement which was granted final approval in 2017 by the Honorable Rocky J. Baio in Ventura County Superior Court, resulting in a $1,250,000 common fund for all non-exempt employees in California.

- *Latham v. K.W.P.H. Enterprises, Inc. dba American Ambulance*, Case No. 17C-0162

  Mr. Crosner was co-lead counsel in a wage and hour class action settlement which was granted final approval in 2018 by the Honorable Thomas DeSantos in Kings County Superior Court, resulting in a $1,800,000 common fund for all non-exempt employees in California.

- *Means, et al. v. AirGas USA, LLC*, Case No. 17-CV-2160 JGB (C.D. Cal.)

  Mr. Crosner was co-lead counsel in a wage and hour class action settlement which was granted final approval in 2019 by the Honorable Jesus Bernal in the Central District of California, resulting in a $1,300,000 common fund for all non-exempt employees in California.

- *Stricklin, et al. v. First Alarm Security & Patrol, Inc.*, Case No. 18CV323753

  Mr. Crosner was co-lead counsel in a wage and hour class action settlement that was granted final approval in 2020 by the Honorable Brian C. Walsh in Santa Clara County Superior Court, resulting in a $7,250,000 common fund for all non-exempt employees in California.

- *Newman v. JM Bullion, Inc.*, Case No. BCV-21-100436

  Mr. Crosner was co-lead counsel in a data breach class action settlement that was granted final approval in 2021 by the Honorable Bernard C. Barmann, Jr. in Bakersfield Superior Court, resulting in a $250,000 common fund for all persons whose PII was subject to the data breach and a separate attorney's fees and costs award of $260,000.

- *Valencia v. The Original Mowbray's Tree Service, Inc.*, Case No. CIVDS1825518

  Mr. Crosner was lead counsel in a wage and hour class action settlement that was granted final approval in 2022 by the Honorable David Cohn in San Bernardino Superior Court, resulting in a $2,850,000 common fund for all non-exempt employees in California.

- *Cannon v. Pasadena Hospital Association, LTD dba Huntington Hospital*, Case No. 19STCV14554

  Mr. Crosner was lead counsel in a wage and hour class action settlement that was granted final approval in 2023 by the Honorable Yvette Palazuelos in Los Angeles Superior Court, resulting in a $3,700,000 common fund for all non-exempt employees in California.

- ***Jajuga v. Pilot Travel Centers***, Case No. CIVDS1931464

    Mr. Crosner was lead counsel in a wage and hour class action settlement that was granted final approval in 2023 by the Honorable David Cohn in San Bernardino Superior Court, resulting in a $2,500,000 common fund for all non-exempt employees in California.

- ***Kim, et al. v. Veyo Inc., et al.***, Case No. 37-2021-00027881

    Mr. Crosner was lead counsel in a wage and hour class action settlement that was granted final approval in 2024 by the Honorable Ronald Frazier in San Diego Superior Court, resulting in a $1,750,000 common fund for all non-exempt employees in California.