1
2
3
4
5
6
7
8
9
10

**CROSNER LEGAL, P.C.**
Craig W. Straub (SBN 249032)
*craig@crosnerlegal.com*
Lilach H. Klein (SBN 323202)
*lilach@crosnerlegal.com*
Michael T. Houchin (SBN 305541)
*mhouchin@crosnerlegal.com*
Zachary M. Crosner (SBN 272295)
*zach@crosnerlegal.com*
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429
***Attorneys for Plaintiffs and the Proposed Class***

11
12
13

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

14
15
16
17
18
19
20
21
22

ADINA RINGLER, KRISTA ROBLES, JAY SMITH, and JANA RABINOWITZ, individually and on behalf of all others similarly situated,

        Plaintiffs,

        v.

THE J.M. SMUCKER COMPANY,

        Defendant.

Case No. 2:25-cv-01138-AH-E

**DECLARATION OF GREG M. ALLENBY, Ph.D.**

Date:    Wednesday, May 27, 2026
Time:    1:30 p.m.
Ctrm:    9C
Judge:   Hon. Anne Hwang

Compl. Filed: Feb. 10, 2025
Trial Date: Feb. 23, 2027

23
24
25
26
27
28

## I.   Introduction and Qualifications

1.     My name is Greg M. Allenby, and I am the Helen C. Kurtz Chair in Marketing at the Fisher College of Business, Ohio State University. I hold a joint appointment in the Department of Statistics at Ohio State, and I have been at Ohio State since 1988. I am a Fellow of the INFORMS Society for Marketing Science (ISMS) and a Fellow of the American Statistical Association (ASA). I have received numerous awards for my research, including the American Marketing Association's (AMA) 2024 Paul Converse award for contributions to the science of marketing, the 2023 AMA Gil Churchill lifetime achievement award for contributions to marketing research, the 2012 AMA Parlin Award for leadership and impact on the profession of marketing research over an extended period of time, and the 2010 ISMS Long Term Impact Award.

2.     I have been active in national organizations in marketing and statistics, serving as Vice President of the Research Council of the AMA, and Chair of the Section on Statistics in Marketing for the ASA. I am co-author of the textbook, *Bayesian Statistics and Marketing* (Wiley, 2005, 2024) as well as over 100 publications that have appeared in marketing, statistics, and economics journals. My Bayesian textbook is widely used throughout the world for training PhD students in marketing. My research focuses on quantitative measurement and analysis of marketing data. I participated in the early development and dissemination of Bayesian methods in marketing, including some of the first papers to demonstrate modern Bayesian analysis in conjoint analysis.[1,2] Bayesian analysis is now the default method used by marketing research firms, banks,

---

[1] Allenby, Greg M. and James L. Ginter (1995) "Using Extremes to Design Products and Segment Markets," *Journal of Marketing Research*, 32, 392-403.

[2] Allenby, Greg M., Neeraj Arora and James L. Ginter (1995) "Incorporating Prior Knowledge into the Analysis of Conjoint Studies," *Journal of Marketing Research*, 32, pp.152-162.

manufacturers, and service providers to conduct conjoint analysis[3], and it is the method discussed in this report.

3.  I have served as the coordinating editor for *Quantitative Marketing and Economics*, and have been Associate Editor for *Marketing Science*, *Journal of Marketing Research*, and *Management Science*. These journals are widely viewed as the premier publication outlets in the discipline of marketing.

4.  I have consulted for numerous firms during the course of my academic career, including Procter and Gamble, General Mills, and the Ford Motor Company to improve aspects of their product, pricing, and targeting decisions. Many of these consulting relationships have used conjoint analysis that I developed to assess the value of product features and have resulted in academic publications.

5.  I have testified by deposition in *Unwired Planet LLC v. Apple Inc.*, 3:13-CV-04134-VC; *Videoshare, LLC v. Google Inc. and YouTube LLC*, 13-CV-990-GMS; *Fero v. Excellus Health Plan Inc*, 6:15-cv-06569; *Brit v. Puppies.com*, CV2016-016116; *Seven Networks, LLC v. Apple* 2:19-cv-115; *Nanoco Technologies v. Samsung* Civil Action No. 2:20-cv-38; *Earl et al. v. Boeing*, 4:19-CV-507-ALM; *Lijie Mao v Nissan Canada* CV-19-00003730-00CP; *DZ Reserve et al. v. Facebook*, 3:18-cv-04978; *Walter Peters v. Apple* 19STCV21787; *InterDigital v. Lenovo* 19-cv-1590; *IPA Technolgies v. Microsoft*, Case C.A. No.18-01-(RGA); *Usler et al. v. Vital Farms* 1:21-cv-00447; *Miguel et al. v. Apple* (21STCV08348; *3Shape A/S v. Medit Corp* 6:22-cv-00443; *Cerence v. Samsung*, 2:23-CV-0482-JRG-RSP; and *Mullen v. Samsung*, Case No. 2:24-cv-00049-JRG.

6.  In each of these cases I was employed because of my expertise in conjoint analysis.

---

[3]   http://www.sawtoothsoftware.com/products/conjoint-choice-analysis/99-support/technical-papers/1042-which-conjoint-method-should-i-use

DECLARATION OF GREG M. ALLENBY

1    7.    A copy of my Curriculum Vitae is provided in **Exhibit A.**

2    **II.    Background and Assignment**

3    8.    I have been asked by counsel for the Plaintiffs, Adina Ringer et. al,

4    to opine on an appropriate methodology for accessing the economic effects

5    associated with the alleged misrepresentations by Smucker's of its natural fruit

6    spread products (the "Products").[4] Figure 1 displays the labeling used by Smucker's,

7    where "natural" and "made with ingredients from natural sources" (collectively,

8    "Natural" representations or "Natural" feature) are present on the front of the

9    package label.



**Figure 1: Smucker's Natural Fruit Spread**

[4] The putative Classes are defined in the First Amended Complaint which I have reviewed. I am informed that the putative class period begins on February 10, 2021, until the date class notice is disseminated. I am informed that the California class Products include the Triple Berry, Strawberry, and Red Raspberry fruits spreads. The New York class Products include the Strawberry fruit spread.

9.      It is my understanding that the alleged misrepresentation stems from Smucker's use of manufactured citric acid not extracted from natural citrus fruit. My assignment at the class-certification stage of this litigation is to provide an opinion regarding whether there is classwide evidence and a reliable methodology to assess the economic effects of the Products' "Natural" representations on consumers, including how the Natural representations affect consumer preferences and choices among competing products, and to quantify the associated price premium attributable to the Natural representations.

10.      For this assignment, I relied on my expertise that consists of developing surveys, testing them and analyzing them over the span of my career. In addition, I have extensive experience and expertise in interpreting surveys (both from qualitative and quantitative perspectives), which allows me to formulate reasoned opinions about consumers and their preferences, attitudes, and behaviors and the resulting impact on price, market share, and revenues.

11.      In addition to the work I performed, I enlisted Dr. Jeff Brazell, a leading marketing research practitioner located in Salt Lake City, UT specializing in conjoint analysis and advanced analytics. Jeff was previously CEO of The Modellers (http://themodellers.com) and is currently founder and CEO of Blue Owl Consulting (https://www.blueowlai.com). He is also a Professor (Lecturer) at the University of Utah. I have written numerous research papers with Dr. Brazell, and I did not receive any compensation from Dr. Brazell nor Blue Owl that is tied to this case.

12.      As compensation, I charge $1000 per hour. My compensation is not contingent upon the outcome of this litigation nor the results of the survey I conducted.

DECLARATION OF GREG M. ALLENBY

13.    If I am provided additional data or information, I reserve the right to update and/or revise my opinions and conclusions as I review such additional data and information.

14.    Attached to this report as **Exhibit B** is a list of documents and information that I have considered in forming my opinions. As I review new information, I will supplement Exhibit B.

**III.    Summary of Opinions**

15.    It is my opinion that survey-based research methods may be used to determine the relative economic utility of the alleged Natural misrepresentations. I propose to conduct a choice-based conjoint analysis survey to determine the economic value of the Natural representations.

16.    Conjoint analysis is a well-established marketing research technique used to analyze consumer preferences by observing choices among products described by varying attributes and prices. Examples of product features include price and product features, or attributes, that convey value to consumers (e.g., the ability of a laundry detergent to remove specific stains and odors from cloths, the horsepower and gas mileage of an automobile, and the battery life of a cell phone).

17.    Choice-based conjoint analysis is commonly used to assess how changes in product features affect the perceived value of those product features to consumers and to estimate the effect of changes to a product on demand, price, and market share to determine whether altering the product is worthwhile. In this matter, I intend to measure consumer utility for the Natural representations and estimate the corresponding price premium and demand changes for Smucker's fruit spreads in relation to the Natural representations.

18.    Conjoint analysis was introduced to the field of marketing in the early 1970's and is widely recognized as a standard quantitative method for measuring

1  consumer preferences.[5] It is estimated that more than 20,000 conjoint studies are

2  conducted each year.[6] Conjoint analysis has successfully been applied to both

3  products[7] and services[8]. Choice-based conjoint analysis became increasingly

4  prevalent in the mid 1990's with the advent of modern Bayesian statistical

5  methods[9] that enabled the estimation of large-scale choice models with many

6  respondents.[10] Choice-based models estimated with Bayesian methods have been

7  shown to provide the most reliable estimates of consumer preferences and choices

8  under alternative scenarios related to the brands and features that are measured,[11]

9

10  [5] Hauser, John R. And Vithala Rao (2004), "Conjoint Analysis, Related Modeling,

11  and Applications," *Advances in Marketing Research: Progress and Prospects*,
   Jerry Wind and Paul Green, Eds., (Boston, MA: Kluwer Academic Publishers),

12  pp.141-168; http://www.sawtoothsoftware.com/support/technical-papers/general-
   conjoint-analysis/a-short-history-of-conjoint-analysis-2009;

13  http://www.sawtoothsoftware.com/support/technical-papers/general-conjoint-
   analysis/conjoint-analysis-how-we-got-here-and-where-we-are-an-update-2004.

14  [6] Orme, Bryan K. 2020. Getting started with conjoint analysis: strategies for

15  product design and pricing research. 4th ed. Research Publishers LLC, Manhattan
   Beach, CA. p. 151.

16  [7] http://video.mit.edu/watch/courtyard-by-marriott-1988-finalist-5861/

17  [8] Green Paul E., A. M. Krieger and T. Vavra (1999), "Evaluating EZ-Pass: Using

18  Conjoint Analysis to Assess Consumer Response to a New Tollway
   Technology," Marketing Research, Vol. (Summer), pp. 5-16.

19  [9] Gelfand, A. and Smith, A. (1990) "Sampling Based Approaches to Calculating

20  Marginal Densities, " *Journal of the American Statistical Association*, 85, 398–
   409;    http://www.sawtoothsoftware.com/support/technical-papers/cbc-related-

21  papers/using-choice-based-conjoint-to-assess-brand-strength-and-price-
   sensitivity-1996;    http://www.sawtoothsoftware.com/support/technical-

22  papers/cbc-related-papers/cbc-technical-paper-2013.

23  [10] Peter J. Lenk, Wayne S. DeSarbo, Paul E. Green, Martin R. Young (1996)
   "Hierarchical Bayes Conjoint Analysis: Recovery of Partworth Heterogeneity

24  from Reduced Experimental Designs," *Marketing Science*, 15(2), pp. 173-191.

25  [11] Allenby, Greg M. and Peter E. Rossi (1999) "Marketing Models of Consumer
   Heterogeneity," *Journal of Econometrics*, 89, 57-78;

26  http://www.sawtoothsoftware.com/support/technical-papers/hierarchical-bayes-
   estimation/hierarchical-bayes-why-all-the-attention-2000;

27  http://www.sawtoothsoftware.com/support/technical-papers/hierarchical-bayes-
   estimation/cbc-hb-technical-paper-2009.

28

and, when properly designed and executed, conjoint methods are regarded as a reliable method for measuring consumer preferences.[12]

## IV.    Methodology

19.    Conjoint analysis is based on the economic principle that consumer preferences are formed on the basis of product attributes, or features.[13] In choice-based conjoint analysis, consumers are asked to make selections from among a set of choice alternatives (e.g., smartwatches) described in terms of features such a brand name, battery life, and price. The preferences reflected in the resulting choice data are used to estimate the relative value consumers ascribe to these features.

20.    To illustrate, consider consumers making decisions among various smartwatches that act as an extension of a smartphone offering features such as notifications, calls, and blood pressure monitoring. Let us assume that a respondent is asked to select which of the following smartwatches they prefer:

### Table 1: Conjoint Analysis Example – Smartwatches

|                          | Product 1   | Product 2   |
|--------------------------|-------------|-------------|
| Brand Name               | Apple       | Samsung     |
| Blood-pressure monitoring| Yes         | Yes         |
| Battery Life             | 12 hours    | 18 hours    |
| Price                    | $399        | $349        |
|                          | Not Chosen  | Chosen      |

21.    Conjoint analysis is based on the principle that the overall value attributed to a product can be expressed as a function of the values associated with each of the product's attributes, as described by their respective levels (e.g., 12 hours versus 18 hours of battery life). The part-worth of an attribute level is defined

[12] Howell, John R., Sanghak Lee and Greg M. Allenby (2016) "Price Promotions in Choice Models, " *Marketing Science*, 35, 2, pp. 319-334. Figure 5.

[13] Orme, Bryan K. "Getting Started With Conjoint Analysis: Strategies for Product Design and Pricing Research." (2006).

as the value associated with a specific feature of a product, which can be combined to produce the overall value, or worth, of a product. The purpose of conjoint analysis is to estimate the part-worths associated with the attribute levels, and to use them to examine how consumers behave in different choice settings. For example, an analyst may be interested in predicting if consumers would select Product 1 if the price were lowered to $329 instead of $399, and the battery life extended to 16 hours.

22.    Part-worths are treated as independently evaluated by the consumer so that predictions of consumer behavior can be made for new product configurations. In other words, consumer preference for 18 hours of battery life versus 12 hours does not depend on the levels of the other attributes. This framework allows the part-worths to be combined in various ways to predict choices for products that were not directly evaluated by the respondent, or that may not currently exist in the market.

23.    Attributes that are the same for each product do not affect the choice decision because the attribute contributes equally for each choice alternative. Since both products described in Table 1 have blood pressure monitoring, for example, the preference for Product 1 versus Product 2 is driven only by brand name, battery life, and price, i.e., the attributes whose levels are different for the products.

24.    Conjoint analysis measures the relative worth of one level of an attribute to another level of an attribute. It provides information on the amount that consumers prefer 18 hours of battery life relative to 12 hours, their preference for Apple relative to Samsung, and having a smartwatch with blood pressure monitoring versus one without monitoring. In addition, because the overall value for a specific product is obtained by summing the part-worths for each attribute, the part-worths are on a common scale and can be compared. This allows us to assess whether a consumer would prefer an Apple smartwatch priced at $350

DECLARATION OF GREG M. ALLENBY

versus a Samsung smartwatch priced at $375, when other attributes for the two offerings are at the same levels.

25.    Survey respondents are asked to express their preferences across multiple choice tasks in a conjoint study. Statistical experimental design principles, as I plan to employ here, are used to ensure that the attribute levels are systematically varied across the choice options so that the part-worths can be estimated from the data.[14] In the smartwatch example in Table 1, the choice response reported at the bottom of the table is not informative for estimating the blood pressure monitoring part-worth because this attribute takes on the same level for both alternatives. Some of the choice tasks must involve different (non-equivalent) levels of blood pressure monitoring to be able to estimate its effect on product choice.

26.    Hierarchical Bayes (HB) models have become the standard model for choice-based conjoint analysis.[15,16] The HB analysis of the choice data results in estimates of the distribution of part-worths across respondents. Additional information about the estimation of part-worths for choice-based conjoint models is provided in my textbook *Bayesian Statistics and Marketing* (2005, 2024).[17,18]

---

[14] George E. P. Box, William G. Hunter and J. Stuart Hunter (1978) Statistics For Experimenters, John Wiley & Sons, Inc.

[15] http://www.sawtoothsoftware.com/products/conjoint-choice-analysis/conjoint-analysis-software/99-support/technical-papers/1042-which-conjoint-method-should-i-use.

[16] Allenby, Greg M., and Peter E. Rossi (2003), "Perspectives Based on 10 Years of HB in Marketing Research," Sawtooth Software Research Paper Series.

[17] Rossi, Peter E., Greg M. Allenby and Robert McCulloch (2005) Bayesian Statistics and Marketing, John Wiley & Sons, Inc. See especially Chapters 3-4 and Appendix A.

[18] Rossi, Peter, Greg Allenby and Sanjog Misra (2024) Bayesian Statistics and Marketing, John Wiley & Sons. 2nd Edition.

27.    Choice-based conjoint analysis asks respondents to indicate their preferences by selecting the best alternative from among a set of competing offers. Figure 2 provides an example choice task I plan to use in my analysis.



| Scenario 2 of 16 | Fruit Spread 1 | Fruit Spread 2 | Fruit Spread 3 | Fruit Spread 4 | Fruit Spread 5 | Fruit Spread 6 |
|---|---|---|---|---|---|---|
| Brand | SMUCKER'S | SMUCKER'S | Welch's | Welch's | storebrand | storebrand |
| | 17.25 oz. Glass Jar | 19 oz. Plastic Squeezable Bottle | 17.25 oz. Glass Jar | 19 oz. Plastic Squeezable Bottle | 17.25 oz. Glass Jar | 19 oz. Plastic Squeezable Bottle |
| Low Calorie | Yes | -- | Yes | -- | Yes | -- |
| Natural | -- | Yes | -- | Yes | -- | Yes |
| Made in the USA | Yes | -- | -- | Yes | Yes | -- |
| Price | $3.89 | $3.89 | $4.39 | $4.89 | $4.39 | $4.39 |
| Which do you most prefer | ○ Fruit Spread 1 | ○ Fruit Spread 2 | ○ Fruit Spread 3 | ○ Fruit Spread 4 | ○ Fruit Spread 5 | ○ Fruit Spread 6 |
| Would you really purchase this fruit spread at the price shown? | ○ Yes | ○ No | | | | |

**Figure 2: Example Choice Task**

28.    The example choice task in Figure 2 illustrates two important aspects of conjoint analysis. First, the choice task does not need to include all offerings available in the marketplace. Three brands are included in the task (Smucker's, Welch's and Store Brand), with the remaining brands represented by the no-choice option. The Smucker's, Welch's and Store Brands account for more than 70% of fruit spreads consumed in the US market.[19] Second, the choice task does not need to include all product features present in the marketplace. In a conjoint study, the brand name serves as a proxy for the unmentioned attributes of an offering, and consumer knowledge of these features is what gives the brand name its value. The non-focal features included in the choice task (e.g., Low Calorie) were selected to provide greater context and realism.

---

[19]    Statista, 2020 (statistic_id278173_most-eaten-brands-of-jams-jellies-and-preserves-in-the-us-2020.pptx) and also JMS_0001759_CONFIDENTIAL at p. 26 ("Smucker's takes over #1 in Natural" with Smucker's and Welches accounting for vast majority of Natural Share).

29.     Respondents are instructed that any product feature not mentioned (e.g., flavor or fruit type) should be considered acceptable and the same across product offerings.

30.     Each respondent completes multiple (e.g., 16) choice tasks that are used to estimate respondent preferences and sensitivity to changes in price. Respondents are asked to indicate the fruit spread they would prefer, then indicate if they would really purchase it. The advantage of this two-part response format is that it encourages respondents to slow down and think through the purchase task. Prior research has shown that this two-part response leads to more realistic predictions of market shares.[20]

## V.    Survey Design and Administration

31.     A copy of the survey I intend to use in the analysis is provided in **Exhibit C**. The online version of the survey can be accessed by the following weblink: https://qa.interceptsurveys.com/Survey2816/index.aspx

32.     When conducting a survey, it is common to perform pre-testing to ensure that questions are clear and understandable.[21] Pre-testing reduces ambiguity in the questions and removes wording in a question that could unduly lead the respondent. On December 8-9, 2025, at my direction, experienced interviewers from Blue Owl AI (blueowlai.com) pre-tested the questionnaires with eleven respondents.

33.     Respondents were qualified for the pre-test interview using the same criteria for inclusion in the survey, e.g., having either full decision-making responsibility for grocery purchases or having input into their household's grocery

---

[20] Brazell, J., Diener, C., Karniouchina, E. Moore, W., Severine, V., Uldry, P.-F. (2006) "The No-choice Option and Dual Response Choice Designs," *Marketing Letters*, 17(4), pp. 255-268.

[21] Diamond, Shari S. (2011) "Reference Guide on Survey Research," in *Reference Manual on Scientific Evidence*, Third Edition, Federal Judicial Center, pp. 359–423.

DECLARATION OF GREG M. ALLENBY

purchases, and having purchased fruit spreads in the past year. I observed the interviews and interacted with the interviewers to modify the survey as needed to ensure that the questionnaire was clear and easy to understand.

34.   During pretesting, respondents were queried as to their understanding of the questions. We observed that some respondents, interviewed on the first day, had difficulty understanding question Q2, which asked:

> Would you consider fruit spread that includes citric acid that is not made from fruit to be "natural" and "made from natural sources"?

As a result, I revised question Q2 to be more specific:

> Would you consider fruit spread that includes citric acid made from fungus or yeast, instead of fruit, to be "natural" and "made from natural sources"?

35.   The proportion of respondents answering "yes" or "no" did not change following this revision, but in my opinion the respondents exhibited less confusion when responding to the revised question.

36.   The survey was presented to respondents using a web-based platform.[22] It is common to conduct conjoint surveys using web-based, on-line surveys.[23] Online surveys provide a great deal of flexibility in recruiting a specific sample of respondents, ensuring that respondents progress sequentially through the survey, and can incorporate informative visual stimuli in the conjoint choice tasks.

---

[22] Allenby, Greg M., Jeff D. Brazell, John R. Howell and Peter E. Rossi (2014) "Valuation of Patented Product Features," *Journal of Law and Economics*, 57, 3, 629-663, section 3.3.

[23] http://www.sawtoothsoftware.com/products/conjoint-choice-analysis/cbc.

DECLARATION OF GREG M. ALLENBY

37.    Respondents will be recruited to be representative of the US population that shop for fruit spreads and will take the survey on their desktop computer or their laptop computer. Respondents were screened for inclusion in the survey based on their purchase and shopping history, and I plan to use quotas for geographic, age, and gender balancing. I anticipate obtaining approximately 1000 usable survey respondents for analysis and part-worth estimation.

38.    The conjoint choice task will be introduced to each survey respondent through a short instructional video that explains how to proceed through the choice tasks. All respondents will be required to watch the video, and it is not possible to skip over the video. Respondents will then provide responses to 16 choice tasks that will be used to estimate their preferences and sensitivity to changes in price. A copy of the instructional video is provided in **Exhibit C.** A transcript of the video is as follows:

**Conjoint Glossary**

Next, we will show you sixteen screens with various fruit spreads available for purchase. For each screen, imagine that you are purchasing fruit spread and the options shown are the only ones available. Please look at each of the options available to purchase carefully, then tell us which you would be most likely to purchase.

Example task (Figure 2) is shown.


**Brand, Model, and Description.**

This screen is an example of what you will see. On each screen, there are six columns that describe products available for purchase.

The first row shows the brand and container type for each fruit spread. Here, there are 2 Smucker's Fruit Spreads, 2 Welch's Fruit Spreads, and 2 Store Brand

13    Case No. 2:25-cv-01138-AH-E

Fruit Spreads, that come in either 17.25 oz. glass jars or 19 oz. plastic squeezable bottles.

Note that on each screen the products may move, so sometimes the Smucker's products will be on the left, but sometimes the Welch's products will be on the left.

**Low Calorie.**

Low Calorie fruit spreads are at least 30% lower in calories than non-reduced calorie fruit spreads. If a fruit spread is low calorie, it will have a check mark.

**Natural.**

Natural and made with ingredients from natural sources means no artificial ingredients have been included in, or added to, the product. If the product is natural and made with ingredients from natural sources, you will see a check mark in this row.

**Made in the USA.**

Next is whether the fruit spread was produced in the USA. Made in the USA and made with ingredients sourced in the USA means the product is produced in the United States and uses ingredients obtained from U.S. suppliers. If the product is made in the USA and made with ingredients sourced in the USA, you will see a check mark in this row.

**Price.**

Finally, the regular price for the fruit spread is shown, which is the suggested retail price you would pay for the product.

**Final instructions.**

If you want to remind yourself of any definition, just hover over the blue text with an underline.

After you have looked at the options available, we would like you to indicate which fruit spread you would most likely purchase. Just click on the circular button at the bottom of the column under the fruit spread you would most likely purchase.

Then, we'd like you to indicate if you would really purchase the product you selected. A "no" here indicates you would keep shopping or do something else with your money.

You will see sixteen screens and the products available will change on each screen.

Please assume that every product is the same in aspects not specifically identified in the description and features that you see on the screen, such as flavor or fruit type, fruit content, and thickness or ease of spreading, and they are acceptable to you.

Thanks very much for your help.

## VI.     Data and Estimation of Conjoint Part-Worths

39.     I will estimate part-worths of the product features using a HB choice model. As mentioned earlier, Bayesian methods have been shown to provide the most accurate and reliable estimates of part-worth estimates in choice-based conjoint analysis. The part-worth estimates provide a measure of the relative value of product features in moving from the lower level of the attribute (e.g., not Natural) to a higher level of the attribute (e.g., Natural). Confidence intervals will be provided on part-worth estimates to assess the statistical significance and estimated effects of the features on consumer demand.

## VII.     Assessing the Economic Effect of False Claims

40.     The economic effect of the alleged misrepresentations will be assessed in two ways: i) a utility-based measure will be used to assess the value consumers place on the Natural representations because they thought they were buying fruit spreads that were Natural when they were not, and ii) a demand-based

measure will be used to evaluate how the presence or absence of the "Natural" representations affects consumer choice among competing products. Both measures examine two scenarios – one with the enhanced feature and the other without the enhance feature, and effects are assessed based on the changes in utility or the change of consumer choice outcomes across scenarios.

41.     The utility-based measure is referred to as willingness-to-pay (WTP). This measure is explained more fully in my paper published in the *Journal of Law and Economics*[24] and in my book chapter.[25] WTP is a monetary valuation of the change of utility to the consumer associated with an enhanced level of a product feature. In contrast to some WTP measures[26], the measure that I will calculate incorporates supply-side (i.e., competitive) effects by accounting for alternative choices available in the market and by using prices in the survey that reflect actual market prices.[27] Incorporating these effects has been shown to provide a

---

[24] Allenby, Greg M., Jeff D. Brazell, John R. Howell and Peter E. Rossi (2014) "Valuation of Patented Product Features," *Journal of Law and Economics*, 57, 3, pp. 629-663.

[25] Allenby, Greg M., Nino Hardt and Peter E. Rossi (2019) "Economic Foundations of Conjoint Analysis," in Handbook of the Economics of Marketing, chapter 3. Oxford University Press.

[26] Ofek, E., and V. Srinivasan (2002) "How Much Does the Market Value an Improvement in a Product Attribute," *Marketing Science*, 21(40, 398-411.

[27] Price levels included in the conjoint survey will be informed by observed retail pricing data from major retailers, including Smucker's retail partners such as Kroger, Target, Albertson's, and Walmart, and will reflect the prices consumers actually face in the marketplace.

DECLARATION OF GREG M. ALLENBY

conservative monetized estimate of the utility associated with an enhanced product feature.[28,29]

42.   The second measure I will calculate is willingness-to-buy (WTB). WTB is defined as the change in share that results by improving a product feature (e.g., availability of the Natural feature) while holding prices fixed. WTB also accounts for competitive effects because the increase in share is measured using a choice model in which consumers can switch brands due to the enhanced product feature. Whereas WTP measures the value consumers place on the challenged representations, WTB measures how the representations affect consumer choice among available alternatives. Both measures provide a valid basis for assessing the classwide economic effects of the Natural representations in this case.

## VIII. Published Research on Consumer Response to 'Natural' Claims

43.   Marketing and consumer research has long examined how labeling and advertising claims influence consumer perceptions and purchasing decisions. Academic and industry research documents find that consumers view labeling claims as meaningful product attributes and routinely consider such claims when choosing among competing food products.

44.   This body of research indicates that "natural" claims, in particular, are commonly perceived by consumers as conveying information about product characteristics and ingredient sourcing. Prior studies have found that consumers often associate "natural" representations with favorable product qualities and overall desirability. Research further shows that consumers attend to labeling

---

[28] Allenby, Greg M., Nino Hardt and Peter E. Rossi (2018) "Economic Foundations of Conjoint Analysis," in Handbook of the Economics of Marketing, chapter 3. Oxford University Press. Page 52 (see Table 4).

[29] Orme, Bryan, Keith Chrzan and Greg Allenby (2023) "Managerial and Academic Considerations for Three Approaches to Willingness to Pay," 2023 Sawtooth Software Proceedings, pp. 121-130.

1  claims when evaluating food products and that such claims can materially

2  influence product choice in competitive retail environments.

3          45.    Román et al. (2017) published a systematic review examining

4  consumer perceptions of food naturalness, synthesizing findings from 72

5  published studies involving a total of 85,348 consumers.[30] The review addressed

6  four primary questions: (1) how perceived food naturalness has been defined and

7  measured; (2) the extent to which naturalness is important to consumers; (3)

8  whether individual differences explain variation in the importance placed on

9  naturalness; and (4) whether attitudes toward food naturalness influence consumer

10 intentions and behavior.

11         46.    The authors concluded that the published literature consistently

12 demonstrates that food naturalness is highly important to many consumers. They

13 identified three broad dimensions underlying consumer perceptions of naturalness:

14 (1) how food is grown, (2) how food is produced, including the technologies and

15 ingredients used, and (3) the properties of the final product. With respect to

16 production methods, the literature emphasizes attributes such as whether foods are

17 free from artificial ingredients, preservatives, and additives and whether they are

18 minimally processed or produced using traditional methods.

19         47.    To measure the perceived importance of food naturalness, Román et

20 al. analyzed survey instruments assessing the Food Naturalness Importance (FNI)

21 score, typically standardized on a 1–10 scale. Across these studies, preferences for

22 food naturalness were generally high, and the literature reports that perceptions of

23 naturalness influence consumers' willingness to purchase food products. The

24

25

26 [30] Román, Sergio, Luis Manuel Sánchez-Siles and Michael Siegrist (2017) "The
27 importance of food naturalness for consumers: Results of a systematic review,"
   Trends in Food Science & Technology, Volume 67, pp. 44-57.

28                                          18        Case No. 2:25-cv-01138-AH-E

reviewed research highlights the role of ingredient sourcing and production methods in shaping consumer evaluations of naturalness.

48. Berry, Burton, and Howlett (2017) conducted a series of experimental studies to examine how "natural" claims influence consumer evaluations and purchase decisions across multiple food categories.[31] Using controlled experiments and choice-based tasks, the authors compared consumer responses to otherwise identical products that differed only in the presence or absence of a "natural" claim.

49. The study further demonstrated that the presence of a natural claim affected consumer choice in competitive settings that more closely resemble retail environments. In simulated shopping contexts, Berry et al. observed that consumers were significantly more likely to choose products with a natural claim over competing alternatives, even when other observable product attributes were held constant. The authors report that the inclusion of a natural claim increased choice by approximately 20 percentage points in certain choice scenarios, indicating that the claim generated incremental demand independent of other product features.

50. Berry et al. explain that these effects arise because consumers make attribute-based inferences from natural claims regarding how products are produced and processed, which in turn influence overall product evaluations and purchase intentions. From a choice-based economic perspective, these findings illustrate that consumers treat "natural" representations as a product attribute that is traded off against other attributes, such as price and brand, when making purchase decisions. This type of attribute tradeoff behavior is well suited to

---

[31] Berry, Christopher., Scot Burton and S. and Elizabeth Howlett (2017) "It's only natural: the mediating impact of consumers' attribute inferences on the relationships between product claims, perceived product healthfulness, and purchase intentions," J. of the Acad. Mark. Sci. 45, pp. 698–719.

analysis using conjoint methods as explained above, which are designed to quantify the relative value consumers place on product features and to estimate the resulting effects on demand or price premiums in competitive markets.

51.    Earlier consumer research reports similar findings. In 2014, Consumer Reports® National Research Center commissioned a nationally representative survey of 1,004 adult U.S. consumers examining perceptions of "natural" food labeling.[32] That survey reported that a majority of respondents look for "natural" representations on food labels and that many consumers associate such claims with the absence of artificial ingredients, colors, preservatives, or chemicals used during processing.

52.    I do not rely on this prior research to quantify damages, measure deception, or establish liability in this matter. Rather, this literature provides background context indicating that "natural" claims are salient to consumers and that labeling representations influence consumer preferences and purchasing decisions. This background is consistent with the economic framework underlying conjoint analysis, which is designed to measure how consumers value product attributes and make tradeoffs among those attributes when choosing among competing products.

**IX. Summary**

53.    The analysis I intend to conduct is designed to assess the classwide economic effects of the Natural representations on consumers, including how those representations affect consumer preferences and choices among competing products.

---

[32] Consumer Reports® National Research Center (2014), "Food Labels Survey, 2014 Nationally-Representative Phone Survey." https://www.panna.org/wp-content/uploads/2022/12/ConsumerReportsFoodLabelingSurveyJune2014.pdf

20        Case No. 2:25-cv-01138-AH-E

54.     Based on the foregoing, the scientific methodology I intend to use is a sound, reliable and valid methodology for assessing the economic impact of the alleged misrepresentations on a classwide basis.

I declare under penalty perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed at Columbus, Ohio on February 25, 2026.

_____

Greg M. Allenby

Exhibit A Curriculum Vitae of Greg Allenby

Exhibit B List of Documents Relied Upon

Exhibit C Survey

DECLARATION OF GREG M. ALLENBY