# EXHIBIT A

**Greg M. Allenby**
CURRICULUM VITAE
January, 2026

| | |
|---|---|
| Max M. Fisher College of Business | 6485 Masefield Street |
| The Ohio State University | Worthington, Ohio 43085 |
| Columbus, Ohio 43210 | (614) 565-6746 |
| (614) 292-9452 | allenby.1@osu.edu |

Personal        Married; 2 Children

Education      Ph.D., 1988, Booth School of Business, University of Chicago (Statistics and Marketing). Dissertation Title: "The Identification, Estimation and Testing of Demand Structures."

M.B.A., 1986, Booth School of Business, University of Chicago (Statistics and Behavioral Science).

M.S., 1981, Illinois Institute of Technology (Operations Research).

B.S., 1978, Ohio Northern University (Mechanical Engineering).

Employment   Helen C. Kurtz Chair in Marketing (9/99 - )
Professor of Marketing and Statistics (9/99 - )
Associate Professor of Marketing (9/94 – 9/99)
Assistant Professor of Marketing (7/88 – 9/94)
Ohio State University, Columbus, Ohio

Research Professor, Korea University Business School (2013-2017)

Visiting Professor of Marketing (3/01 - 6/01)
Visiting Scholar and Associate Professor of Marketing (9/95 - 6/96)
Lecturer in Statistics and Econometrics (3/87 - 6/88)
Graduate School of Business, University of Chicago, Chicago, Illinois

Teaching and Research Assistant (1/84 - 3/87)
Graduate School of Business, University of Chicago, Chicago, Illinois

Operations Research Analyst (11/79 - 1/84)
Michael Reese Hospital and Medical Center, Chicago, Illinois

Corporate Engineer (6/78 - 11/79)
R.R. Donnelley and Sons Company, Chicago, Illinois

1

**Books and Book Chapters**

1. Rossi, Peter E., Greg M. Allenby and Robert McCulloch (2005) <u>Bayesian Statistics and Marketing</u>, John Wiley & Sons.

2. Allenby, Greg M. and Peter E. Rossi (2006) "Hierarchical Bayes Models" in <u>The Handbook of Marketing Research</u>, Rajiv Grover and Marco Vriens, editors.  Sage Publications.

3. Chandukala, Sandeep R., Jaehwan Kim, Thomas Otter, Peter E. Rossi and Greg M. Allenby (2008) "Choice Models in Marketing: Economic Assumptions, Challenges and Trends," in <u>Foundations and Trends in Marketing</u>, Vol 2, No. 2, 97-184.  Now Publishers.

4. Liu, Qing, Thomas Otter and Greg M. Allenby (2009) "Measurement of Own- and Cross-Price Effects" in <u>Handbook of Research in Pricing,</u> Vithala Rao, editor.  E-Elgar, Publishers.

5. <u>Perspectives on Promotion and Database Marketing: The Collected Works of Robert C. Blattberg</u> (2010), Greg M. Allenby, editor.  World Scientific Publishing, Singapore.

6. Rossi, Peter E. and Greg M. Allenby (2011) "Bayesian Applications in Marketing," in <u>Handbook of Bayesian Econometrics</u>, Gary Koop, Herman van Dijk and John Geweke, editors, Oxford University Press.

7. Allenby, Greg M. and Jeff D. Brazell (2016) <u>Seven Summits of Marketing Research: Decision-Based Analytics for Marketing's Toughest Problems</u>, self-published, <u>http://fisher.osu.edu/7Summits</u>.

8. Allenby, Greg M., Jaehwan Kim and Peter E. Rossi (2017) "Economic Models of Choice," in <u>Handbook of Marketing Decision Models,</u> Berend Wierenga and Ralf van der Lands, editors, Springer.

9. Allenby, Greg M. and Peter E. Rossi (2018) "Bayesian Econometrics," in <u>Handbook of Marketing Analytics: Methods and Applications in Marketing Management, Public Policy, and Litigation Support</u>, Natalie Mizik and Dominique Hanssens, editors, Edward Elgar Publishing.

10. Howell, John R., Greg M. Allenby and Peter E. Rossi (2018) "Feature Valuation Using Equilibrium Analysis," in <u>Handbook of Marketing Analytics: Methods and Applications in Marketing Management, Public Policy, and Litigation Support</u>, Natalie Mizik and Dominique Hanssens, editors, Edward Elgar Publishing.

11. Allenby, Greg M. (2018) "How can you use models in a meaningful way for your market?" in <u>Mapping Out Marketing: Navigation Lessons from the Ivory Trenches</u>, Ronald Hill, Cait Lamberton and Jennifer Swartz, editors, Routledge: Taylor and Francis.

12. Allenby, Greg M. and Peter E. Rossi (2019) "Inference for Marketing Decisions," in <u>Handbook of the Economics of Marketing</u>, JP Dube and Peter Rossi, editors, Elsevier. 69-150.

13. Allenby, Greg M., Nino Hardt and Peter E. Rossi (2019) "Economic Foundations of Conjoint Analysis," in Handbook of the Economics of Marketing, JP Dube and Peter Rossi, editors, Elsevier. 151-192.

14. Kim, Dong Soo and Greg M. Allenby (2023) "Price Optimization" in Encyclopedia of Pricing, Andreas Hinterhuber, editor, EE Publishing.

15. Rossi, Peter, Greg Allenby and Sanjog Misra (2024) Bayesian Statistics and Marketing, John Wiley & Sons. 2nd Edition.

16. Allenby, Greg M. and Peter E. Rossi (2025) "Bayesian Econometrics," in Handbook of Marketing Analytics: Methods and Applications in Marketing Management, Public Policy, and Litigation Support, Natalie Mizik and Dominique Hanssens, editors, Edward Elgar Publishing. 2nd Edition.

17. Howell, John R., Greg M. Allenby and Peter E. Rossi (2025) "Feature Valuation Using Equilibrium Analysis," in Handbook of Marketing Analytics: Methods and Applications in Marketing Management, Public Policy, and Litigation Support, Natalie Mizik and Dominique Hanssens, editors, Edward Elgar Publishing. 2nd Edition.

18. Liu, Qing, Thomas Otter and Greg M. Allenby (2025) "Measurement of Own- and Cross-Price Effects" in Handbook of Research in Pricing, 2nd Edition, Vithala Rao and K. Sudhir, editors.  E-Elgar, Publishers.


**Publications**

1. Büschken, Joachim, Grant Donnelly, Greg M. Allenby, Jeff P. Dotson and Nino Hardt (2026), "On the Role of Parole Candidates' Language in Parole Board Hearings," *Journal of Criminal Justice*, forthcoming.

2. Hung, Cheng-Yu, Peter Kurz, Roger A. Bailey, Joel Huber and Greg M. Allenby (2025), "Re-Examining the No-Choice Option in Conjoint Analysis," *Journal of Choice Modeling*, 57, 100578.

    "Revisiting the No-Choice Option in Conjoint Analysis," *2024 Sawtooth Software Proceedings*, 125-141.

3. Hung, Cheng-Yu, YiChun Miriam Liu, Jeff D. Brazell and Greg M. Allenby (2025), "Dual Response in Conjoint Analysis," *Marketing Letters*, 36, 4, 857-873.

4. Liu, YiChun Miriam, Eunice Kim and Greg M. Allenby (2025), "Teaching Prescriptive Analytics in Business School: An Inter-Coherent Case Study in the SUV Market," *Marketing Education Review*, 35, 3, 229-251.

3

5.  Büschken, Joachim and Greg M. Allenby (2025), "A Topic Change Point Model for Phrase-based Topic Inference," *International Journal of Research in Marketing*, forthcoming.

6.  Büschken, Joachim, Thomas Otter and Greg M. Allenby (2025), "Accounting for Formative and Reflective Topics in Product Review Data for Better Consumer Insights, " *Journal of Marketing Research*, 62, 6, 1045-1062.

7.  Liu, YiChun Miriam, Joachim Büschken, Bryan Orme and Greg M. Allenby (2025) "Integrating Conjoint and Maximum Difference Scaling Data," *Management Science*, 71, 11, 9404-9422.

8.  Allenby, Greg M. (2025) "Advancing the Science of Marketing," *Marketing Letters*, 36, 205-214.

9.  Zhang, Judy (Zijing), H. Alice Li and Greg M. Allenby (2024), "Using Text Analysis in Parallel Mediation Analysis," *Marketing Science*, 43, 5, 953-970.

10. Kim, Dong Soo, Sanghak Lee, Taegyu Hur, Jaehwan Kim and Greg M. Allenby (2024) "A Direct Utility Model for Access Costs and Economies of Scope," *Management Science*, 70 (6), 3398-3416.

11. Kim, Chul, Adam N. Smith, Jaewhan Kim and Greg M. Allenby (2023) "Outside Good Utility and Substitution Patterns in Direct Utility Models," *Journal of Choice Modeling*, 49, 100447.

12. Orme, Bryan, Keith Chrzan and Greg Allenby (2023) "Managerial and Academic Considerations for Three Approaches to Willingness to Pay," *2023 Sawtooth Software Proceedings*, 121-130.

13. Dyachenko, Tatiana and Greg M. Allenby (2023) "Is Your Sample Truly Mediating? A Bayesian Analysis of Heterogeneous Mediation (BAHM)," *Journal of Consumer Research*, 50, 116-141.

14. Liu, YiChun Miriam, Jeff D. Brazell and Greg M. Allenby (2022) "Non-linear Pricing Effects in Conjoint Analysis," *Quantitative Marketing and Economics*, 20, 397-430.

15. Hur, Taegyu and Greg M. Allenby (2022) "A Choice Model of Utility Maximization and Regret Minimization," *Journal of Marketing Research*, 59, 6, 1083-1100.

16. Kim, Youngju, Nino Hardt, Jaehwan Kim and Greg M. Allenby (2022) "Conjunctive Screening in Models of Multiple Discreteness," *International Journal of Research in Marketing*, 39, 4, 1209-1234.

17. Liu, YiChun Miriam, Peter Kurz and Greg M. Allenby (2022) "Archetypal Analysis and Product Line Design," *Sawtooth Software Proceedings*, 255-267.

4

18. Kim, Hyowon and Greg M. Allenby (2022) "Integrating Textual Information into Models of Choice and Scaled Response Data," *Marketing Science*, 41, 4, 387-402.

19. Allenby, Greg (2022), "Bayesian Battles," in Dawn Iacobucci (ed.), *"Reflections of Eminent Marketing Scholars," Foundations and Trends in Marketing*, Vol. 16 (1–2), pp. 9–12.

20. Yichun Liu, Jeff Brazell and Greg Allenby (2021) "An Integrative Conjoint Model for Complex Products," *Sawtooth Software Proceedings*, 289-300.

21. Haruvy, Ernan, Peter Popkowski Leszczyc, Greg Allenby, Russell Belk, Catherine Eckel, Robert Fisher, Sherry Xin Li, John A. List, Yu Ma, Yu Wang (2020), "Fundraising Design: Key Issues, Unifying Framework, and Open Puzzles," *Marketing Letters*, 31, 371-380.

22. Kim, Hyowon, Dong Soo Kim and Greg M. Allenby (2020) "Benefit Formation and Enhancement," *Quantitative Marketing and Economics*, 18, 419-468.

23. Lee, Sanghak, Suman Thomas and Greg M. Allenby (2020) "An Economic Analysis of Demand of the Very Poor," *International Journal of Research in Marketing*, 37, 3, 544-556.

24. Chwalek, Maggie, Roger A. Bailey and Greg M. Allenby (2020) "Examining the No-Choice Option in Conjoint Analysis," *Sawtooth Software Proceedings*, 131-146.

25. Büschken, Joachim and Greg M. Allenby (2020) "Improving Text Analysis Using Sentence Conjunctions and Punctuation," *Marketing Science,* 39, 4, 727-742. https://www.linkedin.com/pulse/text-analysis-words-conjunctions-punctuation-matter-rajan-sambandam/.

26. Dotson, Marc R., Joachim Büschken and Greg M. Allenby (2020) "Explaining Preference Heterogeneity Using Mixed Membership Modeling," *Marketing Science,* 39, 2, 407-426.

27. Smith, Adam N. and Greg M. Allenby (2020) "Demand Models with Random Partitions," *Journal of the American Statistical Association*, 115:529, 47-65.

28. Smith, Adam N., Peter E. Rossi and Greg M. Allenby (2019) "Inference for Product Competition and Separable Demand," *Marketing Science,* 38, 4, 690-710.

29. Joo, Mingyu, Michael L. Thompson and Greg M. Allenby (2019) "Optimal Product Design by Sequential Experiments in High Dimensions," *Management Science*, 65, 7, 3235-3254.

    "Optimal Product Design by Sequential Experiments," 2018 Sawtooth Software Proceedings

30. Dotson, Jeffrey P. John R. Howell, Jeff D. Brazell, Thomas Otter, Peter J. Lenk, Steve MacEachern and Greg M. Allenby (2018) "A Probit Model with Structured Covariance for Similarity Effects and Source of Volume Calculations," *Journal of Marketing Research*, 55, 35-47.

5

31. Ishigaki, Tsukasa, Nobuhiko Terui, Tadahiko Sato and Greg M. Allenby (2018) "Personalized Market Response Analysis for a Wide Variety of Products from Sparse Transaction Data," *International Journal of Data Science and Analytics*, 5(4), 233-248.

32. Kim, Hyowon, Sanghak Lee, Jaehwan Kim, and Greg M. Allenby (2018) "A Choice Model for Mixed Decision Variables," *Journal of Choice Modelling*, 28, 82-96.

33. Aribarg, Anocha, Thomas Otter, Daniel Zantedeschi, Greg M. Allenby, Taylor Bentley, David J. Curry, Marc Dotson, Ty Henderson, Elisabeth Honka, Rajeev Kohli, Kamel Jedidi, Stephan Seiler, Wxin Wang (2018) "Advancing Non-Compensatory Choice Models in Marketing," *Customer Needs and Solutions*, 5, 82-92.

34. Barth, Rolf F., David A. Kellough, Patricia Allenby, Luke E. Blower, Scott H. Hammond, Greg M. Allenby and Maximilian Buja (2017) "Assessment of Atherosclerotic Luminal Narrowing of Coronary Arteries Based on Morphometrically Generated Visual Guides," *Cardiovascular Pathology*, 29, 53-60.

35. Allenby, Greg, Peter Rossi, Lisa Cameron and Yikang Li (2017) "Computing Damages in Product Mislabeling Cases: Plaintiffs Mistaken Approach to Damage Calculations in Briseno v ConAgra," *Bloomberg BNA Product Safety & Liability Reporter*, 45, 208-211.

36. Allenby, Greg, Peter Rossi, Lisa Cameron, Jeremy Verlinda and Yikang Li (2017) "Calculating Reasonable Royalty Damages Using Conjoint Analysis," *American Intellectual Property Law Association Quarterly Journal*, 45, 2, 233-253.

37. Allenby, Greg M. (2017) "Structural Forecasts for Marketing Data," *International Journal of Forecasting*, 33, 433-441.

38. Kang, Moon Young, Byungho Park, Sanghak Lee, Jaehwan Kim and Greg M. Allenby (2017) "Economic Analysis of Charitable Donations," *Journal of Marketing and Consumer Behaviour in Emerging Markets*, 2 (4), 40-57.

39. Kim, Dong Soo, Roger A. Bailey, Nino Hardt and Greg M. Allenby (2017) "Benefit-Based Conjoint Analysis," *Marketing Science*, 36, 1, 54-69. https://www.linkedin.com/pulse/can-benefit-based-conjoint-analysis-benefit-product-design-befurt/

40. Büschken, Joachim and Greg M. Allenby (2016) "Sentence-Based Text Analysis for Customer Reviews," *Marketing Science*, 35, 6, 953-975.

41. Hardt, Nino, Alex Varbanov and Greg M. Allenby (2016) "Monetizing Ratings Data for Product Research," *Marketing Science*, 35, 5, 713-726.

42. Howell, John R., Sanghak Lee and Greg M. Allenby (2016) "Price Promotions in Choice Models," *Marketing Science*, 35, 2, 319-334.

43. Allenby, Greg M., Jeff D. Brazell, John R. Howell and Peter E. Rossi (2014) "Economic Valuation of Product Features," *Quantitative Marketing and Economics*, 12, 421-456.

44. Dyachenko, Tatiana, Rebecca W. Reczek and Greg M. Allenby (2014) "Models of Sequential Evaluation in Best-Worst Choice Tasks," *Marketing Science*, 33, 6, 828-848.

45. Allenby, Greg M., Jeff D. Brazell, John R. Howell and Peter E. Rossi (2014) "Valuation of Patented Product Features," *Journal of Law and Economics*, 57, 3, 629-663.

46. Allenby, Greg M., Eric T. Bradlow, Edward I. George, John Liechty and Robert E. McCullough (2014) "Perspectives on Bayesian Methods and Big Data," *Customer Needs and Solutions*, 1, 169-175.

47. Berry, Steve, Ahmed Khwaja, Vineet Kumar, Andres Musalem, Kenneth C. Wilbur, Greg Allenby, Bharat Anand, Pradeep Chintagunta, W. Michael Hanemann, Przemek Jeriorski and Angelo Mele (2014) "Structural Models of Complementary Choices," *Marketing Letters*, 25, 245-256.

48. Allenby, Greg M. (2014) "Dealing with Differences," in *Marketing Insights*, May/June 2014, 10-11.

49. Lee, Sanghak and Greg M. Allenby (2014) "Modeling Indivisible Demand," *Marketing Science*, 33, 3, 364-381.

50. Fennell, Geraldine and Greg M. Allenby (2014) "Conceptualizing and Measuring User Wants: Understanding the Source of Brand Preference," *Customer Needs and Solutions*, 1:23–39.

51. Allenby, Greg M., Jeff Brazell, John Howell and Peter Rossi (2014) "Using Conjoint Analysis to Determine the Market Value of Product Features," Proceedings of the 2013 Sawtooth Software Conference.

52. Dyanchenko, Tatiana, Rebecca W. Naylor and Greg Allenby (2014) "The Ballad of Best and Worst," Proceedings of the 2013 Sawtooth Software Conference.

53. Allenby, Greg M. (2013) "The Inside Story," in *Marketing Insights*, Fall, 10-11.

54. Büschken, Joachim, Thomas Otter and Greg M. Allenby (2013) "The Dimensionality of Customer Satisfaction Survey Responses and Implications for Driver Analysis," *Marketing Science*, 32(4), 533-553.

55. Lee, Sanghak, Jaehwan Kim and Greg M. Allenby (2013) "A Direct Utility Model for Asymmetric Complements," *Marketing Science*, 32(3), 454-470.

56. Allenby, Greg M. (2013) "The Relevance of Being Bayes," in *Marketing Insights*, Spring, 10-11.

57. Allenby, Greg M. (2012) "ART Forum Needs to Elevate the Banner of Relevance," note in response to "Anatomy of a Censorship: A Cautionary Tale in 28 Email Fragments," by Chuck Chakrapani, *Marketing Research*, Winter, 32-39.

58. Hasegawa, Shohei, Nobuhiko Terui and Greg M. Allenby (2012) "Dynamic Brand Satiation," *Journal of Marketing Research*, 49 (Dec), 842-853.

59. Allenby, Greg M. (2012) "Big Data 2.0," Keynote speech at the Fall 2012 KMA conference, *Asian Marketing Journal*, 14, 3, 1-5.

60. Hans, Chris, Greg M. Allenby, Peter Craigmile, Ju Hee Lee, Steven MacEachern and Xini Xu (2012) "Covariance Decompositions for Accurate Computation in Bayesian Scale-Usage Models," *Journal of Computational Statistics and Graphical Analysis*, 21, 2, 538-557.

61. Allenby, Greg M. (2012) "Modeling Marketplace Behavior," *Journal of the Academy of Marketing Science*, 40th Anniversary Issue Invited Paper, 40, 155-166.

62. Liu, Qing, Angela M. Dean and Greg M. Allenby (2012) "Bayesian Designs for Hierarchical Linear Models," *Statistica Sinica*, 22, 1, 393-417.

63. Otter, Thomas, Timothy J. Gilbride and Greg M. Allenby (2011) "Testing Models of Strategic Behavior Characterized by Conditional Likelihoods," *Marketing Science*, 30, 4, 686-701.

64. Satomura, Takuya, Jaehwan Kim and Greg M. Allenby (2011) "Multiple Constraint Choice Models with Corner and Interior Solutions," *Marketing Science*, 30, 3, 481-490.

65. Chankukala, Sandeep Rao, Sylvia Long-Tolbert and Greg M. Allenby (2011) "A Threshold Model for Respondent Heterogeneity," *Marketing Letters*, 22, 133-146.

66. Chandukala, Sandeep R., Jeffrey P. Dotson, Jeff D. Brazell and Greg M. Allenby (2011) "Bayesian Analysis of Hierarchical Effects," *Marketing Science*, 30, 1, 123-133.

67. Terui, Nobuhiko, Masataka Ban and Greg M. Allenby (2011) "The Effect of Media Advertising on Brand Consideration and Choice," *Marketing Science*, 30, 1, 74-91.

68. Chankukala, Sandeep, Yancy Edwards and Greg M. Allenby (2011) "Identifying Unmet Demand," *Marketing Science*, 30, 1, 61-73.

69. Dotson, Jeffrey P. and Greg M. Allenby (2010) "Investigating the Strategic Influence of Customer and Employee Satisfaction on Firm Financial Performance," *Marketing Science*, 29, 5, 895-908.

70. Allenby, Greg M., Mark J. Garratt and Peter E. Rossi (2010) "A Model for Trade-Up and Change in Considered Brands," *Marketing Science*, 29, 1, 40-56.

71. Liu, Qing, Angela Dean, David Bakken and Greg M. Allenby (2009) "Studying the Level-Effect in Conjoint Analysis: An Application of Efficient Experimental Designs for Hyper-parameter Estimation," *Quantitative Marketing and Economics*, 7, 1, 69-93.

72. Jen, Lichung, Chien-Heng Chou and Greg M. Allenby (2009) "The Importance of Modeling Temporal Dependence of Timing and Quantity in Direct Marketing," *Journal of Marketing Research*, 46, 4, 482-493.

73. Allenby, Greg M. and Peter E. Rossi (2008) "Teaching Bayesian Statistics to Marketing and Business Students," *The American Statistician*, 62, 3, 195-198.

74. Dotson, Jeffrey P., Joe Retzer and Greg M. Allenby (2008) "Non-Normal Simultaneous Regression Models for Customer Linkage Analysis," *Quantitative Marketing and Economics*, 6, 257-277.

75. Otter, Thomas, Greg M. Allenby and Trish van Zandt (2008) "An Integrated Model of Discrete Choice and Response Time," *Journal of Marketing Research*, 45, 593-607.

76. Otter, Thomas, Joe Johnson, Joerg Rieskamp, Greg M. Allenby, Jeff D. Brazell, Adele Diederich, Wes Hutchinson, Steve MacEachern, Shiling Ruan, and Jim Townsend (2008) "Sequential Sampling Models of Choice: Some Recent Advances," *Marketing Letters*, 19, 255-267.

77. Liu, Qing, Thomas Otter and Greg M. Allenby (2007) "Endogeneity Bias – Fact or Fiction?" *2007 Sawtooth Software Conference Proceedings*, 345-354.

78. Liu, Qing, Angela M. Dean and Greg M. Allenby (2007) "Design for Estimation of Population Mean and Variance in Hierarchical Linear Models, "*Journal of Statistical Theory and Practice*, 1, 3, 311-328.

79. Liu, Qing, Thomas Otter and Greg M. Allenby (2007) "Investigating Endogeneity Bias in Marketing," *Marketing Science*, 26, 5, 642-650.

80. Kim, Jaehwan, Greg M. Allenby and Peter E. Rossi (2007) "Product Attributes and Models of Multiple Discreteness," *Journal of Econometrics*, 138, 208-230.

81. Fennell, Geraldine and Greg M. Allenby (2006) "Multiple Perspectives: Marketing Needs to Unambiguously Articulate its Role as a Business and Societal Function," *Marketing Research*, 18, 4, 26-31.

82. Gilbride, Timothy J. and Greg M. Allenby (2006) "Estimating Heterogeneous EBA and Economic Screening Rule Choice Models," *Marketing Science*, 25, 494-509.

83. Gilbride, Timothy J., Greg M. Allenby and Jeff Brazell (2006) "Models of Heterogeneous Variable Selection," *Journal of Marketing Research*, 43, 420-430.

84. Morrin, Maureen, Jonathan Lee and Greg M. Allenby (2006) "Determinants of Trademark Dilution," *Journal of Consumer Research*, 33, 248-257.

85. Gilbride, Timothy J., Sha Yang and Greg M. Allenby (2005) "Modeling Simultaneity in Survey Data," *Quantitative Marketing and Economics*, 3, 4, 311-345.

86. Fennell, Geraldine and Greg M. Allenby (2005) "Entertaining Romp, But Case Overstated", note in response to "The Tripping Point" by Stephen Brown, *Marketing Research*, 17, 2, 44-45.

87. Allenby, Greg, Geraldine Fennell, Joel Huber, Thomas Eagle, Tim Gilbride, Dan Horsky, Jaehwan Kim, Peter Lenk, Rich Johnson, Elie Ofek, Brian Orme, Thomas Otter, Joan Walker (2005) "Adjusting Choice Models to Better Predict Market Behavior," *Marketing Letters*, 16, 3, 197-208.

88. Fennell, Geraldine and Greg M. Allenby (2004) "An Integrated Approach: Market Definition, Market Segmentation and Brand Positioning Create a Powerful Combination," *Marketing Research*, 16, 4, 28-34.

89. Gilbride, Timothy J. and Greg M. Allenby (2004) "A Choice Model with Conjunctive, Disjunctive, and Compensatory Screening Rules," *Marketing Science*, 23, 3, 391-406.

90. Allenby, Greg M., David G. Bakken and Peter E. Rossi (2004) "The HB Revolution: How Bayesian Methods Have Changed the Face of Marketing Research," *Marketing Research*, 16, 2, 20-25.

91. Allenby, Greg M., Thomas S. Shively, Sha Yang and Mark J. Garratt (2004) "A Choice Model for Packaged Goods: Dealing with Discrete Quantities and Quantity Discounts," *Marketing Science*, 23, 1, 95-108.

92. Allenby, Greg M., Jeff Brazell, Tim Gilbride and Thomas Otter (2004) "Avoiding IIA Meltdown," 2004 Sawtooth Software Conference Proceedings, 223-230.

93. Bradlow, Eric T., Peter J. Lenk, Greg M. Allenby and Peter E. Rossi (2004) "When BDT in Marketing Meant Bayesian Decision Theory:  The Influence of Paul Green's Research," in Marketing Research and Modeling: Progress and Prospects, A Tribute to Paul Green, Y.Wind and P.E. Green, editors, p. 17-39, Kluwer Academic Press.

94. Yang, Sha, Yuxin Chen and Greg M. Allenby (2003) "Bayesian Analysis of Simultaneous Demand and Supply," with discussion, *Quantitative Marketing and Economics*, 1, 251-304.

95. Rossi, Peter E. and Greg M. Allenby (2003) "Bayesian Statistics and Marketing," *Marketing Science*, 22, 304-328.

96. Allenby, Greg M. and Peter E. Rossi (2003) "Perspectives Based on 10 Years of HB in Marketing Research," *Sawtooth Software Conference Proceedings*.

97. Fennell, Geraldine, Greg M. Allenby, Sha Yang and Yancy Edwards (2003) "The Effectiveness of Demographic and Psychographic Variables for Explaining Brand and Product Use," *Quantitative Marketing and Economics*, 1, 223-244.

98. Fennell, Geraldine and Greg M. Allenby (2003) "Specifying Your Market's Boundaries," *Marketing Research*, 15, 2, 32-37.

99. Jen, Lichung, Chien-Heng Chou and Greg M. Allenby (2003) "A Bayesian Approach to Modeling Purchase Frequency," *Marketing Letters*, 14, 1, 5-20.

100. Yang, Sha and Greg M. Allenby (2003) "Modeling Interdependent Consumer Preferences," *Journal of Marketing Research*, 40, 282-294.

101. Edwards, Yancy D. and Greg M. Allenby (2003) "Multivariate Analysis of Multiple Response Data," *Journal of Marketing Research*, 40, 321-334.

102. Kim, Jaehwan, Greg M. Allenby, and Peter E. Rossi (2002) "Modeling Consumer Demand for Variety," *Marketing Science*, 21, 3, 229-250.

103. Allenby, Greg, Geraldine Fennell, Albert Bemmaor, Vijay Bhargava, Francois Christen, Jackie Dawley, Peter Dickson, Yancy Edwards, Mark Garratt, Jim Ginter, Alan Sawyer, Rick Staelin, and Sha Yang (2002) "Market Segmentation Research: Beyond Within and Across Group Differences," *Marketing Letters*, 13, 3, 233-244.

104. Allenby, Greg, Neeraj Arora, Chris Diener, Jaehwan Kim, Mike Lotti and Paul Markowitz (2002) "Distinguishing Likelihoods, Loss Functions and Heterogeneity in the Evaluation of Marketing Models," *Canadian Journal of Marketing Research*, 20.1, 44-59.

105. Yang, Sha, Greg M. Allenby and Geraldine Fennell (2002) "Modeling Variation in Brand Preference: The Roles of Objective Environment and Motivating Conditions," *Marketing Science*, 21, 1, 14-31.

106. Fennell, Geraldine and Greg M. Allenby (2002) "No Brand Segmentation? Let's Not Rush to Judgment," *Marketing Research*, 14, 1, 14-18.

107. Rossi, Peter E., Zvi Gilula and Greg M. Allenby (2001) "Overcoming Scale Usage Heterogeneity: A Bayesian Hierarchical Approach," *Journal of the American Statistical Association*, 96, 20-31.

108. Allenby, Greg M. (2001) Discussant in "Special Issue: Methodological and Statistical Concern of the Experimental Behavioral Researcher," *Journal of Consumer Psychology*, 10, 1 & 2.

109. Peter E. Rossi and Greg M. Allenby (2000) "Statistics and Marketing," *Journal of the American Statistical Association*, 95, 635-38.  Reprinted in Statistics in the 21st Century, edited by Adrian E. Raftery, Martin A. Tanner and Martin T. Wells, Chapman & Hall (2001).

110. Shively, Thomas S., Greg M. Allenby and Robert Kohn (2000) "A Nonparametric Approach to Identifying Latent Relationships in Hierarchical Models," *Marketing Science*, 19, 2, 149-162.

111. Yang, Sha and Greg M. Allenby (2000) "A Model for Observation, Structural and Household Heterogeneity in Panel Data," *Marketing Letters*, 11, 2, 137-149.

112. Arora, Neeraj and Greg M. Allenby (1999) "Measuring the Influence of Individual Preference Structures in Group Decision Making," *Journal of Marketing Research*, 36, 476-487.

113. Allenby, Greg M., Robert P. Leone and Lichung Jen (1999) "A Dynamic Model of Purchase Timing with Application to Direct Marketing," *Journal of the American Statistical Association*, 94, 365-374.

114. Allenby, Greg M. and Peter E. Rossi (1999) "Marketing Models of Consumer Heterogeneity," *Journal of Econometrics*, 89, 57-78.

115. Allenby, Greg, Neeli Bendapudi, Bob Burnkrant, Leslie Fine, Jim Ginter, Bob Leone, Mark Stiving and Rao Unnava, (1998) "Market Segmentation in the 21st Century: Discrete Solutions to Continuous Problems," *Seoul Journal of Business*, 4, 2, 129-157.

116. Arora, Neeraj, Greg M. Allenby and James L. Ginter (1998) "A Hierarchical Bayes Model of Primary and Secondary Demand," *Marketing Science*, 17, 29-44.

117. Allenby, Greg M., Neeraj Arora and James L. Ginter (1998) "On the Heterogeneity of Demand," *Journal of Marketing Research*, 35, 384-389.

118. Rossi, Peter E., Robert E. McCulloch and Greg M. Allenby (1996) "The Value of Purchase History Data in Target Marketing," *Marketing Science*, 15, 321-340.

119. Allenby, Greg M., Lichung Jen and Robert P. Leone (1996) "Economic Trends and Being Trendy: The Influence of Consumer Confidence on Retail Fashion Sales," *Journal of Business and Economic Statistics*, 14, 103-112.

120. Allenby, Greg M. (1996) "Interactive Graphical Methods in the Analysis of Customer Panel Data - A Comment," *Journal of Business and Economic Statistics*, 14, 126-127.

121. Rossi, Peter E., Robert E. McCulloch and Greg M. Allenby (1995) "Hierarchical Modelling of Consumer Heterogeneity: An Application to Target Marketing," Case Studies in Bayesian Statistics, edited by Constantine Gatsonis, James S. Hodges, Robert E. Kass and Nozer D. Singpurwalla, p.323-349, New York: Springer-Verlag.

122. Allenby, Greg M. and James L. Ginter (1995) "Using Extremes to Design Products and Segment Markets," *Journal of Marketing Research*, 32, 392-403.

123. Allenby, Greg M., Neeraj Arora and James L. Ginter (1995) "Incorporating Prior Knowledge into the Analysis of Conjoint Studies," *Journal of Marketing Research*, 32, 152-162.

124. Allenby, Greg M. and Peter J. Lenk (1995) "Reassessing Brand Loyalty, Price Sensitivity, and Merchandising Effects on Consumer Brand Choice," *Journal of Business and Economic Statistics*, 13, 281-290.

125. Allenby, Greg M. and James L. Ginter (1995) "The Effects of In-Store Displays and Feature Advertising on Consideration Sets," *International Journal of Research in Marketing*, 12, 67-80.

126. Allenby, Greg M. and Peter J. Lenk (1994) "Modeling Household Purchase Behavior with Logistic Normal Regression," *Journal of the American Statistical Association*, 89, 1218-1231.

127. Neslin, Scott, Greg Allenby, Andrew Ehrenberg, Steve Hoch, Gilles Laurent, Robert Leone, John Little, Leonard Lodish, Robert Shoemaker, and Dick Wittink (1994) "A Research Agenda for Making Scanner Data More Useful to Managers," *Marketing Letters*, 5, 395-411.

128. Allenby, Greg M. and Peter E. Rossi (1993) "A Marginal-Predictive Approach to Identifying Household Parameters," *Marketing Letters*, 4, 227-239.

129. Rossi, Peter E. and Greg M. Allenby (1993) "A Bayesian Approach to Estimating Household Parameters," *Journal of Marketing Research*, 30, 171-182.

130. Masters, Jim M., Greg M. Allenby, Bernard J. La Londe, and Arnie Maltz (1992) "On the Adoption of DRP," *Journal of Business Logistics*, 13, 47-68.

131. Allenby, Greg M. and Peter E. Rossi (1991) "Quality Perceptions and Asymmetric Switching Between Brands," *Marketing Science*, 10, 185-205.

132. Allenby, Greg M. and Peter E. Rossi (1991) "There is No Aggregation Bias: Why Macro Logit Models Work," *Journal of Business and Economic Statistics*, 9, 1-14.

133. Allenby, Greg M. (1990) "Hypothesis Testing with Scanner Data: The Advantage of Bayesian Methods," *Journal of Marketing Research*, 27, 379-389.

134. Allenby, Greg M. (1990) "Cross Validation, the Bayes Theorem, and Small Sample Bias," *Journal of Business and Economic Statistics*, 8, 171-178.

135. Allenby, Greg M. (1989) "A Unified Approach to Identifying, Estimating and Testing Demand Structures with Aggregate Scanner Data," *Marketing Science*, 8, 265-280.

136. Allenby, Greg M. and Robert C. Blattberg (1987), "A New Theory of Direct Market Testing, or Why Your Rollout Results Do Not Match Your Test Results," *Journal of Direct Marketing*, 1, 4, 24-37.

137. Tiao, GC, Reinsel, GC, Pedrick, JH, Allenby, GM, Mateer, CL, Miller, AJ, and DeLuisi, JJ (1986) "A Statistical Trend Analysis of Ozonesonde Data," *Journal of Geophysical Research*, 91, D12, 13,121-13,136.

**On-Line Presentations**

1. Allenby, G.M. (2010), "Heterogeneity", in Allenby, G.M. and Rossi, P.E. (eds), Bayesian Analysis in Marketing: A breakthrough in customer analytics, The Marketing & Management Collection, Henry Stewart Talks Ltd, London (online at http://hstalks.com/?t=MM0992334-Allenby)

2. Allenby, G.M. (2010), "Hierarchical models, conditional independence and data augmentation", in Allenby, G.M. and Rossi, P.E. (eds), Bayesian Analysis in Marketing: A breakthrough in customer analytics, The Marketing & Management Collection, Henry Stewart Talks Ltd, London (online at http://hstalks.com/?t=MM0992331-Allenby)

3. Allenby, G.M. (2010), "Metropolis algorithms, logit and quantile regression estimation", in Allenby, G.M. and Rossi, P.E. (eds), Bayesian Analysis in Marketing: A breakthrough in customer analytics, The Marketing & Management Collection, Henry Stewart Talks Ltd, London (online at http://hstalks.com/?t=MM0992332-Allenby)

4. Allenby, G.M. (2010), "Unit-level models and discrete demand", in Allenby, G.M. and Rossi, P.E. (eds), Bayesian Analysis in Marketing: A breakthrough in customer analytics, The Marketing & Management Collection, Henry Stewart Talks Ltd, London (online at http://hstalks.com/?t=MM0992333-Allenby)

**Doctoral Students – former and current**

Lichung Jen (President, National Taipei University of Business), thesis chair
Neeraj Arora (Chaired Professor, University of Wisconsin), thesis chair
Sha Yang (Chaired Professor, University of Southern California), thesis chair
Jaehwan Kim (Professor, Korea University), thesis chair
Yancy Edwards (Associate Professor, Shippensburg University), thesis chair
Tim Gilbride (Associate Professor, University of Notre Dame), thesis chair
Ling-Jing Kao (Professor, National Taipei Univ. of Technology), thesis chair
Qing Liu (Associate Professor, University of Wisconsin), thesis co-chair
Sandeep Rao Chandukala (Associate Professor, Singapore Management University), thesis chair
Jeff Dotson (Associate Professor, Ohio State), thesis chair
Sanghak Lee (Associate Professor, Arizona State University), thesis chair
John Howell (Associate Professor, BYU), thesis chair
Tatiana Dyachenko (Assistant Professor, University of Georgia), thesis chair
Marc Dotson (Assistant Professor, Utah State University), thesis chair
Inyoung Chae (Associate Professor, SKKU), committee member (INSEAD)
Adam Smith (Assistant Professor, University College London), thesis chair
Hyowon Kim (Assistant Professor, SKKU Korea), thesis chair

14

Taegyu Hur (Assistant Professor, Iowa State), thesis chair
Zijing (Judy) Zhang (Assistant Professor, Santa Clara University), thesis co-chair
Chengzhao Tu (PhD Student, Ohio State),
Cheng-Yu Hung (PhD Student, Ohio State),
Yuan Lu (PhD Student, Ohio State),
Wei Fan (PhD Student in Economics, Ohio State).

## Post-Doctoral Students – former and current
Dong Soo Kim (Assistant Professor, Chung-Ang University, Korea)
Yichun Miriam Liu (Assistant Professor, Iowa State)
Jiae Kim (Assistant Professor, Ohio State)


## Professional Activity

Fellow of the INFORMS Society for Marketing Science (elected 2014)

Fellow of the American Statistical Association (elected 2003)

Trustee, Ohio Northern University, Ada Ohio (2010-2019)

Research Professor, Korea University (2013-2018)


*Quantitative Marketing and Economics*
Editor, 2010-2013
Associate Editor, 2002-2009

*Marketing Insights*
Editorial Advisory Board (2013-2015)

*Marketing Science*
Area Editor, 1994-2009
Editorial Board, 1992-2009

*Journal of Marketing Research*
Associate Editor, 2006-2009
Editorial Board, 1994-2009

*Journal of Business and Economic Statistics*
Associate Editor, 1992-2009

*Marketing Letters*
Editorial Board, 2000-2009

*Management Science*
Associate Editor, 2009

Reviewer for *Marketing Science*, *Journal of Business and Economic Statistics*, *Management Science*, *International Journal of Research in Marketing*, *Journal of Marketing Research*, *Journal of Finance, Journal of Econometrics, Journal of Business, Journal of the American Statistical Association, Quantitative Markeitng and Economics.*

American Statistical Association, Marketing Section
    Chair, 2002-2003
    Chair-Elect, 2001-2002
    Secretary-Treasurer, 1997-1998

American Marketing Association
    Vice President, Research Council 2002-2003
    Vice President-Elect, Research Council 2001-2002
    Member, Research Council 1999-2004

    INFORMS Society on Marketing Science, VP for Education 2005-2007

    Program Committee, Advanced Research Technique Forum (American Marketing Association) 1997, 1998, 1999

    Program Chair, Advanced Research Technique Forum (American Marketing Association) 2000, 2014-2015

    Chair, Bayesian Applications and Methods in Marketing Conference (BAMMCONF), Ohio State University, November, 1999 – 2002

    Program Chair, Quantitative Marketing and Economics (QME) conference, October, 2003-2007.

**Awards**

2024 AMA Paul Converse award for contributions to the science of marketing.

2023 AMA Gil Churchill lifetime achievement award for contributions to marketing research.

2017 Advanced Research Technique Forum (American Marketing Association) – Best Presentation: "Toward Reconciling Stated and Revealed Preferences."

2016 ISMS Long Term Impact Award Finalist for "Estimating Heterogeneous EBA and Economic Screening Rule Choice Models, Marketing Science, 25, 494-509.

2014 ISMS Long Term Impact Award Finalist for "A Choice Model with Conjunctive, Disjunctive, and Compensatory Screening Rules," Marketing Science, 23, 3, 391-406.

16

2013 ISMS Long Term Impact Award Finalist for "A Choice Model with Conjunctive, Disjunctive, and Compensatory Screening Rules," Marketing Science, 23, 3, 391-406.

2012 AMA Parlin Award for leadership and impact on the profession of marketing research over an extended period of time.

2012 ISMS Long Term Impact Award Finalist for "Modeling Consumer Demand for Variety," *Marketing Science*, 21, 3, 229-250, with Jaehwan Kim and Peter Rossi.

2012 ISMS Long Term Impact Award Finalist for "A Choice Model with Conjunctive, Disjunctive, and Compensatory Screening Rules," Marketing Science, 23, 3, 391-406.

2011 ISMS Long Term Impact Award Finalist for "Modeling Consumer Demand for Variety," *Marketing Science*, 21, 3, 229-250, with Jaehwan Kim and Peter Rossi.

2010 ISMS Long Term Impact Award Winner for "Bayesian Statistics and Marketing," *Marketing Science*, 22, 304-328, (INFORMS Society for Marketing Science), with Peter Rossi.

2010 ISMS Long Term Impact Award Finalist for "A Choice Model with Conjunctive, Disjunctive, and Compensatory Screening Rules," *Marketing Science*, 23, 3, 391-406, with Tim Gilbride.

2009 ISMS Long Term Impact Award Finalist for "Bayesian Statistics and Marketing," *Marketing Science*, 22, 304-328, (INFORMS Society for Marketing Science), with Peter Rossi.

2004 ISMS John D.C. Little Award Finalist for best paper appearing in an INFORMS journal in 2004. (INFORMS Society for Marketing Science)  "A Choice Model with Conjunctive, Disjunctive, and Compensatory Screening Rules," *Marketing Science*, 23, 3, 391-406, with Tim Gilbride.

2003 Advanced Research Technique Forum (American Marketing Association) – Best Presentation: "Modeling Interdependent Consumer Preferences."

2002 ISMS John D.C. Little Award Finalist for best paper appearing in an INFORMS journal in 2002.  "Modeling Consumer Demand for Variety," *Marketing Science*, 21, 3, 229-250, with Jaehwan Kim and Peter Rossi.

2001 Advanced Research Technique Forum (American Marketing Association) – Best Presentation: "A Choice Model for Packaged Goods: Dealing with Discrete Quantities and Quantity Discounts."

2000 O'Dell Award Finalist (American Marketing Association) for best paper appearing in the Journal of Marketing Research in 1995.  "Using Extremes to Design Products and Segment Markets," *Journal of Marketing Research*, 32, 392-403, with Jim Ginter and Neeraj Arora.

17

1999 Advanced Research Technique Forum (American Marketing Association) – Best Presentation: "Overcoming Scale Usage Heterogeneity: A Bayesian Hierarchical Approach."

1998 JASA – Best Applications and Case Studies Invited Paper nominee for "A Dynamic Model of Purchase Timing with Application to Direct Marketing. "

1998 O'Dell Award Finalist (American Marketing Association) for best paper appearing in the Journal of Marketing Research in 1993. "A Bayesian Approach to Estimating Household Parameters," *Journal of Marketing Research*, 30, 171-182, with Peter Rossi.

1996 ISMS John D.C. Little Award Finalist (INFORMS Society for Marketing Science), for best paper appearing in an INFORMS. "The Value of Purchase History Data in Target Marketing," *Marketing Science*, 15, 321-340, with Peter Rossi and Rob McCulloch.

1995 Paul E. Green Award Finalist (American Marketing Association) for paper appearing in the Journal of Marketing Research in 1995 with the greatest relevance to the practice of market research. "Using Extremes to Design Products and Segment Markets," *Journal of Marketing Research*, 32, 392-403, with Jim Ginter and Neeraj Arora.

1995 O'Dell Award Finalist (American Marketing Association) for best paper appearing in the Journal of Marketing Research in 1990. "Using Extremes to Design Products and Segment Markets," *Journal of Marketing Research*, 32, 392-403, with Jim Ginter and Neeraj Arora.

1991 ISMS Frank M. Bass Dissertation Award, TIMS College of Marketing, March for "A Unified Approach to Identifying, Estimating and Testing Demand Structures with Aggregate Scanner Data," Marketing Science, 8, 265-280.

1991 Pace Setters Research Award, College of Business, Ohio State University.

1991 Dean's Research Professorship, College of Business, Ohio State University.

**Grants**

"Optimal Fundraising Design in a Competitive Market: A Unifying Framework," with Peter Popkowski Leszcyc, Ernan Haruvy, Cassandra Chapman and Hyowon Kim, $161,000, Australian Research Council Discovery Project

"Menu Choice Modeling and Analysis," $200,000, Ford Motor Company.

"Modeling Consumer's Product Choices Using Benefit-Based Conjoint Analysis with Constraints," $300,000, Ford Motor Company.

"Hierarchical Bayes Methods in Psychology of Consumer Behavior," with Angela Dean, Steve Maceachern, Mario Peruggia, Trisha Van Zandt, Michael Browne, and Thomas Otter, $618,878, National Science Foundation grant SES-0437251, 2004-2008.

"Household Level Customization of Marketing Instruments: A Decision Theoretic Approach," with Peter E. Rossi, $9,000, 1992 MSI competition on "Understanding and Measuring the Effect of Direct Marketing."

**Presentations**

"An Integrated Model of Text, Scaled Response and Choice Data"
        Tohoku University, Japan, December 2019

"Improving Text Analysis Using Sentence Conjunctions and Punctuation"
        Tohoku University, Japan, December 2019

"Quantitative Analysis in Marketing"
        Kent State University, April 2019

"Improving Test Analysis Using Sentence Conjunctions and Punctuation"
        University College London, March 2019
        Cambridge University, March 2019

"Optimal Product Design by Sequential Experiments in High Dimensions"
        Rotterdam School of Business, September, 2017
        Virginia Tech, September, 2017
        Brigham Young University, October, 2016

"Structuring Limited-Information Data for Marketing Forecasts"
        IE Business School, Madrid, Spain, June 2016
        International Symposium on Forecasting, Spain, 2016

"Benefit-Based Conjoint Analysis"
        INSEAD Business School, June 2016
        Korea University Business School, May 2016
        Indian School of Business, January 2016

"An Economic Model for Charitable Donations"
        Santa Clara University, February 2014
        Wharton, February 2014
        UC Davis, March 2014
        University of South Carolina, April 2014

"The Economic Value of Product Features"
        AEDE Department, Ohio State University, October 2013
        Sawtooth Software Conference, October 2013

19

"Big Data 2.0"
>  Keynote Address at the Korean Marketing Association Meeting, October 2012

"Seven Summits of Marketing Research"
>  AMA ART Forum, June 2013
>  University of North Carolina, April 2012
>  AMA ART Forum, June 2012

"Modeling Indivisible Demand"
>  London Business School, June 2013
>  Stanford GSB, January 2013
>  Korean Marketing Association, October 2012
>  Carnegie Mellon University, Tepper School, March 2012

"Choice Models for Budgeted Demand and Constrained Allocation"
>  University of Cincinnati, September 2011
>  Department of Statistics, Ohio State, October 2011

"Multiple Constraint Choice Models"
>  UCLA, February 2011
>  University of Texas at Dallas, February 2011
>  Vanderbilt University, March 2011
>  University of Wisconsin, Milwaukee 2011

"Modeling Unmet Demand"
>  Osaka University, Japan, September 2010

"Developing and Testing Models of Strategic Behavior"
>  University of Rochester, March, 2010

"Multiple Constraint Choice Models with Corner and Interior Solutions"

>  Duke University, September 2009
>  Goethe University, Frankfurt, September, 2009

"A Probit Model with Structured Covariance for Similarity Effects and Source of Volume
Calculations"

>  University of Wisconsin, April 2009
>  Bauer School of Business, University of Houston, March 2009
>  Booth School of Business, University of Chicago, February 2009
>  Rotman School of Management, University of Toronto, February 2009

"A Model for Trade-up and Change in Considered Brands"
>  Goethe University, Frankfurt, Germany, September 2008
>  Hong Kong University of Science and Technology, December 2007

20

Advanced Research Technique Forum, June 2007

"Evaluating the Effectiveness of Marketing Expenditures"
University of Wisconsin, April 2009
Indiana University, October, 2008
Dartmouth College, November 2007
Northwestern University, March 2007
Yale School of Management, February 2007
The University of Tsukuba, Tokyo, Japan, December 2006

"A Simultaneous Quantile Regression Model for Customer Linkage Analysis"
Korea University, December 2006
Tohoku University, Japan, December 2006

"Product Attributes and Models of Multiple Discreteness"
International Society of Forecasting, Santander, Spain, June 2006

A Direct Approach to Evaluating Technical and Allocative Efficiency in Marketing
University of Iowa Seminar on Bayesian Inference in Econometrics and Statistics, April 2006
Columbia University GSB, March 2006

"Retrospect and Prospect in Research in Bayesian Modeling"
Korea University, Centennial Symposium, May, 2005

"Estimating State-Space Models of Consumer Behavior: A Hierarchical Bayes Approach"
Johannes Kepler University, Linz, Austria, September 2005
University of Chicago, February 2005
Ohio State Department of Statistics, October, 2004
Tohoku University, Sendai, Japan, December 2004

"Exploring the Determinants of Trademark Dilution: A Bayesian Network Model of Consumer Recall"
Joint Statistical Meetings, August 2004
Ohio State University, May 2004

"Modeling Simultaneity in Survey Data"
University of Alberta, CA, May 2005
Stanford University GSB, April 2005
Harvard Business School, March 2005
University of Chicago, February 2005
The Institute of Statistical Mathematics, Toyko, December 2004
MIT Sloan School of Business, February, 2004
Ohio State Survey Research Center, December, 2003

"Bayesian Analysis of Simultaneous Demand and Supply"
UCLA, Anderson School of Business, September, 2003

21

QME Conference, October, 2003

"Hierarchical Bayes Modeling – A New Research Tool"
      AMA Marketing Research Conference, September, 2003

"Bayesian Statistics and Marketing"
      Indian Business School (tutorial), January 2016
      ART Forum (tutorial), June 2009
      Hebrew University (tutorial), Israel, April 2009
      DStatG (German Statistical Association) September 2008
      University of Connecticut, May 2006
      Cornell University, March, 2006
      Johannes Kepler University, Austria (tutorial) September 2005
      Korea University (tutorial) May 2005
      University of Alberta (tutorial), May 2005
      Taiwan Institute of Marketing Science, 2004
      National Chiao Tung University (Taiwan), December, 2004
      University of Frankfurt (tutorial), September, 2004
      Peking University, June, 2004
      University of Texas at Dallas, February, 2004
      London Business School, May, 2003
      Taiwan National University, December 2002
      Institute of Statistical Mathematics, Tokyo, December 2002

"Database Marketing: The Ultimate Weapon for CRM?"
      Taiwan National University, December 2002

"Conceptualizing and Measuring User Wants: Understanding the Source of Brand Preference"
      University College, Dublin, May 2003
      Cardiff University Graduate School of Business, May 2003
      London Business School, May 2003
      University of Texas, San Antonio, April 2003
      University of Michigan, School of Business, January 2003
      Ohio State University, Fisher College of Business, November 2002
      Northwestern University, Kellogg School of Management, September 2002
      New York University, Stern School of Business, June 2002
      Advanced Research Technique Forum (AMA), June 2002

"When BDT Meant Bayesian Decision Theory: The Influence of Paul Green's Research"
      The University of Pennsylvania (Wharton), May, 2002

"Modeling Interdependent Consumer Preferences"
      Advanced Research Technique (ART) Forum, June 2003
      Tohoku University, Sendai, Japan, December 2002
      Department of Ag. Econ, Ohio State, October, 2002
      Joint Statistical Meetings, New York, August, 2002
      INFORMS Marketing Science Meetings, University of Alberta, June 2002

Case Western Reserve University, April 2002
University of Wisconsin – Madison, April 2002
University of Connecticut, February 2002

"A Choice Model for Packaged Goods: Dealing with Discrete Quantities and Quantity
Discounts"
University of Iowa – October, 2002
University of Wisconsin – Milwaukee, April 2002
Purdue University, March 2002
University of Cincinnati, February 2002
University of Houston, November 2001
University of British Columbia, September 2001
Advanced Research Technique Forum (AMA), June 2001
University of Chicago, GSB, May, 2001
University of California, Berkeley, March 2001

"The Effectiveness of Brand-Related Segmentation Variables: Empirical Evidence and
Conceptual  Frameworks"
Sawtooth Software Conference, 2001
University of Pennsylvania (Wharton), October, 2000
University of Washington, September, 2000

"Overcoming Scale Usage Heterogeneity: A Bayesian Hierarchical Approach"
Vienna School of Business and Economics, March 2000
University of Southern California, January 1999
Department of Statistics, Ohio State, January 1999
Washington University, March 1999
University of Toronto, March 1999
Advanced Research Technique Forum (AMA), June 1999

"A Hierarchical Bayes Model of Primary and Secondary Demand"
Advanced Research Technique Forum (AMA), June 1998

"Hierarchical Bayes Methods in Conjoint Analysis"
Graduate School of Business, University of Chicago, May, 1998

"Market Segmentation in the 21st Century: Discrete Solutions to Continuous Problems"
Marketing Science Institute Conference, June, 1998
Harvard University, April, 1998
University of Florida, March, 1998

"A Dynamic Model of Purchase Timing with Application to Direct Marketing"
Yale School of Management, December, 1997

"An Introduction to Hierarchical Bayes Modeling"
Advanced Research Technique Forum (AMA), June 1998
Advanced Research Technique Forum (AMA), June 1997

23

"On the Identification of Market Segments"
American Marketing Association Summer Educator's Conference, August 1997
Advanced Research Techniques Forum (AMA), June 1997

"A Hierarchical Bayes Model of Purchase Timing with Application to Direct Marketing"
51st NSF-NBER Seminary on Bayesian Inference in Econometrics and Statistics
Notre Dame University, May 1997
Cornell University, April 1997

"Using Nonparametric Random Effects Probit Models to Model Purchase Probabilities"
International Society for Bayesian Analysis (ISBA), Chicago, August 1996

"Getting the Most Out of Database Marketing: New Approaches to Understanding Individual
Differences"
School of Database Marketing, University of Notre Dame, August 1996

"Recent Advances in Disaggregate Analysis: A Primer on the Gibbs Sampler"
Advanced Research Technique Forum (AMA), June 1996

"Customer Valuation: A Hierarchical Bayes Approach for Estimating Recency, Frequency and
Monetary Value in Direct Marketing"
University of Pittsburgh, February, 1996
University of Michigan, January, 1996

"Using Extremes to Design Products and Segment Markets"
Advanced Research Technique Forum (AMA), June, 1995
Stanford University, May, 1995
The University of Texas at Austin, April, 1995
Pennsylvania State University, February, 1995
Department of Statistics, Ohio State, September, 1994

"Hierarchical Conjoint Analysis"
American Statistical Association Meetings, Toronto, August, 1994
Marketing Science Conference, University of Arizona, March, 1994

"Challenging Conventional Wisdom About Price Sensitivity, Advertising Effects and Brand
Loyalty"
Duke University, Fuqua School of Business, October, 1993
Georgetown University, College of Business and Economics, October, 1993
International Society for Bayesian Analysis, San Francisco, August, 1993
Marketing Science Institute, May, 1993

"Incorporating Prior Knowledge into the Design and Analysis of Conjoint Studies"
Advanced Research Technique Forum (AMA), June 1996
Marketing Science Conference, Washington University, March 1993

24

"The Purchase Behavior of the Infrequent Shopper"
Marketing Science Conference, Washington University, March 1993
Harvard Business School, March, 1993
University of Delaware, February, 1993

"Household Level Customization of Marketing Instruments: A Decision Theoretic Approach"
Marketing Science Conference, Washington University, March 1993
DMA National Convention, Dallas, October 1992

"Modeling Household Purchase Behavior"
Carnegie Mellon University, GSIA, May, 1992.
University of Chicago, Graduate School of Business, April, 1992.
Ohio State University, Department of Statistics, April, 1992.

"Modeling Competitive Subsets and Product Differentiation"
The University of Toronto, College of Business, March, 1992.
The Wharton School, University of Pennsylvania, April, 1991.
Marketing Science Conference, University of Delaware, March, 1991.

"A General Approach to Modeling Heterogeneity in Choice Models"
Marketing Science Conference, University of Delaware, March, 1991.

"Adjusting for Household Heterogeneity"
Marketing Science Conference, University of Delaware, March, 1991.

"Quality Perceptions and Asymmetric Switching Between Brands"
Washington University, Olin School of Business, February, 1991.
TIMS-UCLA Special Interest Conference on New Frontiers in Scanner Research, January, 1991.
University of Rochester, Simon School of Business, November, 1990.
University of Chicago, Graduate School of Business, May, 1990.
Microeconomics Workshop, Ohio State University, May, 1990.
Cornell University, March 1990.
Marketing Science Conference, University of Illinois, March, 1990.

"Hypothesis Testing with Scanner Data: The Advantage of Bayesian Methods"
Marketing Science Conference, University of Illinois, March, 1990.

"Adoption Rates for Non-Durables: Evaluating the Marketing Mix and Generating Early Forecasts"
Marketing Science Conference, University of Illinois, March, 1990.

"Cross Validation, the Bayes Theorem, and Small Sample Bias"
Marketing Science Conference, Duke University, March, 1989.

"There is no Aggregation Bias: Why Macro Logit Models Work"

University of Texas at Dallas, April, 1991
Marketing Science Conference, Duke University, March, 1989.
Dartmouth College, February, 1989.

"A Unified Approach to Identifying, Estimating and Testing Demand Structures"
Ohio State University, Department of Agricultural Economics, November, 1988.
Ohio State University, Department of Statistics, October, 1988.
Marketing Science Conference, Seattle, March, 1988.

"How Do Brands Compete?"
ORSA/TIMS Fall Meeting, Denver, Colorado, October, 1988.

"Modeling Promotional Competition"
Marketing Science Institute meeting on Measuring and Evaluating Sales Promotions from the Manufacturer and Retailer Perspectives, Boston, May, 1988.

"State Space Models in Marketing"
Invited Lecture at the University of Texas at Austin, April, 1988.