# EXHIBIT A

71

Exhibit A: Charles L. Baum's Resume

72

# CHARLES L. BAUM II, Ph.D.

2930 Cherry Blossom Lane
Murfreesboro, Tennessee 37129
cbaum@baumeconomics.com
W: 615-556-9287

EMPLOYMENT

Middle Tennessee State University

      Professor of Economics (2010-present)

      Chair, Department of Economics and Finance (2008-2014)

      Associate Professor of Economics (2004-2010)

      Director of the Economics Graduate Programs (2004-2008)

      Assistant Professor of Economics (1999-2004)

Baum Economics LLC

      Member (2015-present)

EDUCATION

Ph.D., Economics, University of North Carolina at Chapel Hill (1999)

B.A., Economics, Wake Forest University (1995)

B.A., Political Science, Wake Forest University (1995)

RESEARCH INTERESTS / SPECIALTIES:  Labor Economics, Employment, Wages, Earnings, Employment Benefits, Unemployment, Retirement Decisions, Worklife Expectancies, Social Security Income and Benefits, Business Valuations, Profits, Business Income, Antitrust Economics, Price-Fixing, and Predatory Pricing

TESTIMONY (DEPOSITION AND TRIAL)**

**Last five years (2018-2025), in reverse order; pre-2018 testimony available upon request.

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT, IN AND FOR PASCO COUNTY, FLORIDA, CIVIL DIVISION, ERIN GAENG and TIMOTHY GAENG, as

parents and natural guardians of J.G., a minor, Plaintiffs, v. NEW PORT RICKEY HOSPITAL, INC., d/b/a MEDICAL CENTER OF TRINITY, MELINDA GRAHAM, M.D., ORANGE BLOSSOM WOMEN'S GROUP, PLLC, JENNY BUCK, M.D., and WOMEN'S HEALTH HOSPITALISTS, LLC, Defendants. Case No.: 2024-CA-001452. December 17, 2025.  (Deposition).

IN THE CIRCUIT COURT OF THE 11th JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA, MOHAMED AZIZ and SHARIFA AZIZ, as parents and Natural guardians of J.M.A., a minor, and individually, Plaintiffs, v. WELLINGTON REGIONAL MEDICAL CENTER, LLC, d/b/a WELLINGTON REGIONAL MEDICAL CENTER, a Florida limited liability company, ROBERT PAUL HENRY, M.D., BLUE RADIOLOGY SERVICES, LLC, a Florida Limited Liability Company, and VIRTUAL RADIOLOGIC PROFESSIONALS, LLC, a Delaware Limited Liability Company, Defendants. CASE NO.: 2020-007670-CA-22.  December 15, 2025.  (Deposition).

IN THE CHANCERY COURT OF TENNESSEE FOR THE NINETEENTH JUDICIAL DISTRICT AT SPRINGFIELD, ANDY MASON and CLAY HEAD, individually and derivatively on behalf of A & W SOUTHERN SOD FARMS LLC, Plaintiffs, v. WILLIAM HEAD, JULIE HEAD, and TENNESSEE ELITE SOD FARM LLC, Defendants. Case No.: CH25-CV-126.  December 5, 2025.  (Deposition).

IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT, MASON COUNTY, ILLINOIS, JESSICA MEAKER, Individually, and as Independent Administrator of the Estate of GAGE R. Bell, Deceased, Plaintiffs, v. TODD M. SCHMITGALL, as Special Representative of the Estate of GAGE L. KLEIN a/k/a GAGE LEE KLEIN SCHMITGALL a/k/a GAGE L. SCHMITGALL, Deceased, DAWN R. KLEIN, TODD M. SCHMITGALL, Individually, ERIC L. ANDERSON, as Special Representative of the Estate of BLAKE A. ANDERSON, Deceased, ERIC L. ANDERSON, Individually, and SNYDER'S HIDEOUT, INC., d/b/a THE HIDEOUT, Defendants. Case No.: 2022-LA1.  December 3, 2025.  (Deposition).

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA, PRESCOTT DIVISION, DR. KAMLI JURA, Plaintiff, v. NORTHERN ARIZONA HEALTHCARE CORPORATION, an Arizona non-profit corporation, Defendant. CASE NO.: 3-23-cv-08554-SMM.  November 21, 2025.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION, GROVES ENTERPRISES, INC., Plaintiff, v. AFC FRANCHISING, LLC, Defendant. Case No.: 2:23-cv-00340-RDP.  November 12, 2025.  (Deposition).

IN THE CIRCUIT COURT OF TENNESSEE FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS, LORETTA MARTIN, and her Husband, JAMES MARTIN, Plaintiffs, v. ROLANDO TOYOS, M.D., WEST TENNESSEE EYE CARE, P.C., A Tennessee Professional Corporation, TOYOS CLINIC, TOYOS FOUNDATION, INC., A Tennessee Corporation, EYE RX, ALISON M. MOORE, O.D., JESSICA B. ARMSTRONG, O.D., and HAYLIE MULLINIKS, O.D., Defendants. Docket No.: CT-4253-22.  November 5, 2025.  (Trial).

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, JEFF VAUGHN, Plaintiff, v. CBS BROADCASTING, INC., Delaware Corporation, and PARAMOUNT GLOBAL, a Delaware Corporation, Wendy McMahon, an individual, Defendants. Case No.: 2:24-cv-05570.  November 3, 2025.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION, BOBBY DEES, Plaintiff, v. LOWE'S HOME CENTERS, LLC, Defendant. Case No.: 2:24-cv-01711-AMM.  October 31, 2025. (Deposition).

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT, IN AND FOR OSCEOLA COUNTY, FLORIDA, CIVIL DIVISION, DANIELLE MARKS and JEREMY DOMINGUEZ, individually and as parents and natural guardians of J.D., a minor, Plaintiffs, v. OSCEOLA REGIONAL HOSPITAL, INC., d/b/a OSCEOLA REGIONAL MEDICAL CENTER, AMY OSBORNE, M.D., OSCEOLA OB/GYN, P.A. d/b/a HUNTER'S CREEK WOMAN'S HEALTH CENTER, UNIVERSITY OF CENTRAL FLORIDA, BOARD OF TRUSTEES, Defendants. Case No.: 2024-CA-001328.  October 27, 2025.  (Deposition).

IN THE CIRCUIT COURT OF PUTNAM COUNTY, TENNESSEE, AT COOKEVILLE, JONATHAN R. THORNBURG AND STACY S. THORNBURG V. TIMOTHY E. VIVIAN, P.A., AND VIVIAN FAMILY MEDICAL LLC, d/b/a COOKEVILLE FAMILY MEDICINE & URGENT CARE, CASE NO.: 2020-CV-186.  October 24, 2025.  (Deposition).

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT IN AND FOR ST. LUCIE COUNTY, FLORIDA, NADIA VALENCIA, Plaintiff, v. RYAN J. SPEECE and BARBARA L. SPEECE, Defendants. Case No.: 562024-CA-001365AXXHC. October 23, 2025.  (Deposition).

IN THE CIRCUIT COURT FOR MAURY COUNTY, TENNESSEE, AT COLUMBIA, MARTIN ELLIOTT and TONI ELLIOTT, Plaintiffs, v. MASTER PAVING AND CHIP SEAL, Defendant. Case No.: 17584.  October 21, 2025.  (Deposition).

Charles L. Baum, Ph.D., Baum Economics LLC
cbaum@baumeconomics.com, (615) 556-9287

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA, SUZANNE POHL, individually, and as personal representative of the ESTATE OF KAITLYN POHL, a deceased individual; JOHN POHL, individually, NATALIE MARTIN, individually, and as personal Representative of the ESTATE OF ELISABETH MARTIN, deceased individual; CALIDA ADEBARA, individually, and as personal representative of the ESTATE OF MALIK WILLIAM RODRIGUEZ, a deceased individual; and HOLLY PAPASAVAS, individually, and as personal representative of the ESTATE OF PATRIKIOS PAPASAVAS, a deceased Individual, Plaintiffs, v. DUDA ENERGY, LLC, an Alabama corporation, Defendant.  Case No.: 47-cv-2024-900516.00.  October 16, 2025.  (Deposition).

IN THE CIRCUIT COURT OF TENNESSEE FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS, KWANZAA M. BOVAN, JA'KHARA C. BOVAN, and OMARI K. BOVAN, as surviving children of KAWANZA CEDRIC BOVAN, deceased, Plaintiffs, v. BAPTIST MEMORIAL MEDICAL GROUP, INC., d/b/a BAPTIST MEDICAL GROUP, PHILIP G. MINTZ, MD, and NICOLE T. MEREDITH, ANP, Defendants. Cause No.: CT-1139-24.  October 14, 2025.  (Deposition).

IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA, SYLVESTER JOHNSON, Plaintiff, v. SAMUEL R. CURRY, individually, Defendant. Case No.: 16-2023-CA-003583.  October 9, 2025.  (Deposition).

IN THE STATE COURT OF DEKALB COUNTY STATE OF GEORGIA, LATOYA MAYO, Individually, and as Parent and Next Friend of MARKEL MAYO, a disabled minor, Plaintiffs, v. EMORY HEALTHCARE, INC.; EMORY UNIVERSITY HOSPITAL MIDTOWN (f/k/a EMORY CRAWFORD LONG HOSPITAL); THE EMORY HEALTHCARE NETWORK; EMORY CLINICALLY INTEGRATED NETWORK, LLC (d/b/a THE EMORY HEALTHCARE NETWORK); PRECIOUS BRASWELL, M.D.; GIRGIS FAHMY, M.D.; HILLARY DORMER-CAINE, R.N.C.-O.B.; SANTANA EDWARDS, R.N.; CRYSTAL BRYANT, R.N.; QIANA GRACE, R.N.; RICHEL PERLMAN, A.P.R.N.; MODINAT ADEBOYEJO, R.N., Defendants. File No.: 23-A-00076.  September 24, 2025.  (Deposition).

IN THE CIRCUIT COURT OF CALHOUN COUNTY, ALABAMA, WILLIE RUFUS WILLIAMS and NATALIE WILLIAMS, Plaintiffs, v. KRONOSPAN LAMINATES LLC; KRONOSPAN USA LLC; KRONOSPAN PB LLC; KRONOSPAN LLC; DAVID SLADE; SUSANNE SCHINCKE; JOHN CONNELL; JENNY WOODS; JEREMY OLIVER; JULIA MIRANDA; and FICTITIOUS DEFENDANTS A, B, & C, Defendants. CIVIL ACTION FILE NO.: 11-CV-2023-900102.00.  September 18, 2025. (Deposition).

SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN DIEGO – CENTRAL DIVISION, PRCCC, INC. d/b/a Paso Robles Central Coast Casino, a California Corporation; and DONALD G. EZZELL, an individual, Plaintiffs, v. STEPHANIE SHIMAZU, an individual; STACEY LUNA BAXTER, an individual; YOLANDA MORROW, an individual; CALIFORNIA BUREAU OF GAMBLING CONTROL, state agency; and DOES 1 Through 20, inclusive, Defendants. Case No.: 37-2023-00043181-CU-BC-CTL.  September 17, 2025.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION, LIN ANN GUSS, individually, and as the surviving spouse of David Glenn Guss, deceased, Plaintiff, v. ROBERT H. DURGIN, M.D., Defendant. Case No.: 3:24-CV-00708.  September 10, 2025.  (Deposition).

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA, ROBIN MCLENNAN, individually, Plaintiff, v. ADVENTIST HEALTH SYSTEM/SUNBELT, INC. d/b/a ADVENTHEALTH ORLANDO; FAIRBANKS PARTNERS, LLC d/b/a ORLANDO NEUROSURGERY; CORY HARTMAN, M.D.; and MICHAEL CHERRY, PA-C, Defendants. Case No.: 2024-CA-000914-O.  September 5, 2025.  (Deposition).

IN THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF TENNESSEE, CHATTANOOGA DIVISION, ERICA SEXTON STEELE, in her capacity as Administrator Ad Litem of the Estate of Darrell Levonne Steele, Plaintiff, v. IVO AARON MILLER, D.D.S., and ASSOCIATES IN ORAL AND MAXILLOFACIAL SURGERY, P.C., a Tennessee professional corporation, Defendant. Case No.: 1:24-cv-00251-CEA-SKL.  September 2, 2025.  (Deposition).

IN THE CIRCUIT COURT FOR THE THIRD JUDICIAL CIRCUIT, MADISON COUNTY, ILLINOIS, BRANDI OLIVER, as the Natural Mother and Next Friend of A.O., a disabled Minor, and BRANDI OLIVER, Individually, and ALFONSO OLIVER, Individually, Plaintiffs, v. ANDERSON HOSPITAL, MARYVILLE WOMEN'S CENTER, P.C., and SARAH PRINGLE, C.N.M., Defendants. Case No.: 2024-LA-000430.  August 26, 2025.  (Deposition).

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, MARK SNOOKAL, an individual, Plaintiff, v. CHEVRON USA, INC., a California Corporation, and DOES 1 through 10, inclusive, Defendants. CASE NO.: 2-23-cv-6302.  August 20, 2025.  (Trial).

DISTRICT COURT, BROOMFIELD COUNTY, STATE OF COLORADO, ZACHARY PAYNE, Plaintiff, v. BAE SYSTEMS SPACE & MISSION SYSTEMS, INC., f/k/a

BALL AEROSPACE & TECHNOLOGIES CORP., Defendant. Case No.: 2024-cv-030061, DIVISION B.  August 5, 2025.  (Deposition).

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA, MIHAELA DANIELA LOBONTIU, ALYSSA SILVANA LOBONTIU, and VICTOR NICHOLAS LOBONTIU, Plaintiff, v. SHN SIBLEY MEMORIAL HOSPITAL, Defendant.  Civil Division, Case No.: 2023-CAB-006043.  July 23, 2025.  (Deposition).

STATE OF WISCONSIN, CIRCUIT COURT, MARATHON COUNTY, CASHTON JAMES KRAUSE, a minor, by his Guardian ad Litem, KEVIN R. MARTIN, and JENNIFER IMHOFF, Individually, and JORDAN KRAUSE, Individually, Plaintiffs, and STATE OF WISCONSIN, DEPARTMENT OF HEALTH AND FAMILY SERVICES and UNITEDHEALTHCARE OF WISCONSIN, INC., and ASPIRUS HEALTH PLAN, INC., Involuntary Plaintiffs, v. ASPIRUS WAUSAU HOSPITAL, INC. d/b/a ASPIRUS WAUSAU HOSPITAL, ASPIRUS MEDICAL GROUP, INC., PAUL KERNS, M.D., MMIC INSURANCE, INC. f/k/a MIDWEST MEDICAL INS. CO., INJURED PATIENTS AND FAMILIES COMPENSATION FUND, Defendants.  Case No.: 2023-cv-000774.  July 21, 2025.  (Deposition).

STATE OF FLORIDA, DIVISION OF ADMINISTRATIVE HEARINGS, GENTEL LAROCHELLE, as Personal Representative of the Estate of Peter Larochelle, Deceased, Claimant, v. PALM BEACH GARDENS MEDICAL CENTER, Respondent, CASE NO.: 25-1396MA.  July 18, 2025.  (Deposition).

IN THE CIRCUIT COURT OF SHELBY COUNTY, ALABAMA, DANIEL FUNK, Plaintiff, v. ANGELA HULCHER, Defendant. Civil Action No.: 58-cv-2021-900577.00.  July 18, 2025.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA, NORTHEASTERN DIVISION, RACHEL WILLIAMS, Plaintiff, v. ALORICA, INC., Defendant. Case No.: 5:24-cv-00271-HNJ.  July 17, 2025.  (Deposition).

IN THE SUPERIOR COURT OF FAYETTE COUNTY, STATE OF GEORGIA, LAWRENCE KENYON, Plaintiff, v. SHERRILYN MCQUEEN f/k/a SHERRILYN KENYON, Defendant. Civil Action File No.: 2024-cv-0686.  July 16, 2025.  (Trial).

IN THE DISTRICT COURT OF EL PASO COUNTY, TEXAS, COUNTY COURT AT LAW 3, MIRYAM HERNANDEZ ACOSTA AS NEXT FRIEND OF CAMILA LEDEZMA-HERNANDEZ, Plaintiffs, v. NEKTARIOS V. FOTOPOULOS and T & R CHEMICALS, INC., d/b/a TR CHEMICALS, Defendants.  CAUSE NO.: 2024-DCV-3495.  July 7, 2025.  (Deposition).

IN THE STATE COURT OF DEKALB COUNTY, STATE OF GEORGIA, BEVERLY
THOMAS and TONY THOMAS, Plaintiffs, v. JOHN DOE NO. 1, JOHN DOE NO. 2,
JANE DOE NO. 1, JANE DOE NO. 2, ABC COMPANY, and LEONA BLACKMON,
Defendants. Civil Action File No.: 23-A-03427.  June 27, 2025.  (Deposition).

IN THE CIRCUIT COURT OF THE 9TH JUDICIAL CIRCUIT IN AND FOR ORANGE
COUNTY, FLORIDA, JASMINE ELMAHDI, as Personal Representative of the Estate
of Ashraf Salah Elmahadi, Plaintiff, v. AYMAN A. DAOUK, M.D.; DAOUK
ORTHPAEDICS, PLLC; SAND LAKE SURGICENTER, LLC d/b/a SAND LAKE
SURGERY CENTER; SCA-SAND LAKE, LLC; and SURGICAL CARE AFFILIATES,
LLC, Defendants. General Jurisdiction Division.  June 27, 2025.  (Deposition).

STATE OF WISCONSIN, CIRCUIT COURT, WAUPACA COUNTY, MILES J. OSMAN,
a minor, by his Guardian ad Litem, KEVIN R. MARTIN, and BRYANA BRETTE ROE,
Individually, and MASON OSMAN, Individually, Plaintiffs, v. STATE OF
WISCONSIN, DEPARTMENT OF HEALTH AND FAMILY SERVICES,
THEDACARE, INC. d/b/a THEDACARE, THEDACARE MEDICAL CENTER –
WAUPACA, INC. d/b/a THEDACARE, CHARLES RATHJEN, M.D., SHI HAN OH,
M.D., MMIC INSURANCE, INC. f/k/a MIDWEST MEDICAL INS. CO., THE
DOCTORS' COMPANY, and INJURED PATIENTS AND FAMILIES
COMPENSATION FUND, Defendants. Case No.: 2024-CV-000034.  June 18, 2025.
(Deposition).

IN THE CIRCUIT COURT OF THE 4TH JUDICIAL CIRCUIT IN AND FOR DUVAL
COUNTY, FLORIDA, GABRIELLE WILLIAMS, Plaintiff, v. CURAHEALTH
JACKSONVILLE, LLC, AARON WEST, M.D., AARON J. WEST, M.D., P.A.,
SHEILA CASABAR, FAWZI FARHA, M.D., FIRST COAST SURGICAL
ASSOCIATES, INC., FAWZI FARHA, M.D., INC., SEBASTIAN STANCUI, M.D.,
BRIAN COOPER, M.D., TAWANA THOMAS, M.D., and FIRST COAST
INFECTIOUS DISEASE CONSULTANTS, LLC, Defendants.  June 17, 2025.
(Deposition).

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS, COUNTY DEPARTMENT,
LAW DIVISION, KEARI LUBERNORT, a minor by his Mother and Next Friend,
KERARA DAVIS, and KERARA DAVIS, individually, Plaintiffs, v. ADVOCATE
HEALTH AND HOSPITALS CORPORATION a/k/a ADVOCATE CHRIST MEDICAL
CENTER a/k/a ADVOCATE MEDICAL GROUP and ADVOCATE HEALTH CARE
NETWORK a/k/a ADVOCATE HEALTH CARE, Defendants. Case No.: 2022-
L008840.  June 4, 2025.  (Trial).

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA, QUENTIN WATTS, Plaintiff, v. J & L INDUSTRIAL SERVICES, LLC, Defendant. CASE NO.: 1:24-cv-50.  May 21, 2025.  (Trial).

UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF LOUISIANA, MONROE DIVISION, LIONEL HUNTER, Plaintiff, v. TC ENERGY CORPORATION; COLUMBIA GULF TRANSMISSION, LLC; TRANSCANADA USA SERVICES, INC.; TRANSCANADA USA PIPELINE SERVICES, LLC, Defendants. Civil Action No.: 3:23-cv-00328.  May 20, 2025.  (Deposition).

SUPERIOR COURT OF NEW JERSEY, Nasir Memudu, Administrator Ad Prosequendum and General Administrator of the Estate of Najim Memudu, Deceased, Plaintiff, v. Joshua M. Gonzalez, W. Campbell Holdings, LLC, Campbell Freightliner of Orange County LLC, Campbell Group Associates LLC, Campbell Supply Company, Khawaja A. Hameed, A-1 Limousine, Inc., and John Does, Defendants. LAW DIVISION: MIDDLESEX COUNTY, Docket No. 008102-20, Civil Action.  May 20, 2025.  (Trial).

UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF LOUISIANA, STEVIE LEE CLARK, Plaintiff, v. ACE AMERICAN INSURANCE COMPANY, SAFELITE GROUP, INC., SAFELITE SOLUTIONS, LLC, and JOHNNY POOL, Defendants. Civil Action No.: 5-24-cv-00272.  May 20, 2025.  (Deposition).

STATE OF WISCONSIN, CIRCUIT COURT, WOOD COUNTY, KAYSON KIGGINS, a minor, by his Guardian ad Litem, KEVIN R. MARTIN, and NILA KIGGINS, Individually, and TANNER KIGGINS, Individually, Plaintiffs, and STATE OF WISCONSIN, DEPARTMENT OF HEALTH SERVICES and ASPIRUS HEALTH PLAN, INC., Involuntary Plaintiffs, v. MARSHFIELD CLINIC HEALTH SYSTEM, INC. d/b/a MARSHFIELD MEDICAL CENTER – WESTON d/b/a MARSHFIELD MEDICAL CENTER, MARSHFIELD CLINIC, INC., d/b/a MARSHFIELD MEDICAL CENTER – WESTON d/b/a MARSHFIELD MEDICAL CENTER, BENJAMIN FAUSTICH, M.D., and INJURED PATIENTS AND FAMILIES COMPENSATION FUND, Defendants. Case No.: 2024-cv-000145.  May 14, 2025.  (Deposition).

IN THE FIFTH CIRCUIT COURT OF DAVIDSON COUNTY, TENNESSEE AT NASHVILLE, EDWARD FLYNN as husband and next of kin for his wife, NANCY FLYNN, deceased, individually and on behalf of the wrongful death beneficiaries of NANCY FLYNN, Plaintiff, v. HTI MEMORIAL HOSPITAL CORPORATION d/b/a TRISTAR SKYLINE MEDICAL CENTER, MIDDLE TENNESSEE HOSPITALISTS, PLC, MIDDLE TENNESSEE PULMONARY ASSOCIATES, PLC, DUSTIN H. MINIX, M.D., TOBY RAY SMITH, M.D., SOCTT R. DALRYMPLE, P.A., KELLY

WAYNE WOODS, M.D., and BRANDY M. CAMPERLINO, A.P.R.N., Defendants. Case No.: 21-c-1899. April 25, 2025. (Deposition).

IN THE CIRCUIT COURT OF THE CITY OF SAINT LOUIS, 22ND JUDICIAL CIRCUIT, STATE OF MISSOURI, CHRISTOPHER M. ELLIS; and KELLI ELLIS, Plaintiffs, v. ERIC C. LEUTHARDT, M.D., THE WASHINGTON UNIVERSITY, MONTERIS MEDICAL CORPORATION, MONTERIS MEDICAL HOLDINGS, INC., MONTERIS MEDICAL US, INC., Defendants. Case No.: 1922-cc-11957. April 11, 2025. (Deposition).

IN THE CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE, BRANDON WRIGHT, individually, on behalf of his minor children, and as next of kin for JESSICA WRIGHT, deceased, Plaintiff, v. CONTINENTAL AEROSPACE TECHNOLOGIES, INC., CONTINENTAL MOTORS, INC., CONTINENTAL MOTORS SERVICES, INC., and DIRECT FLIGHT SOLUTIONS, LLC, Defendants. April 10, 2025. (Trial).

IN THE CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE, BRIAN HUETHER, Individually, and as Administrator of THE ESTATE OF SHELLI HUETHER, Plaintiff, v. CONTINENTAL AEROSPACE TECHNOLOGIES, INC., CONTINENTAL MOTORS, INC., CONTINENTAL MOTORS GROUP LIMITED, CONTINENTAL MOTORS SERVICES, INC., and DIRECT FLIGHT SOLUTIONS LLC, Defendants. Case No.: 21-C-1508. April 10, 2025. (Trial).

STATE OF WISCONSIN CIRCUIT COURT, BROWN COUNTY, OLIVER JOEL ETRINGER, a minor, by his Guardian ad Litem, KEVIN R. MARTIN, and ERIC PENZA, Individually, and JEFFREY ETRINGER, Individually, Plaintiffs, and STATE OF WISCONSIN, DEPARTMENT OF HEALTH AND FAMILY SERVICES, and UNITED HEALTHCARE OF WISCONSIN, INC., Involuntary Plaintiffs, v. BAYCARE AURORA, LLC d/b/a AURORA BAYCARE, AURORA MEDICAL GROUP, INC., KELLY MALLOY, M.D., CONTINENTAL CASUALTY COMPANY, and INJURED PATIENTS AND FAMILIES COMPENSATION FUND, Defendants. Case No.: 2023-CV-001639. March 28, 2025. (Deposition).

IN THE CIRCUIT COURT OF TENNESSEE FOR THE THIRIETH JUDICIAL DISTRICT AT MEMPHIS, LONZO PARKER, Plaintiff, v. WILLIAM MIHALKO, M.D., CAMPBELL CLINIC, P.C., A Tennessee Professional Corporation and CAMPBELL CLINIC HOLDINGS, P.C., A Tennessee Professional Corporation, Defendants. Docket No.: CT-04553-21. Division VI. March 20, 2025. (Deposition).

IN THE CIRCUIT COURT FOR SUMNER COUNTY, TENNESSEE AT GALLATIN, LATONYA TREADAWAY, and husband, GARY TREADAWAY, Plaintiff, v.

SUZANNA CHATTERJEE, M.D., and SUMNER REGIONAL MEDICAL CENTER, LLC., Defendants.  No. 2015-CV-924.  March 19, 2025.  (Trial).

IN THE CIRCUIT COURT FOR JEFFERSON COUNTY, ALABAMA, MAYLON SPRUELL and KRISTI SPRUELL, Plaintiffs, v. DR. JOHN TOULIATOS; ADVANCED SURGEONS, P.C.; DR. STEVEN NICHOLS; ANDREWS SPORTS MEDICINE, P.C.; and ST. VINCENTS HOSPITAL, Defendants. Civil Action No.: 01-CV-2022-903519.00.  March 14, 2025.  (Deposition).

IN THE CIRCUIT COURT OF TENNESSEE FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS, LORETTA MARTIN, and her Husband, JAMES MARTIN, Plaintiffs, v. ROLANDO TOYOS, M.D., WEST TENNESSEE EYE CARE, P.C., A Tennessee Professional Corporation, TOYOS CLINIC, TOYOS FOUNDATION, INC., A Tennessee Corporation, EYE RX, ALISON M. MOORE, O.D., JESSICA B. ARMSTRONG, O.D., and HAYLIE MULLINIKS, O.D., Defendants. Docket No.: CT-4253-22.  March 14, 2025.  (Deposition).

IN THE CIRCUIT COURT OF BRADLEY COUNTY, TENNESSEE, MARGARET LEA SULLINS, Plaintiff, v. COURTNEY BRAMLETT, O.D., G. SETH FORD, M.D., CLEVELAND EYE CLINIC, P.C., LIEZELLE GURGENS, M.D., MEMORIAL HEALTH PARTNERS, INC. and MEMORIAL HEALTH PARTNERS FOUNDATION, INC., Defendants. CASE NO.: v-22-342.  February 28, 2025.  (Trial).

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, COLUMBIA DIVISION, JAMES DARRELL BEARD, Plaintiff, v. HICKMAN COUNTY GOVERNMENT, Defendant.  February 26, 2025.  (Trial).

STATE OF FLORIDA, DIVISION OF ADMINISTRATIVE HEARINGS, ESTATE OF CHRISTOPHER PAPPALARDO, Plaintiff, v. UNIVERSITY COMMUNITY HOSPITAL, INC., d/b/a ADVENT HEALTH TAMPA and JOHN A. DIETRICK, M.D., Defendants.  CASE NO.: 24-2940MA.  February 25, 2025.  (Arbitration).

IN THE CIRCUIT COURT OF FOR THE FOURTEENTH JUDICIAL DISTRICT OF THE STATE OF TENNESSEE AT MANCHESTER, DANNY USELTON, Surviving Spouse of SHUKITA USELTON, Plaintiff, v. TENNOVA HEALTHCARE-HARTON, TULLAHOMA HMA LLC, HOWARD BENNETT, M.D., and JOSEPH THOMASSON, JR., M.D., Defendants. Docket No. 2021-cv-47244.  February 24, 2025.  (Trial).

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, MARK SNOOKAL, an individual, Plaintiff, v. CHEVRON USA, INC., a California Corporation, and DOES 1 through 10, inclusive, Defendants. CASE NO.: 2-23-cv-6302.  February 10, 2025.  (Deposition).

Charles L. Baum, Ph.D., Baum Economics LLC
cbaum@baumeconomics.com, (615) 556-9287

STATE OF FLORIDA, DIVISION OF ADMINISTRATIVE HEARINGS, ESTATE OF CHRISTOPHER PAPPALARDO, Plaintiff, v. UNIVERSITY COMMUNITY HOSPITAL, INC., d/b/a ADVENT HEALTH TAMPA and JOHN A. DIETRICK, M.D., Defendants.  CASE NO.: 24-2940MA.  February 3, 2025.  (Deposition).

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF ALABAMA, MOBILE DIVISION, AUSTIN J. RAPPUHN, Plaintiffs, v. PRIMAL VANTAGE COMPANY, INC., ROGERS SPORTING GOODS HOLDING, INC., and DOE DEFENDANTS #1-5, Defendants. Civil Action No.: 1-cv-2020-00528.  January 17, 2025.  (Deposition).

IN THE CIRCUIT COURT OF THE 18th JUDICIAL CIRCUIT IN AND FOR BREVARD COUNTY, FLORIDA, DEBORAH WRIGHT, Plaintiff, v. 10 ROADS EXPRESS, LLC; 10 ROADS CAPITAL, LLC; and RASHEEM AHMED BUIE, Defendants. Case No.: 5-2023-CA-020573.  January 16, 2025.  (Deposition).

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY FLORIDA, Natalia Prieto Vazquez, a minor and by and through her parent FERNANDO PRIETO and MONICA VAZQUEZ GARCIA, Plaintiffs, v. GULLIVER PREPARAORY SCHOOL, INC., A Florida non-profit corporation, and VIDA HARGRETT, Defendants. Case No.: 2023-010038-CA-01.  January 14, 2025.  (Deposition).

IN THE STATE COURT OF DEKALB COUNTY, STATE OF GEORGIA, BRIANNA BROWN, Individually, and as Parent and Next Friend of GRAYSON JOHNSON, a disabled minor, Plaintiffs, v. EMORY HEALTHCARE INC.; EMORY UNIVERSITY HOSPITAL MIDTOWN (f/k/a EMORY CRAWFORD LONG HOSPITAL); EMORY HEATLHCARE NETWORK; GEORGIA CENTER FOR WOMEN; TRACEY R. LEMON, M.D. (a/k/a TRACEY R. LEMON-SAMS, M.D.; TRACEY LEMON, M.D., P.C., and JOHN/JANE DOE(S) 1-5; Defendants.  CIVIL ACTION, File No.: 2021-A-02564.  December 17, 2024.  (Deposition).

UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION, DEXTER WELCH, Plaintiff, v. UNITED NETWORK FOR ORGAN SHARING; and VANDERBILT UNIVERSITY MEDICAL CENTER, Defendants, Civil Action No.: 3:24-cv-00422.  December 16, 2024.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT CHATTANOOGA, UNITED STATES OF AMERICA and STATE OF TENNESSEE, *ex rel.* JULIE ADAMS, M.D., STEPHEN ADAMS, M.D., and SCOTT STEINMANN, M.D., Plaintiffs, v. CHATTANOOGA-HAMILTON COUNTY

HOSPITAL AUTHORITY, d/b/a Erlanger Medical Center and Erlanger Health System, *et al.,* Defendants. Case No.: 1:21-cv-84-TRM-SKL.  December 11, 2024.  (Deposition).

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS, COUNTY DEPARTMENT, LAW DIVISION, PRINCETON THOMAS, a minor by and through the Guardian of his Estate, OLD NATIONAL BANK, and TAWANNA FERGUSON, Individually, Plaintiffs, v. RUSH UNIVERSITY MEDICAL CENTER a/k/a RUSH UNIVERSITY MEDICAL GROUP a/k/a RUSH UNIVERSITY HOSPITAL a/k/a RUSH UNIVERSITY, and GARY LOY, M.D., Defendants. Case No.: 2022-L-011012. December 10, 2024.  (Deposition).

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND, ANDREW M. FRANKLIN, JR., Plaintiff, v. ADVENTIST HEALTHCARE, INC. t/a ADVENTIST HEALTHCARE, Defendant. Case No.: C-15-CV-23-004459.  December 2, 2024. (Deposition).

IN THE CIRCUIT COURT OF TENNESSEE FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS, VICTORIA CORYNNE GREENSLATE, a minor child and ward, by and through VICTORIA GREENSLATE JACKSON and TINA HANEY, as Next Friends and Mother and Grandmother and Co-Conservators of VICTORIA CORYNNE GREENSLATE, Plaintiffs, v. METHODIST HEALTHCARE-MEMPHIS HOSPITALS d/b/a LE BONHEUR CHILDREN'S HOSPITAL; METHODIST LE BONHEUR HEALTHCARE d/b/a LEBONHEUR CHILDREN'S HOSPITAL; UT LE BONHEUR PEDIATRIC SPECIALISTS, INC.; ALEXANDRA LEE SCHALLER, D.O.; ANDREW SCHROEDER, M.D.; DIAGNOSTIC IMAGING PROFESSIONAL CORPORATION; and LOUIS S. PARVEY, M.D., Defendants.  Case No.: CT-1417-22, Division VII.  November 19, 2024.  (Deposition).

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS, COUNTY DEPARTMENT, LAW DIVISION, KEARI LUBERNORT, a minor by his Mother and Next Friend, KERARA DAVIS, and KERARA DAVIS, individually, Plaintiffs, v. ADVOCATE HEALTH AND HOSPITALS CORPORATION a/k/a ADVOCATE CHRIST MEDICAL CENTER a/k/a ADVOCATE MEDICAL GROUP and ADVOCATE HEALTH CARE NETWORK a/k/a ADVOCATE HEALTH CARE, Defendants. Case No.: 2022-L008840.  October 23, 2024.  (Deposition).

IN THE CIRCUIT COURT OF FOR THE FOURTEENTH JUDICIAL DISTRICT OF THE STATE OF TENNESSEE AT MANCHESTER, DANNY USELTON, Surviving Spouse of SHUKITA USELTON, Plaintiff, v. TENNOVA HEALTHCARE-HARTON, TULLAHOMA HMA LLC, HOWARD BENNETT, M.D., and JOSEPH THOMASSON, JR., M.D., Defendants. Docket No. 2021-cv-47244.  October 17, 2024.  (Deposition).

IN THE CIRCUIT COURT FOR KNOX COUNTY, TENNESSEE, CHRISTY GEDELMAN, Plaintiff, v. TENNESSEE ORTHOPAEDIC ALLIANCE, P.A., d/b/a TENNESSEE ORTHOPAEDIC CLINICS, Defendant. Case No.: 3-206-21.  October 15, 2024.  (Deposition).

IN THE CIRCUIT COURT OF BRADLEY COUNTY, TENNESSEE, MARGARET LEA SULLINS, Plaintiff, v. COURTNEY BRAMLETT, O.D., G. SETH FORD, M.D., CLEVELAND EYE CLINIC, P.C., LIEZELLE GURGENS, M.D., MEMORIAL HEALTH PARTNERS, INC. and MEMORIAL HEALTH PARTNERS FOUNDATION, INC., Defendants. CASE NO.: v-22-342.  October 3, 2024.  (Deposition).

IN THE COMMON PLEAS COURT OF HARDIN COUNTY, OHIO, SCOTT GERBER, Plaintiff, v. OHIO NORTHERN UNIVERSITY, OHIO NORTHERN UNIVERSITY BOARD OF TRUSTEES, and MEMBERS OF THE OHIO NORTHERN UNIVERSITY BOARD OF TRUSTEES ET AL., Defendants. Case No.: 2023 1107 CVH.  October 1, 2024.  (Deposition).

IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA, HANSRAJI BAJNETH, Plaintiff, v. HENRY GEMBALA & ANNA FEATHERSTON, ANGELES EXPRESS APPLICANCES, INC., & NEW YORK MINUTE TRICKING, INC., Defendants. Case No.: 2023-CA-008463. September 25, 2024.  (Deposition).

IN THE CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE, BRANDON WRIGHT, individually, on behalf of his minor children, and as next of kin for JESSICA WRIGHT, deceased, Plaintiff, v. CONTINENTAL AEROSPACE TECHNOLOGIES, INC., CONTINENTAL MOTORS, INC., CONTINENTAL MOTORS SERVICES, INC., and DIRECT FLIGHT SOLUTIONS, LLC, Defendants.  September 24, 2024. (Deposition).

IN THE CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE, BRIAN HEUTHER, Individually, and as Administrator of THE ESTATE OF SHELLI HEUTHER, Plaintiff, v. CONTINENTAL AEROSPACE TECHNOLOGIES, INC., CONTINENTAL MOTORS, INC., CONTINENTAL MOTORS GROUP LIMITED, CONTINENTAL MOTORS SERVICES, INC., and DIRECT FLIGHT SOLUTIONS LLC, Defendants. Case No.: 21-C-1508.  September 24, 2024.  (Deposition).

IN THE CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE, SARAH HIGHTOWER, Plaintiff, v. JACOB COKER, Defendant. Docket No.: 23-C-1691. September 20, 2024.  (Deposition).

IN THE CIRCUIT COURT OF HAMILTON COUNTY, TENNESSEE, INDIA ARIANNA EMAGINE ELLIOTT, INDIVIDUALLY, and on behalf of and as Mother and Next of Kin of his infant son KAIDEN JAMIR RAYMEZ ELLIOTT, deceased, Plaintiff, v. PARKRIDGE MEDICAL CENTER, INC. d/b/a PARKRIDGE EAST HOSPITAL, CHATTANOOGA WOMEN'S SPECIALISTS, P.C., SAMANTHA CATER, D.O., SHARON LOVE, R.N., and LORI E. SALMON, R.N., Defendants. Case No.: 29-c-934. September 19, 2024.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE, IVELISSE RIVERA, Plaintiff, v. REP CORPORATION, Defendant. August 27, 2024.  (Trial).

STATE OF WISCONSIN, CIRCUIT COURT, DANE COUNTY, EMERSON JAMES BELL, a minor, by his Guardian ad Litem, KEVIN R. MARTIN, and SARAH HUGHES, Individually, and GABRIEL BELL, Individually, Plaintiffs, and STATE OF WISCONSIN, DEPARTMENT OF HEALTH AND FAMILY SERVICES, Involuntary Plaintiffs, v. SSM HEALTH CARE OF WISCONSIN, INC. d/b/a SSM HEALTH ST MARY'S HOSPITAL MADISON; SSM HEALTH CARE OF WISCONSIN, INC. d/b/a SSM HEALTH DEAN MEDICAL GROUP; ELIZABETH STROM BLITON, M.D.; MAYA GROSS, M.D.; MMIC INSURANCE, INC. f/k/a MIDWEST MEDICAL INS. CO.; CONTINENTIAL CASUALTY COMPANY; and INJURED PATIENTS AND FAMILIES  COMPENSATION FUND, Defendants. Case No.: 2023-CV-000825. August 15, 2024.  (Deposition).

IN THE CIRCUIT COURT FOR THE STATE OF TENNESSEE, SIXTEENTH JUDICIAL DISTRICT, RUTHERFORD COUNTY, ROBERT KURTZ, individually and as surviving spouse and next of kin of ALYSSA KURTZ, deceased, Plaintiff, v. MURFREESBORO MEDICAL CLINIC, P.A., CANDICE N. KEY, FNP-C, and CHLOE L. DESNOES, D.O., Defendants. Case No.: 80064.  August 14, 2024. (Deposition).

IN THE CIRCUIT COURT OF HAMILTON COUNTY, TENNESSEE, MICHELLE FORSHEE, Plaintiff, v. MINA LEASING AND FINANCIAL SERVICE, LLC, VENTURE EXPRESS, INC., MILLENNIAL TRANSPORT SERVICES, LLC, and DAVID BRANDON LENOIR, Defendants. Case No.: 22-c-654.  August 13, 2024. (Deposition).

AMERICAN ARBITRATION ASSOCIATION, NEW YORK CITY, NEW YORK, SEAN ARONSEN, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF GLENCO CONTRACTING GROUP, INC., Claimants, v. DAVID MCGRATH AND GLENCO

CONTRACTING GROUP, INC., Respondents, AAA Case No.: 01-23-0001-1632.  June 20, 2024.  (Arbitration).

AMERICAN ARBITRATION ASSOCIATION, MIAMI REGIONAL OFFICE, Case Number: 01-21-0017-9580, THE ULTIMATE UMBRELLA COMPANY, INC., a Florida corporation, Claimant, v. THOMAS PARKER, an individual, THOMAS MATTHEW PARKER REVOCABLE TRUST AGREEMENT DATED FEBRUARY 21, 2020, a trust; CHARLES MUNROE, an individual; CHARLES MUNROE FAMILY TRUST DATED FEBRUARY 5, 2020, a trust; CYNTHIA MUNROE SLAT TRUST U/A/D OCTOBER 1, 2019, a trust; EDWARD USMAR, an individual; DOUGAN CLARKE, an individual; and 2019 CLARKE TRUST U/A/D FEBRUARY 26, 2019, respondents.  June 17, 2024.  (Arbitration).

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION, DAKOTA COCHRAN, Plaintiff, v. CITY OF LA VERGNE, TENNESSEE, Defendant.  Case No.: 3:23-CV-000428.  June 13, 2024.  (Deposition).

IN THE GENERAL COURT OF JUSTICE, SUPERIOR COURT DIVISION, STATE OF NORTH CAROLINA, COUNTY OF ONSLOW, GEORGINA BELCHER, Plaintiff, v. ZOILO BERTREND GARDON-RAY and PLURIS HOLDINGS, LLC, Defendants.  CASE NO.: 23-CVS-161.  June 10, 2024.  (Deposition).

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT IN AND FOR SAINT LUCIE COUNTY, FLORIDA, JOSEPH ROM, and ERIN ROM, as husband and wife, Plaintiff, v. AAA TRIPLE "S" SERVICES, INC., d/b/a STANLEY STEEMER, a for profit Corporation and JOHN DOE, an unknown employee, Defendants. Case No.: May 31, 2024.  (Deposition).

IN COUNTY COURT AT LAW NUMBER THREE OF EL PASO COUNTY, TEXAS, MAURICIO CHONG, Plaintiff, v. SUNRISE RESTAURANTS, LLC, d/b/a DENNY'S, Defendant. CAUSE NO.: 2021-DCV-3302.  May 29, 2024.  (Deposition).

IN THE CIRCUIT COURT FOR HAMILTON COUNTY, TENNESSEE, THOMAS P. WILSON, Ph.D., individually and as surviving spouse of the Deceased, PENNI JO WILSON, Plaintiff, v. CHATTANOOGA-HAMILTON COUNTY HOSPITAL AUTHORITY d/b/a ERLANGER HEALTHSYSTEM d/b/a ERLANGER NORTH HOSPITAL and LARRY D. STONE, M.D., Defendants.  Case No.: 20-C-206.  May 28, 2024.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE, NORTHERN DIVISION, KNOXVILLE UNITED STATES OF

AMERICA ex. rel. PATRICK GRIFFIS, and PATRICK GRIFFIS, INDIVIDUALLY, Plaintiff, v. EOD TECHNOLOGY, INC. (n/k/a JANUS GLOBAL OPERATIONS LLC), Defendant. Civil Action No.: 3:10-cv-204.  May 28, 2024.  (Deposition).

IN THE CIRCUIT COURT OF SHELBY COUNTY, TENNESSEE FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS, KENNETH FIELDS, Plaintiff, v. SOUTHRN ELECTRIC & CONTROLS, LLC, and John Doe, Defendants.  Case No. CT-004124-16, Div. III.  May 21, 2024.  (Deposition).

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF TENNESSEE, CARLTON SPEER, MALENA DENNIS, and ZACHARIAH DUNCAN, on their own behalf and on behalf of all others similarly situated, Plaintiffs, v. UCOR LLC, Defendant. Case No.: 3:22-CV-000426-TRM-JEM.  May 21, 2024.  (Deposition).

IN THE CIRCUIT COURT FOR RUTHERFORD COUNTY, TENNESSEE AT MURFREESBORO, ELVIS J. MINIS, Plaintiff, v. THOMAS BUTERA and KATHERINE DAVENPORT, Defendants.  Case No.: 2019-cv-75781.  May 9, 2024. (Trial).

IN THE STATE COURT OF MUSCOGEE COUNTY, STATE OF GEORGIA, TOSHA WOMBLE and TEDDY WOMBLE, Individually, and as Parents and Next Friends of GREYSEN WOMBLE, a disabled, minor, Plaintiffs, v. PIEDMONT HEALTHCARE, INC.; PIEDMONT COLUMBUS REGIONAL MIDTOWN; TIMOTHY PAUL VILLEGAS, M.D.; CHARLES BABERE, M.D.; and JOHN/JANE DOE(S) 1-5; Defendants.  CIVIL ACTION File No.: SC-2021-cv-001526.  May 7, 2024. (Deposition).

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TENNESSEE, WANDA CATHERINE ELDAHAN, Plaintiff, v. LINCOLN MEMORIAL UNIVERSITY, Defendant. Case:  3:21-cv-00263-TAV-HBG.  EEOC: 494-2022-02000.  April 29, 2024. (Deposition).

IN THE CIRCUIT COURT OF WILLIAMSON COUNTY, TENNESSEE, PAULA RICHARDSON, as surviving spouse on behalf of her deceased husband, DAWSON RICHARDSON, JR., and individually, Plaintiff, v. KRISTINA BETHEL, D.O. and EMERGI-TRUST, P.C., Defendants. Case No.: 22-cv-189.  April 26, 2024. (Deposition).

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, TENNESSEE AT CLARKSVILLE, VERNON M. CARRIGAN, as surviving kin of DAVID CARRIGAN, Plaintiff, v. AMERICAN FAMILY CARE TENNESSEE, LLC and, ANDREA BELL WILLIS, M.D., Defendants. No. CC-15-CV-1610.  April 19, 2024.  (Trial).

AMERICAN ARBITRATION ASSOCIATION, ALLIED FEDERAL BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYEES, DIVISION OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS and JOHNATHON CANTY, Plaintiffs, v. CONNEX RAILROAD LLC and TRANSDEV NORTH AMERICA, INC., Defendants, Case No.: 6628127.  April 12, 2024.  (Arbitration).

IN THE FIRST CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE, TWENTIETH JUDICIAL DISTRICT AT NASHVILLE, SHARON SHEILA RAMIREZ, et al., Plaintiffs, v. STOVER & SONS CONTRACTORS, INC., et al., Defendants. Civil Action No.: 20-c-2114.  April 1, 2024.  (Deposition).

COMMONWEALTH OF KENTUCKY, CALLOWAY CIRCUIT COURT, ROBERT DANIEL LEWIS and UNITED COMMUNITY BANK OF WEST KENTUCKY, Plaintiffs, v. CHRISTOPHER L. POOR, M.D., et al., Defendants, Civil Action No.: 21-CI-00065.  March 28, 2024.  (Deposition).

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TENNESSEE, DAVID SULLIVAN, DARLENE ROBERTSON, and CHARLES CUMMINS, Individually and on behalf of others similarly situated, Plaintiffs, v. METRO KNOXVILLE HMA, LLC, d/b/a TENNOVA HEALTHCARE, Defendant. Case No.: 3:22-CV-000392-DCLC-JEM.  March 25, 2024.  (Deposition).

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA, MANUEL SUARDI, Plaintiff, v. CHARLEY'S STEAKHOUSE INC., d/b/a CHARLEY'S STEAKHOUSE, Defendant. March 20, 2024.  (Trial).

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF INDIANA, INDIANAPOLIS DIVISION, BRANDON VAN BLAIR, Plaintiff, v. TERRY DRAKE, RUSH COUNTY SHERIFF'S OFFICE, ALLAN RICE, RUSH COUNTY, INDIANA, INDIANA STATE POLICE, and JOHN DOE, Defendants. Case No.: 1:22-cv-01215-RLU-MPB.  March 15, 2024.  (Deposition).

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA, MANUEL SUARDI, Plaintiff, v. CHARLEY'S STEAKHOUSE INC., d/b/a CHARLEY'S STEAKHOUSE, Defendant. January 26, 2024.  (Deposition).

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT, PEORIA COUNTY, ILLINOIS, NICHOLAS MCDANIEL, Plaintiff, v. MATTHEW MARXEN and STANDARD FORWARDING, Defendants.  Civil Action File No.: 21-L-00055.  January 15, 2024.  (Deposition).

IN THE CIRCUIT COURT FOR RUTHERFORD COUNTY, TENNESSEE, STEVE and NATALIE DEFORD, Plaintiffs, v. MITCHELL STANLICK, D.C., LLC, d/b/a STANLICK CHIROPRACTIC, and JEREMY BILLS, D.C., Defendants. Case No.: 78000.  December 11, 2023.  (Deposition).

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF TENNESSEE, YOLONDA RIGGS, Plaintiff, v. UCOR LLC, Defendant. Case No.: 3-22-cv-00144. November 29, 2023.  (Deposition).

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TENNESSEE, CARL R. HARRIS, Plaintiff, v. JTEKT AUTOMOTIVE TENNESSEE MORRISTOWN, INC., Defendant. Case No. 3:21-cv-332.  November 20, 2023.  (Deposition).

IN THE CIRCUIT COURT OF SHELBY COUNTY, ALABAMA, LAVENDER HEALTH CARE, LLC, a Florida limited liability company, Plaintiff, v. AFC FRANCHISING, LLC, an Alabama limited liability company, Defendant.  November 16, 2023.  (Trial).

IN THE CHANCERY COURT FOR THE STATE OF TENNESSEE, TWENTY-FIFTH JUDICIAL DISTRICT, HARDEMAN COUNTY, JOHN DOOLEN, in his Official Capacity as Sheriff of Hardeman County, Tennessee, Plaintiff, v. ROY B. HERRON, NANCY C. MILLER-HERRON, HERRON LAW OFFICES, PETER J. ALLIMAN, III, and WHITE, CARSON & ALLIMAN ATTORNEYS AT LAW, P.C., Defendants. Case No.: 19502.  November 14, 2023.  (Mediation).

IN THE CHANCERY COURT FOR KNOX COUNTY, TENNESSEE, TERESA L. FERGUSON, Plaintiff, v. KNOX COUNTY, TENNESSEE, Defendant. No.: 197927-1. November 2, 2023.  (Deposition).

BEFORE THE AMERICAN ARBITRATION ASSOCIATION, MURFREESBORO IMAGING PARTNERS LLC, directly and derivatively on behalf of MIDDLE TENNESSEE IMAGING, LLC, Claimant, v. SAINT THOMAS HEALTH f/k/a SAINT THOMAS HEALTH SERVICES and NOL, LLC, Respondents. Case No.: 01-22-0004-6371.  October 24, 2023.  (Mediation).

IN THE CIRCUIT COURT OF DAVIDSON COUNTY, TWENTIETH JUDICIAL DISTRICT, NASHVILLE, TENNESSEE, MARK FRANCIS MACDUFF SPENCE, SR. and LAURIE JEAN SPENCE, Individually and as surviving parents of MARK FRANCIS MACDUFF SPENCE, JR. deceased, Plaintiffs, v. DEXCOM, INC., *et al.*, Defendants. Docket No.: 18-c-565.  September 28, 2023.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION, BRIAN MOAT, Plaintiff, v. THE

METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, Defendant.  Case No. 3:21-cv-00807.  September 13, 2023.  (Trial).

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, TENNESSEE, ANTHONY BAKER, Plaintiff, BRIDGEFIELD CASUALTY INSURANCE COMPANY, INC., Plaintiff/Intervenor, v. NYRSTAR CLARKSVILLE, INC., and OUTOTEC (USA), INC., Defendants.  Docket No.: CC-20-CV-768.  July 31, 2023.  (Deposition).

IN THE FIFTH CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE, AT NASHVILLE, ALEXIS TURNER and BREANA DYE, as Children and Next of Kin of Decedent CHARLES DYE, Plaintiffs, v. CHADWICK GARRISON and JARED GASTON, Defendants, Case No.: 20-c-1095; 19-c-2106.  June 20, 2023.  (Deposition).

IN THE CIRCUIT COURT OF KNOX COUNTY, TENNESSEE, CHARLES PATRICK MITCHELL, Plaintiff, v. NORFOLK SOUTHERN RAILWAY COMPANY, Defendant.  Case No.: 3-134-21.  June 8, 2023.  (Deposition).

IN THE CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE, ROBERT JUSTIN BING, Plaintiff, v. DARRELL LAMONT HUNT, M.D., ROGER JAMES NAGEY, M.D., DAVID ERIC BENTLEY, M.D., EMCARE, INC., KRISTIN ALEXANDRIA GAFFNEY, D.O., GASTROENTEROLOGY AND HEPATOLOGY ASSOCIATES PLLC, and HTI MEMORIAL HOSPITAL CORPORATION, d/b/a TRISTAR SKYLINE MEDCAL CENTER, Defendants, Case No. 17-c-1812.  May 31, 2023.  (Evidentiary Deposition Trial).

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF TENNESSEE, MARINA DEBITY, Plaintiff, v. MONROE COUNTY BOARD OF EDUCATION, Defendant.  May 24, 2023.  (Trial).

SUPERIOR COURT FOR THE STATE OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES UNLIMITED JURISDICTION, RYAN CORNATEANU, individually, and on behalf of other members of the general public similarly situated, Plaintiff, v. STONELEDGE FURNITURE LLC, Defendant.  May 12, 2023.  (Deposition).

IN THE CHANCERY COURT FOR RUTHERFORD COUNTY, TENNESSEE AT MURFREESBORO, MELISSA KILPATRICK, Plaintiff, v. RUTHERFORD COUNTY, TENNESSEE, Defendant.  CIVIL ACTION NO.: 19-CV-1732.  May 8, 2023.  (Deposition).

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA, BIRMINGHAM DIVISION, KENNETH AUSTIN, Plaintiff, v. UAB HOSPITAL MANAGEMENT,

LLC; GEORGIA M. WHITT, R.N.; and Fictitious Party Defendants, Defendants.  April 28, 2023.  (Deposition).

IN THE IOWA DISTRICT COURT FOR MARION COUNTY, JOSHUA RICHARDSON, Plaintiff, v. VERMEER MANUFACTURING COMPANY, Defendant.  April 26, 2023.  (Trial).

STATE OF MINNESOTA, COUNTY OF HENNEPIN, IN DISTRICT COURT, FOURTH JUDICIAL DISTRICT, JEFFREY BJUR, Plaintiff, v. GOLD'N PLUMP POULTRY, INC., RICE COMPANIES, Defendants.  April 11, 2023.  (Evidentiary Deposition for Trial).

IN THE JUDICIAL COURT OF HARRIS COUNTY, TEXAS, 270TH DISTRICT COURT, MEMORIAL PARK MEDICAL CENTER, INC., and WILLIAM W. RUTH, Plaintiffs, v. STEWART TITLE GUARANTY COMPANY, THE BROWN COUNTY ABSTRACT COMPANY, INC., BERT V. MASSEY II, and E. RAY WEST III, Defendants.  CAUSE NO. 2020-47658.  April 7, 2023.  (Deposition).

AMERICAN ARBITRATION ASSOCIATION, GEOFF JOHNSON, Claimant, v. DILLARD'S, INC., Respondent. Case: 01-22-0001-2709.  March 9, 2023.  (Arbitration).

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION, BRAD AMOS, Plaintiff, v. THE LAMPO GROUP, LLC, d/b/a RAMSEY SOLUTIONS; and DAVE RAMSEY, Defendant. Case No: 3:21-cv-00923.  January 18, 2023.  (Deposition).

IN THE STATE COURT OF RICHMOND COUNTY, STATE OF GEORGIA, KIARAH CALHOUN and BRYSON CALHOUN, Individually and as Parents and Next Friends of BRAYDEN CALHOUN, a disabled minor, Plaintiffs, v. DOCTORS HOSPITAL OF AUGUSTA, LLC a.k.a. DOCTORS HOSPITAL, AUGUSTA WOMEN'S HEALTH & WELLNESS CENTER, DONNA ADAMS-PICKETT, MD, BROOKELYN PARTRIDGE, RN, ANGELA BRAGG, RN, and JOHNS/JANE DOE(S) 1-3, Defendants. Case No.: 2020-RCSC-00382.  January 6, 2023.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE, CHRISTOPHER ANDERSON and JAMES "J.J." HATMAKER, Plaintiffs, v. CITY OF JELLICO, TENNESSEE, Defendant.  Case No. 3:19-CV-096.  January 5, 2023.  (Deposition).

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION, MARK AROUZA-PAI, a citizen and resident of Canada, Plaintiff, v. CARNIVAL CORPORATION, a Panamanian Corporation d/b/a CARNIVAL CRUISE

LINES, Defendant. Case No.: 1:21-CV-23511-KMW.  December 29, 2022. (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION, FARIBA MOEINPOUR, Plaintiff, v. BOARD OF TRUSTEES OF THE UNIVERSITY OF ALABAMA, KELLY MAYER, in her individual capacity, and MARY JO CAGLE, in her individual capacity, Defendants. December 27, 2022.  (Deposition).

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE, TENNESSEE, SCOTT E. GAMMONS, Plaintiff, v. ADROIT MEDICAL SYSTEMS, INC., GRAZYNA H. GAMMONS, KELLEY PATTEN, and GENE GAMMONS, Defendants.  December 19, 2022.  (Deposition).

AMERICAN ARBITRATION ASSOCIATION, GEOFF JOHNSON, Claimant, v. DILLARD'S, INC., Respondent. Case: 01-22-0001-2709.  December 12, 2022. (Deposition).

IN THE CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE, NATALIE NICHOLE MOODY and SHERENIA MOODY, individually and as next-of-kin to the Deceased, EUGENE MOODY, Plaintiffs, v. CLARENCE EARL FOSTER III, M.D., Defendant.  December 7, 2022.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JERRY LYNETTE CLARK as Personal Representative of the Estate of JALEN MAYS, on behalf of the Estate and its lawful survivors, to wit: J.L.M., surviving son, L.M., as surviving son, K.S., surviving daughter, and C.M., surviving daughter, Plaintiff, v. THE CITY OF JACKSONVILLE, FLORIDA, a political subdivision of the State of Florida, THE JACKSONVILLE SHERIFF'S OFFICE, an Agency of the Consolidated City of Jacksonville, MIKE WILLIAMS, in his official capacity as Sheriff of the Jacksonville Sheriff's Office, OFFICER MATTHEW REDDISH, OFFICER STUART MADDOX, and OFFICER KATHRYN YOUNGBLOOD, Defendants. November 18, 2022.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION, CAROL BARTON, Plaintiff, v. THE METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, Defendant. Case No. 3:20-CV-00118.  November 9, 2022.  (Trial).

IN THE CIRCUIT COURT OF HAMILTON COUNTY, TENNESSEE, EUGENIA JARQUIN and ANTERO JARQUIN, Parents and Next of Kin of RIGOBERTO JARQUIN, Deceased, Plaintiffs, v. RSD DELAWARE, LLC, a Delaware Limited

Liability Company; and LANDMARK PROPERTY MANAGEMENT, LLC, a Delaware Limited Liability Company, Defendants. DOCKET NO. 20-C-597, DIVISION I. November 4, 2022.  (Deposition).

ARBITRATION PROCEEDINGS, COMMUNICATIONS PROCESSING SYSTEMS, INC., a Florida corporation, Plaintiff, v. THE PALMS OF DESTIN RESORT and CONFERENCE CENTER CONDOMINIUM ASSOCIATION, INC., a Florida corporation, and THE PALMS OF DESTIN CLUB, LLC, a Florida limited liability company, Defendants.  October 21, 2022.  (Arbitration).

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN, MADISON DIVISION, DEISY GABRIELA VAQUEDANO MEJIA, INDIVIDUALLY AND ON BEHALF OF HER MINOR CHILDREN MAYLIN SARAHI ANDINO VAQUEDANO, AND ANDREA NICOLE ANDINO VAQUEDANO, Plaintiffs, v. THOMAS JOSEPH STEFFES, MICHELS CORPORATION, AND THE ABC INSURANCE COMPANY, Defendants.  August 30, 2022.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS, PATRICIA EDWARDS, as Administrator of the Estate of WILLIE EDWARDS, deceased, Plaintiff, v. E.T. SIMONDS CONSTRUCTION COMPANY, an Illinois Corporation, Defendant. Court No.: 21-cv-00386.  July 27, 2022.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION, SABINE AUGUSTE, and individually and on behalf of all others similarly situated, Plaintiff, v. ABP CORPORATION, Defendant. May 23, 2022.  (Mediation).

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, TENNESSEE AT CLARKSVILLE, VERNON M. CARRIGAN, as surviving kin of DAVID CARRIGAN, Plaintiff, v. AMERICAN FAMILY CARE TENNESSEE, LLC and, ANDREA BELL WILLIS, M.D., Defendants. No. CC-15-CV-1610.  April 22, 2022.  (Deposition).

IN THE CIRCUIT COURT OF SHELBY COUNTY, ALABAMA, LAVENDER HEALTH CARE, LLC, a Florida limited liability company, Plaintiff, v. AFC FRANCHISING, LLC, an Alabama limited liability company, Defendant.  April 20, 2022.  (Deposition).

IN THE CIRCUIT COURT FOR KNOX COUNTY TENNESSEE, PRISCILLA GREENE MILLS, individually and as mother of JONATHAN DEAN MILLS, Deceased, Plaintiff, v. RURAL/METRO OF TENNESSEE, LP; RURAL/METRO CORPORATION OF TENNESSEE; RURAL/METRO MID-SOUTH, LP; AMERICAN MEDICAL

RESPONSE OF TENNESSEE, INC.; MARK KEITH MORRISON; and DAWN OGLE, Defendants, No. 2-426-17.  March 11, 2022.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE, CURTIS L. ROPER, Plaintiff, v. KNOXVILLE ASSISTED LIVING RETIREMENT COMMUNITY, LLC d/b/a MANORHOUSE AT KNOXVILLE, and MANORHOUSE MANAGEMENT, INC., Defendants.  No.: 3:20-cv-00439.  March 4, 2022.  (Deposition).

UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION, TERESA LARGE, etc., Plaintiff, v. DR. DAVID BLAZER, Defendant, Civil Action No. 3:20-CV-1012.  February 25, 2022.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE, MEMPHIS DIVISION, COURTNEY L. ALLEN, Plaintiff, v. ADAMS KEEGAN, INC., Defendant.  February 7, 2022.  (Deposition).

IN THE UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF TENNESSEE, PATRICK IRELAND and EMILY TOUCHSTONE, Plaintiffs, v. WILLIAMSON COUNTY HOSPITAL DISTRICT d/b/a WILLIAMSON MEDICAL CENTER, PAUL FLESER, M.D., and ANDREW HUNTER AVERY, M.D., Defendants.  February 4, 2022.  (Deposition).

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA, JOSEPH HENRY, Plaintiff, v. CELEBRITY CRUISES, INC., Defendant. CASE NO. 21-cv-20148-DLG.  February 2, 2022.  (Trial).

IN THE CIRCUIT COURT FOR PUTNAM COUNTY, TENNESSEE, DYLAN WELCH, Plaintiff, v. HIGHLANDS RESIDENTIAL SERVICES and MITCHELL L. KNIGHT, Defendants.  January 10, 2022.  (Deposition).

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT IN AND FOR DUVAL COUNTY, FLORIDA, CIVIL DIVISION, WHITE'S PLACE, LLC d/b/a THE GOLD CLUB, Plaintiff, v. EMERGENCY SYSTEMS, INC., Defendant.  December 29, 2021.  (Deposition).

IN THE CIRCUIT COURT FOR THE STATE OF TENNESSEE, EIGHTEENTH JUDICIAL DISTRICT, SUMNER COUNTY, JAMES R. GILLESPIE, Plaintiff, v. HENDERSONVILLE HOSPITAL CORPORATION d/b/a TRISTAR HENDERSONVILLE MEDICAL CENTER, MARSHALL R. JOHNSON JR., M.D., HENDERSONVILLE HOSPITALIST SERVICES, INC., HELION W. CRUZ, M.D.,

95

CHRISTOPHER BACHUSS, DNP-DCC, AND SKYLINE NEUROSCIENCE ASSOCIATES, LLC, Defendants.  December 10, 2021.  (Trial).

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT WINCHESTER, ASHLEY DAVIS/SARAH HARWELL, Plaintiff, v. TULLAHOMA CITY SCHOOLS, Defendants. Case No.: 4:20-cv-00022.  December 3, 2021.  (Deposition).

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF TENNESSEE, DANIEL A. PELTIER, Plaintiff, v. JOHN DEERE COMPANY, Defendant. Case No.: 3:20-cv-00435-TRM-HBG.  November 23, 2021.  (Deposition).

IN CIRCUIT COURT OF DAVIDSON COUNTY, TENNESSEE, NELLEE QUINN NIX, a minor, by and through her parents and next of kin, JUSTIN NIX and KRISTSA NIX, Plaintiffs, v. SAINT THOMAS MIDTOWN HOSPITAL, TENNESSEE WOMEN'S CARE, P.C., ROSEANN MAIKIS, M.D., and ELIZABETH BEAVERS, R.N., Defendants.  November 1, 2021.  (Trial).

IN THE IOWA DISTRICT COURT FOR POLK COUNTY, N. KIM GAMBLE and DARRELL GAMBLE, Plaintiffs, v. TADD KENNEDY, GEORGIA MONAHAN (DRIVER), RANDY MONAHAN (OWNER), and AUTO-OWNERS INSURANCE COMPANY (UIM), Defendants. LAW NO. LACL144149.  October 28, 2021.  (Trial).

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ALABAMA, EASTERN DIVISION, TERRELL MCELRATH, Plaintiff, v. FCA US LLC and DOE DEFENDANTS #1-5, Defendants.  October 25, 2021.  (Deposition).

IN THE UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION, RANDY and KAREN O'BURKE, Plaintiffs, v. HENDERSONVILLE HOSPITAL CORPORATION d/b/a TRISTAR HENDERSONVILLE MEDICAL CENTER, MICHAEL JAMES NOTO, M.D., JAYESH A. PATEL, M.D., CLYDE O. SOUTHWELL, M.D., and MARSHALL R. JOHNSON, JR., M.D., Defendants. No. 3:19-cv-01167.  October 8, 2021.  (Deposition).

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VIRGINIA, ALEXANDRIA DIVISION, CHRISTOPHER CONNOR, Plaintiff, v. LOVEYBUG, LLC, *et al.* and AMY GENOVA, Defendants.  Case #1:20-cv-425.  October 7, 2021. (Deposition).

IN THE STATE COURT OF FULTON COUNTY, STATE OF GEORGIA, CHARLES LIATYS, Plaintiff, v. SOUTHWIRE COMPANY, LLC, WESTBAY TECHNOLOGIES,

LTD., and HOME DEPOT U.S.A., INC., Defendants. Civil Action File No.: 19-EV-00385.  September 24, 2021.  (Deposition).

IN CIRCUIT COURT OF DAVIDSON COUNTY, TENNESSEE, NELLEE QUINN NIX, a minor, by and through her parents and next of kin, JUSTIN NIX and KRISTSA NIX, Plaintiffs, v. SAINT THOMAS MIDTOWN HOSPITAL, TENNESSEE WOMEN'S CARE, P.C., ROSEANN MAIKIS, M.D., and ELIZABETH BEAVERS, R.N., Defendants.  September 20, 2021.  (Deposition).

IN THE CIRCUIT COURT FOR COFFEE COUNTY, TENNESSEE, SUSAN WALTON, individually and as surviving spouse and next of kin of JAMES WALTON, deceased, Plaintiff, v. TULLAHOMA HMA, LLC d/b/a HARTON REGIONAL MEDICAL CENTER, Defendant, No. 40937.  September 14, 2021.  (Trial).

SUPERIOR COURT OF NEW JERSEY, SOMERSET COUNTY, CHEE NG, Plaintiff, v. FAIRLEIGH DICKINSON UNIVERSITY, Defendant.  LAW DIVISION DOCKET NO.: SOM-L-1216-19.  August 31, 2021.  (Deposition).

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT, PEORIA COUNTY, ILLINOIS, CALEB DERESTIL, Individually, and as Independent Administrator of the Estate of FASTINA DERESTIL, Deceased, Plaintiffs, v. OSF HEALTHCARE SYSTEM d/b/a OSF-SAINT FRANCIS MEDICAL CENTER; MATTHEW E. SMETANA, D.O., Individually and as an Agent of OSF HEALTHCARE SYSTEM d/b/a OSF-SAINT FRANCIS MEDICAL CENTER; TODD R. MITCHELL, M.D., Individually and as an Agent of OSF HEALTHCARE SYSTEM d/b/a OSF-SAINT FRANCIS MEDICAL CENTER, Defendants. Case No.: 16-L-183.  August 26, 2021.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, COLUMBIA DIVISION, JEFFERY LOWE, Plaintiff, v. CALSONICKANSEI NORTH AMERICA, INC., Defendant. Case No. 1:18-CV-00027.  August 25, 2021.  (Trial).

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT, DANILO PURUGGANAN, Plaintiff, v. AFC FRANCHISING, LLC, Defendant.  CIVIL ACTION NO. 3:20-cv-00360.  July 28, 2021.  (Deposition).

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE, JAMES W. HUBBARD, Plaintiff, v. CVG NATIONAL SEATING COMPANY, LLC, d/b/a COMMERCIAL VEHICLE GROUP, Defendant.  No.: 3:20-cv-00229-PLR-DCP.  July 13, 2021.  (Deposition).

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK, JEANNETTE DICK, Plaintiff, v. UNITED STATES OF AMERICAN and UNITED STATES POSTAL SERVICE, Defendants.  Case No.: 19-CV-8952 (PGG).  July 7, 2021. (Deposition).

IN THE SUPERIOR COURT OF BARTOW COUNTY, STATE OF GEORGIA, MELISSA JOHNSON as surviving spouse of CAMERON JOHNSON, Deceased, Plaintiff, v. THOMAS SELF, M.D., HARBIN CLINIC, LLC, HANS CHANG, M.D., and SUMMIT RADIOLOGY SERVICES, P.C., Defendants, Civil Action File No. SUCV2020000684. June 15, 2021.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI, OXFORD DIVISION, KURT RADEMACHER, as Executor of the Estates of Michael McConnell Perry and Kimberly Westerfield Perry; and ROBERT ANDREW PERRY, as Next Friend and Guardian of S.M.P., J.W.P., and A.R.P., the Minor Natural Children and Wrongful Death Beneficiaries of Michael McConnell Perry and Kimberly Westerfield Perry, Plaintiffs, v. UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF TRANSPORTATION; FEDERAL AVIATION ADMINISTRATION; JOHN DOES 1-5, Defendants. CIVIL ACTION NO.: 3:19-cv-157-MPM-RP.  June 8, 2021.  (Deposition).

IN THE DISTRICT COURT, 219TH JUDICIAL DISTRICT, COLLIN COUNTY, TEXAS, SANTOS CORTEZ & AZALIA CORTEZ, Plaintiffs, v. POLLOCK INVESTMENTS INCORPORATED and FTW TRANSPORT, LLC, AND GERIN CARRIERS, LLC, Defendants.  CAUSE NO.: 219-04337-2016.  April 20, 2021.  (Trial).

IN THE SUPERIOR COURT OF WHITFIELD COUNTY, GEORGIA, CAROLYN REUSSWIG, Plaintiff, v. GILFORD JOHN WHITTLE, VELMA WHITTLE, RED'S CARPET AND APPLIANCES, LLC, ROBERT BODENBENDER, FEDEX CORPORATION, and FEDEX GROUND PACKAGE SYSTEM, INCORPORATED, Defendants.  April 19, 2021.  (Deposition).

IN THE CIRCUIT COURT OF DAVIDSON COUNTY, TENNESSEE FOR THE 20TH JUDICIAL DISTRICT AT NASHVILLE, JOSEPH WESSON and TONYA WILLIAMS, INDIVIDUALLY and as NOK of their infant Son KAI MAXIM WESSON, deceased, Plaintiffs, v. HCA HEALTH SERVICES OF TENNESSEE, INC., d/b/a TRISTART STONECREST MEDICAL CENTER, PEDIATRIX MEDICAL GROUP OF TENNESSEE, P.C., and ELIZABETH M. BROGDON, NNP, Defendants. Case No. 17c2379.  April 2, 2021.  (Deposition).

FIRST JUDICIAL DISTRICT COURT, PARISH OF CADDO, STATE OF LOUISIANA, ELWYN CHISHOLM v. CITY OF SHREVEPORT, NUMBER 615,158. March 31, 2021. (Trial).

IN THE STATE COURT OF MUSCOGEE COUNTY, STATE OF GEORGIA, ROBERT WISOR, Individually, and as Husband of JODI WISOR; and JODI WISOR, Individually, and as Wife of ROBERT WISOR, Plaintiffs, v. PYROTECNICO FIREWORKS, INC.; JAMES W. WOODWORTH; and PATRICIA DAWN WOODWORTH, Defendant. Civil Action File No.: SC-19-CV-689. March 12, 2021. (Deposition).

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA, DEAN N. WILLIAMS, an Individual, Plaintiff, v. KAISER FOUNDATION HOSPITALS, a California corporation; KAISER FOUNDATION HEALTH PLAN, INC., a California corporation; Dr. Hon Lee, an Individual; and DOES 1 through 50 inclusive, Defendants. Case No. HG 19003608. February 15, 2021. (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION, LISA ROACH, Plaintiff, v. MONTGOMERY COUNTY GOVERNMENT, Defendant. January 8, 2021. (Deposition).

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA, CHANCELLOR LEONARDO WILLIAMS, a Minor, by and through his Parents and Next Friends, BREDIA NEWBOLT-WILLIAMS and ANTHONY WILLIAMS, Plaintiffs, vs. THE CHILDREN'S HOSPITAL OF ALABAMA; et al., Defendants. Case No. 03-cv-2018-901209. December 28, 2020. (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE, COMPREHENSIVE SECURITY, INC., ASSOCIATED PROTECTIVE SERVICE, INC., and ONTRAC SECURITY, LLC, Plaintiffs, v. METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, Defendant. November 13, 2020. (Trial).

26TH JUDICIAL DISTRICT COURT, BOSSIER PARISH, LOUISIANA, SUSAN RUSH, ET AL. v. RICHARD DOYLE, ET AL. NUMBER 145,041, SECTION F. November 1, 2020. (Deposition).

IN THE 2ND CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE, BRETTON KEEFER, as surviving adult Son and next-of-kin of his deceased Mother, CHESTA SHOEMAKER, Plaintiffs, v. VANDERBILT UNIVERSITY MEDICAL CENTER, Defendant. NO. 19C358. October 29, 2020. (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE, THEODORE PERTILLER, Plaintiff, v. CITY OF MURFREESBORO, TN, Defendant.  October 13, 2020.  (Deposition).

IN THE STATE COURT OF FULTON COUNTY, STATE OF GEORGIA, SALLY A. QUISENBERRY, Individually and as Administratrix of the Estate of MICHAEL J. QUISENBERRY, Deceased, Plaintiff, v. VIKRAM KHETPAL, M.D., and HEART AND VASCULAR CARE, INC., Defendants, Civil Action No. 19-ev-001559.  October 6, 2020.  (Deposition).

IN THE CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE, FOR THE TWENTIETH JUDICIAL DISTRICT AT NASHVILLE, FELICIA LUCKETT, individually, as next of kin for AL STAR, deceased, Plaintiff, v. NASHVILLE READY MIX, INC., and EVANS BRIDGES, Defendants. NO. 19-C-2010.  September 10, 2020.  (Deposition).

IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION, AMY PHILLIPS, Plaintiff, v. EXXONMOBIL CORPORATION, Defendant. Case No. 17-cv-7703.  September 3, 2020.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA, NORTHEASTERN DIVISION, BRANDI HANDLEY, as the Personal Representative of the Estate of Edward Wayne Handley, BRANDI HANDLEY, as the Mother and Next Friend of Jaxsyn Lewis Handley, a minor child, Plaintiffs, v. UNITED STATES OF AMERICA, Defendant. Case No.: 5:17-CV-01278-HNJ.  August 28, 2020. (Trial).

UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WISCONSIN, JASEN BRUZEK, HOPE KOPLIN, NEIL MILLER, and CHRISTOPHER PETERSON, individually and on behalf of all others similarly situated, Plaintiffs, v. HUSKY OIL OPERATIONS, LTD., and SUPERIOR REFINING COMPANY LLC, Defendants.  Case No. 18-cv-697.  August 14, 2020.   (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, JENNIFER YOUNG, as the Administratix and personal representative of the estate of JERMAINE McBEAN, Plaintiff, v. PETER PERAZA, BRAD OSTROFF, RICHARD LACERRA, GREGORY TONY, in his official capacity as Sheriff of Broward County, FL, Defendants, CASE NO. 15-60968-CIV-COHN/SELTZER.  June 8, 2020.  (Deposition).

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA, DISHANNA GARMON, as Personal Representative of

the Estate of ALEXANDER ARMSTRONG, deceased, on behalf of the Estate and its lawful survivor, to wit: A.A., as surviving daughter, Plaintiff, v. SP LINCOLN FIELDS, LP, a Florida Limited Partnership, KCD INVESTMENTS, INC., a Florida Corporation, and MASTER SECURITY COMPANY, LLC, d/b/a MSC SECURITY, LLC, a Foreign Limited Liability Company, Defendants. GENERAL JURISDICTION DIVISION, CASE NO.: 2015-22639 CA 01.  March 6, 2020.  (Deposition).

FIRST JUDICIAL DISTRICT COURT, CADDO PARISH, LOUISIANA, SECTION A, JAMIE CLUTE, ZACHARY CLUTE AND GARRETT CLUTE, Plaintiffs, v. CURTIS L. BRACY, SHREVEPORT TRANSIT MANAGEMENT, INC. d/b/a SPORTRAN, AND AMERICAN ALTERNATIVE INSURANCE CORPORATION, Defendants. NUMBER: 607.956.  March 2, 2020.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE, MERRILL BEENE, Plaintiff, v. MATTHEW WHITAKER, ACTING UNITED STATES ATTORNEY GENERAL, Defendant. Case No. 3:18-cv-00693.  February 6, 2020.  (Deposition).

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ALABAMA, NORTHWESTERN DIVISION, JAMES LESTER MATTHEWS, II, Plaintiff, v. UNITED STATES OF AMERICA, Defendant, Case No.: 3:18-cv-01280-HNJ.  January 15, 2020.  (Deposition).

IN THE CIRCUIT COURT OF SULLIVAN COUNTY, TENNESSEE AT KINGSPORT, TRACY MICHAEL, Plaintiff, v. WELLMONT WEXFORD HOUSE f/k/a RHA/SULLIVAN, INC. and WELLMONT HEALTH SYSTEM, d/b/a THE WEXFORD HOUSE, Defendants. No.: C40837(M).  December 20, 2019.  (Deposition).

IN THE SUPERIOR COURT OF ROCKDALE COUNTY, STATE OF GEORGIA, SAWYER A. STOKES, a Minor, by and through STEPHANIE M. STOKES and LINDEN D. STOKES, Conservators of the Property, and STEPHANIE M. STOKES and LINDEN D. STOKES, individually, Plaintiffs, vs. ROCKDALE HOSPITAL, LLC d/b/a ROCKDALE MEDICAL CENTER, GREYSTONE OB/GYN, LLC, RICHARD M. ROBINSON, and ALECIA T. CASH, Defendants. Civil Action.  File Number: 2018-CV-2166.  November 26, 2019.  (Deposition).

STATE OF MINNESOTA, DISTRICT COURT, COUNTY OF DAKOTA, FIRST JUDICIAL DISTRICT, ROBIN NELSON, Plaintiff, v. SCOTT JOHNSON and JOHNSON DIVERSIFIED PRODUCTS, INC., Defendants.  November 1, 2019.  (Trial).

IN ARBITRATION, KATHERIN CASEY v. CONCORDE CAREER COLLEGE, AMERICAN ARBITRATION ASSOCIATION CASE NUMBER: 01-18-0002-8695. October 30, 2019.  (Trial).

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION, DOUGLAS BUTTS, Plaintiff, v. T-MOBILE USA, INC., Defendant.  October 24, 2019.  (Deposition).

IN ARBITRATION, KATHERIN CASEY v. CONCORDE CAREER COLLEGE, AMERICAN ARBITRATION ASSOCIATION CASE NUMBER: 01-18-0002-8695. October 17, 2019.  (Deposition).

IN THE CIRCUIT COURT FOR WILLIAMSON COUNTY, TENNESSEE, MARTY FITZGERALD and MELISSA FITZGERALD, individually, as husband and wife, and on behalf of their deceased child, MEGAN FITZGERALD, Plaintiff, v. JAMES WOODROW OSBORN and OSBORN ENTERPRISES, INC., II, and OSBORN ENTERPRISES, INC., III, Defendant, NO. 2018-311. August 9, 2019.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR TENNESSEE FOR THE MIDDLE DISTRICT NASHVILLE DIVISION, DR. VANESSA GARCIA, Plaintiff, v. THE METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, Defendant.  June 18, 2019.  (Deposition).

IN THE CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE, STEAD VESTEY, as next of kin of and on behalf of KOREN VESTEY, Deceased, Plaintiff, v. THOMAS BRENLIN TAYLOR, JR., M.D., SKYLINE SURGERY ASSOCIATES, PLC, TRISTAR SKYLINE MEDICAL CENTER, ASSUMED NAME FOR THE HTI MEMORIAL HOSPITAL CORPORATION, KRISTIN ALEXANDRIA GAFFNEY, D.O., AND GASTROENTEROLOGY AND HEPATOLOGY ASSOCIATES, PLLC, Defendants, Case No. 17C963.  May 20, 2019.  (Trial).

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION, MISTY D. MCGRADY, Plaintiff, v. JIM MATTIS, Secretary of Defense, in his official capacity; ROBERT M. SPEER, Acting Secretary of the Army, in his official capacity; JOSEPH L. LENGYEL, Chief, National Guard Bureau, in his official capacity; VICTORIA A. LIPNIC, Acting Chair, EQUAL EMPLOYMENT OPPPORTUNITY COMMISSION, in her official capacity; TERRY M HASTON, Adjutant General of the State of Tennessee, in his official capacity, and the UNITED STATES OF AMERICA, Defendants. NO. 3:17-cv-00390.  April 23, 2019. (Deposition).

Charles L. Baum, Ph.D., Baum Economics LLC
cbaum@baumeconomics.com, (615) 556-9287

IN THE CIRCUIT COURT FOR THE STATE OF TENNESSEE, TWENTY-FIRST JUDICIAL DISTRICT, WILLIAMSON COUNTY, SUMMERS PAUL LYLE III and PATRICIA LYLE, Plaintiffs, v. WILLIAM R. MCDANIEL, M.D., Defendant. Case No.: 2017-62.  April 2, 2019.  (Trial).

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE KNOXVILLE DIVISION, JOHN EDWARD ANDERSON III, Plaintiff, v. OAK RIDGE SCHOOLS BOARD OF EDUCATION a/k/a OAK RIDGE CITY BOARD OF EDUCATION and OAK RIDGE SCHOOLS, DR. BRUCE BORCHERS, officially and individually, and DR. CHRIS MARCZAK, officially and individually, Defendants. Case No. 3:16-cv-235.  March 13, 2019.  (Trial).

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION, KAREN EVICH and ROBERT EVICH, both individuals, Plaintiff, v. TARGET CORPORATION, a foreign corporation, Defendant.  Case No.: 0-18-cv-61062.  February 14, 2019.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION, BENJAMIN MILLER and KRISTI ROSE, Plaintiffs, v. TIGER STYLE CORPORATION d/b/a SPEED 1 TRANSPORT, HARMAN DEEP SINGH BRAR & COX TRANSPORTATION SERVICES, INC., Defendants. Docket No. 2:18-cv-02275-SHL.  February 1, 2019.  (Deposition).

IN THE CIRCUIT COURT FOR THE STATE OF TENNESSEE, TWENTY-THIRD JUDICIAL DISTRICT, DICKSON COUNTY, ROBIN LYNN JACKSON, Plaintiff, v. DICKSON EAR, NOSE & THROAT, PLC d/b/a ENT SINUS & ALLERGY CLINIC, and JAMES M. ROTH, M.D., Defendants. No. 22cc-2017-cv-89.  January 4, 2019.  (Deposition).

UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION, EPAC TECHNOLOGIES, INC., Plaintiff, v. THOMAS NELSON INC., Defendant.  Case No: 3-13-cv-384-WMC.  September 14, 2018.  (Deposition).

DISTRICT COURT, JEFFERSON COUNTY, COLORADO, JANET TORMA-KRAJEWSKI, Plaintiff, v. COLORADO SCHOOL OF MINES; RAMONA M. GRAVES; PRISCILLA NELSON; JURGEN BRUNE; and TERRY PARKER, Defendants.  Case Number: 2016-CV-31341.  August 14, 2018.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION, JAMES GARRETT, Plaintiff, v. CSX

TRANSPORTATION, INC., Defendant.  Case No.: 3:17-cv-497.  August 3, 2018.  (Deposition).

IN THE CHANCERY COURT FOR RUTHERFORD COUNTY, TENNESSEE AT MURFREESBORO, GEORGE L. ECKLES, JR., Petitioner, v. MARY ANN ECKLES, Respondent.  July 19, 2018.  (Trial).

FIRST JUDICIAL DISTRICT COURT, CADDO PARISH, LOUISIANA, MARK MCLAUGHLIN, Plaintiff, v. JODY HOLLIS AND STATE FARM MUTUAL AUTOMOBILE INURANCE COMPANY, Defendants, PERMANENT ASSIGNMENT SECTION C, NUMBER: 581,417.  June 28, 2018.  (Trial).

IN THE CIRCUIT COURT FOR THE STATE OF TENNESSEE, TWENTY-FIRST JUDICIAL DISTRICT, WILLIAMSON COUNTY, SUMMERS PAUL LYLE III and PATRICIA LYLE, Plaintiffs, v. WILLIAM R. MCDANIEL, M.D., Defendant. Case No.: 2017-62.  June 21, 2018.  (Deposition).

FIRST JUDICIAL DISTRICT COURT, CADDO PARISH, LOUISIANA, MARK MCLAUGHLIN, Plaintiff, v. JODY HOLLIS AND STATE FARM MUTUAL AUTOMOBILE INURANCE COMPANY, Defendants, PERMANENT ASSIGNMENT SECTION C, NUMBER: 581,417.  May 30, 2018.  (Deposition).

IN THE SULLIVAN COUNTY LAW COURT AT KINGSPORT, TENNESSEE, CHRIS YOKLEY and DIANA YOKLEY, HUSBAND and WIFE, Plaintiffs, v. MOUNTAIN EMPIRE OIL COMPANY, Defendant, CASE NUMBER: C40558.  May 9, 2018.  (Deposition).

IN THE FIFTH CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE, AT NASHVILLE, TRACY PIZZILLO VON TAGEN, Plaintiff, v. CONTINENTAL PROPERTIES COMPANY, INC., SPRINGS AT MOUNTAIN VIEW, CIVIL CONSTRUCTORS, INC., MCSHANE CONSTRUCTION COMPANY, TERRACON, CIVIL SITE DESIGN GROUP, and QORE PROPERTY SCIENCES, Defendants. DOCKET NO. 11C-2589.  March 27, 2018.  (Deposition).

PUBLICATIONS

Baum, Charles L. (2025).  "Employee Tenure and Macroeconomic Conditions."  *Applied Economics*, 57 (59): 10611-10628.

Baum, Charles L. (2024).  "The Probability of Staying with an Employer." *Journal of Legal Economics*, 30 (1): 25-65.

Charles L. Baum, Ph.D., Baum Economics LLC
cbaum@baumeconomics.com, (615) 556-9287

Baum, Charles L.  (2022).  "Seven Careers in a Lifetime? An Analysis of Employee Tenure." *Economic Inquiry*, 60 (2): 543-567.

Baum, Charles L.  (2022).  "How Economists Calculate Losses from Lost Earnings in 10th Circuit Employment Termination Cases." *Oklahoma Bar Journal*, 93 (2): 18-21.

Baum, Charles L.  (2021).  "Calculating Economic Damages in Ninth Circuit Employment Cases."  *Arizona Attorney*, 57 (5): 54-58.

Baum, Charles L.  (2021).  "Calculating Economic Losses in 11th Circuit Employment Termination Cases."  *Florida Bar Journal*, 95 (1): 46-50.

Gaughan, Patrick A., and Charles L. Baum. (2021). "The Erroneous Selection of the Full Social Security Age as the Terminal Date for Lost Earnings Projections." *Journal of Business Valuation and Economic Loss Analysis*, 16 (1): 61-75.

Baum, Charles L.  (2020).  "Guidance for Calculating Economics Losses in 8th Circuit Employment Cases."  *Journal of the Missouri Bar,* 76 (5): 204-207.

Baum, Charles L.  (2020).  "The Effects of Medical Malpractice Tort Reform on Physician Supply: An Analysis of Legislative Changes from 2009 to 2016."  *Southern Economic Journal,* 87 (2): 540-575.

Baum, Charles L.  (2020).  "Employment Termination: Computing Economic Losses."  *Wisconsin Lawyer*, 93 (8): 34-38.

Baum, Charles L.  (2020).  "Calculating Economic Losses in Tenth Circuit Employment Termination Cases."  *Colorado Lawyer*, 49 (8): 30-33.

Owens, Mark F., Adam D. Rennhoff, and Charles L. Baum.  (2018).  "Consumer Demand for Charitable Purchases: Evidence from a Field Experiment on Girl Scout Cookie Sales." *Journal of Economic Behavior and Organization,* 152 (1): 47-63.

Baum, Charles L.  (2018).  "The Implications of Medical Malpractice Tort Reform in Missouri on Physician Labor Supply."  *Journal of the Missouri Bar,* 74 (5): 246-249.

Baum, Charles L. (2018). "Calculating Commercial Compensatory Damages in Tennessee." *Tennessee Bar Journal,* 54 (5): 19-26.

Baum, Charles L., and James D. Rodgers. (2018). "Maternal Household Services and Children." *Journal of Forensic Economics*, 27 (1): 1-15.

Baum, Charles L. (2017). "Computing Economic Damages in Florida Wrongful Death and Personal Injury Cases." *Florida Bar Journal*, 91 (4): 8-17.

Baum, Charles L. (2017). "Collateral Source Rules in Wrongful Death, Personal Injury, and Employment Termination Cases in Tennessee." *DICTA* (Knoxville Bar Association), 44 (6): 9-11.

Baum, Charles L. (2017). "Do I Need an Economist? When to Use an Economist in Alabama Personal Injury and Wrongful Death Cases." *Birmingham Bar Bulletin*, Spring, 14-16.

Baum, Charles L. (2017). "Discounting Future Losses to Present Value in Employment Termination Cases." *Connect* (Tennessee Bar Association, Labor and Employment Law Section), March 3, 2017.

Baum, Charles L. (2017). "Calculating Economic Losses in Georgia Personal Injury and Wrongful Death Cases." *Georgia Bar Journal*, 22 (5): 18-24.

Baum, Charles L. (2017). "The Effects of College on Weight: Examining the Freshman Fifteen Myth." *Demography*, 54 (1): 311-336.

Baum, Charles L., Laura Bonanomi, and Patrick A. Gaughan. (2017). "Calculating Economic Damages in New York State Wrongful Death and Personal Injury Cases." *New York State Bar Association Journal*, 89 (2): 11-17.

Gaughan, Patrick A., and Charles L. Baum. (2017). "The Accuracy of the Social Security Wage and Other Economic Projections." *Journal of Legal Economics*, 23 (1): 3-29.

Baum, Charles L. (2016). "Calculating Economic Losses from Wrongful Incarceration." *Tennessee Bar Journal*, 52 (7): 18-23.

Baum, Charles L. (2016). "Calculating Economic Losses in Personal Injury and Wrongful Death Cases in Tennessee." *DICTA* (Knoxville Bar Association), 43 (2): 25-26.

Baum, Charles L. (2016). "Economic Losses in Tennessee Employment Termination Cases." *Connect* (Tennessee Bar Association, Labor and Employment Law Section), April 12, 2016.

Baum, Charles L., and Shin-Yi Chou. (2016). "Why Has the Prevalence of Obesity Doubled." *Review of Economics of the Household*, 14 (2): 251-267.

Baum, Charles L., and Christopher J. Ruhm. (2016). "The Effects of Paid Family Leave in California on Labor Market Outcomes." *Journal of Policy Analysis and Management*, 35 (2): 333-356.

Baum, Charles L., and Christopher J. Ruhm. (2016). "The Changing Benefits of Early Work Experience." *Southern Economic Journal*, 83 (2): 343-363.

Baum, Charles L. (2015). "Calculating Economic Losses in Employment Termination Cases in Tennessee." *Tennessee Bar Journal*, 51 (6): 16-19.

Baum, Charles L. (2015). "Employee Tenure and Economic Losses in Wrongful Termination Cases: A Reply of Nicholas Coleman." *Journal of Forensic Economics*, 26 (1): 95-97.

Baum, Charles L. (2015). "Economic Losses from Employment Terminations." *National Litigation Consultants' Review*, 24 (2): 1-4.

Bartel, Ann, Charles L. Baum, Maya Rossin-Slater, and Jane Waldfogel.  (2014). "California's Paid Family Leave Law: Lessons from the First Decade."  U.S. Department of Labor, Office of the Assistant Secretary for Policy (OASP).

Baum, Charles L. (2013). "Employee Tenure and Economic Losses in Wrongful Termination Cases." *Journal of Forensic Economics*, 24 (1): 41-66.

Baum, Charles L. (2012). "The Effects of Food Stamp Receipt on Weight Gained by Expectant Mothers." *Journal of Population Economics*, 25 (4): 1307-1340.

Baum, Charles L., William F. Ford, and Kevin M. Zhao (2012). "Top Five Executives' Share of Core Earnings." *Journal of Financial and Economic Practice*, 12 (2): 103-115.

Owens, Mark F., and Charles L. Baum. (2012). "The Effects of Welfare Vehicle Asset Rules on Vehicle Assets." *Applied Economics*, 44 (13): 1603-1619.

Baum, Charles L. (2011). "The Effects of Food Stamps on Obesity." *Southern Economic Journal*, 77 (3): 623-651.

Baum, Charles L. (2009). "The Effects of Cigarette Taxes on Obesity." *Health Economics*, 18 (1): 3-19.

Baum, Charles L. (2009). "The Effects of Vehicle Ownership on Employment." *Journal of Urban Economics*, 66 (3): 151-163.

Baum, Charles L. and Christopher J. Ruhm. (2009). "Age, Socioeconomic Status, and Obesity Growth." *Journal of Health Economics*, 28 (3): 635-648.

Owens, Mark F., and Charles L. Baum (2009). "The Effects of Federal Housing Assistance on Exiting Welfare and Becoming Employed for Welfare Recipients." *Journal of Poverty*, 13 (2): 130-151.

Zhao, Kevin M, Charles L. Baum, and William F. Ford. (2009). "The CEO Share of Earnings: A New Approach to Evaluating Executive Compensation." *Business Economics*, 44 (2): 120-122.

Baum, Charles L. (2007). "The Effects of Race, Ethnicity, and Age on Obesity." *Journal of Population Economics*, 20 (3): 687-705.

Baum, Charles L. (2006). "The Effects of Government-Mandated Family Leave on Employer Family Leave Policies." *Contemporary Economic Policy*, 24 (3): 432-445.

Baum, Charles L., William F. Ford, and Jeffrey D. Hopper. (2006). "The Obese Smoker's Wage Penalty." *Social Science Quarterly*, 87 (4): 863-881.

Baum, Charles L. (2005). "The Effects of Employment while Pregnant on Health at Birth." *Economic Inquiry*, 43 (2): 283-302.

Baum, Charles L. (2004). "Has Family Leave Legislation Increased Leave-Taking?" *Journal of Law and Policy*, 15 (1): 93-114.

Baum, Charles L. (2004). "The Long-Term Effects of Early and Recent Maternal Employment on a Child's Academic Achievement." *Journal of Family Issues*, 25 (1): 29-60.

Baum, Charles L., and William F. Ford. (2004). "The Wage Effects of Obesity: A Longitudinal Study." *Health Economics*, 13 (9): 885-899.

Baum, Charles L., F. Lee Sarver, and Thomas Strickland. (2004). "EVA, MVA, and CEO Compensation: Further Evidence." *American Business Review*, 22 (2): 82-87.

Baum, Charles L. (2003). "The Effects of State Maternity Leave Legislation and the 1993 Family and Medical Leave Act on Employment and Wages." *Labour Economics*, 10 (5): 573-596.

Baum, Charles L. (2003). "The Effects of Maternity Leave Legislation on Mothers' Labor Supply Patterns after Childbirth." *Southern Economic Journal*, 69 (4): 772-799.

Baum, Charles L. (2003). "Does Early Maternal Employment Harm Child Development? An Analysis of the Potential Benefits of Leave-Taking." *Journal of Labor Economics*, 21 (2): 409-448.

Baum, Charles L. (2002). "A Dynamic Analysis of the Effect of Childcare Costs on the Work Decisions of Low-Income Mothers with Infants." *Demography*, 39 (1): 139-164.

Baum, Charles L. (2002). "The Effect of Work Interruptions on Women's Wages." *Labour*, 16 (1): 1-36.

Baum, Charles L., Richard L. Hannah, and William F. Ford. (2002). "The Effect of the Senior Citizens' Freedom to Work Act of 2000 on Employer-Provided Pension and Medical Plans." *Benefits Quarterly*, 18 (2): 65-72.

Baum, Charles L., and William F. Ford. (2001). "The Effect of 'The Senior Citizens' Freedom to Work Act of 2000' on Delayed Retirement Incentives." *The Labor Law Journal*, 52 (1): 3-9.

Research Citations

My research has recently been cited in the news by *Bloomberg BusinessWeek*, *U.S. News and World Report*, and the *New York Times*.

A recent publication of mine on paid family leave legislation was reviewed and cited in the 2022 and 2023 Economic Reports of the U.S. President by the Council of Economic Advisers.

Charles L. Baum, Ph.D., Baum Economics LLC
cbaum@baumeconomics.com, (615) 556-9287

The Washington Center for Equitable Growth presented results from my research on female employment rates and trends before the U.S. House Select Committee on Economic Disparity and Fairness in Growth on December 8, 2021.

The U.S. Department of Labor used results from my research on state legislation providing paid parental leave from work at the 2015 White House Summit on Working Families.

ASSOCIATIONS

American Association of Economic and Financial Experts (AAEFE)

National Association of Forensic Economics (NAFE)

PRESENTATIONS (RECENT, SELECTED)

Economics and Workforce Development Trends: U.S. and Tennessee Workforce Trends, Data, and Resources, University of Tennessee-Knoxville, Institute for Public Service, Center for Industrial Services, Murfreesboro, TN, August 2022.

Tennessee Legislative Update and Economic Outlook, Tennessee Association of Professional Bail Agents, Murfreesboro, TN, August 2022.

Tennessee and U.S. Economic Outlook, Murfreesboro Young Professionals, Professional Development Luncheon, Murfreesboro, TN, June 2022.

The U.S. and State Economic Forecast, Oakworth Wealth Management/Oakworth Capital Bank, Nashville, TN (Bluebird Café), October 2021.

The Economic Outlook for Tennessee and the U.S., Murfreesboro Breakfast Rotary, Murfreesboro, TN, August 2021.

The Economic Outlook for Tennessee and the U.S., Tennessee Society of Certified Public Accountants, Brentwood, TN, August 2021.

Tennessee Economics and Legislative Update, Murfreesboro Breakfast Rotary, Murfreesboro, TN, January 2021.

Tennessee Economics and Legislative Update, Smyrna Rotary, Smyrna, TN, July 2020.

Tennessee Economics and Legislative Update, Rutherford County GOP Women, Murfreesboro, TN, July 2020.

Seven Careers in a Lifetime? An Analysis of Employee Tenure.  American Economic Association, Allied Social Science Association Annual Meetings, San Diego, CA, January 2020.

109

Calculating Economic Losses in Personal Injury and Wrongful Death Cases in Tennessee. Law Conference for Tennessee Practitioners, Nashville School of Law, Nashville, TN, November 2019.

The State and U.S. Economic Forecast.  The Exchange Club, Murfreesboro, TN, August 2019.

How to Calculate Economic Damages in Medical Malpractice Wrongful Death and Personal Injury Cases in Tennessee.  The 2019 Medical Malpractice Conference for Tennessee Attorneys, Nashville, TN, May 2019.

How to Calculate Economic Damages in Medical Malpractice Wrongful Death and Personal Injury Cases in Alabama.  The 2019 Medical Malpractice Conference for Alabama Attorneys, Birmingham, AL, May 2019.

The U.S. Economic Forecast.  Tennessee Realtors Association, 2019 Excel Summit, Franklin, TN, March 2019.

Calculating Economic Losses in Personal Injury and Wrongful Death Cases in Tennessee. Law Conference for Tennessee Practitioners, Nashville School of Law, Nashville, TN, November 2018.

Economics 101: Where are We and Where are We Going? Mid-South Commercial Law Institute, Nashville, TN, October 2017.

Calculating Hedonic Damages in Arkansas. National Association of Forensic Economics, Winter Meetings, Cancun, Mexico, January 2017.

The Economic Impacts of Wrongful Incarceration. National Association of Forensic Economics, Winter Meetings, Cancun, Mexico, January 2017.

The Accuracy of Social Security Wage Projections. National Association of Forensic Economics, Winter Meetings, Key West, FL, January 2016.

Calculating Economic Losses in Personal Injury and Wrongful Death Cases in Alabama. Huntsville Bar Association, Huntsville, AL, May 2016.

Employee Tenure and Economic Losses. National Association of Forensic Economics, Winter Meetings, San Juan, Puerto Rico, January 2015.

COMMUNITY ACTIVITIES

Tennessee State House of Representatives (Representative, 2018-present; Vice Chairman of the House Finance, Ways, and Means Committee, 2021-present).

Oaklands Historic Mansion Foundation (Board Member, 2015-2022).

Community Foundation of Rutherford County (Founding Board Member, 2018-2021).

Linebaugh Library Foundation (Board Member, 2014-2020).

Murfreesboro City Schools Foundation (Board Member, 2013-2019).

Rutherford County Commission (Commissioner, 2010-2018).

American Heart Association, Rutherford County (Board Member, 2012-2017).

United Way of Rutherford and Cannon Counties (Board Member, 2013-2017).

Domestic Violence Center, Murfreesboro (Board Member, 2005-2010; Advisory Board
    Member, 2010-2015).

Eagle Scout (September 12, 1988, Great Smokey Mountain Council, Knoxville, TN).