# EXHIBIT B

Exhibit B: Case-Related Documents

1. Class action complaint and demand for jury trial with exhibits.

2. First amended class action complaint and demand for jury trial with exhibits.

3. Stipulated protective order.

4. Chart with product descriptions and UPC labels for J.M. Smucker Company products.

5. Chart with product descriptions and UPC labels for data Kroger will provide.

6. Webpage printouts with information on natural fruit spreads from the J.M. Smucker Company.

7. Webpage printouts with information on simply fruit products from the J.M. Smucker Company.

8. Email with price information for data from Circana.

9. Excel spreadsheets with sales data from the J.M. Smucker Company.

10. Excel spreadsheets with sales data from Albertson's.

11. Excel spreadsheets with sales data from Kroger.

12. Excel spreadsheets with sales data from Target.

13. Excel spreadsheets with sales data from Walmart.

Charles L. Baum, Ph.D., Baum Economics LLC
cbaum@baumeconomics.com, (615) 556-9287