1
2
3
4
5
6
7
8
9
10
11
12
13

**CROSNER LEGAL, P.C.**
Craig W. Straub (SBN 249032)
*craig@crosnerlegal.com*
Lilach H. Klein (SBN 323202)
*lilach@crosnerlegal.com*
Michael T. Houchin (SBN 305541)
*mhouchin@crosnerlegal.com*
Zachary M. Crosner (SBN 272295)
*zach@crosnerlegal.com*
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429
***Attorneys for Plaintiffs and the Proposed Class***

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ADINA RINGLER, KRISTA ROBLES,
JAY SMITH, and JANA RABINOWITZ,
individually and on behalf of all others
similarly situated,

            Plaintiffs,

      v.

THE J.M. SMUCKER COMPANY,

            Defendant.

Case No. 2:25-cv-01138-AH-E

**DECLARATION OF KURT M.
HONG, M.D., Ph.D., FACN**

**REDACTED VERSION OF
DOCUMENT PROPOSED TO
BE FILED UNDER SEAL**

Date:    Wednesday, May 27, 2026
Time:    1:30 p.m.
Ctrm:    9C
Judge:   Hon. Anne Hwang

Compl. Filed: Feb. 10, 2025 Trial
Date: Feb. 23, 2027

DECLARATION OF DR. KURT M. HONG

## I.    BACKGROUND AND QUALIFICATIONS

1.    I am the Executive Director of the Center for Clinical Nutrition at the Keck School of Medicine, University of Southern California (USC). I currently hold appointments as Professor of Clinical Medicine at USC Keck School of Medicine as well as at USC Davis School of Gerontology.

2.    At Center for Clinical Nutrition, I oversee clinical nutrition consultations and medical nutrition therapy, where I work extensively with dieticians to devise patients' nutrition plans. In addition, I provide consulting services to food and nutraceutical companies, evaluating ingredient composition, sourcing and manufacturing practices, and product labeling representations as they pertain to human health.

3.    I received my B.S. in Chemical Engineering from UCLA magna cum laude, M.D. from Harvard Medical School with Distinction in Research, Ph.D. degree from the University of California, Los Angeles in Cellular and Molecular Pathology.

4.    I completed my Postgraduate Residency Training at Scripps Clinic-Scripps Research Institute in La Jolla, California and a Post-Doctoral Fellowship in Clinical Nutrition at the Center for Human Nutrition, David Geffen School of Medicine at UCLA in Los Angeles, California.

5.    Between 2003-2008, I worked as a Physician Nutrition Specialist at the Center for Human Nutrition, David Geffen School of Medicine at UCLA, with a subspecialty in Nutritional Oncology, Adult and Adolescent Obesity Management. From 2008-2012, I was the Director of Huntington Center for Human Nutrition, Huntington Hospital in Huntington Beach, California. Between 2011-2012, I also served as the Medical Director of Preventive Health Services at Congress Medical Associates.  Since 2012 - Present, I have served as the Executive Director at Center for Clinical Nutrition, Keck School of Medicine, University of Southern California.

6.      I am licensed with the Medical Board of California and am a Diplomat to the American Board of Internal Medicine, American College of Clinical Nutrition and American Board of Physician Nutrition Specialists. I am also a member of the following organizations: American College of Nutrition, Obesity Society, and American College of Physicians – American Society for Internal Medicine.

7.      I have published over 50 scholarly articles which are listed in my CV and attached to this report. I have also conducted over 170 scientific lectures and continuing medical education presentations.

8.      I have served as an invited reviewer on numerous reputable journals including the Journal of Nutrition, European Journal of Clinical Nutrition, Lancet Journal and Internal Journal of Obesity. I have had over 15 years of experience working in the field of clinical nutrition and food science research.

9.      I have served as an expert consultant in numerous instances over the last several years. I have not testified as an expert at trial or by deposition over the last four years.

10.     I am being compensated at a rate of $550 per hour for general consulting services and testimony at deposition or trial. My compensation is not dependent on my opinions or the outcome of the litigation.

## II.    MATERIALS REVIEWED

11.     In forming my opinions, I reviewed, among other materials:

- Ingredient labels and marketing representations of Smucker Natural Products.[1]

---

[1] I am informed that the Products at issue are the Smucker's fruit spreads labeled as "natural" and "made with ingredients from natural sources." I am informed that each Product contains citric acid. These products will be collectively referred to as the "Smucker Natural Products."

- Discovery identifying ████████████████████████████████ ████████████████████████████████████████ ████████████ .
- Available ██████████████████████████ manufacturing disclosures.
- FDA policy statements regarding "natural" labeling.
- FDA correspondence related to citric acid and advertising claims.
- Applicable provisions of the Code of Federal Regulations and Federal Register materials addressing food additives and citric acid production.
- The deposition transcript of Daniel Schmidt and associated deposition exhibits.
- Peer-reviewed literature on citric acid industrial fermentation and purification.
- Third-party citric acid manufacturer's documents and publicly available webpages.
- Regulatory and scientific sources addressing food additives, acidulants, and chemical processing.
- The operative complaint in this lawsuit.

12.    In forming my opinions, I also relied on my education, training, and experience in food science, chemistry, and clinical nutrition, as well as generally accepted scientific principles and reference materials cited in this declaration.

## III.    QUESTIONS ADDRESSED IN THIS DECLARATION

13.    I understand that the advertising claims at issue for the Smucker Natural Products include the representations "natural" and "made with ingredients from natural sources." I have been asked to address the following questions from a clinical nutrition, biochemical, and food science perspective:

- Whether the citric acid used in the Smucker Products is natural.
- Whether the citric acid used in the Smucker Natural Products is synthetic or artificially manufactured.

- Whether ██████████████ citric acid is from natural sources.
- Whether, based on its method of production, the citric acid used in the Smucker Natural Products is consistent with commonly accepted scientific and regulatory principles associated with "natural" labeling.

## IV.    STATEMENT AND BASIS OF OPINIONS

14.    The "natural" and "made with ingredients from natural sources" advertising claims that are the subject of this lawsuit may be evaluated on a generalized, classwide basis by examining common food industry manufacturing and processing practices for producing citric acid used in food products. ████████████████████████████████████████████████████████ ████████████████████████████

15.    ████████████████████████████████████████ ████████████████████████████████████████ █████████████████████████████. It is my opinion that the citric acid added in the Smucker's Products is artificial and/or synthetic and therefore not "natural"

16.    ████████████████████████████████ ████████████████████████████████████████ █████████████.

17.    ████████████████████████████████ ████████████████████████████████████████ ████████████████████.

### A.    Definitions of "Natural," "Synthetic," and "Artificial"

18.    The characterization of an ingredient as "natural," "synthetic," or "artificial" depends on both its source and its method of manufacture.[2] In

---

[2] *See* Carocho M, Barreiro MF, Morales P, Ferreira ICFR. *Adding Molecules to Food, Pros and Cons: A Review on Synthetic and Natural Food Additives*. Compr Rev Food Sci Food Saf. 2014 Jul;13(4):377-399 at 379 ("Despite the

particular, these terms are commonly evaluated by reference to whether an ingredient exists in nature in the same form in which it is added to food, or instead is produced through industrial processes designed to create or transform chemical compounds.

19.    The term "natural" is commonly understood in scientific, regulatory, and consumer contexts to refer to substances that exist in nature and are not created through human-directed chemical synthesis, industrial biochemical manufacturing, or extensive processing. U.S. Food and Drug Administration ("FDA") has consistently stated that it does not object to the use of the term "natural" on food labeling where "nothing artificial or synthetic (including all color additives regardless of source) has been included in, or added to, the food."[3] The FDA has further explained that this policy reflects the view that a food labeled as natural should not contain ingredients that would not normally be expected to be present in the food.[4] While the FDA has not adopted a formal regulatory definition of "natural," its policy statements and enforcement correspondence emphasize the absence of artificial or synthetic ingredients produced through industrial processes.

20.    For example, the FDA has, in prior correspondence with food manufacturers, articulated how it has applied its policy regarding the use of the

_____

various classes of additives and the different classifications used, they can be divided in 4 fundamental groups with regard to their origin and manufacture: natural additives (obtained directly from animals or plants); similar to natural additives (produced synthetically imitating natural ones); modified from natural (natural additives that are then modified chemically); and finally artificial additives (synthetic compounds).")

[3] https://www.fda.gov/food/nutrition-food-labeling-and-critical-foods/use-term-natural-food-labeling.; *see also* **Exhibit D** (80 Fed. Reg. 69,906 (Nov. 12, 2015)).

[4] Exhibit D (80 Fed. Reg. 69,906 (Nov. 12, 2015)); *see also* **Exhibit B** (FDA Warning Letter to Oak Tree Farm Dairy, Inc. citing Federal Register).

term "natural" in specific contexts. In those communications, the FDA identified certain products labeled as "natural" as inconsistent with that representation due to the presence of added citric acid, which the agency characterized as a "chemical preservative."[5] In one instance, citing the Federal Register, the FDA stated that use of an "all natural" representation for a brewed iced tea product was inappropriate where the product contained added citric acid.[6] In other correspondence, the FDA similarly objected to the use of "all natural" labeling for food products containing added citric acid, explaining that the addition of citric acid was a basis for objecting to the use of the term "natural" for those products.[7]

21.    Further, because Smucker's citric acid is ███████████████ ████████████████████████████████ its use as an added ingredient is inconsistent with common formulation practices for fruit spreads marketed as "natural." As reflected in the marketplace, Smucker's primary competitor, Welch's, markets fruit spreads using "natural" labeling without the addition of citric acid.[8]

---

[5] *See* **Exhibit A** (FDA Warning Letter to Chiquita Brands International, Inc.).

[6] *See* **Exhibit B** (FDA Warning Letter to Oak Tree Farm Dairy, Inc.).

[7] *See* **Exhibit C** (FDA Warning Letter to Hirzel Canning Company).

[8] Smucker's representative acknowledged during deposition that Welch's "natural" fruit spreads do not contain added citric acid, instead utilizing lemon juice concentrate as an acidifying ingredient. *See* Deposition of Daniel Schmidt at p. 128 (Q. Does this ingredient list include citric acid? A. This does not have [citric] acid in it and it's not produced by Smucker. Q. It's produced by Welch's, correct? A. That's correct.); *id*., at p. 129 (A. Lemon juice concentrate is an ingredient on this Welch's natural fruit spreads product, correct? A. Yes. Q. And citric acid is not on this product ingredients list, correct? A. That's correct. Q. Is this a competitor to Smucker's fruit spreads? A Yes, sir.). This comparative labeling and formulation context demonstrates that the inclusion of ████████ citric acid is not a necessary or inherent component of fruit spreads labeled as "natural."

DECLARATION OF DR. KURT M. HONG

22.    In contrast, "synthetic" ingredients are commonly understood to refer to substances that are produced through human-directed chemical or biochemical manufacturing processes, rather than obtained through extraction from naturally occurring sources.[9] Synthetic ingredients are distinguished based on the method by which the compound is created, particularly where the ingredient is generated through controlled industrial reactions rather than isolated from a natural source.[10]

23.    "Artificial" substances are those produced by human intervention to replicate or mimic naturally occurring compounds. Artificiality is therefore a function of both origin and method of manufacture. "Artificial" is defined as "made, produced, or done by humans especially to seem like something natural."[11]

**B.    Chemical Identity Does Not Determine Natural Status**

24.    A principle in food science and regulatory policy is that chemical identity alone does not determine whether an ingredient is natural. A compound may be chemically indistinguishable from a naturally occurring molecule and nevertheless be synthetic or artificial if it is produced through industrial chemical or biochemical synthesis.[12]

---

[9] For example, Ciriminna et al. (2017) describe how citric acid, which was historically obtained through extraction from lemon juice, is now predominantly produced industrially and added to citrus beverages at dosage levels of approximately 0.1–0.4%. *See* Ciriminna R, Meneguzzo F, Delisi R, Pagliaro M. *Citric acid: emerging applications of key biotechnology industrial product*. Chem Cent J. 2017 Mar 8;11:22.

[10] "Synthetic" is defined as "something resulting from synthesis rather than occurring naturally." *Merriam-Webster.com*. 2026. https://www.merriam-webster.com/dictionary/synthetic. "Synthetic" can also be defined as "made by combining different substances: not natural." 2026. *Britannica.com*. https://www.britannica.com/dictionary/synthetic.

[11] *Merriam-Webster.com*. 2026. https://www.merriam-webster.com/dictionary/artificial.

[12] *See* Carocho et al. (2014), footnote 2.

25.    Accordingly, ingredients that are natural are distinguishable from those that are synthetic or artificial based on how the ingredient is produced. Synthetic or artificial ingredients are those that are created through human-directed chemical or biochemical manufacturing processes, even where the resulting compound is chemically identical to a substance found in nature.[13] For example, the artificial flavor vanillin is an organic compound with the molecular formula $C_8H_8O_3$ that makes up the primary component of the extracts of the vanilla bean. However, vanillin used in food products is made synthetically and is not the natural substance taken directly from vanilla beans.[14]

26.    From a food science and clinical nutrition perspective, the characterization of a food as "natural" typically reflects an expectation that the ingredients are not artificially or synthetically manufactured and are extracted directly from natural sources or through minimal physical processing without altering the raw product.

### C.    Natural Occurrence of Citric Acid

27.    Citric acid, chemically designated as 2-hydroxypropane-1,2,3-tricarboxylic acid, is a naturally occurring organic acid and a central intermediate in the tricarboxylic acid (Krebs) cycle. It is present in small quantities throughout the plant and animal kingdoms and occurs at relatively higher concentrations in certain citrus fruits such as lemons and limes.

28.    In the genus *Citrus*, citric acid is synthesized in the mitochondria of specialized juice sac cells, a structure unique to these fruits. This biological production occurs primarily during the "cell expansion" stage of fruit development, where the acid is transported into and stored within the cell

---

[13] See discussion above in Section IV.A.

[14] *See* Walton NJ, Mayer MJ, Narbad A. *Vanillin*. Phytochemistry. 2003. 63(5);505–515.

DECLARATION OF DR. KURT M. HONG

vacuoles.[15] By the time the fruit reaches maturity, these vacuoles can occupy over 90% of the total cell volume and contain approximately 90% of the fruit's total cellular citrate.[16]

29.    When citric acid occurs "naturally" in food, it exists as part of a complex biological matrix that includes sugars, flavonoids, organic acids, minerals, and other phytochemicals. In this context, citric acid is not isolated, purified, or chemically manipulated, and its presence reflects normal biological metabolism within the food itself.

### D.    Historical Extraction Versus Modern Industrial Manufacture

30.    Historically, citric acid was commercially produced through physical extraction from citrus fruit juice.[17] Citric acid was first commercially produced in England around 1826 using imported Italian lemons (lemons contain 7–9% citric acid), which naturally contain relatively high concentrations of citric acid. Lemon juice remained the commercial source of citric acid until approximately 1919. This early method involved mechanical pressing, clarification, and limited purification, and the resulting product retained characteristics associated with its natural origin.

31.    However, this approach was economically inefficient, resource-intensive, and impractical for large-scale food manufacturing. In response to these limitations, Pfizer developed a large-scale fermentation process for the commercial production of citric acid in the early twentieth century.[18] As a result, extraction of citric acid from fruit has been almost entirely abandoned and today

---

[15] Avi Sadka, Lyudmila Shlizerman, Itzhak Kamara, Eduardo Blumwald. *Primary Metabolism in Citrus Fruit as Affected by Its Unique Structure*. Frontiers in Plant Science. 2019. Vol 10(1167).

[16] Sadka et al. (2019), *supra*.

[17] *See* Ciriminna et al. (2017), *supra*.

[18] Lombardino J, Charles E. *A brief history of Pfizer Central Research*. Bull. Hist. Chem. 2000. Vol 25(1).

1  represents only a fraction of global citric acid production.[19]    Modern food

2  manufacturing relies overwhelmingly on industrial fermentation to meet

3  commercial demand.[20]

4      **E.    Industrial Fermentation of Citric Acid**

5      32.    More than ninety percent of citric acid used globally is produced

6  through industrial microbial fermentation processes, followed by downstream

7  recovery and purification steps such as solvent extraction. Federal regulations

8  acknowledge that "citric acid may be produced by recovery from sources such as

9  lemon or pineapple juice."[21] The regulations further recognize that citric acid may

10  be produced through solvent extraction for the recovery of citric acid from

   *Aspergillus niger* fermentation liquor.[22] ███████████████████████████████

11  ████████████████████████████████████████████████████████████████████████████

12                                                        ███████ [23]

13  ██████████████████████████████████████████

14      33.    The first large-scale industrial process for citric acid production using

15  the filamentous fungus *Aspergillus niger* was developed in the early 1920s and

16  _____

   [19] Max B, Salgado JM, Rodríguez N, Cortés S, Converti A, Domínguez JM.

17  Biotechnological production of citric acid. Braz J Microbiol. 2010
   Oct;41(4):862-75.

18

19  [20] Książek E. *Citric Acid: Properties, Microbial Production, and Applications in
   Industries*. Molecules. 2023 Dec 19;29(1):22.

20

   [21] 21 C.F.R. § 184.1033.

21

22  [22] *See* 21 C.F.R. § 173.280 "Solvent extraction process for citric acid."

23  [23] *See* Deposition of Daniel Schmidt at p. 31 ██████████████████████

24  ████████████████████████████████████████████████████████████████

25  ███████████████████████████████████████████████████████████████████

   ; *id.*, at p. 80 (████████████████████████████████████████████████

26  ███████████████████████████████████████████████████████████████

27  ██████████████████████████████████████████████████

28

                                   10        Case No. 2:25-cv-01138-AH-E

relied on precisely controlled fermentation conditions, including deliberate manipulation of substrates, nutrients, and environmental parameters to induce high-yield citric acid production.[24] Currently, extraction of citric acid directly from fruit is limited to a small number of facilities worldwide.[25] ███████████ ██████████████████████████████████████.[26]

34.    The fermentation process typically employs the filamentous fungus *Aspergillus niger* cultivated under controlled industrial conditions designed to maximize citric acid output.[27]   This process can be carried out using surface or submerged cultures.[28]

35.    Industrial citric acid is produced through a multi-stage, human-directed manufacturing process involving controlled microbial fermentation reaction followed by extensive downstream chemical recovery and purification.[29] As described in the biochemical and food science literature, this process is designed to maximize citric acid yield through precise manipulation of biological, chemical, and physical variables rather than through extraction from a naturally occurring food source.

---

[24] *See* Currie JN, The Citric Acid Fermentation of *A. Niger*. J. Biol. Chem. 1917;31:5.

[25] Max et. al. (2010), *supra*.

[26] Deposition of Daniel Schmidt at p. 31 █████████████████████████ ████████████████████████████████████████████████████████.)

[27] *See* Max et. al. (2010), *supra*.

[28] Kubicek CP, *Organic Acids*, in BASIC BIOTECHNOLOGY 360 (Ratledge C, Kristiansen B, eds., 2006).

[29] For a general overview of the industrial process utilized to manufacture citric acid using *Aspergillus niger fermentation, see* Książek E. *Citric Acid: Properties, Microbial Production, and Applications in Industries*. Molecules. 2023 Dec 19;29(1):22.

DECLARATION OF DR. KURT M. HONG

36.    Commercial production begins with refined carbohydrate feedstocks derived from starchy plant materials. These raw materials do not contain citric acid in meaningful amounts. Instead, they are subjected to enzymatic hydrolysis to convert starch polymers into fermentable sugars, primarily glucose. This saccharification step requires the addition of industrial enzymes and controlled processing conditions to generate a purified sugar substrate suitable for fermentation.

37.    The fermentation medium is formulated using defined nutrient compositions and is inoculated with selected strains of the filamentous fungus *Aspergillus niger*. Fermentation is conducted under sterile, industrial conditions and is not incidental or spontaneous. Citric acid production is induced by deliberately altering the organism's metabolic pathways through tightly controlled environmental parameters, including regulation of pH, temperature, dissolved oxygen concentration, nutrient limitation, and trace metal availability. In particular, restriction of trace metals such as manganese is used to suppress normal cellular growth and redirect metabolism toward extracellular accumulation of citric acid at high concentrations.

38.    These industrial fermentation conditions are distinct from the naturally occurring presence of citric acid in foods and differ fundamentally from fermentation processes occurring in food or the natural environment. Unlike fermentation processes used to produce foods such as beer, cheese, or yogurt—where fermentation transforms whole food substrates into consumable foods—the industrial manufacture of citric acid is designed to produce an isolated chemical ingredient (acidifier) and involves additional downstream processing steps not characteristic of food fermentation.

39.    Following fermentation, citric acid is present in the fermentation broth and must be separated from fungal biomass, residual substrates, and byproducts. This requires a series of downstream recovery and purification steps, which commonly include filtration to remove biomass, chemical treatment with

calcium hydroxide to precipitate citric acid as calcium citrate, and subsequent acidulation with sulfuric acid to regenerate free citric acid, with calcium sulfate removed as a byproduct. The citric acid is then further purified through crystallization, dehydration, and milling. These steps yield citric acid as a purified, isolated chemical ingredient suitable for use as a food additive.

40.    Based on my education, training, and experience, this industrial fermentation and recovery process produces citric acid as a manufactured chemical ingredient. The citric acid added to foods through this process is not present as part of an intact food matrix and is not obtained through minimal physical processing of a naturally occurring food source, but instead is created, isolated, and refined through human-directed industrial production.

### F.    Chemical and Environmental Manipulation

41.    The industrial fermentation of citric acid requires precise control of multiple chemical and physical parameters, including regulation of pH, often through the addition of buffering agents such as ammonium salts; restriction of trace metals (particularly manganese) to influence fungal metabolism; regulation of dissolved oxygen concentration; and control of temperature and fermentation duration.[30] These interventions are essential to industrial citric acid production and are not naturally occurring processes.

42.    Following fermentation, extensive downstream processing steps are required to isolate and purify citric acid from the fermentation medium.[31] These steps commonly include acidulation with sulfuric acid, precipitation with calcium hydroxide, filtration, recrystallization, dehydration, and milling. Each of these

---

[30] *See* Książek (2023), *supra*.

[31] Mattey M. *The production of organic acids*. Critical Reviews in Biotechnology**.** 1992.

DECLARATION OF DR. KURT M. HONG

steps further removes the ingredient from any natural state and results in an isolated chemical compound.[32]

43.    Federal regulations governing citric acid production expressly recognize that industrial fermentation and downstream recovery processes may involve the use of chemical solvents and therefore establish limits on permissible residual levels. Even with good manufacturing practices the production of citric acid utilizing *Aspergillus niger* results in citric acid that contains residues from the unnatural and synthetic chemicals required by the process.[33] As such, citric acid that is produced *through* synthetic chemical inputs and industrial processing steps renders it materially distinct in origin and manufacture from naturally extracted citric acid.[34]

**G.    Citric Acid Used in the Smucker Natural Products is an** ███████
████████████████████████████████████████████████
██████████

44.    Citric acid added to the Smucker Natural Products ████████
███████████████████████████████████████
█████████████████████████.[35] These functions are intentionally



---

[32] Max et al (2010), *supra*.

[33] *See* 21 C.F.R. § 173.280 ("Solvent extraction process of citric acid" includes "residues of n-octyl alcohol and synthetic isoparaffinic petroleum hydrocarbons" which are removed to no more than 16 ppm and 0.47 ppm, respectively)

[34] *See, e.g.*, 21 CFR §173.280.

[35] *See* Deposition of Daniel Schmidt at pp. 45–46 (████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
at p. 46 (████████████████████████████████████████

leveraged by manufacturers to improve product stability, inhibit microbial growth, prevent oxidation, and extend shelf life.[36] As such, food acidulants such as citric acid have preservative, stabilizing, antimicrobial, and pH regulating properties that increase the shelf life of food and beverages.[37]

45. ██████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

████████████[39]

46. ██████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████.)

[36] Acidity Regulators Market Size, Share, and Industry Analysis by Product Type (Citric Acid, Phosphoric Acid, Acetic Acid, Maleic Acid, Lactic Acid, and Others), by Application (Beverages, Sauces, Dressings and Condiments, Bakery and Confectionary, and Others), and Regional Forecast, 2026-2034, https://www.fortunebusinessinsights.com/acidity-regulators-market-112205

[37] *See* U.S. Food & Drug Administration. *Substances Added to Food Citric Acid.* https://hfpappexternal.fda.gov/scripts/fdcc/index.cfm?set=FoodSubstances&id=CITRICACID

[38] *See* **Exhibit E** (████████████████████); Ex. 5 to the Straub Decl. (JMS 0003287, ████████████); Ex. 4 to the Straub Decl. (JMS 0000462, ████████████); Deposition of Daniel Schmidt.

[39] *See* Deposition of Daniel Schmidt at p. 80 (███████████████████ ██████████████████.

Declaration of Dr. Kurt M. Hong

1 ██████████████████████████████████████████████████████ █████

2 ████████████████████████████████████████████████████████████

3 ████████████████████████████████████████████████████████████

4 ████████████████████████████████████████████████████████████

5 ████████████████████████████████████████████. 

6    47.    The ████████████████████████████████████████████████

7 ████████████████████████████████████████████████████████████

8 ███████████████████████████████████████████████████. A

U.S. International Trade Commission investigation of citric acid imports from

Thailand, ████████████████,[42] describes modern citric acid production as a two-

stage industrial process involving submerged microbial fermentation reaction

using *Aspergillus niger*, followed by chemical recovery and purification, including

precipitation with calcium hydroxide and acidulation with sulfuric acid. The

Commission further reports that Thai producers commonly use tapioca (the starch

extracted from cassava) as the carbohydrate feedstock for fermentation.

15    48.  ██████  █████████████  ████████  ██████████  ████  ████████████

16 ████████████████████████████████████████████████████████████

17 ████████████████████████████████████████████████████████████

---

[40] Exhibit 4 to the Straub Declaration (JMS 0000462, ████████████████).

[41] Modern sulfuric acid is produced almost exclusively through the contact
process, an industrial method in which elemental sulfur is oxidized to sulfur
dioxide, catalytically converted to sulfur trioxide using metal catalysts (most
commonly vanadium compounds), and then reacted with water to form sulfuric
acid. This multistep process requires high temperatures, catalysts, and engineered
reaction vessels and is designed to produce sulfuric acid at high concentrations and
purity for industrial use. *See* Agency for Toxic Substances and Disease Registry
(US). *Toxicological Profile for Sulfur Trioxide and Sulfuric Acid*. 1998.

[42] U.S. International Trade Commission, *Citric Acid and Certain Citrate Salts from
Belgium, Colombia, and Thailand: Investigation Nos. 731-TA-1374-1376 (Final)*,
USITC Pub. 4799 (July 2018).

49. ████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████████. [43]

---

[43] *See* Exhibit 5 to the Straub Declaration (JMS 0003287, ████████████

17          Case No. 2:25-cv-01138-AH-E

DECLARATION OF DR. KURT M. HONG

50. ████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████.

51. ████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

DECLARATION OF DR. KURT M. HONG

**H.    Additive Status Confirms Non-Natural Character**

52.    If citric acid were a natural constituent of the Smucker Natural Products in the sense conveyed by "natural" or "made with ingredients from natural sources," it would be inherently present within raw food ingredients themselves and would not require separate addition.[44] Instead, citric acid is added to the Smucker Natural Products as a discrete ingredient, is separately declared on the ingredient statement, and is incorporated at levels determined by formulation needs rather than by the natural composition of the underlying food ingredients.

53.    The deliberate addition of citric acid as an isolated, manufactured ingredient confirms its status as an additive. Its use as an added acidulant and stabilizing agent is inconsistent with the notion that it is a naturally occurring component of the product and reinforces that the citric acid is not present as part of an intact food matrix or through minimal processing of a natural source.

**V.    CONCLUSION**

54.    

_____

[44] _See_ Deposition of Daniel Schmidt at pp. 28–29

. . .); _id._, at p. 45 (

.).

DECLARATION OF DR. KURT M. HONG



- Is an added, isolated chemical ingredient rather than a naturally occurring constituent of the food itself; and

- Is not consistent with commonly accepted regulatory principles associated with the use of the term "natural" or "made with ingredients from natural sources" as applied to food products.

55.    These opinions are based on the generally accepted understanding that the characterization of an ingredient as natural depends not only on its chemical identity, but on its source and method of manufacture.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24 day of February , 2026.



DECLARATION OF DR. KURT M. HONG