# EXHIBIT F

**Curriculum Vitae**
**Kurt Hong, M.D., Ph.D., FACN**

<u>**Contact Information:**</u>
Address:
625 S. Fair Oaks Ave, Suite 400
Pasadena CA 91105

Telephone: 626-840-3860
Email: KurtHongMD@gmail.com

<u>**Education and Professional Appointment:**</u>
**Education:**

| | |
|---|---|
| 1995 | **B.S.** Chemical Engineering, Magna cum laude. **University of California, Los Angeles.** Los Angeles CA |
| 1999 | **M.D.** Distinction in Research. **Harvard Medical School**, Boston, MA |
| 2007 | **Ph.D.** Cellular and Molecular Pathology. **University of California, Los Angeles**. Los Angeles, CA |

**Post Graduate Training:**

| | |
|---|---|
| 2000 | **Internship**. Internal Medicine. Scripps Green Hospital, La Jolla, CA |
| 2002 | **Residency**. Internal Medicine. Scripps Green Hospital, La Jolla, CA |
| 2003 | **Fellowship**. Clinical Nutrition. UCLA David Geffen School of Medicine. Los Angeles, CA |

**Academic Appointments:**

| | |
|---|---|
| 2004 | **Clinical Instructor**. David Geffen School of Medicine, UCLA. Los Angeles CA |
| 2007 | **Assistant Professor of Medicine**. David Geffen School of Medicine, UCLA. Los Angeles CA |
| 2012 | **Associate Professor of Clinical Medicine**. Keck School of Medicine, USC. Los Angeles CA |
| 2016 | **Associate Professor** (Joint Appointment). Davis School of Gerontology, USC. Los Angeles CA |
| 2018-Present | **Professor of Clinical Medicine**. Keck School of Medicine, USC. Los Angeles CA |
| 2018-Present | **Professor of Medicine and Gerontology**. Davis School of Gerontology, USC. Los Angeles CA |

**Clinical & Admin. Appointments:**

| | |
|---|---|
| 2002-2003 | **Staff Hospitalist.** Community Memorial Hospital. Ventura, CA |
| 2003-2007 | **Attending Physician.** Department of Emergency Medicine, West Los Angeles VA Medical Center. Los Angeles, CA |

| | |
|---|---|
| 2003-2008 | **Physician Nutrition Specialist**. Center for Human Nutrition, David Geffen School of Medicine, UCLA. Los Angeles CA |
| 2007-2008 | **Chief**. Lynda & Stewart Resnick ImmunoNutrition and Metabolic Research Laboratory David Geffen School of Medicine, UCLA. Los Angeles, CA |
| 2006-2009 | **Founding Director.** Valens Medical. Irvine, CA |
| 2008-2012 | **Attending Physician**. Internal Medicine, Huntington Medical Foundation. Pasadena, CA |
| 2008-2012 | **Founding Director.** Huntington Center for Human Nutrition. Pasadena, CA |
| 2012-Present | **Attending Physician. Internal Medicine**, Keck Hospital of USC. Los Angeles, CA |
| 2016-Present | **Attending Physician.** USC Digestive Health Center, Keck Hospital of USC. Los Angeles, CA |
| 2016-Present | **Attending Physician.** Medical Bariatric. USC Metabolic and Bariatric Surgery Program. Los Angeles, CA |
| 2016-Present | **Teaching Faculty**. Advanced Therapeutic Nutrition. Davis School of Gerontology, USC. Los Angeles, CA |
| 2018-2022 | **Physician Scientist.** USC Gehr Family Center for Health Systems Science |
| 2012-Present | **Executive Director.** Center for Clinical Nutrition and Applied Health Research, USC. Los Angeles, CA |
| 2023-2025 | **Chief Medical Officer**. LifeForce Inc. Los Angeles, CA |

**Licensure/Certifications/Awards:**
**Board Certification**

| | |
|---|---|
| 2002, 2012, 2021 | **Diplomat.  Internal Medicine.** A72848. CA. American Board of Internal Medicine |
| 2005 | **Diplomat. Clinical Nutrition.** CA. American Board of Physician Nutrition Specialist. |

**Honors/Awards:**

| | |
|---|---|
| 1991-1995 | Class of '39 Alumni Scholarship, UCLA, Los Angeles, CA |
| 1994 | Undergraduate Teaching Award. Henry Samueli School of Engineering, UCLA. Los Angeles, CA |
| 2003-2007 | Awardee – UCLA Specialty Training and Advanced Research (STAR) Program. Los Angeles, CA |
| 2004, 2005 | Soloman Scholar. David Geffen School of Medicine, UCLA. Los Angeles, CA |
| 2006 | Department of Medicine Research Day Award, David Geffen School of Medicine, UCLA. Los Angeles, CA |
| 2017 | Fellow, American College of Nutrition |

**Teaching:**

**Didactic Teaching/Lecturer:**

| | | |
|---|---|---|
| 2016-Present | GERO 517 (Advanced Therapeutic Nutrition) | USC Davis School of Gerontology |
| 2018 | BISC 193 (Introduction to Research 1) | USC Dornsife College of Letters, Arts and Sciences |

| 2018-Present | KSOM Year 1/2 Student Wellness Course Lecturer | Keck School of Medicine, USC |
| 2018-Present | KSOM Year 1 GI/Liver Curriculum Contributor | Keck School of Medicine, USC |
| 2019-Present | KSOM Year 4 Nutrition Curriculum | Keck School of Medicine, USC |
| 2019-Present | KSOM PGY1 Nutrition Curriculum | Keck School of Medicine, USC |
| 2022-Present | KSOM Gastroenterology Division Lecturer | Keck School of Medicine of USC |

**Undergraduate/Graduate/Medical Students Mentorship**

| 2015-2016 | Sandra Elmasry | USC Dornslife |
| 2015-2016 | Ryan Lu | Viterbi School of Engineering (CS) |
| 2016-2017 | Susan Kim R.D. | USC Davis School of Gerontology |
| 2017 | Shaelyn Caragher | Polytechnic School |
| 2018 | Betty Wong, Ph.D. | California Institute of Technology |
| 2018-2019 | Cortney Cho | USC Dornslife |
| 2018-Present | Jasmine Berry | Viterbi School of Engineering (CS) |
| 2018-2019 | ANton Akulov | USC Keck School of Medicine |
| 2019 | Jennifer Wang | USC Keck School of Medicine |
| 2019 | Edison Xu | USC Keck School of Medicine |
| 2019 | Chloe Lee | Viterbi School of Engineering (Biomedical Engineering) |
| 2019 | Cameron Doheny | USC Dorslife |
| 2019 | Ava Nouri-Mahdavi | University of California, Berkeley |
| 2019-2020 | William Wang | USC Keck School of Medicine (GIM) |
| 2020 | Bharat Rai | USC Keck School of Medicine (Translational Genomics) |
| 2020 | Naosuke Yamaguchi | USC Keck School of Medicine (Preventive Medicine) |
| 2020 | Grace Tu | USC Dornslife |
| 2020 | Lauren Han | USC Dorsnlife |
| 2021 | Jonathan Haase | USC Davis School of Gerontology |
| 2023 | Ryan Wisniewski | USC Dornslife |
| 2023 | Tamara Margaryan | USC Dornslife |
| 2024 | Chiara Pomari | USC Davis School of Gerontology |
| 2024 | Sheyna Feinerman | USC Davis School of Gerontology |
| 2024 | Celine Tran | USC Davis School of Gerontology |
| 2024 | Hua Peng | USC Davis School of Gerontology |
| 2024 | Miranda Kim | USC Keck School of Medicine |
| 2024 | Helen Horan | USC Keck School of Medicine |

**Postgraduate Mentorship:**

| 2003-2004 | Steve Chen, MD | Center for Human Nutrition, UCLA (Fellow) |
| 2004-2005 | Anita Bajpai, MD | Center for Human Nutrition, UCLA (Fellow) |
| 2006-2007 | Amy Lee, MD | Center for Human Nutrition, UCLA (Fellow) |
| 2007-2008 | Angela Wong, Ph.D. | Center for Human Nutrition, UCLA (Post Doc) |
| 2015-2016 | Cristiane Abouzeid M.D. | USC Keck School of Medicine (Resident) |

| | | |
|---|---|---|
| 2015-2016 | Tonya Thomas M.D. | USC Keck School of Medicine (Resident) |
| 2015-2016 | Nima Taheri M.D. | USC Keck School of Medicine (Resident) |
| 2016-2017 | Leanna Wise M.D. | USC Keck School of Medicine (Resident) |
| 2023 | Saroja Bangaru, M.D. | USC Keck School of Medicine (Hepatology) |
| 2024 | Antonio Flores, M.D. | USC Keck School of Medicine (Resident) |
| 2025 | Mitchell Veith, M.D. | USC Keck School of MEdicine (Resident) |
| 2025 | Brian Horwich, M.D. | USC Keck School of Medicine (Hepatology) |
| 2025 | Patrick Lee, M.D. | USC Keck School of Medicine (Hepatology) |
| 2025 | Gabriella Aitchenson, M.D. | USC Keck School of Medicine (Hepatology) |

**Service:**

**USC Department/Hospital/University Service:**

| | | |
|---|---|---|
| 2013-Present | Member | USC Institute for Integrative Health |
| 2013-2016 | Reviewer | Southern California Clinical and Translational Science Institute, USC |
| 2015-Present | Member | Bariatric Steering Committee, Keck Hospital of USC |
| 2016 | Member | Enteral Formula Mixing Task Force, LAC/USC Medical Center |
| 2015-Present | Faculty Mentor | USC Keck Required Scholarly Project (RSP) Program – Medical students |
| 2015-Present | Faculty Mentor | MEDS-490 (Directed Biomedical Research) Course, USC – Undergraduate students |
| 2018-Present | Member | Evaluation and Recruitment Committee, M.D. Admissions. Keck School of Medicine of USC |
| 2019 | Faculty Consultant | Fannie Mae: Healthy Affordable Housing (PI: Shinyi Wu, Ph.D. USC Roybal Institute of Aging) |
| 2019 | HD4A Program Reviewer | Robert Wood Johnson Foundation |
| 2023 | Faculty Mentor | USC Bridge Institute Mentor - BUG Jr Program |
| 2023-Present | Member | Bariatric Surgery Center of Excellent, USC |
| 2023-Present | Member | LE&RN Lymphedema Center of Excellence, USC |
| 2023-Present | Faculty Mentor | USC Bridge Institute - BUG Jr Program |
| 2025-Present | Member | USC VBSO Quality Committee |
| 2025-Present | Member | USC Keck Digestive Health INstitute |
| 2025-Present | Faculty Mentor | USC IM Faculty Promotion Committee |

**Professional Service:**

| | | |
|---|---|---|
| 2014-2015 | Integrative Health Task Force | The Obesity Society |
| 2014-2017 | Education Committee | The Obesity Society |
| 2016-2017 | Public Affairs Committee | The Obesity Society |
| 2015-2017 | Dietary Bioactive Component Committee | American Society for Nutrition |
| 2016-2019 | Vice Chair | World Association of Chinese Physicians in Nutrition |
| 2017-2021 | Nutrition Science Counsel | American Society for Nutrition |
| 2018-2023 | Member | Society of General Internal Medicine |

| 2019-2023 | Contributor | Physicians Committee for Responsible Medicine |
| 2019 | HD4A Program Reviewer | Robert Wood Johnson Foundation |
| 2025 | Expert Panel | NOURISH Obesity American Diabetes Association Panel |

**Scientific Advisory Board:**

| 2015-2020 | Scientific Advisory | L-Nutra Inc. |
| 2017-2022 | Scientific Advisory | Prosper DNA |
| 2017-2022 | Scientific Advisory | TRx Therapeutics |
| 2018-2019 | Scientific Advisory | Korva Labs |
| 2018-2020 | Scientific Advisory | Harexi Health |
| 2018-2021 | Scientific Advisory | Create Cure Foundation |
| 2023-Present | Scientific Advisory | LifeForce Inc. |

**Community Service:**

| 2002-2003 | Volunteer | Lincoln Training Center |
| 2008-2012 | Volunteer | Huntington Senior Network |
| 2016-Present | Faculty Mentor | HS Student Summer Preceptorship Program (USC Keck Hospital) |
| 2016-Present | Volunteer Judge | Los Angeles County Science Fair |

## Research and Scholarship:

**Grants/Manuscript Review(er):**

Lancet Journal
European Journal of Clinical Nutrition
Journal of Nutrition
Internal Journal of Obesity
Obesity
Robert Wood Johnson Foundation

## Major Areas of Active Research Interests:

1) PI: Impact of early lifestyle and self-management on health utilization in patients with chronic diseases (Collaboration with Department of Family Medicine; Dr. Carolyn Kaloostian)

2) Weight Loss in Non-alcoholic Fatty Liver Disease: A Comparison of Laparoscopic Sleeve Gastrectomy, Endoscopic Sleeve Gastroplasty, or Dietary and Lifestyle Therapy Alone (PI: Dr. LiYun Yuan, Gastroenterology, USC)

3) Co-PI: High dose bupropion in anhedonic smokers - Effect on tobacco cessation and weight (collaboration with Department of Preventive Medicine; Dr. Adam Leventhal)

4) PI: Optimizing utilization of machine learning in health ecosystem for management of diabetes (collaboration with USC Viterbi School of Engineering; Jasmine Berry CS)

5) Co-PI: Deep computational phenotyping – Foundation and application for next-generation health care (collaboration with USC Viterbi School of Engineering; Dr. Yang Liu CS)

6) Co-I: Fast mimicking diet and effects on cardiometabolic and inflammatory diseases (Collaboration with Davis School of Gerontology; Dr. Valter Longo)

7) Co-PI: Exploration of glucose response patterns from longitudinal continuous measures of blood glucose levels, diet, activity, biometrics in a non-diabetic cohort with risk factors for pre-diabetes (Collaboration with USC Center on Body Computing; Dr. Leslie Saxon)

8) Co-I: Effect of meal frequency and plant-based meal replacement on the body weight of overweight and obese people (Phase II Trial, Collaboration: Dr. Valter Longo)

9) Co-I: A.I.-Driven Meal Prescriptions To Meet Sociocultural and Nutritional Dietary Needs (Collaborator: Dr. Abigail Horn, USC CS)

10) Co-I:  Role of GLP-1 in Management of Obese Patients with Hip and Knee Arthritis: Weight loss and Biologic Systemic Considerations (Collaborator: Dr. Nate Heckmann)

11) PI - Evaluation of a Specialized High Protein ONS on Muscle Retention in Patients with Obesity Pursuing Intentional Weight Loss on GLP-1 Receptor Agonists (Collaboration: Abbott Nutrition)


**Invited Lectures/Symposia/Keynotes Addresses:**

| | | |
|---|---|---|
| 2005 | Symposium | "Shifting the Paradigm – Management of Obesity and Metabolic Syndrome". 32th Annual UCLA Family Practice Conference. Los Angeles, CA |
| 2006 | Invited Lecture | "Regulation of Human Circulating Fibrocyte Genomic Plasticity is Mediated By Transforming Growth Factor- and Peroxisome Proliferator-Activated Receptor Signaling Crosstalk". Obesity Society Annual Meeting. Boston MA |
| 2007 | Symposium | "Fat Tissue Is More Than a Bag of Fat: Adipokines and Hormones and Cardiometabolic Risks". 2nd Annual Nutrition and Cardiometabolic Symposium. Los Angeles, CA |
| 2009 | Invited Lecture | "Nutrition Support in Treatment of Osteoporosis". Huntington Senior Network Seminars. Pasadena, CA. |
| 2009 | Invited Lecture | "Preventive Health Screening for Men". PANDA Group Summer Conference Series. Los Angeles, CA |
| 2009 | Invited Lecture | "Obesity, Diabetes and Metabolic Syndrome". City of San Marino Lecture Series. San Marino, CA. |
| 2010 | Invited Lecture | "Novel Advances in Treatment of Diabetes and Diabetic Nutrition Care". Jet Propulsion Laboratory NASA. LA Canada, CA |
| 2010 | Invited Lecture | "Tackling Pediatric Obesity". Huntington Medical Foundation". Pasadena, CA |
| 2012 | Invited Lecture | "No Gut, No Glory: Moving Beyond TPN: Benefit of Enteral Nutrition" Key Scientific Advisory Lecture, Abbott Nutrition. Seattle, WA. |
| 2013 | Invited Lecture | "Novel Advances in Critical Care Enteral Nutrition". Queen's Medical Center. Oahu, HI. |
| 2013 | Invited Lecture | "Enjoy Benefits of Eating Health". USC University Club. Pasadena, CA |
| 2014 | Invited Lecture | "Novel Advances in Obesity Therapeutics". Resident Noon Conference. Huntington Hospital. Pasadena, CA. |

| | | |
|---|---|---|
| 2014 | Invited Lecture | "Medical Nutrition Therapy for Chronic Kidney Disease". Renal Lunch Lecture. Keck School of Medicine, USC. Los Angeles, CA. |
| 2014 | Invited Lecture | "Nutrition and Genomics". Life: A Summit on Bioscience, Wellness, and Life Insurance".   The American College. Beverly Hills, CA. |
| 2014 | Symposium | "Physician Awareness and Diagnosis of Malnutrition". Adult Malnutrition Symposium." Medical City Hospital. Dallas, TX |
| 2014 | Symposium | "Nutrition Across the Critical Care Spectrum". Nutrition Symposium, UCSF Medical Center. San Francisco, CA |
| 2014 | Invited Lecture | "Adult Obesity Management: Integrative Approach & Therapeutic Options". USC Sleep Disorders Center. Los Angeles, CA. |
| 2015 | Invited Lecture | "Novel Advances in Obesity Therapeutics". Resident Lecture Series Keck Hospital of USC. Los Angeles, CA |
| 2015 | Invited Lecture | "Critical Care Nutrition – Promoting GI Tolerance Through Enteral Nutrition". Critical Care Noon Conference. University of Washington, Harborview Medical Center. Seattle, WA |
| 2016 | Invited Lecture | "Physician Awareness and Management of Adult Malnutrition". Nutrition Leaders Forum. Dallas/Southlake, TX. |
| 2016 | Invited Lecture | "New Evidence for Oral Nutritional Supplements with HMB in Malnourished, Hospitalized Patients". Noon Conference. Torrance Memorial Medical Center. Torrance, CA |
| 2016 | Symposium | "Optimizing the Nutrition Care Process to Reduce 30-day Readmissions". Adult Malnutrition Symposium. Banner-University Medical Center. Tucson, AZ |
| 2016 | Symposium | "Rebuilding the Food Pyramid: New U.S. Dietary Guidelines 2015-2020". WACD& SCAPE 2016 Annual Meeting. Stanford University. Palo Alto, CA |
| 2017 | Invited Lecture | "Obesity Management: A Simple Way to Break a Bad Habit". Endocrine Fellows Lecture. USC Keck School of Medicine. Los Angeles, CA |
| 2017 | Invited Lecture | "Science and Pseudoscience behind Vitamins and Minerals". Annenberg Center Lecture Series. Eisenhower Medical Center. Rancho Mirage, CA |
| 2017 | Invited Lecture | "How to Vitamins Work: Truth and Myths". Providence Holy Cross Medical Center. Mission Hills, CA |
| 2017 | Invited Lecture | "Science and Pseudoscience behind Vitamins and Minerals". Keck SOM Geriatrics Interest Group Lecture. Keck School of Medicine, USC. Los Angeles, CA |
| 2017 | Invited Lecture | "Obesity in America: What's Wrong with What We Eat and Novel Therapeutic Options". Pulmonary/Sleep Fellow Lectures. Keck School of Medicine. Los Angeles, CA |
| 2017 | Symposium | "Diet, Nutrition & Biology of Aging" 11th Congress of the International Society of Nutrigenetics and Nutrigenomics. UCLA School of Medicine.  Los Angeles, CA |
| 2017 | Invited Lecture | "Roadmap to Better Nutrition and Longevity".  Provost Lifespan Health Initiative. Inaugural Summit. USC Davis School of Gerontology. Los Angeles, CA |

| | | |
|---|---|---|
| 2018 | Invited Lecture | "Fasting Mimicking Diet for Metabolic Health, Inflammation, and Markers of Aging". L-Nutra Webinar Series. |
| 2018 | Invited Lecture | "Sustainable Nutrition: Keys to Better Eating". Tastemade Video Webinar Series. |
| 2018 | Invited Lecture | "Clinical Applications of Fasting and Fasting Mimicking Diet". A4M Video Education Webinar Series. |
| 2018 | Invited Lecture | "New Therapeutics for Obesity: 2018 Update". Endocrine Fellows Lecture. USC Keck School of Medicine. Los Angeles, CA |
| 2018 | Invited Lecture | BISC 193 Course Lecture (Intro to Research I). USC Dornsife College of Letters, Arts and Sciences. Los Angeles, CA |
| 2018 | Invited Lecture | "Novel Advances in Obesity Therapeutics: 2018". Family Medicine Lecture. USC Keck School of Medicine. Los Angeles, CA |
| 2019 | Invited Lecture | "Nutrition for Primary Care". Department of Internal Medicine. USC Keck School of Medicine. Los Angeles, CA. |
| 2019 | Invited Lecture | "Student Nutrition and Wellness Primer". KSOM Year 1 Curriculum Lecture. USC Keck School of Medicine. Los Angeles, CA |
| 2019 | Invited Lecture | "Adult Obesity Management: A Dual Approach to Weight Loss Therapy". 26th European Congress on Obesity. Glasgow, U.K. |
| 2019 | Course Lecturer | "MasterClasses" Create Cure Foundation Educational Series. |
| 2019 | Invited Lecture | "Obesity Therapeutics for Primary Care: New Advances". Department of Internal Medicine. USC Keck School of Medicine. Los Angeles, CA. |
| 2019 | Invited Lecture | "Vitamins and Minerals: Evidence Based Guidelines to Supplementation". Emanate Health inter-Community Hospital. Pomona, CA. |
| 2019 | Invited Lecture | "Assessing the Feasibility and Effectiveness of Nutrition-Focused Quality Improvement Program in Outpatient Clinics". Gehr Seminar. USC Keck School of Medicine. Los Angeles, CA. |
| 2019 | Invited Lecture | "Naltrexone HCl/Bupropion HCl for Adult Obesity Management: Patient Selection and Perspectives". European Association for the Study of Obesity. 26th European Congress on Obesity. Glasgow, U.K. |
| 2019 | Invited Lecture | "Obesity Management for Primary Care Physicians" Internal Medicine Residents Lecture. Department of Internal Medicine. USC Keck School of Medicine. Los Angeles, CA. |
| 2019 | Invited Lecture | "Adult Obesity Management: Strategies for Success and a Dual Approach to Weight Loss Therapy". European Association for the Study of Obesity - 2019 Best of European Congress of Obesity Forum. Istanbul, Turkey. |
| 2020 | Invited Lecture | "Nutrition and Wellness Support for Medical Students". Keck School of Medicine, Los Angeles CA. |
| 2020 | Invited Lecture | "Weight Loss Journey". Bariatric Support Group. Keck Medical Center of USC. Los Angeles, CA. |

| 2020 | Invited Lecture | "Fasting and Fasting Mimicking: Science behind Treatment of Metabolic Syndrome, Inflammation, and Immune Disorders" Natividad Medical Center. Salinas, CA. |
|------|-----------------|---------|
| 2020 | Invited Lecture | "Adult Obesity Management" PGY1 Lecture. Keck School of Medicine. Los Angeles, CA. |
| 2021 | Invited Lecture | "Obesity Management in Primary Care". KSOM Year 1/2 Student Lecture. Keck School of Medicine. Los Angeles, CA. |
| 2021 | Invited Lecture | "Pharmaceutical Management of Adult Obesity". KSOM Family Medicine Residency Lecture. Keck School of Medicine. Los Angeles, CA |
| 2021 | Moderator | "The Obesity Epidemic: Impact on GI and Liver". 1st Annual Update on GI and Liver Disease. Los Angeles, CA. |
| 2021 | Invited Lecture | "Fasting with Food: Science and Clinical Application of Fasting Mimicking Diet". Obesity Medicine Association. Los Angeles, CA. |
| 2022 | Invited Lecture | "Adult Obesity Management". KSOM Residency Noon Lecture. Los Angeles CA |
| 2022 | Invited Lecture | "Healthy Eating 2022". Nutrition for Health and Longevity: Community Nutrition Education Seminar. Los Angeles CA |
| 2022 | Invited Lecture | "Fasting Mimicking Technology: Inspired by Nature, Developed by Science to Drive Patient Outcomes". National Fasting Summit. Hollywood, FL. |
| 2023 | Invited Lecture | "Fasting Mimicking and Longevity". Fasting and Longevity Summit". Virtual Summit. Los Angeles, CA. |
| 2023 | Invited Summit | "Medical Nutrition Therapy for Gastrointestinal Disorders". KSOM Gastroenterology Core Lecture Speaker Series. Los Angeles, CA |
| 2023 | Invited Lecture | "Preventive Geriatrics". Community Memorial Health System. Los Angeles, CA |
| 2023 | Invited Lecture | "Obesity Management in Liver Patients". GI/Hepatology Lecture, KSOM. Los Angeles, CA. |
| 2024 | Panelist | "Obesity Therapeutics". Family Medicine Residency Lectures. KSOM. Los Angeles CA. |
| 2024 | Invited Lecture | "Novel approaches to Management of Patients with Obesity" Family Medicine Residency Program. KSOM. Los Angeles CA |
| 2024 | Invited Lecture | "Medical Nutrition Therapy for GI Disorders". USC GI Fellowship Lecture. KSOM. Los Angeles, CA. |
| 2025 | Invited Lecture | "Multidisciplinary Strategies for Weight Loss in Liver Patients" Transplant Hepatology, KSOM. Los Angeles, CA. |
| 2025 | Invited Lecture | "Nutrition Support for Digestive Diseases". GI Fellow Lecture. KSOM. Los Angeles, CA. |

**Invited Grand Rounds/CME Lectures:**

| 2005 | Grand Round | "Nutrition in Critical Care". Hoag Presbyterian Hospital. Newport Beach, CA |
|------|-------------|---------|
| 2007 | Grand Rounds | "Novel Therapeutics in the Management of Obesity". St. Jude Medical Center. Fullerton, CA |
| 2007 | Grand Round | "Advanced Therapy in the Treatment of Adult and Adolescent Obesity". Torrance, CA |

| | | |
|---|---|---|
| 2008 | Grand Round | "ICU Nutrition: Novel Therapeutic Paradigms". Providence Holy Cross Medical Center. Mission Hills, CA |
| 2008 | Grand Round | "Medical Management of Eating Disorders". Little Company of Mary Hospital. San Pedro, CA |
| 2009 | Grand Round | "Medical Nutrition Therapy in Treatment of Diabetes". Huntington Memorial Hospital, Pasadena, CA. |
| 2009 | Grand Round | "Novel Therapeutics for Metabolic Syndrome". Huntington Memorial Hospital. Pasadena, CA. |
| 2010 | Grand Round | "Vitamins, Minerals, and Supplements: Truth and Myth". Arcadia Methodist Hospital. Arcadia, CA |
| 2014 | Grand Round | "Nutrition Support for Critical Care". Torrance Memorial. Medical Center. Torrance, CA |
| 2014 | Grand Round | "Obesity and the Physician's Role and Responsibility". St. Francis Medical Center. Lynwood, CA |
| 2015 | Grand Round | "Medical and Surgical Treatment of Adult Obesity". Providence Holy Cross Medical Center. Mission Hills, CA |
| 2015 | CME | "Physician Awareness and Diagnosis of Malnutrition". 43rd Annual USC Internal Medicine Conference. Hapuna, HI. |
| 2015 | CME | "Aging Gracefully – Nutrition Support for the Geriatric Patients". 43rd Annual USC Internal Medicine Conference. Hapuna, HI |
| 2015 | CME | "Obesity Management for Adult Primary Care – Risk Assessment and Office Evaluation". 43rd Annual USC Internal Medicine Conference. Hapuna, HI. |
| 2015 | CME | "Medical Nutrition Support for Chronic Kidney Disease". 43rd Annual USC Internal Medicine Conference. Hapuna, HI. |
| 2015 | CME | "Vitamin, Minerals, and Supplements – Truth and Myths". 43rd Annual USC Internal Medicine Conference. Hapuna, HI. |
| 2015 | Grand Round | "Advances in Anti-Obesity Therapeutics". St. Vincent Medical Center. Los Angeles, CA. |
| 2015 | Grand Round | "Adult Malnutrition – Physician Awareness and Treatment". Glendale Adventist Medical Center. Glendale, CA |
| 2015 | Grand Round | "New Evidence for Oral Nutritional Supplement with HMB in Malnourished Hospitalized Patients." St. Francis Medical Center. Lynwood, CA |
| 2015 | Grand Round | "Vitamins and Minerals: Are You Getting What You Need"? Arcadia Methodist Hospital. Arcadia, CA |
| 2015 | Grand Round | "Classification and Management of Malnutrition in the Adult Hospitalized Patient". St. Vincent Medical Center. Los Angeles, CA |
| 2016 | Grand Round | "Long Term Drug Treatment for Obesity: Clinical Review". Endocrine Grand Rounds. Keck School of Medicine, USC. Los Angeles, CA |
| 2016 | Grand Round | "Adult Malnutrition: Consensus Guidelines on Screening & Clinical Considerations". Good Samaritan Hospital. Los Angeles, CA |
| 2016 | Grand Round | "Vitamins and Minerals: Clinical Guidelines for Supplementation". Providence Tarzana Medical Center. Tarzana, CA |
| 2016 | Grand Round | "Adult Obesity Management: Roadmap to Treatment". Hollywood Presbyterian Medical Center. Hollywood, CA |

| 2016 | Grand Round | "Truths and Myths About Vitamins, Minerals, and Supplements". Pediatric Grand Rounds. Children's Hospital Los Angeles. Los Angeles, CA. |
|---|---|---|
| 2016 | Grand Round | "Novel Advances in Obesity Therapeutics". Endocrine Grand Rounds. UCLA/West-LA VA Medical Center. Los Angeles, CA |
| 2016 | CME | "Medical Management of Patients Receiving Bariatric Surgery". 2nd Annual USC Contemporary Topics in Internal Medicine. Pasadena, CA |
| 2016 | Grand Round | "Dietary Supplements: Facts from Fiction". Good Samaritan Hospital. Los Angeles, CA |
| 2016 | CME | "Rebuilding the Food Pyramid: New U.S. Dietary Guidelines". 45rd Annual USC Internal Medicine Conference. Maui, HI |
| 2016 | CME | "Vitamin & Minerals – Truth and Myths". 45rd Annual USC Internal Medicine Conference. Maui, HI |
| 2016 | CME | "Adult Malnutrition: New Consensus Guidelines on Screening". 45rd Annual USC Internal Medicine Conference. Maui, HI |
| 2016 | CME | "Novel Advances in Obesity Therapeutics: 2016". 45rd Annual USC Internal Medicine Conference. Maui, HI |
| 2017 | Grand Round | "Adult Hospital Malnutrition: New Consensus Guidelines". Providence Little Company of Mary Hospital. San Pedro, CA |
| 2017 | Grand Round | "ASPEN Guidelines for Adult Malnutrition: Screening and Therapeutics". Glendale Memorial Hospital and Health Center. Glendale, CA |
| 2017 | Grand Round | "Vitamins and Minerals: Role in Chronic Disease Prevention". West Hill Hospital and Medical Center. Los Angeles, CA |
| 2017 | Grand Round | "Hospitalized Patient: Malnutrition Evaluation and Guidelines". Providence Holy Cross Medical Center. Mission Hills, CA |
| 2017 | CME | "Fasting Mimicking Diet to Reverse Metabolic Syndrome, Optimize Weight, and Manage Autoimmune Diseases" 25th Annual A4M/MMI World Congress. Las Vegas, NV |
| 2018 | Grand Round | "Dietary Guidelines for Americans". Pomona Valley Medical Center. Pomona, CA |
| 2018 | Grand Round | "Obesity Therapeutics 2018". Orange Coast Memorial Medical Center. Fountain Valley, CA |
| 2018 | CME | "Fasting and Its Transformative Benefits". MDVIP National Meeting. Dallas, TX. |
| 2018 | CME | "Impact of Fasting Mimicking Diet on Metabolic Syndrome and Immunity" 26th Annual A4M/MMI World Congress. Las Vegas, NV |
| 2019 | Grand Round | "Fasting and Fasting Mimicking: Science, Biology, and Clinical Applications". Pacifica Hospital of the Valley. Los Angeles, CA |
| 2019 | CME | "Vitamins and Minerals: Truths and Falsehood. 47th Annual USC Internal Medicine Conference. Maui, HI |

| 2019 | CME | "Obesity: Novel Advances and Updates in Management". 47th Annual USC Internal Medicine Conference. Maui, HI |
|------|-----|------|
| 2019 | CME | "Vitamin D: Pros and Cons of Supplementation". 47th Annual USC Internal Medicine Conference. Maui, HI |
| 2019 | CME | "Intermittent Fasting: Fad or Science-Based Pro-Longevity Strategy".  47th Annual USC Internal Medicine Conference. Maui, HI |
| 2019 | Grand Round | "Weight Loss: Fads, myths, and what actually works?" West Hills Hospital. Los Angeles, CA |
| 2019 | Grand Round | "Vitamin D: Biology, Controversies, and Evidence-based Clinical Applications". Good Samaritan Hospital. Los Angeles, CA. |
| 2019 | Grand Round | "Fasting and Fasting Mimicking: Science behind Treatment of Metabolic Syndrome, Inflammation, and Immune Disorders". Providence Holy Cross Medical Center, Los Angeles, CA |
| 2019 | Grand Round | "Adult Malnutrition: New Screening Guidelines and Therapeutics". Antelope Valley Medical Center, Lancaster, CA |
| 2019 | Grand Round | "Obesity and the Physician Role and Responsibility". Annenberg Center Lecture Series. Eisenhower Medical Center. Rancho Mirage, CA |
| 2019 | Grand Round | "Rebuilding the Food Pyramid – Dietary Guidelines for Americans". Providence Saint Joseph Medical Center. Los Angeles, CA |
| 2019 | CME | "Fasting and Fasting Mimicking: Novel Advances and Clinical Applications" 27th Annual A4M/MMI World Congress. Las Vegas, NV |
| 2020 | Grand Round | "Vitamin, Minerals, and Supplements: Truth and Falsehood". Emanate Health Hospital. Covina, CA |
| 2020 | Grand Round | "Fasting and Fasting Mimicking: Science behind Treatment of Metabolic Syndrome, Inflammation,and Immune Disorders". Providence Little Company of Mary Hospital. Torrance, CA |
| 2020 | Grand Round | "Obesity Management in Primary Care". Emanate Health Hospital. Covina, CA |
| 2020 | Grand Round | "Obesity: Novel Advances and Updates in Management". Endocrine Grand Round, Keck School of Medicine. Los Angeles, CA |
| 2020 | CME | Plenary Speaker: "Science and Biology of Fasting Mimicking Diet" Institute of Functional Medicine Annual International Conference. |
| 2020 | CME | "Nutrition, Fasting Mimicking, and Metabolic Health". West Hills Medical Center. West Hills, CA. |
| 2020 | CME | "Fasting and Fasting Mimicking: Novel Advances and Clinical Applications" Institute of Functional Medicine Annual International Conference. |
| 2020 | CME | "Fasting and Metabolic Health: Science and Clinical Applications". Medical Grand Rounds, Keck School of Medicine. Los Angeles, CA. |

| | | |
|---|---|---|
| 2020 | Grand Round | "Adult Obesity Management: Clinical Consideration and Novel Therapeutics". Emanate Health Hospital. Coniva, CA. |
| 2020 | CME | "Fasting, Nutrition, Longevity" CCF Nutrition, Fasting and Diseases MasterClass Course. |
| 2020 | CME | "Fasting and Fasting Mimicking Diet: Science and Clinical Applications" BioTE Medical. CME Course Webinar. |
| 2020 | Grand Round | "Fasting and Fasting Mimicking: Science behind Treatment of Metabolic Syndrome, Inflammation, and Immune Disorders". Providence Little Company of Mary Hospital. Torrance, CA. |
| 2021 | Grand Round | "Vitamin and Mineral Supplements - Truth and Falsehood". Emanate Health InterCommunity Hospital. Los Angeles, CA. |
| 2021 | Grand Round | "Adult Obesity Management: Novel Therapeutics". Annenberg Center Lecture Series. Eisenhower Medical Center. Rancho Mirage, CA |
| 2021 | Endocrine Grand Round | "Fasting and Fasting Mimicking: Science and Clinical Applications". Grand Rounds, Keck School of Medicine. Los Angeles, CA. |
| 2021 | Grand Round | "Vitamin, Mineral and Supplements: Separating Truth from Myth". Annenberg Center Lecture Series. Eisenhower Medical Center. Rancho Mirage, CA |
| 2021 | Grand Round | "Fasting and Fasting Mimicking Diet: Science and Clinical Applications" St. Charles Health System. Bend. OR |
| 2022 | Grand Round | "Intermittent Fasting – The New Diet Utopia" Guthrie Healthcare, Sayre PA. |
| 2022 | Grand Round | "Treatment of Obesity". Glendale Adventist Hospital. Glendale, CA |
| 2022 | Grand Round | "Nutrition, Obesity, and Bariatric Surgery". St. Charles Medical Center. Bend, OR."Targeting Disease Prevention and |
| 2022 | CME | "Treatment through Diet that Mimics the Fasted State: Translating Laboratory Science into Clinical Evidence". A4M Spring Congress. Hollywood, FL. |
| 2022 | Grand Round | "Fasting and Fasting Mimicking". Emanate Health InterCommunity Hospital. Covina FL |
| 2022 | CME | "Fasting Mimicking Technology: Inspired by Nature, Developed by Science to Drive Patient Outcomes" The National Fasting Summit. Hollywood, FL |
| 2022 | Grand Round | "Fasting and Fasting Mimicking". Annenberg Center Lecture Series. Eisenhower Medical Center. Rancho Mirage, CA |
| 2022 | Grand Round | "Novel Advances in Adult Obesity Management" West Hills Hospital and Medical Center. West Hills, CA. |
| 2022 | CME | "Treatment of Obesity". Torrance Memorial Medical Center. Torrance, CA. |
| 2022 | CME | "Fasting and Fasting Mimetics: Science and Clinical Applications". MDVIP National Meeting. Denver. CO. |
| 2022 | CME | "Medical Treatment of Obesity". USC Diabetes Symposium. Los Angeles CA. |
| 2023 | CME | "Intermittent Fasting and Metabolic Impact". West Hills Hospital and Medical Center. West Hills CA. |
| 2023 | CME | "Preventive Geriatrics" . 50th Annual USC Internal Medicine Conference for PCPs and Subspecialists. Maui, HI. |

| | | |
|---|---|---|
| 2023 | CME | "Adult Obesity: Evaluation and Novel Therapeutics". 50th Annual USC Internal Medicine Conference for PCPs and Subspecialists. Maui, HI. |
| 2023 | CME | "Fasting and Fasting Mimicking: Science and Clinical Applications". 50th Annual USC Internal Medicine Conference for PCPs and Subspecialists. Maui, HI. |
| 2023 | CME | "Hot Topics in Nutrition, Wellness, and Longevity: Mediterranean Diet vs. Vitamin Supplementation - Disease Prevention and Health". 50th Annual USC Internal Medicine Conference for PCPs and Subspecialists. Maui, HI. |
| 2023 | CME | "Medical Management of Weight Loss" Adventist Health Glendale. Glendale, CA. |
| 2023 | CME | "Preventive Geriatrics". Providence Little Company of Mary‑ San Pedro Health Care. Los Angeles, CA. |
| 2023 | Grand Round | "Mediterranean Diet - Health Implications and Clinical Updates" Emanate Health Intercommunity Hospital. Los Angeles CA. |
| 2023 | CME | "GLP-1 Agonist: The Miracle Treatment of Metabolic Dysfunction Associated Steatohepatitis (MASH)". Annual Update in Liver and GI Disease: Controversies and Guidelines in 2023". Los Angeles, CA. |
| 2023 | Grand Round | "Preventive Geriatrics" Community Memorial Healthcare. Ventura, CA. |
| 2024 | CME | "Malnutrition: Evaluation and Management in Adult and Geriatric Patients". Saint Bernadine Medical Center. San Bernardino, CA. |
| 2024 | CME | "Intermittent Fasting: Scientific Innovations and Clinical Applications" Glendale Memorial Hospital and Health Center". Glendale , CA. |
| 2024 | Endocrine Grand Round | "Intermittent Fasting and Fasting Mimetics - Science and Health Outcomes".  Keck School of Medicine, USC. . Los Angeles, CA |
| 2024 | CME | "Novel Advances in Adult Obesity Therapeutics". Eisenhower Medical Center. Rancho Mirage, CA. |
| 2024 | CME | "Preventive Geriatrics". Pomona Valley Hospital Medical Center. Pomona, CA. |
| 2025 | CME | "Updates on Newer Uses of GLP1s". Providence St. Joseph Medical Center. Burbank, CA. |
| 2025 | CME | "Nutrition, Obesity and Bariatric Surgery". Emanate Health Intercommunity Hospital. Los Angeles CA. |
| 2025 | CME | "Fasting and Fasting Mimetics: Science, Disease Indications, and Clinical Implementation" . 52th Annual USC Internal Medicine Conference for PCPs and Rheumatologists. Lihu, HI. |
| 2025 | CME | "GLP-1 Agonists: Promising New Indications and Long Term Concerns" . 52th Annual USC Internal Medicine Conference for PCPs and Rheumatologists. Lihu, HI. |
| 2025 | CME | "Adult Malnutrition: Screening and Management of Geriatric and At-Risk Patients" . 52th Annual USC Internal Medicine Conference for PCPs and Rheumatologists. Lihu, HI. |

| 2025 | CME | "Advances in Obesity Management Therapeutics: Medications, Endobariatric Procedures, and Surgical Updates" . 52th Annual USC Internal Medicine Conference for PCPs and Rheumatologists. Lihu, HI. |
| 2025 | CME | "Adult Malnutrition: Evaluation in Adults and Geriatric Patients". Glendale Memorial Hospital. Glendale, CA. |
| 2025 | CME | "GLP-1 Agonists: Beyond Weight Loss and Diabetes - Promising New Indications" . Providence Saint Joseph Medical Center. Burbank, CA |
| 2025 | CME | "GLP-1 Agonists Updates: Novel Indications" - Glendale Memorial Hospital. Glendale, CA. |
| 2026 | Grand Rounds | "Advances in GLP-1 Therapeutics: Novel indications". Department of Family Medicine, Keck School of Medicine, Los Angeles, CA |

**PhD. Thesis:**

| 2007 | UCLA | **Title:** Characterization of Human Fibrocytes as Circulating Myofibroblast and Adipocyte Progenitors |

**Publications/Abstracts:**

Li Z, **Hong K**, Yip I, Huerta S, Bowerman S, Walker J, Wang H, Elashoff R, Go VL, Heber D. "Body weight loss with phentermine alone versus phentermine and fenfluramine with very-low-calorie diet in an outpatient obesity management program: a retrospective study. Curr Ther Res Clin Exp. 2003 Jul;64(7):447-60. (PMID: 24944395)

Phillips RJ, Burdick MD, **Hong K**, Lutz MA, Murray LA, Xue YY, Belperio JA, Keane MP, Strieter RM. "Circulating fibrocytes traffic to the lungs in response to CXCL12 and mediate fibrosis.". J Clin Invest. 2004 Aug;114(3):438-46. (PMID:15286810)

Li Z, **Hong K**, Saltsman P, DeShields S, Bellman M, Thames G, Liu Y, Wang HJ, Elashoff R, Heber D. "Long-term efficacy of soy-based meal replacements vs an individualized diet plan in obese type II DM patients: relative effects on weight loss, metabolic parameters, and C-reactive protein." Eur J Clin Nutr. 2005 Mar;59(3):411-8. (PMID:15674301)

**Hong K**, Li Z, Wang HJ, Elashoff R, Heber D. "Analysis of weight loss outcomes using VLCD in black and white overweight and obese women with and without metabolic syndrome." Int J Obes (Lond). 2005 Apr;29(4):436-42. (PMID:15711602)

**Hong K**, Burdick MD, Phillips RJ, Heber D, Strieter RM. "Characterization of human fibrocytes as circulating adipocyte progenitors and the formation of human adipose tissue in SCID mice". FASEB J. 2005 Dec;19(14):2029-31. Epub 2005 Sep 27. (PMID:16188961)

Belperio JA, Keane MP, Burdick MD, Gomperts B, Xue YY, **Hong K**, Mestas J, Ardehali A, Mehrad B, Saggar R, Lynch JP, Ross DJ, Strieter RM. "Role of CXCR2/CXCR2 ligands in vascular remodeling during bronchiolitis obliterans syndrome". J Clin Invest. 2005 May;115(5):1150-62. (PMID:15864347)

Belperio JA, Keane MP, Burdick MD, Gomperts BN, Xue YY, **Hong K**, Mestas J, Zisman D, Ardehali A, Saggar R, Lynch JP 3rd, Ross DJ, Strieter RM. "CXCR2/CXCR2 ligand biology

during lung transplant ischemia-reperfusion injury." J Immunol. 2005 Nov 15;175(10):6931-9.
(PMID:16272353)

**Hong K**, Heber D. "ABCs of Adipokine Biology and Regulation - Relevance to Obesity and the
Metabolic Syndrome. Feb 2006. Obesity Management. 2 (1): 17-22.
(https://doi.org/10.1089/obe.2006.2.17**)**

Li Z, **Hong K**, Wong E, Maxwell M, Heber D. "Weight cycling in a very low-calorie diet
programme has no effect on weight loss velocity, blood pressure and serum lipid profile."
Diabetes Obes Metab. 2007 May;9(3):379-85. (PMID: 17391166)

**Hong K**, Yan E, Chen S, Li Z, Heber D. "Obesity and Cancer: Inflammation and Molecular
Pathogenesis". July 2007. Obesity Management. 3(3): 115-120.
(https://doi.org/10.1089/obe.2007.0031)

Yan E, Heber D, **Hong K**. "Nonalcoholic Fatty Liver Disease to NASH and Beyond:
Pathogenesis, Identification, Progression and Management". 2007. Nutrition Reviews. Aug; 65(8
Pt 1):376-84. (PMID: 17867371)

**Hong K**, Belperio JA, Keane MP, Burdick MD, Strieter R. "Genomic Plasticity of Human
Circulating Fibrocyte as Mediated By Transforming Growth Factor- and Peroxisome
Proliferator-Activated Receptor ." J Biol Chem. 2007 Aug 3;282(31):22910-20. Epub 2007 Jun 7.
(PMID:17556364)

Yan E, Chen S, **Hong K**, Kim WS, Bajpai A, Treyzon L, Gritton L, Elashoff R, Wang HJ, Li Z,
Heber D. "Insulin, hs-CRP, leptin, and adiponectin: An analysis of their relationship to the
metabolic syndrome in an obese population with an elevated waist circumference." Metab Syndr
Relat Disord. 2008 Mar;6(1):64-73. (PMID:18370838)

Li Z, Aronson WJ, Arteaga JR, **Hong K**, Thames G, Henning SM, Liu W, Elashoff R, Ashley JM,
Heber D." Feasibility of a low-fat/high-fiber diet intervention with soy supplementation in
prostate cancer patients after prostatectomy". Eur J Clin Nutr. 2008 Apr;62(4):526-36. Epub 2007
Mar 28. (PMID:17392697)

Treyzon L, Chen S, **Hong K**, Yan E, Carpenter CL, Thames G, Bowerman S, Wang HJ, Elashoff
R, Li Z. "A controlled trial of protein enrichment of meal replacements for weight reduction with
retention of lean body mass" Nutr J. 2008 Aug 27;7:23. (PMID:18752682)

Carpenter CL, Yan E, Chen S, **Hong K**, Arechiga A, Kim WS, Deng M, Li Z, Heber D. " Body
fat and body mass index among a multi-ethnic sample of college-age men and women". J Obes.
2013; 2013:790654. (PMID: 23691288)

**Hong K**, Hermann K, Dybala C, Halseth AE, Lam H, Foreyt J. " Naltrexone ER/Bupropion
ER–Induced Weight Loss Is Independent of Nausea". Clin Obesity. 2016 Oct;6(5):305-12.
(PMID: 27477337)

Hwang C, **Hong K**. "Other Micronutrient Deficiencies in IBD". Book - Nutritional
Management of Inflammatory Bowel Disease: A Comprehensive Guide (Springer 2016; Editor:
Ashwin Ananthakrishnan)

Wei M, Brandhorst S, Shelechi M, Mirzaei H, Cheng CW, Budniak J, Groshen S, Mack WJ, Guen E, Di Biase S, Cohen P, Morgan TE, Dorff T, **Hong K**, Michalsen A, Laviano A, Longo VD. " Fasting mimicking diet and markers/risk factors for aging, diabetes, cancer, and cardiovascular disease." Sci Transl Med. 2017 Feb 15;9(377). (PMID: 28202779)

Amacher K, Yoon AJ, van Deen WK, **Hong K**, Ostfeld K. " Benefits and Barriers to Eating a Plant-Based Diet Among Patients with Heart Failure". 2018. USC Keck School of Medicine Student Research.

Shelechi M, Wei M, Brandhorst S, Morgan T, **Hong K**. " Fasting-Mimicking Diet and Risk Factors for Aging, Diabetes, Cancer and Cardiovascular Disease". Experimental Biology 2018.

**Hong K**. American Board of Obesity Medicine Exam Course. The Obesity Society. Curriculum Review Editor. 2018

Stanczyk FZ, Burke AE, **Hong K**, Archer DF. " Morbid Obesity: Potential Effects of Hormonal Contraception".  May 16, 2018. Contraception. (PMID: 29777662)

Cho C, **Hong K.** "Ethnic and Gender Disparities and Associated Metabolic Risk Factors in Patients with Newly Diagnosed Mild and Moderate Obstructive Sleep Apnea" 2019. Society of General Internal Medicine Regional Meeting. 2019.

**Hong, K**. "Fasting: Role in Wellness, Metabolic Health, and Inflammation". American Academy of Anti-Aging Medicine. 2019.

Lanctin D, Partridge, J, **Hong K**., Kaloostian C, Sulo S. "Poor Nutrition Status in Older Adult Outpatient: Prevalence, Population Characteristics, and Economic Burden". Society for Medical Decision Making. 2019

**Hong, K**. "Facts and Fallacies About Vitamin Supplementation". AudioDigest Internal Medicine 67:01 (January 7) 2020

**Hong K.** Sulo S, Wang W, Kaloostian C. "Characteristics of Adult Outpatients with Poor Nutrition Status". Society of General Internal Medicine Meeting. 2020.

**Hong, K** et al. "Nutrition Program Reduces Healthcare Use of Adult Outpatients with Poor Nutrition Status". European Society of Parenteral and Enteral Nutrition Congress. 2020.

**Hong, K**, Sulo, S, et al "Nutrition Program Reduces Healthcare Use and Costs of Adult Outpatients at Nutritional Risk". American Society of Parenteral and Enteral Nutrition. 2020.

**Hong, K**, Sulo S, et al. "Nutrition Care for Poorly Nourished Outpatients Reduces Resource Use and Lowers Cost". Journal of Primary Care and Community Health. 2021: Vol 12: 1-11

Kerr, K, Sulo, S. **Hong, K**. "Budget Impact Analysis of Outpatient Nutrition Program for Adults at Nutritional Risk". Poster Presentation. ISPOR 2022 Conference.

**Hong K**, Sulo S, et al. "Patient and Healthcare Provider Satisfaction with Nutrition Care Program Implemented in Community Clinics". Quality in Primary Care, Vol 30 (1). 2022

Brunton C, Cano C, **Hong K**, et al. "Nutritionally Focused Programs for Community-living Adults Result in Improved Health and Economic Outcomes. Abstract/Poster. NIH Malnutrition in Clinical Settings: Research Gaps and Opportunities Workshop. 2022.

Jafarzadeh NS, Dae-Hee Han DH, Peraza, P; Anderson MK, **Hong, K** et al. "The Effects of Candy-Marketing and Nicotine Formulation on Perceived Appeal and Sensory Characteristics of E-Cigarette Products". Abstract. Society for Research on Nicotine and Tobacco Meeting. 2023

Ryan Wisniewski, **Hong, K** "Nutrition in Pregnancy". CURAR Magazine. 2023

Violette CJ, Agarwal A , Mandelbaum RS, González JL, **Hong K** et al. "Potential role of GLP-1 receptor agonist targeting in fertility-sparing treatment in obese patients with endometrial malignant pathology: A call for research".  Expert Review of Anticancer Therapy. March, 2023

Tackett A, Han DH, Peraza N, Whaley R, Mason TB, Cahn R, **Hong K**, Pang RD, Monterosso J, Page M, Goniewicz ML, Leventhal A. "Effects of "Ice" Flavored E-Cigarettes with Synthetic Cooling Agent WS-23 or Menthol on User-Reported Appeal and Sensory Attributes" . Tobacco Control, Oct, 2023.

Mishra A., Fanti M, , GE X, Vaugh D, Brandhorst S, Wei M, **Hong K**, Pellegrini M, Pijl M, Houston MC, Longo VD. "Fasting Mimicking Diet cycles versus a Mediterranean Diet and Cardiometabolic Risk in Overweight and Obese Hypertensive Subjects: A Randomized Clinical Trial." Metabolic Health and Disease. Dec 13, 2023.

Heckmann N, Palmer R, Mayfield CK, Gucev G, Lieberman JR, **Hong K**. "GLP-1 Agonists Used for Medically-Supervised Weight Loss in Patients with Hip and Knee Osteoarthritis: Critical Considerations for the Arthroplasty Surgeon". Arthroplasty Today. June 2024, Vol. 27.

Telang S, Mayfield CK, Palmer R, Liu KC, Wier J, **Hong K**, Liberman JR, Heckman ND. "Preoperative Laboratory Values Predicting Periprosthetic Joint Infection in Morbidly Obese Patients Undergoing Total Hip or Knee Arthroplasty". J. Bone Joint Surg Am. Jul 17;106(14) 1317-1327. 2024.

Palmer RC, Telang SS, Ball JR, Chung BC, **Hong K**, Liberman JR, Heckmann ND. "Super-Obesity is Associated With an Increased Risk of Complications Following Primary Total Knee Arthroplasty". J Arthroplasty. Dec 39 (12): 2986-2991.e1 2024.

Longo V, Brandhorst S, Levine M, Wei M, Shelehshid, M, Morgan T, Nayak K, Dorff K, **Hong K**, Crimmins E, Cohen P. "Fasting-mimicking diet causes hepatic and blood markers changes indicating reduced biological age and disease risk". Nature Communications, 15:1309. 2024.

Peraza N, Han DH., Whaley RC., Vogel EA, Monterosso JR, Gonzalez AMJ, Patel DJ, Jafarzadeh NS., **Hong** K, Mason TB, Tackett AP, Leventhal AM. "Appeal and sensory characteristics of oral nicotine products in young adults who vape e-cigarettes". Nicotine & Tobacco Research, Nov 28. 2024.

Jafarzadeh N, Han DH, Peraza N,Anderson MK, Harlow AF, Monterosso JR,, Pang R, Mason TB, **Hong K**, , Cahn R, Leventhal AM.  "Effect of Packaging with vs. without Candy-Oriented Marketing Themes on the Appeal and Sensory Attributes of Flavored E-Cigarettes" . Tobacco Control  Oct 9. 2024.

Stanton EW, Manasyan A, Banerjee, **Hong K**,  Koesters E, Daar DA. "GLP-1 Agonists Practical Overview for Plastic and Reconstructive Surgeons ". Annals of Plastic Surgery,  Vol 94 (1): 121-127, Jan 2025

Tackett AP, Ha DH, Peraza N, Whaley RC, Mason T, Cahn C, **Hong K**, Pang R, Monterosso, et al. "Effects of 'Ice' flavoured e-cigarettes with synthetic cooling agent WS-23 or menthol on user-reported appeal and sensory attributes" Tobacco Control. Apr 1:34 (2): 175-182. 2025

Telang S, Palmer BS, Chung BC, Ball, JR, **Hong K**, Liberman JR, Heckmann, ND. "Total Hip Arthroplasty Among Super-Obese Patients: Proceed with Caution". Arthroplasty Today.Aug (34). 2025.

**Hong K**, Sulo S. Wang W, Kim M, Hong L, Kerr, KW, Fan L, Williams, D. "Oral Nutritional Supplements and Weight and Muscle Outcomes Among GLP-1 Receptor Agonist Users: Evidence from a Retrospective Study" Obesity Week Annual Meeting 2025.

**Hong K** et al. "GLP-1 Receptor Agonist Utilization is Associated with a Low Risk of Anesthesia-related Complications Prior to Total Joint Arthroplasty".  European Journal of Orthopaedic Surgery & Traumatology. 2026, in press.

**<u>Medical/Scientific Expert Consultancy:</u>**
• Abbott Nutrition
• Guidepoint Consultants
• Prosper DNA
• Create Cures Foundation
• Barrett Law Group, PA
• Finkelstein Thompson LLP
• Ahdoot & Wolfson, PC
• Lewis Brisbois Bisgaard & Smith LLP
• Wood, Smith, Henning & Berman LLP
• L-Nutra INC
• Meiselman, Packman, Nealon, Scialabba & Baker P.C.
• Feinstein Doyle Payne & Kravec, LLC
• Nelkin and Nelkin, PC
• Counsel One
• Wholesome Edibles
• Takeda Pharmaceutical Company
• CE Outcomes LLC
• TRx Therapeutics
• Karten Design Product Innovation
• SoYoung America

• Simon, Kucher & Partners
• LTL Attorneys LLP
• Romero Law APC
• Bradley/Grombacher LLP
• LifeForce Digital
• Lupetin and Unatin , LLC
• Clarkson Law Firm P.C.
• Epirium Bio

**Litigation Expert Experience**

● Elysium Health v ChromaDex, Case No. ·1:17-cv-07394 (United States District Court, Southern
District of New York)
● Sarmiento vs Alpha Medical Weight loss, Case No. 19ST CV39137 (Superior Court of State of
California)
● Dennis Dice, et al. v. Tracy Holt D.C., et al., Case No. 30-2016-00889871-CU-MM-CJC
(Orange County Superior Court)
● Kassidee Schwab v. Health First Medical Corp., Case No. CIVDS1506438 (San Bernardino
County Superior Court)
● Elizabeth Park, et al. v. Welch Foods, Inc., Case No. 3:12-CV-06449 (U.S. District Court,
Northern District of California)
● Crystal Brown et al vs. Danone North America LLC and Whitewave Food Company, Case No.
3:17-cv-07325, (U.S. District Court, Northern District of California, San Francisco)
● Markus Wilson, et al. v. Frito-Law North America, Case No. 3:12-CV-01586-JST (U.S.
District Court, Northern District of California)
● Chad Brazil v. Dole Packaged Foods, Case No. 5:12-CV-01831-LHK (U.S. District Court,
Northern District of California)
● Iglesias vs Arizona Beverages USA, LLC, No. 22-cv-09108-JSW (N.D. Cal.)
● Skye Astiana, et al. v. Kashi Company, Case No. 3:11-CV-01967-H-BGS (U.S. District Court,
Northern District of California)

**Professional References (available upon request)**
Nate Heckmann, M.D. - USC Keck School of Medicine (Los Angeles, CA)
Vinita Tandon M.D. - LifeForce Inc (Los Angeles, CA)
Matthew Jung M.D. - Ellison Medical/USC (Los Angeles, CA)
Steve Chen M.D. - Chief Medical Officer, Entos Pharmaceutical (La Jolla, CA)
Carolyn Kaloostian M.D. - USC Keck School of Medicine (Los Angeles, CA)
David Daar M.D. - USC Keck School of Medicine (Los Angeles, CA)
Julie Yang M.D. - Unio Digestive Health (Pasadena, CA)
Pinchas Cohen, M.D. - Dean, USC School of Gerontology (Los Angeles, CA)