**CROSNER LEGAL, P.C.**
Craig W. Straub (SBN 249032)
*craig@crosnerlegal.com*
Lilach H. Klein (SBN 323202)
*lilach@crosnerlegal.com*
Michael T. Houchin (SBN 305541)
*mhouchin@crosnerlegal.com*
Zachary M. Crosner (SBN 272295)
*zach@crosnerlegal.com*
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429
*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADINA RINGLER, KRISTA ROBLES, JAY SMITH, and JANA RABINOWITZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE J.M. SMUCKER COMPANY,<br><br>Defendant. | Case No. 2:25-cv-01138-AH-E<br><br>**DECLARATION OF PLAINTIFF KRISTA ROBLES IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:   May 27, 2026<br>Time:   1:30 p.m.<br>Ctrm:   9C<br>Judge:  Hon. Anne Hwang |

I, Krista Robles, hereby declare as follows:

1. I am a named plaintiff and proposed class representative in the matter styled *Ringler, et al. v. The J.M. Smucker Co.*, Case No. 2:25-cv-01138-AH-E that is currently pending before this Court.

2. I am a citizen of California and reside in Anaheim, California.

3. I submit this declaration in support of Plaintiffs' Motion for Class Certification and to Appoint Class Counsel. I make this declaration based on my own personal knowledge and if called to testify, I could and would competently testify to the matters contained herein.

4. On February 13, 2026, Defendant took my deposition. Attached hereto as **Exhibit B** are true and correct copies of excerpts from my deposition transcript, with highlighting added by my counsel.

5. During my deposition, I explained that I purchased the Smucker's Natural Strawberry Fruit Spread product (the "Product") approximately two to three times a year throughout the Class Period from retail stores including Stater Bros. in and around Anaheim, California, with my last purchase of the Product in approximately the Summer of 2025:

> Q. So it says, "Plaintiff Krista Robles occasionally purchased the Smucker's Natural Strawberry Fruit Spread product from retail stores near her home in Anaheim, California during the putative class period." Do you see that?
>
> A. Yes.
>
> Q. Is that correct?
>
> A. Yes.
>
> Q. It says, "Plaintiff Robles last purchased the Smucker's Natural Strawberry Fruit Spread product in the summer of 2025; is that right?
>
> A. Yes, that's about right.
>
> . . .

-1-
*Ringler, et al. v. The J.M. Smucker Co.*, Case No. 2:25-cv-01138-AH-E
DECLARATION OF PLAINTIFF KRISTA ROBLES IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

| | | |
|---|---|---|
| 1 | Q. | And do you always purchase a Smucker Natural product or do you |
| 2 | | purchase a variety? |
| 3 | A. | For the last couple of years, it's been the Smucker's Natural Strawberry |
| 4 | | one. |
| 5 | . . . | |
| 6 | Q. | How many times would you estimate in the last three years that you |
| 7 | | purchased a Smucker Natural Fruit Spread product? |
| 8 | A. | Probably two times a year, two or three. |
| 9 | . . . | |
| 10 | Q. | What grocery stores do you visit? |
| 11 | A. | It is Stater Brothers. |
| 12 | Q. | Any others? |
| 13 | A. | Occasionally Walmart. |
| 14 | Q. | When you buy jams and jellies, where do you buy those from? |
| 15 | A. | Stater Brothers. |

16  *See* Robles Dep. Tr. at 64:1-12; 69:2-5; 69:12-15; 52:17-23.

17  6.    I read and relied on the Product label when purchasing the Product,
18  including the "natural" and "made with ingredients from natural sources" labeling
19  statements. *See* Robles Dep. Tr. at 79:9-19; 134:3-12; 141:11-21; 142:8-15:

| | | |
|---|---|---|
| 20 | Q. | Did you understand the word "natural" in black script -- |
| 21 | A. | Yes. |
| 22 | Q. | -- meaning the same thing as the "from natural sources" statement that |
| 23 | | is in green? |
| 24 | A. | I don't think I put the two together when I made the purchasing decision. |
| 25 | | I did just see "natural," and "from natural sources" just kind of confirms |
| 26 | | it is natural, being from all natural sources, that it is going to be all |
| 27 | | natural and not contain artificial. |
| 28 | . . . | |

-2-

| | | |
|---|---|---|
| 1 | Q. | When you purchase or when you purchased the Smucker Natural fruit spread product in the past, I just want to know what you were considering in purchasing the product. I think the first thing you talked about was the taste. That's important to you, right? |
| 5 | A. | The flavor is, yes. So I am looking for a particular flavor, but I am also looking for something that doesn't contain artificial ingredients. |
| 7 | | . . . |
| 8 | Q. | So I think we are on Interrogatory number, I think we were on 2. We talked about factors you considered in making the purchase; is that right? |
| 11 | A. | Did we? |
| 12 | Q. | Just a few minutes ago. Do you remember that? |
| 13 | A. | Yes. |
| 14 | Q. | We talked about quality, taste, flavor, price. Does that ring a bell? |
| 15 | A. | Yes, but the -- I was looking for a natural product. |
| 16 | | . . . |
| 17 | Q. | So Interrogatory 3 says, "Identify every labeling, advertising or marketing statement made by Defendant," that's my client, "that you relied on in deciding whether to purchase the product." Is that basically is the same answer you just went through? |
| 21 | A. | I made my purchase because the label said it was a natural product that contained no artificial ingredients, so. |

23  7.  I would not have purchased the Product or would not have paid as much as I paid for it if I had known that the labeling statements "natural" and "made with ingredients from natural sources" were false and misleading, and that the Product actually contains an artificial ingredient. *See* Robles Dep. Tr. at 70:15 – 71:1; 71:19-25; 72:15-23; 46:9-25; 61:6-16:

28  Q.  Sitting here today, if you read the statement here that is in the

-3-

| | | |
|---|---|---|
| 1 | | complaint, "Plaintiffs would not have purchased the products or would |
| 2 | | have paid less for the products had they known the products contains |
| 3 | | an artificial ingredient," would you have not purchased the products, |
| 4 | | would you have paid less for the products, or would you have paid the |
| 5 | | same for the products, had you known? |
| 6 | A. | Would have not bought the product. |
| 7 | Q. | So you would have not bought it in its entirety? |
| 8 | A. | Yes. |
| 9 | | . . . |
| 10 | Q. | It says, "I would have paid less." How much less would you have paid? |
| 11 | A. | Like I said, I would not have purchased it if I knew that it contained an |
| 12 | | artificial or, you know, a synthetic ingredient. So I don't know how |
| 13 | | much less I would have paid. I know there are other jams that I don't |
| 14 | | buy that are less. |
| 15 | | . . . |
| 16 | A. | There might be another Smucker's variety that doesn't say "natural" on |
| 17 | | it. |
| 18 | Q. | Do you know what the price would have been for that? |
| 19 | A. | Offhand, no. I know that it is less. |
| 20 | Q. | How do you know? |
| 21 | A. | Because when I purchased the one that said "natural," I knew I was |
| 22 | | paying more because it apparently contained natural ingredients. |
| 23 | | . . . |
| 24 | Q. | Can you tell me what your understanding is about why you are here |
| 25 | | today? |
| 26 | A. | Because I purchased the Smucker's brand and it has a misleading label. |
| 27 | Q. | Why do you think it is misleading? |
| 28 | A. | Because it contains an ingredient that is not natural. |

-4-

*Ringler, et al. v. The J.M. Smucker Co.*, Case No. 2:25-cv-01138-AH-E
DECLARATION OF PLAINTIFF KRISTA ROBLES IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

| | | |
|---|---|---|
| 1 | Q. | Why do you think it is not natural? |
| 2 | A. | Because it's, it's a synthetic form of citric acid. |
| 3 | Q. | Why do you say that? |
| 4 | A. | Because it is made, the citric acid is synthetically -- it is synthetic, it is |
| 5 | | artificial. It is not real citric acid. |
| 6 | . . . | |
| 7 | Q. | And then it says in Paragraph 4, "These representations are false |
| 8 | | because the product contains citric acid, an artificial ingredient not |
| 9 | | made from natural sources." Do you see that? |
| 10 | A. | Yes. |
| 11 | Q. | Why do you say that? |
| 12 | [Objection] | |
| 13 | Q. | Go ahead. |
| 14 | A. | Because the citric acid that is used in the Smucker's jelly is a synthetic |
| 15 | | version. |

16    8.    I have remained in contact with my counsel at Crosner Legal, P.C.
17 throughout the course of this litigation and have kept informed of its status. Based
18 on my interactions with my counsel, I believe my counsel has fairly and adequately
19 represented myself and the proposed class and will continue to do so.

20    9.    I understand the responsibilities expected of a Class Representative,
21 which include acting on behalf of the Class's best interests, staying involved and
22 informed about the case, and actively participating in it including making myself
23 available for deposition and trial, and I am able to fulfill such duties. *See* Robles
24 Dep. Tr. at 32:22 – 33:1; 33:13-16; 35:22 – 36:2; 36:16 – 37:2:

| | | |
|---|---|---|
| 25 | Q. | Why did you decide to respond to this ad? |
| 26 | A. | Because I had purchased the Smucker's brand. |
| 27 | Q. | What interested you about this case? |
| 28 | A. | That there could be some sort of deception or misleading on the label. |

-5-
*Ringler, et al. v. The J.M. Smucker Co.*, Case No. 2:25-cv-01138-AH-E
DECLARATION OF PLAINTIFF KRISTA ROBLES IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

| | | |
|---|---|---|
| 1 | | . . . |
| 2 | Q. | Did you provide that letter to your attorneys to produce to me in this |
| 3 | | litigation? |
| 4 | A. | I provided everything that my attorneys have asked me to provide to |
| 5 | | them. |
| 6 | | . . . |
| 7 | Q. | Did you review a complaint in this case? |
| 8 | A. | I did. I did. |
| 9 | Q. | Did you have any commentary on the complaint? |
| 10 | A. | Did I add commentary to the complaint or did I speak with attorneys |
| 11 | | about the complaint? |
| 12 | Q. | Did you provide any comments to your attorneys? |
| 13 | [Objection] | |
| 14 | A. | I went over the complaint with the attorneys. |
| 15 | Q. | Did you have any comments? |
| 16 | A. | I had questions and we collaborated. |
| 17 | | . . . |
| 18 | Q. | After the one or two calls with your attorneys about the complaint, did |
| 19 | | you have any other conversations with your attorneys? |
| 20 | A. | Yes. |
| 21 | Q. | How many? |
| 22 | A. | A few, like more than five. |
| 23 | Q. | Is that five conversations up to the present time? |
| 24 | A. | Let me just think. I mean, it could be like more than five, less than ten |
| 25 | | or even ten. I think I've spoke with the attorneys several times on |
| 26 | | different occasions, you know. |
| 27 | 10. | I am not aware of any facts or circumstances that would limit my ability |
| 28 | to be a plaintiff or represent that class at this stage. To my knowledge, I have no | |

-6-

*Ringler, et al. v. The J.M. Smucker Co.*, Case No. 2:25-cv-01138-AH-E
DECLARATION OF PLAINTIFF KRISTA ROBLES IN SUPPORT OF PLAINTIFFS' MOTION
FOR CLASS CERTIFICATION

conflict of interest in this case with other members of the class who also purchased the Product. The representation agreement that I signed with Crosner Legal, P.C. at the start of this action does not contain any incentive agreement that guarantees me compensation as a class representative.

11. It is my understanding that all the other proposed class members have also purchased the Smucker Natural Fruit Spread Products that are identified in Plaintiffs' Motion for Class Certification. I therefore respectfully request that the Court certify a class of all persons who purchased the Products in California between February 10, 2021 and the date class notice is disseminated.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 23, 2026 in Anaheim, California.

Krista Robles (Feb 23, 2026 11:08:32 PST)

KRISTA ROBLES