**EXHIBIT B**

```
                                                          Page 1
 1            UNITED STATES DISTRICT COURT
 2            CENTRAL DISTRICT OF CALIFORNIA
 3
 4      ADINA RINGLER, KRISTA ROBLES,    )
        JAY SMITH, and JANA RABINOWITZ,  )
 5                                       )
                 Plaintiffs,             )
 6                                       ) CASE NO.
        vs.                              ) 2:25-cv-01138-AH-E
 7                                       )
        THE J.M. SMUCKER COMPANY,        ) THIS TRANSCRIPT
 8                                       ) CONTAINS MATERIAL
                 Defendant.              ) DESIGNATED
 9                                       ) CONFIDENTIAL
10
                        - - - - -
11
12            VIDEOTAPED DEPOSITION OF
13             PLAINTIFF KRISTA ROBLES
14        Taken by Counsel for the Defendant
15           Before Richard Bursky, RMR, CRR
16
17            Certified Court Reporter
18
19            Via Zoom Videoconference
20
21    On February 13, 2026, commencing at 9:01 a.m. PST
22
23
24
25                      - - - - -
```

Page 32

1  Q  Do you hold any professional licenses?
2  A  I was a notary.
3  Q  Do you hold any certifications?
4  A  No.
5  Q  Have you ever been disciplined by an
6  employer?
7  A  No.
8  Q  Have you ever been suspended by an employer?
9  A  No.
10 Q  Have you ever been terminated by an
11 employer?
12 A  No, I don't -- no.
13 Q  When did you decide to become involved in
14 this case?
15 A  I saw an ad on Facebook.
16 Q  Can you describe the ad?
17 A  It had asked something about if I had ever
18 purchased a Smucker's product.
19 Q  What did you do next?
20 A  You clicked yes and then you put in your
21 information and then you got a call back.
22 Q  Why did you decide to respond to this ad?
23 A  Because I had purchased the Smucker's brand.
24 Q  What interested you about this case?
25 A  That there could be some sort of deception

```
                                                    Page 33
 1    or misleading on the label.
 2       Q    What happened next?
 3       A    I received a call back from the attorneys.
 4       Q    Who called you?
 5       A    Craig Straub.
 6       Q    Did you receive an engagement letter to
 7    sign?
 8       A    I did, I received some sort of contract to
 9    sign via email.
10       Q    Did you give it to your attorneys to produce
11    in this litigation?
12       A    Did I give what?
13       Q    Did you provide that letter to your
14    attorneys to produce to me in this litigation?
15       A    I provided everything that my attorneys have
16    asked me to provide to them.
17       Q    Do you have that engagement letter in your
18    possession?
19       A    No, I don't.
20       Q    Where is it?
21       A    I am not sure.
22       Q    Was it sent to you by email?
23       A    Every document they have sent me has been
24    sent by email.
25       Q    So the engagement letter was sent to you by
```

Page 35

1     A    No.
2     Q    So you think, at least based on your
3  recollection, that it might have been some kind of
4  an electronic form that you signed and you hit an
5  accept button or something to that effect and it
6  would have gone back into their system --
7     A    Yes, yes, DocuSign.
8     Q    Got you, okay, understood.
9          After you signed up to be a named Plaintiff
10 in this case, did you meet with your attorneys?
11         MS. KLEIN:  Objection, vague and ambiguous.
12         You can answer.
13    A    Did I meet them how?  In person or over the
14 phone?
15 BY MR. ROTHSTEIN:
16    Q    Either.
17    A    Yes.
18    Q    When was the first time you met with them?
19    A    I think I received a call from Craig
20 sometime in August 2025 or even shortly after, you
21 know, like around there.
22    Q    Did you review a complaint in this case?
23    A    I did.  I did.
24    Q    Did you have any commentary on the
25 complaint?

Page 36

1    A    Did I add commentary to the complaint or did
2  I speak with attorneys about the complaint?
3    Q    Did you provide any comments to your
4  attorneys?
5         MS. KLEIN:  Objection, vague and ambiguous.
6    A    I went over the complaint with the
7  attorneys.
8  BY MR. ROTHSTEIN:
9    Q    Did you have any comments?
10   A    I had questions and we collaborated.
11   Q    Was that just one phone call?
12        MS. KLEIN:  Objection, vague and ambiguous.
13   A    Regarding the complaint or in total?
14   Q    Let's start with the complaint.
15   A    It may have been one or two.
16   Q    After the one or two calls with your
17 attorneys about the complaint, did you have any
18 other conversations with your attorneys?
19   A    Yes.
20   Q    How many?
21   A    A few, like more than five.
22   Q    Is that five conversations up to the present
23 time?
24   A    Let me just think.  I mean, it could be like
25 more than five, less than ten or even ten.  I think

```
 1    I've spoke with the attorneys several times on
 2    different occasions, you know.
 3        Q    Did you prepare for this deposition?
 4        A    I did.
 5        Q    Did you meet with your attorneys?
 6        A    I did.
 7        Q    How many times?
 8        A    Four.
 9        Q    When was the first such meeting?
10        A    I think it was two weeks ago.
11        Q    By phone or by video?
12        A    It was by video.
13        Q    How long was that for?
14        A    At least an hour or maybe 30 minutes, but I
15    am just going to say it could have been over 30
16    minutes, less than an hour, but I am not sure.  I
17    didn't really watch the clock.  But around there.
18        Q    Did you --
19        A    30 minutes to an hour.
20        Q    Did you review any documents?
21        A    I have reviewed documents, yes.
22        Q    Did you review any documents on that first
23    call?
24        A    I am not sure.
25        Q    When was your second call?
```

```
 1      A    No.
 2      Q    Have you ever read anything about how citric
 3   acid is made that is supplied to the J.M. Smucker
 4   Company?
 5      A    No.
 6      Q    Have you ever talked to any experts about
 7   this case?
 8      A    No.
 9      Q    Can you tell me what your understanding is
10   about why you are here today?
11      A    Because I purchased the Smucker's brand and
12   it has a misleading label.
13      Q    Why do you think it is misleading?
14      A    Because it contains an ingredient that is
15   not natural.
16      Q    Why do you think it is not natural?
17      A    Because it's, it's a synthetic form of
18   citric acid.
19      Q    Why do you say that?
20      A    Because it is made, the citric acid is
21   synthetically -- it is synthetic, it is artificial.
22   It is not real citric acid.
23      Q    Describe real citric acid.
24      A    From my understanding, real citric acid is
25   squeezed from a lemon or a citrus fruit.
```

```
                                                              Page 52
 1   that's going on like around the country.
 2       Q    Yes, I am familiar with that.
 3       A    Okay.
 4       Q    Do you shop online?
 5       A    Yes.
 6       Q    What do you buy online?
 7            MS. KLEIN:  Objection, vague and ambiguous.
 8       A    Like clothing and just items, toys, art
 9   stuff, you know.
10   BY MR. ROTHSTEIN:
11       Q    Do you shop for food online?
12       A    Not usually, no.
13       Q    Have you ever?
14       A    Yes, I have, during maybe the pandemic.
15       Q    Generally, you go to the grocery store?
16       A    Yes.
17       Q    What grocery stores do you visit?
18       A    It is Stater Brothers.
19       Q    Any others?
20       A    Occasionally Walmart.
21       Q    When you buy jams and jellies, where do you
22   buy those from?
23       A    Stater Brothers.
24       Q    Your internet connection went bad there.
25   Can you say that again?
```

Page 61

```
 1   images of fresh fruit and prominently represent that
 2   the products are 'natural' and 'made with
 3   ingredients from natural sources.'"  Do you see
 4   that?
 5       A    Yes.
 6       Q    And then it says in Paragraph 4, "These
 7   representations are false because the product
 8   contains citric acid, an artificial ingredient not
 9   made from natural sources."  Do you see that?
10       A    Yes.
11       Q    Why do you say that?
12            MS. KLEIN:  Objection, vague and ambiguous.
13   BY MR. ROTHSTEIN:
14       Q    Go ahead.
15       A    Because the citric acid that is used in the
16   Smucker's jelly is a synthetic version.
17       Q    How do you know that?
18       A    I relied on information --
19            MS. KLEIN:  Objection.
20       Q    Go ahead.
21            MS. KLEIN:  You can answer.
22       A    I relied on the information provided by the
23   attorneys.
24       Q    Is there any other source of your
25   understanding that those statements are false and
```

```
 1      Q    So it says, "Plaintiff Krista Robles
 2   occasionally purchased the Smucker's Natural
 3   Strawberry Fruit Spread product from retail stores
 4   near her home in Anaheim, California during the
 5   putative class period."  Do you see that?
 6      A    Yes.
 7      Q    Is that correct?
 8      A    Yes.
 9      Q    It says, "Plaintiff Robles last purchased
10   the Smucker's Natural Strawberry Fruit Spread
11   product in the summer of 2025; is that right?
12      A    Yes, that's about right.
13      Q    "In purchasing the product, Plaintiff Robles
14   did not expect that the product's front label,
15   'natural, made with ingredients from natural
16   sources' representations were false."  Do you see
17   that?
18      A    Yes.
19      Q    It then says, "Plaintiff Reed did not expect
20   Defendant to publicly place deceptive statements
21   about the contents of its products on the front
22   label of the product."  Do you know what they are
23   talking about in that sentence?
24           MS. KLEIN:  Objection, vague and ambiguous.
25   BY MR. ROTHSTEIN:
```

1  to six months.
2      Q    And do you always purchase a Smucker Natural
3  product or do you purchase a variety?
4      A    For the last couple of years, it's been the
5  Smucker's Natural Strawberry one.
6      Q    Just strawberry?
7      A    Yes, I've actually purchased a jam, a grape
8  version before, but for just a recipe I used at some
9  point.  But for like my daughter's lunches and
10 things like that and toast, we just use the
11 strawberry one.
12     Q    How many times would you estimate in the
13 last three years that you purchased a Smucker
14 Natural Fruit Spread product?
15     A    Probably two times a year, two or three.
16     Q    So approximately six to eight?
17     A    Yes, but it is hard for me to remember like
18 after two years, so the last couple of years I'd say
19 maybe five or six even.
20     Q    So every time you purchased a Smucker
21 Natural product, did you use the product?
22     A    Yes.
23     Q    Did you use it basically in its entirety?
24     A    Yes.
25     Q    Did you enjoy the product?

```
                                                        Page 70
 1      A    Yes.
 2      Q    Did you like the taste?
 3      A    Yes.
 4      Q    Did you feel that it was a quality product?
 5      A    Yes.
 6      Q    Did it meet your expectations?
 7      A    Yes.
 8      Q    Were you disappointed in any way?
 9      A    I am sorry, what?
10      Q    Were you disappointed in any way?
11      A    No.
12      Q    Did you feel like you got your money's
13   worth?
14      A    Yes.
15      Q    Sitting here today, if you read the
16   statement here that is in the complaint, "Plaintiffs
17   would not have purchased the products or would have
18   paid less for the products had they known the
19   products contains an artificial ingredient," would
20   you have not purchased the products, would you have
21   paid less for the products, or would you have paid
22   the same for the products, had you known?
23      A    Would have not bought the product.
24      Q    So you would have not bought it in its
25   entirety?
```

Page 71

1    A    Yes.
2    Q    So are you looking for a complete refund on
3  your purchase?
4    A    I am not sure, maybe a partial refund since
5  it had been consumed some.
6    Q    But if you are saying you would have not
7  purchased the product, do you feel like you got
8  absolutely no value for your purchase?
9    A    I am not sure.
10   Q    What do you need to know to be sure?
11   A    I am not sure what type of compensation, I
12 mean, maybe a full refund, maybe.
13   Q    Is that what you want?
14        MS. KLEIN:  Objection, vague and ambiguous.
15 BY MR. ROTHSTEIN:
16   Q    Is that what you want?
17        MS. KLEIN:  Same objection.
18   A    Yes.
19   Q    It says, "I would have paid less."  How much
20 less would you have paid?
21   A    Like I said, I would not have purchased it
22 if I knew that it contained an artificial or, you
23 know, a synthetic ingredient.  So I don't know how
24 much less I would have paid.  I know there are other
25 jams that I don't buy that are less.

```
                                                        Page 72
 1      Q    Like what?
 2      A    So probably like anywhere from a
 3   dollar-fifty to two dollars, sometimes three, in
 4   that price range, a dollar-fifty to three dollars
 5   less than what I paid for something that says
 6   natural or even organic.
 7      Q    What products would those be?
 8      A    What brands?
 9      Q    Yes.
10      A    I am talking about jams and jellies right
11   now.
12      Q    Yes.  What brands?
13      A    Like the Stater Brothers.
14      Q    Anything else?
15      A    There might be another Smucker's variety
16   that doesn't say "natural" on it.
17      Q    Do you know what the price would have been
18   for that?
19      A    Offhand, no.  I know that it is less.
20      Q    How do you know?
21      A    Because when I purchased the one that said
22   "natural," I knew I was paying more because it
23   apparently contained natural ingredients.
24      Q    Let's go to the factual allegations.  Have
25   you been able to open up your ExhibitShare yet?
```

Page 79

```
 1    Q    That gives you confidence in the product?
 2    A    Yes, somewhat, yes.
 3    Q    Now, it then says, "natural, made with
 4    ingredients from natural sources."  Do you see that?
 5    A    Yes.
 6    Q    And what did you understand that to mean?
 7    A    Free from artificially, artificial,
 8    synthetic, anything unnatural.
 9    Q    Did you understand the word "natural" in
10    black script --
11    A    Yes.
12    Q    -- meaning the same thing as the "from
13    natural sources" statement that is in green?
14    A    I don't think I put the two together when I
15    made the purchasing decision.  I did just see
16    "natural," and "from natural sources" just kind of
17    confirms it is natural, being from all natural
18    sources, that it is going to be all natural and not
19    contain artificial.
20    Q    Do you understand them to mean the same
21    thing or something different?
22    A    I understand them to mean the same thing.
23    Q    So basically, the black word "natural" in
24    script, is it intended, at least as far as you are
25    concerned, to mean that the ingredients are from
```

Page 134

1  to make sure that I understand your testimony in
2  this regard.
3          When you purchase or when you purchased the
4  Smucker Natural fruit spread product in the past, I
5  just want to know what you were considering in
6  purchasing the product.
7          I think the first thing you talked about was
8  the taste.  That's important to you, right?
9      A   The flavor is, yes.  So I am looking for a
10 particular flavor, but I am also looking for
11 something that doesn't contain artificial
12 ingredients.
13     Q   I am just going to take you through this.
14 But the taste of the product is important to you,
15 right?
16     A   Yes.
17     Q   And the flavor is important to you, right?
18     A   Yes.
19     Q   And the quality is important to you, right?
20     A   Yes.
21     Q   Price is important to you?
22     A   Yes.
23     Q   And I think we discussed the fact that it
24 contains no high fructose corn syrup is important to
25 you?

Page 141

1    photo that you took?
2        A    Yes.
3        Q    And do you recall how many photos you took?
4        A    I don't.  I took all sides, top and bottom.
5        Q    Final one is this one, is at the bottom.  I
6    can't make very much out here.  Can you?
7        A    I mean, I can see product inside of a jar.
8        Q    Okay.  So we will go back to the
9    interrogatories which are 17.  You there with me?
10       A    Yes, yes.
11       Q    So I think we are on Interrogatory number, I
12   think we were on 2.  We talked about factors you
13   considered in making the purchase; is that right?
14       A    Did we?
15       Q    Just a few minutes ago.  Do you remember
16   that?
17       A    Yes.
18       Q    We talked about quality, taste, flavor,
19   price.  Does that ring a bell?
20       A    Yes, but the -- I was looking for a natural
21   product.
22       Q    Okay.  And that's just another factor?
23       A    I just wanted to make sure that was
24   included.
25       Q    Just to be clear, I know you mention natural

```
                                                       Page 142
 1    in your response here, right, but we went through a
 2    whole bunch of other things you considered as well,
 3    right?  Do you remember that?
 4           MS. KLEIN:  Objection, form.
 5    BY MR. ROTHSTEIN:
 6       Q   Do you remember that?
 7       A   Yes.
 8       Q   So Interrogatory 3 says, "Identify every
 9    labeling, advertising or marketing statement made by
10    Defendant," that's my client, "that you relied on in
11    deciding whether to purchase the product."  Is that
12    basically is the same answer you just went through?
13       A   I made my purchase because the label said it
14    was a natural product that contained no artificial
15    ingredients, so.
16       Q   But the different statements on the label
17    that you considered in purchasing the product, do
18    you remember doing that here today?
19       A   Yes.
20       Q   Now, Interrogatory 4 says, "State all facts
21    including identification of all sources of
22    information that support your contention that each
23    of the labeling and advertising or marketing
24    statements on the product you identified are
25    deceptive, false or misleading."
```

Page 191

1  CERTIFICATE OF COURT REPORTER

2

3  STATE OF GEORGIA       )

4  COUNTY OF GILMER       )

5

6

7        I hereby certify that the foregoing deposition
8  was reported as stated in the caption, by the method of
9  machine shorthand, and the questions and answers
10 thereto were reduced to typewriting by me; that the
11 foregoing pages represent a true, correct, and complete
12 transcript of the evidence given on February 13, 2026,
13 by the witness, Krista Marie Robles, who was first duly
14 sworn by me.

15

16      This the 18th day of February, 2026.

17

18

19

20

21

22

23                    [signature]

                      Richard Bursky, RMR, CRR, CRC
24                    Certified Court Reporter 2509

25