**CROSNER LEGAL, P.C.**
Craig W. Straub (SBN 249032)
*craig@crosnerlegal.com*
Lilach H. Klein (SBN 323202)
*lilach@crosnerlegal.com*
Michael T. Houchin (SBN 305541)
*mhouchin@crosnerlegal.com*
Zachary M. Crosner (SBN 272295)
*zach@crosnerlegal.com*
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429
*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADINA RINGLER, KRISTA ROBLES, JAY SMITH, and JANA RABINOWITZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE J.M. SMUCKER COMPANY,<br><br>Defendant. | Case No. 2:25-cv-01138-AH-E<br><br>**DECLARATION OF PLAINTIFF JAY SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:   May 27, 2026<br>Time:  1:30 p.m.<br>Ctrm:  9C<br>Judge:  Hon. Anne Hwang |

| | |
|---|---|
| 1 | I, Jay Smith, hereby declare as follows: |
| 2 | 1.  I am a named plaintiff and proposed class representative in the matter |
| 3 | styled *Ringler, et al. v. The J.M. Smucker Co.*, Case No. 2:25-cv-01138-AH-E that |
| 4 | is currently pending before this Court. |
| 5 | 2.  I am a citizen of California and reside in Dixon, California. |
| 6 | 3.  I submit this declaration in support of Plaintiffs' Motion for Class |
| 7 | Certification and to Appoint Class Counsel.  I make this declaration based |
| 8 | on my own personal knowledge and if called to testify, I could and would |
| 9 | competently testify to the matters contained herein. |
| 10 | 4.  On February 17, 2026, Defendant took my deposition. Attached |
| 11 | hereto as **Exhibit C** are true and correct copies of excerpts from my deposition |
| 12 | transcript, with highlighting added by my counsel. |
| 13 | 5.  During my deposition, I explained that I purchased the |
| 14 | Smucker's Natural Red Raspberry Fruit Spread product (the "Product") from |
| 15 | Walmart and Safeway retail stores in Dixon, California during the class |
| 16 | period, with my last purchase in approximately June 2025: |
| 17 | Q.   Did you take pictures of the jar? |
| 18 | A.   Yes. |
| 19 | Q.   And did you submit those pictures to your attorneys? |
| 20 | A.   Yes. |
| 21 | Q.   Okay. And what did you take a picture of? |
| 22 | A.   The jar of Smucker's Natural that I had in my fridge. |
| 23 | Q.   Okay. And what flavor was it? |
| 24 | A.   Red raspberry. |
| 25 | . . . |
| 26 | Q.   Mr. Smith, I am going to show you something. You said you bought |
| 27 | the red raspberry variety of the Smucker Natural product; is that right? |
| 28 | A.   That is correct, yes. |

| | | |
|---|---|---|
| 1 | | . . . |
| 2 | Q. | So does this look like the product you purchased? |
| 3 | A. | Yes, it does. |
| 4 | Q. | There's some raspberries – red raspberries on the front of the label? |
| 5 | A. | Yes. |
| 6 | Q. | You can see the name "Red Raspberry Fruit Spread"; is that right? |
| 7 | A. | Yes. |
| 8 | Q. | It says "Smucker's Natural made with ingredients From Natural |
| 9 | | Sources" on the front? |
| 10 | A. | Right. |
| 11 | Q. | That label looks familiar to you? |
| 12 | A. | Yes, it does. |
| 13 | Q. | Okay. So let's walk through this. Tell me how many times you've |
| 14 | | purchased the Smucker Natural product. |
| 15 | A. | Between 12 and 20. |
| 16 | Q. | Okay. And over what time period? |
| 17 | A. | I want to say it was around the pandemic, say five or six years. |
| 18 | Q. | Okay. And about how often would you say you purchased the Smucker |
| 19 | | Natural product? |
| 20 | A. | About every three months. |
| 21 | | . . . |
| 22 | Q. | Where did you purchase Smucker Natural products from? |
| 23 | A. | Walmart. |
| 24 | Q. | Where else? |
| 25 | A. | Safeway. |
| 26 | Q. | Where else? |
| 27 | A. | That's it. |
| 28 | Q. | Okay. And you said that you last purchased Smucker Natural Red |

-2-

1         Raspberry approximately June 2025; is that right?

2     A.    That is correct.

3 Smith Dep. Tr. at 57:12-21; 62:1-5; 63:7 – 64:5; 104:11-21.

4     6.    I read and relied on the Product label when purchasing the Product, including the "natural" and "made with ingredients from natural sources" labeling statements. *See* Smith Dep. Tr. at 54:11-17; 64:6-10; 73:19-25; 107:6-13; 157:22 – 158:1; 159:24 – 160:5; 185:12-15:

    Q.    And what prompted you to want to get involved in this lawsuit?

    A.    I bought the Smucker's Natural thinking that it was natural.

    Q.    Okay. Do you think it's not natural?

    A.    I think the citric acid is derived from a source, I don't think I'd call them natural.

. . .

    Q.    Okay. And what prompted you to purchase it each time you go and purchase it?

    A.    Well, I saw it at the store, and I like red raspberry, and I like natural, and I like no high fructose corn syrup.

. . .

    Q.    And that's very important to your purchase decision, right?

[Objection]

    A.    It's a secondary importance. The fact that it's red raspberry and it's natural were the priorities, but, yes, I do look to avoid high fructose corn syrup whenever possible.

. . .

    Q.    Price has got to be important to some degree, right?

    A.    It is, and I could get a bigger jar of regular Smucker's red raspberry for about the same price as I paid for the Natural, I believe.

    Q.    Okay. So why didn't you buy that?

-3-

*Ringler, et al. v. The J.M. Smucker Co.*, Case No. 2:25-cv-01138-AH-E
DECLARATION OF PLAINTIFF JAY SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

| | | |
|---|---|---|
| 1 | A. | Because I try to get natural – natural ingredients. It's a big selling point. |
| 2 | . . . | |
| 3 | Q. | And the Smucker's name influenced your purchase, right? |
| 4 | [Objection] | |
| 5 | A. | No, not really. It was really about "natural" and "raspberry." |
| 6 | . . . | |
| 7 | Q. | Okay. You must have felt like you got your money's worth, right? |
| 8 | [Objection] | |
| 9 | Q. | Go ahead. |
| 10 | A. | When I was under the presumption that I paid for a natural product, I |
| 11 | | was happy with it. |
| 12 | . . . | |
| 13 | Q. | Okay. But it served its purpose for you, right? |
| 14 | A. | Yes, it did, but I bought it on the presumption that it was all natural. |

15.       7.      I would not have purchased the Product or would not have paid as much as I paid for it if I had known that the labeling statements "natural" and "made with ingredients from natural sources" were false and misleading, and that the Product actually contains an artificial ingredient. *See* Smith Dep. Tr. at 80:4-15; 144:6-13; 140:11-22; 165:10-20; 181:2-11; 184:20 – 185:11; 179:3-9:

| | | |
|---|---|---|
| 20 | Q. | Do you believe you're entitled to your money back? |
| 21 | A. | Yes. |
| 22 | Q. | You want a full refund? |
| 23 | A. | I don't know about a full refund, but certainly I paid more for it, and I |
| 24 | | specifically bought the product because I was under the assumption that |
| 25 | | it was all natural. |
| 26 | . . . | |
| 27 | Q. | Bear with me for one second. Okay. 12, could you tell me what you |
| 28 | | base your view that consumers would not have purchased the |

-4-

*Ringler, et al. v. The J.M. Smucker Co.*, Case No. 2:25-cv-01138-AH-E
DECLARATION OF PLAINTIFF JAY SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

| | | |
|---|---|---|
| 1 | | defendant's product or would have paid less for the product had they |
| 2 | | known it contains, in your words, an artificial ingredient not made from |
| 3 | | natural sources? |
| 4 | A. | Well, I based it on the fact that I wouldn't purchase the product had I |
| 5 | | known that it wasn't actually natural. |
| 6 | . . . | |
| 7 | Q. | Okay. Turn it off. Do you believe that the Smucker Natural product that |
| 8 | | you purchased is unmerchantable? |
| 9 | A. | Unmerchantable? |
| 10 | Q. | Yeah. |
| 11 | A. | What does that word mean? |
| 12 | Q. | Just not sold? |
| 13 | A. | Do I believe the product is not sold? |
| 14 | Q. | No, that it should not be sold. |
| 15 | A. | Oh. No. Once you amended the label, I'm sure it could be sold. |
| 16 | Q. | But assuming -- well, is the product that you purchased, that you |
| 17 | | purchased and you enjoyed and you ate and you thought tasted great, |
| 18 | | did you believe that that product should not have been sold? |
| 19 | A. | I don't believe it should be sold with a label that said "natural" and |
| 20 | | "from natural ingredients." |
| 21 | . . . | |
| 22 | Q. | Right. Okay. Let's continue. Let's go 4 to 9. It says: Please describe the |
| 23 | | damages you contend you and the putative class have suffered. Could |
| 24 | | you tell me whether you think -- how do you believe you've been |
| 25 | | damaged in this case? |
| 26 | A. | I paid a premium for a product that I thought was natural. |
| 27 | . . . | |
| 28 | Q. | Then it says citric acid, right? |

| | | |
|---|---|---|
| 1 | A. | Correct. |
| 2 | Q. | And that's the ingredient you take issue with, right? |
| 3 | A. | Yes. |
| 4 | Q. | And do you know why you have a problem with citric acid in this |
| 5 | | product? |
| 6 | A. | Well, it's created by some biochemical process that I wouldn't call |
| 7 | | natural. |
| 8 | Q. | And why wouldn't you call it natural? |
| 9 | A. | Because it doesn't -- it's not naturally occurring in whatever you're using |
| 10 | | for the source. |
| 11 | . . . | |
| 12 | Q. | Okay. So tell me about all the reasons why you believe the statements |
| 13 | | on the label that you're complaining about here today, "natural" and |
| 14 | | "made from ingredients From Natural Sources" are false or misleading. |
| 15 | [Objection] | |
| 16 | Q. | Go ahead. You can answer. |
| 17 | A. | Well, the process by which the citric acid is created, it's not extracted |
| 18 | | from anything natural, it is made, it is fabricated. |

8. I have remained in contact with my counsel at Crosner Legal, P.C. throughout the course of this litigation and have kept informed of its status. Based on my interactions with my counsel, I believe my counsel has fairly and adequately represented myself and the proposed class and will continue to do so.

9. I understand the responsibilities expected of a Class Representative, which include acting on behalf of the Class's best interests, staying involved and informed about the case, and actively participating in it including making myself available for deposition and trial, and I am able to fulfill such duties. *See* Smith Dep. Tr. at 57:25 – 58:14; 60:7-12; 143:23 – 144:8:

Q. Other than taking pictures of the jar, what else did you do?

1     [Objection]
2     A.     I read whatever paperwork that they sent me.
3     Q.     Okay. Did you comment on any of it?
4     [Objection]
5     A.     I may have. I don't recall commenting on any of it.
6     Q.     Did you see a complaint?
7     A.     Yes.
8     . . .
9     Q.     And do you recall what documents you reviewed?
10     A.     Yes. I forget the terminology for it.
11     Q.     Interrogatories?
12     A.     Yes, thank you, interrogatories, and the complaint itself.
13     . . .
14     Q.     Okay. Now, as you sit here today, in your complaint you say that class members are entitled to damages and restitution for the purchase price of the products and/or the price premium associated with the deceptive representations on the product's labels. You see that?
18     A.     Yes, I do.
19     Q.     Do you believe you're entitled to your money back?
20     A.     Yes.

    10.     I am not aware of any facts or circumstances that would limit my ability to be a plaintiff or represent that class at this stage. To my knowledge, I have no conflict of interest in this case with other members of the class who also purchased the Product. The representation agreement that I signed with Crosner Legal, P.C. at the start of this action does not contain any incentive agreement that guarantees me compensation as a class representative.

    11.     It is my understanding that all the other proposed class members have also purchased the Smucker Natural Fruit Spread Products that are identified in

-7-

1 | Plaintiffs' Motion for Class Certification. I therefore respectfully request that the
2 | Court certify a class of all persons who purchased the Products in California between
3 | February 10, 2021 and the date class notice is disseminated.
4 |
5 |     I declare under penalty of perjury under the laws of the United States that the
6 | foregoing is true and correct.
7 |
8 |     Executed on February 02/24, 2026 in Dixon, California.
9 |
10 | *Jason Matthews Smith (Feb 24, 2026 13:03:28 PST)*
11 | JAY SMITH