# EXHIBIT C

Page 1

1           UNITED STATES DISTRICT COURT FOR THE
              CENTRAL DISTRICT OF CALIFORNIA

2

3      ADINA RINGLER, KRISTA ROBLES,
       JAY SMITH, and JANA
4      RABINOWITZ, individually and
       on behalf of all others
5      similarly situated,
6           Plaintiffs,
                                      CIVIL ACTION FILE
7           vs.
                                      NO. 2:25-cv-01138-AH-E
8      THE J.M. SMUCKER COMPANY,
9           Defendant.
10
11                  VIDEO DEPOSITION OF
12                       JAY SMITH
13                  February 17, 2026
14                      9:02 a.m.
15          TAKEN BY REMOTE VIDEOCONFERENCE
16       Robyn Bosworth, RPR, CRR, CRC, CCR-B-2138
17
18
19
20
21
22
23
24
25

Page 54

1      Q    And who does the shopping in your
2   household?
3      A    I do.
4      Q    All of it?
5      A    Vast majority of it.
6      Q    And how do you -- how do you do the
7   shopping?  Do you get a list from your mother and
8   your stepfather?
9      A    Yes, and then they pay me for stuff I do
10   around the house, and I buy some of my own products.
11      Q    And what prompted you to want to get
12   involved in this lawsuit?
13      A    I bought the Smucker's Natural thinking
14   that it was natural.
15      Q    Okay.  Do you think it's not natural?
16      A    I think the citric acid is derived from a
17   source, I don't think I'd call them natural.
18      Q    Okay.  Do you think it could be natural?
19           MS. KLEIN:  Objection, vague and
20   ambiguous.
21   BY MR. ROTHSTEIN:
22      Q    Go ahead.  You can answer.
23      A    I think that citric acid can be natural.
24      Q    Okay.  Do you think that the source of the
25   citric acid in this case is natural?

Page 57

1            MS. KLEIN:  Objection, vague and

2     ambiguous.

3        A    In regard to?

4     BY MR. ROTHSTEIN:

5        Q    Your involvement.

6        A    They asked me to take some pictures of the

7     jar.

8            MS. KLEIN:  Wait.  Hold on.  Vague and

9     ambiguous, and I'll also caution the witness not to

10    divulge attorney-client communications.

11    BY MR. ROTHSTEIN:

12       Q    Did you take pictures of the jar?

13       A    Yes.

14       Q    And did you submit those pictures to your

15    attorneys?

16       A    Yes.

17       Q    Okay.  And what did you take a picture of?

18       A    The jar of Smucker's Natural that I had in

19    my fridge.

20       Q    Okay.  And what flavor was it?

21       A    Red raspberry.

22       Q    And I'm going to get into a whole bunch of

23    questions with you about that, but bear with me for

24    just a few minutes while I ask you some questions.

25            Other than taking pictures of the jar,

Page 58

```
 1    what else did you do?
 2              MS. KLEIN:  Objection, vague and
 3    ambiguous.
 4        A    I read whatever paperwork that they sent
 5    me.
 6    BY MR. ROTHSTEIN:
 7        Q    Okay.  Did you comment on any of it?
 8              MS. KLEIN:  Same objection, vague and
 9    ambiguous.
10        A    I may have.  I don't recall commenting on
11    any of it.
12    BY MR. ROTHSTEIN:
13        Q    Did you see a complaint?
14        A    Yes.
15        Q    And did you comment on the complaint?
16        A    I don't believe so.
17        Q    Okay.  And did you have any additional
18    calls with Mr. Straub or anyone else in his office
19    around the time that the complaint was filed?
20        A    I don't believe so at that time.
21        Q    Okay.  So you just recall having one
22    conversation with him around the time the complaint
23    was filed?
24        A    Up until more recently.
25        Q    Okay.  So you had one conversation that
```

Page 60

```
 1        Q     Okay.  Did those documents help refresh
 2    your memory in any way?
 3              MS. KLEIN:  Objection, vague and
 4    ambiguous.
 5        A     I don't think they changed anything.
 6    BY MR. ROTHSTEIN:
 7        Q     And do you recall what documents you
 8    reviewed?
 9        A     Yes.  I forget the terminology for it.
10        Q     Interrogatories?
11        A     Yes, thank you, interrogatories, and the
12    complaint itself.
13        Q     Anything else?
14        A     Not that I recall.
15        Q     And when's the second time you met with
16    them?
17        A     Yesterday.
18        Q     And how long did you meet with them
19    yesterday?
20        A     Only for about 10 minutes.  I'm sorry,
21    there was a third -- we did two Zoom meetings, each
22    one lasting less than an hour, and maybe a 10-minute
23    call yesterday.
24        Q     Did you review any advertisements?
25        A     Only the ones that were in the complaint.
```

Page 62

1      Q     Mr. Smith, I am going to show you
2   something.   You said you bought the red raspberry
3   variety of the Smucker Natural product; is that
4   right?
5      A     That is correct, yes.
6      Q     So what I'm going to do is the following:
7   I am going to pull something up.  Just a second,
8   okay, while Jorge pulls those things up.
9           So, Mr. Smith, what I've done -- you may
10  have been on the line for this with some of the
11  other witnesses.  You may have seen that I pulled up
12  a series of images of the Smucker Natural product.
13  Okay?  I'm going to do that here with you today.
14  All right?
15          So what I've done, and I'm going to just
16  show you my screen, I might be able to find a better
17  image of it, but this is the one I've got right now.
18  Okay?
19          Are you able to see my screen now with an
20  image of the Smucker Natural red raspberry product?
21     A     Yes, I am.
22     Q     Do you see that it says "red raspberry"
23  there?
24     A     Yes.
25     Q     Right now we're looking at the Walmart

```
 1   website.  I'm a fan of this Walmart website to the

 2   extent that I am able to show you the labels, and

 3   I'm able to blow them up like this so you can see

 4   them more clearly.  I think you can see them clearly

 5   on your screen; is that right?

 6        A    Yes.

 7        Q    So does this look like the product you

 8   purchased?

 9        A    Yes, it does.

10        Q    There's some raspberries -- red

11   raspberries on the front of the label?

12        A    Yes.

13        Q    You can see the name "Red Raspberry Fruit

14   Spread"; is that right?

15        A    Yes.

16        Q    It says "Smucker's Natural made with

17   ingredients From Natural Sources" on the front?

18        A    Right.

19        Q    That label looks familiar to you?

20        A    Yes, it does.

21        Q    Okay.  So let's walk through this.  Tell

22   me how many times you've purchased the Smucker

23   Natural product.

24        A    Between 12 and 20.

25        Q    Okay.  And over what time period?
```

Page 64

1      A     I want to say it was around the pandemic,

2   say five or six years.

3      Q     Okay.   And about how often would you say

4   you purchased the Smucker Natural product?

5      A     About every three months.

6      Q     Okay.   And what prompted you to purchase

7   it each time you go and purchase it?

8      A     Well, I saw it at the store, and I like

9   red raspberry, and I like natural, and I like no

10  high fructose corn syrup.

11     Q     Okay.  Do you buy other Smucker's

12  products?

13     A     I do not.

14     Q     So this is the only one you buy?

15     A     For myself, yes.

16     Q     Do you buy any Smucker's products for

17  anyone else in your household?

18     A     Yes.

19     Q     And who would that be?

20     A     Mom likes various Smucker's products,

21  strawberry, she buys orange marmalade if you guys

22  make that.

23     Q     Okay.   Are those Smucker Natural or are

24  they just the regular Smucker product?

25     A     No, I buy the Smucker Natural for myself.

Page 73

1        Q    Okay.  I'm going to show you the back of

2    the label.  Let's start with the left-hand side of

3    the label.  It says "Red Raspberry Fruit Spread."

4    Do you see that?

5        A    Yes, I do.

6        Q    Then it says "Made with real fruit and

7    only 4 ingredients."  You see that?

8        A    Yes, I do.

9        Q    And you said that's important to your

10   purchase decision; is that right?

11            MS. KLEIN:  Objection, vague and

12   ambiguous.

13   BY MR. ROTHSTEIN:

14       Q    Go ahead.

15       A    Yes, it's relatively important.

16       Q    Then it says below that with a check mark

17   "No high fructose corn syrup."  Do you see that?

18       A    Yes.

19       Q    And that's very important to your purchase

20   decision, right?

21            MS. KLEIN:  Objection, form.

22       A    It's a secondary importance.  The fact

23   that it's red raspberry and it's natural were the

24   priorities, but, yes, I do look to avoid high

25   fructose corn syrup whenever possible.

Page 80

```
 1        A     Okay.
 2        Q     You learn something every day, right?
 3        A     Huh.
 4        Q     Then it says citric acid, right?
 5        A     Correct.
 6        Q     And that's the ingredient you take issue
 7   with, right?
 8        A     Yes.
 9        Q     And do you know why you have a problem
10   with citric acid in this product?
11        A     Well, it's created by some biochemical
12   process that I wouldn't call natural.
13        Q     And why wouldn't you call it natural?
14        A     Because it doesn't -- it's not naturally
15   occurring in whatever you're using for the source.
16        Q     Okay.  Do you ever drink beer?
17        A     I drink nonalcoholic beer.
18        Q     Okay.  All right.  Do you know how beer is
19   made?
20        A     Vaguely.
21        Q     Okay.  Let me ask you -- bear with me for
22   a second, if you don't mind.  I apologize.  I need
23   to stop sharing for a second.
24              How often do you drink nonalcoholic beer?
25        A     Maybe once a month.
```

Page 104

```
 1       Q    So it says -- when I highlight in purple,
 2   is it harder or easier for you to read?
 3       A    It's easier.
 4       Q    Great.  It says:  Plaintiff Jay Smith
 5   occasionally purchased the Smucker's Natural Red
 6   Raspberry Fruit Spread product from retail stores
 7   near his home in Dixon, California, during the
 8   putative class period.
 9            You see that?
10       A    Yes, I do.
11       Q    Where did you purchase Smucker Natural
12   products from?
13       A    Walmart.
14       Q    Where else?
15       A    Safeway.
16       Q    Where else?
17       A    That's it.
18       Q    Okay.  And you said that you last
19   purchased Smucker Natural Red Raspberry
20   approximately June 2025; is that right?
21       A    That is correct.
22       Q    But you purchased a different Smucker
23   product, not the natural product more recently?
24       A    Never for myself.
25       Q    You purchased --
```

Page 107

1    stamps, money is a little bit tight, right?

2        A    Correct.

3        Q    So you're trying to make your dollars

4    last, right?

5        A    Yes.

6        Q    Price has got to be important to some

7    degree, right?

8        A    It is, and I could get a bigger jar of

9    regular Smucker's red raspberry for about the same

10   price as I paid for the Natural, I believe.

11       Q    Okay.   So why didn't you buy that?

12       A    Because I try to get natural -- natural

13   ingredients.   It's a big selling point.

14       Q    Okay.  But you purchased the Great Value

15   product, right?

16       A    Not for myself, no.

17       Q    You said you ate it, right?

18       A    I said I have eaten it.

19       Q    You said you ate it recently, right?

20       A    Within the past several months.  We're

21   talking about one incident.

22       Q    Was it labeled "natural"?

23       A    No.

24       Q    Did it offend you?

25            MS. KLEIN:  Objection, asked and answered.

                                                          Page 140

1    spread until you finished the one that was in your

2    fridge, right?

3         A    Yes.

4         Q    Okay.  And each time you finished a jar of

5    Smucker's Natural red raspberry fruit spread, you

6    finished the contents in the bottle for the most

7    part, right?

8         A    Yes.

9         Q    You enjoyed the flavor?

10        A    I liked the flavor.

11        Q    You thought you paid a fair price?

12             MS. KLEIN:  Objection, form.

13   BY MR. ROTHSTEIN:

14        Q    Go ahead.

15        A    When I was under the presumption that it

16   was natural, yes.

17        Q    Okay.  You thought you got your money's

18   worth?

19        A    When I thought it was natural, yes.

20        Q    You thought you got what you paid for?

21        A    Once again, under the presumption that it

22   was natural, yes.

23        Q    Okay.  And you enjoyed the taste?

24        A    I did.

25        Q    Okay.  And the presence of citric acid

Page 143

```
 1    when you filed your complaint, right?
 2              MS. KLEIN:  Objection, form.
 3         A    About the specifics about cassava and what
 4    it was, no.
 5    BY MR. ROTHSTEIN:
 6         Q    And no one ever explained to you how the
 7    cassava was fermented, right?
 8         A    No.  I was told about the black mold and
 9    then the use of solvents.
10         Q    To the extent that the cassava is
11    fermented using fungus, that's something you are
12    willing to accept?
13              MS. KLEIN:  Objection, form.
14         A    That it's produced using fungus, yes.
15    BY MR. ROTHSTEIN:
16         Q    Okay.  Is there anything unnatural about
17    that as far as you're aware?
18         A    I don't know where this fungus comes from.
19         Q    Just like you don't know where the
20    bacteria comes from to ferment milk to make cheese
21    or yogurt, right?
22         A    That's right.
23         Q    Okay.  Now, as you sit here today, in your
24    complaint you say that class members are entitled to
25    damages and restitution for the purchase price of
```

Page 144

1    the products and/or the price premium associated

2    with the deceptive representations on the product's

3    labels.

4            You see that?

5    A    Yes, I do.

6    Q    Do you believe you're entitled to your

7    money back?

8    A    Yes.

9    Q    You want a full refund?

10   A    I don't know about a full refund, but

11   certainly I paid more for it, and I specifically

12   bought the product because I was under the

13   assumption that it was all natural.

14   Q    Okay.  And you couldn't tell me today

15   whether you understand it to be all natural or not,

16   right?

17           MS. KLEIN:  Objection, misstates prior

18   testimony.

19   A    Well, I know that there's solvents

20   involved in the process.

21   BY MR. ROTHSTEIN:

22   Q    Okay.  So now it's just the solvents

23   you're concerned about?

24           MS. KLEIN:  Objection, misstates prior

25   testimony and argumentative.

Page 157

1   image of the red raspberries on the front?

2        A    Yeah, they're pleasant enough.

3        Q    That influenced your purchase decision,

4   right?

5        A    The picture of the raspberries, not

6   really.

7        Q    But it had an impact on you.  You noticed

8   it and relied on it when you purchased the product?

9        A    I noticed it, yes.

10       Q    You relied on it too, right?

11       A    Well, I relied on the words more than the

12   picture.

13       Q    But whether it's the "red raspberry" words

14   or the images of red raspberries, you relied on that

15   because that's the flavor of product that you

16   enjoyed and wanted to consume, right?

17       A    Yes, the label as a whole is what

18   initially drew my attention to the product.

19       Q    And the "no high fructose corn syrup"

20   statement influenced your purchase, right?

21       A    Yes.

22       Q    And the Smucker's name influenced your

23   purchase, right?

24            MS. KLEIN:  Objection, vague.

25       A    No, not really.  It was really about

Page 158

1   "natural" and "raspberry."

2   BY MR. ROTHSTEIN:

3       Q    Did you grow up with Smucker's products as

4   a kid?

5       A    Yes.

6       Q    Was it something your mother bought when

7   you grew up?

8       A    Yeah, something I remember more from my

9   grandparents.

10      Q    Would you call it a generational product

11  in your family?

12      A    Yes.

13      Q    Okay.  And does the "Established 1897"

14  statement have an impact on you?

15      A    Not really, no.

16      Q    Okay.  Is this another image of the

17  product that you purchased?

18           (Exhibit Number 36 was marked for

19  identification.)

20      A    Yes.

21  BY MR. ROTHSTEIN:

22      Q    This is Exhibit 36.  And this identifies

23  the four ingredients; is that right?

24      A    That's correct.

25      Q    It says "no high fructose corn syrup"; is

                                                        Page 159

1    that right?

2         A    That's right.

3         Q    And it says "no artificial flavors or

4    colors"; is that right?

5         A    Yes, it does.

6         Q    And you relied on those statements when

7    you made the purchase?

8         A    Yes, I did.

9              MS. KLEIN:  Objection, form.

10   BY MR. ROTHSTEIN:

11        Q    And let's go to 38 -- 37, rather.

12             (Exhibit Number 37 was marked for

13   identification.)

14   BY MR. ROTHSTEIN:

15        Q    37 is another image of the almost empty

16   jar of Smucker Natural red raspberry fruit spread,

17   right?

18        A    Yes, it is.

19        Q    Okay.  It's almost empty, so you must have

20   enjoyed it, right?

21             MS. KLEIN:  Objection, form.

22        A    Yes.

23   BY MR. ROTHSTEIN:

24        Q    Okay.  You must have felt like you got

25   your money's worth, right?

```
                                              Page 160

 1              MS. KLEIN:  Objection, form.
 2    BY MR. ROTHSTEIN:
 3         Q    Go ahead.
 4         A    When I was under the presumption that I
 5    paid for a natural product, I was happy with it.
 6         Q    All right.  Just so I'm clear, it has four
 7    ingredients, right?
 8         A    Yes, it does.
 9         Q    The red raspberries are the biggest
10    component, right?
11         A    Right.
12         Q    And you believe those are natural, right?
13         A    Yes, I do.
14         Q    Contains sugar, right?
15         A    Yes, it does.
16         Q    The second most prevalent ingredient,
17    right?
18         A    Right.
19         Q    That's natural, right?
20         A    Yes.
21         Q    Contains fruit pectin, right?
22         A    Right.
23         Q    And that's natural as far as you're
24    concerned, right?
25         A    As far as I know, yes, it is.
```

Page 165

1       Q     Fair enough.

2             Number 4:  State all facts including by

3       identifying all sources of information that support

4       your contention that each of the labeling,

5       advertising or marketing statements on the product

6       you identified in interrogatory number 3, if any,

7       are deceptive, false or misleading.

8             Do you see that?

9       A     Yes.

10      Q     Okay.  So tell me about all the reasons

11      why you believe the statements on the label that

12      you're complaining about here today, "natural" and

13      "made from ingredients From Natural Sources" are

14      false or misleading.

15            MS. KLEIN:  Objection, asked and answered.

16      BY MR. ROTHSTEIN:

17      Q     Go ahead.  You can answer.

18      A     Well, the process by which the citric acid

19      is created, it's not extracted from anything

20      natural, it is made, it is fabricated.

21      Q     Do you think a fermentation is not an

22      extraction?

23      A     I don't know that all fermentation is the

24      same or different.

25      Q     Okay.  Do you understand fermentation to

Page 179

1      Q    Go ahead.

2      A    Yes, it does.

3      Q    Right.  Okay.  Let's continue.  Let's go

4   to 9.  It says:  Please describe the damages you

5   contend you and the putative class have suffered.

6           Could you tell me whether you think -- how

7   do you believe you've been damaged in this case?

8      A    I paid a premium for a product that I

9   thought was natural.

10     Q    Okay.  And how much was that premium?

11     A    I'm not sure.

12     Q    Okay.  Could you estimate what you think

13  it was?

14     A    Not really.  Not without checking my

15  receipts.

16     Q    Okay.  If you paid $4 for the product,

17  could you estimate what the premium would have been?

18     A    No.

19          MS. KLEIN:  Objection, calls --

20  BY MR. ROTHSTEIN:

21     Q    If the product was on sale or promotion,

22  would the premium be the same?

23          MS. KLEIN:  Objection, calls for

24  speculation.

25  BY MR. ROTHSTEIN:

Page 181

1       A    Yes, I think so.

2       Q    Bear with me for one second.

3            Okay.   12, could you tell me what you base

4    your view that consumers would not have purchased

5    the defendant's product or would have paid less for

6    the product had they known it contains, in your

7    words, an artificial ingredient not made from

8    natural sources?

9       A    Well, I based it on the fact that I

10   wouldn't purchase the product had I known that it

11   wasn't actually natural.

12      Q    Just out of curiosity, knowing now that

13   the citric acid is made from cassava, which is

14   natural, does that change your view?

15           MS. KLEIN:  Objection, vague and

16   ambiguous.

17   BY MR. ROTHSTEIN:

18      Q    Go ahead.

19      A    No, I still don't consider it natural.

20      Q    Okay.  13, skip over that.  I think we've

21   answered number 14 for the most part.  Number 15, I

22   don't think that's at issue here.  Okay.  Let's move

23   on.  All right.

24           Do you know how much you paid for the

25   Smucker Natural product you purchased?

Page 184

1    probably see the same price for this product?

2              MS. KLEIN:   Objection, calls for

3    speculation.

4        A    Yeah, I don't know.  I assume that

5    discount stores like Walmart, WinCo would be cheaper

6    than Target or other stores.  That's just an

7    assumption.

8    BY MR. ROTHSTEIN:

9        Q    But across the product line, you would

10   expect the price to be approximately the same at a

11   particular store whether it's red raspberry or

12   blueberry or triple berry?

13       A    Yes.

14       Q    But depending store to store, whether

15   they're a major discounter or local supermarket, the

16   prices may be different from store to store, chain

17   to chain?

18       A    Yes.

19       Q    Okay.  Turn it off.

20            Do you believe that the Smucker Natural

21   product that you purchased is unmerchantable?

22       A    Unmerchantable?

23       Q    Yeah.

24       A    What does that word mean?

25       Q    Just not sold?

Page 185

```
 1        A    Do I believe the product is not sold?
 2        Q    No, that it should not be sold.
 3        A    Oh.  No.  Once you amended the label, I'm
 4   sure it could be sold.
 5        Q    But assuming -- well, is the product that
 6   you purchased, that you purchased and you enjoyed
 7   and you ate and you thought tasted great, did you
 8   believe that that product should not have been sold?
 9        A    I don't believe it should be sold with a
10   label that said "natural" and "from natural
11   ingredients."
12        Q    Okay.  But it served its purpose for you,
13   right?
14        A    Yes, it did, but I bought it on the
15   presumption that it was all natural.
16        Q    Okay.  Understood.  But at least for your
17   perspective it served the purpose that you intended
18   it to be purchased for, right?
19        A    Yeah, it worked as a spread, yes.
20        Q    Okay.  Okay.
21             MR. ROTHSTEIN:  We don't need to go off
22   the record, but I'm getting pretty close here, guys,
23   so let me just look through my materials here to
24   make sure I haven't missed anything.  Okay.
25   BY MR. ROTHSTEIN:
```

Page 200

1                         CERTIFICATE
2     STATE OF GEORGIA:
      COUNTY OF FULTON:
3
4         I hereby certify that the foregoing transcript
      was taken down, as stated in the caption, and the
5     colloquies, questions and answers were reduced to
      typewriting under my direction; that the transcript
6     is a true and correct record of the evidence given
      upon said proceeding.
7         I further certify that I am not a relative or
      employee or attorney of any party, nor am I
8     financially interested in the outcome of this
      action.
9         I have no relationship of interest in this
      matter which would disqualify me from maintaining my
10    obligation of impartiality in compliance with the
      Code of Professional Ethics.
11        I have no direct contract with any party in
      this action and my compensation is based solely on
12    the terms of my subcontractor agreement.
          Nothing in the arrangements made for this
13    proceeding impacts my absolute commitment to serve
      all parties as an impartial officer of the court.
14
15        This the 23rd day of February, 2026.
16
17
18
19        ROBYN BOSWORTH, RPR, CRR, CRC, CCR-B-2138
20
21
22
23
24
25