**CROSNER LEGAL, P.C.**
Craig W. Straub (SBN 249032)
*craig@crosnerlegal.com*
Lilach H. Klein (SBN 323202)
*lilach@crosnerlegal.com*
Michael T. Houchin (SBN 305541)
*mhouchin@crosnerlegal.com*
Zachary M. Crosner (SBN 272295)
*zach@crosnerlegal.com*
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429
***Attorneys for Plaintiffs and the Proposed Class***

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADINA RINGLER, KRISTA ROBLES, JAY SMITH, and JANA RABINOWITZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE J.M. SMUCKER COMPANY,<br><br>Defendant. | Case No. 2:25-cv-01138-AH-E<br><br>**DECLARATION OF PLAINTIFF JANA RABINOWITZ IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:  May 27, 2026<br>Time:  1:30 p.m.<br>Ctrm:  9C<br>Judge:  Hon. Anne Hwang |

I, Jana Rabinowitz, hereby declare as follows:

1. I am a named plaintiff and proposed class representative in the matter styled *Ringler, et al. v. The J.M. Smucker Co.*, Case No. 2:25-cv-01138-AH-E that is currently pending before this Court.

2. I am a citizen of New York and reside in Glen Cove in Long Island, New York.

3. I submit this declaration in support of Plaintiffs' Motion for Class Certification and to Appoint Class Counsel. I make this declaration based on my own personal knowledge and if called to testify, I could and would competently testify to the matters contained herein.

4. On February 11, 2026, Defendant took my deposition. Attached hereto as **Exhibit D** are true and correct copies of excerpts from my deposition transcript, with highlighting added by my counsel.

5. During my deposition, I explained that I purchased the Smucker's Natural Strawberry Fruit Spread product (the "Product") from retail stores in New York, including Shoprite, with my last purchase in approximately the beginning of 2025. *See* Rabinowitz Dep. Tr. at 85:18 – 86:2; 89:9-13; 90:8-21; 91:2-9; 147:9-19:

> Q. And it says, "Purchased the Smucker's Natural Strawberry Fruit Spread product from a retail store near her home in Bayville, New York around the beginning of 2025." Is that right?
>
> A. Yes.
>
> Q. And what store was that?
>
> A. ShopRite, Holiday Farms. I mean, I would get it a lot, because I was trying to make all my mom's stuff, so yeah, ShopRite.
>
> . . .
>
> Q. You can go ahead. I didn't mean to interrupt you.
>
> A. Oh, I said that's the -- the strawberry is the one that I definitely use the most, I would say, definitely.

| | | |
|---|---|---|
| 1 | | . . . |
| 2 | Q. | Is this -- if I sort of run my cursor across this, is this the product that |
| 3 | | you say you -- |
| 4 | A. | Yes. |
| 5 | Q. | -- purchased? Okay. Do you have that in your fridge right now? |
| 6 | A. | No. |
| 7 | Q. | Okay. When is the last time you had it? |
| 8 | A. | I would never buy it again. |
| 9 | Q. | When was the last time you had it? |
| 10 | A. | Like last - - this year. This last year. |
| 11 | Q. | When was that? |
| 12 | A. | 2025. |
| 13 | | . . . |
| 14 | Q. | If you could, just tell me the last time you purchased it. |
| 15 | [Objection] | |
| 16 | Q. | Go ahead. |
| 17 | A. | I don't know. Last year, January. Like I'm - - a lot of the holiday times, |
| 18 | | December, January. Then like Valentine -- like I make all those things |
| 19 | | during like – those times, I would say. |
| 20 | | . . . |
| 21 | Q. | Okay. How many times do you believe in the last four years did you |
| 22 | | purchase the Smucker Natural product? |
| 23 | A. | So many times. |
| 24 | Q. | Many times? |
| 25 | A. | Yeah. |
| 26 | Q. | Okay. And in each instance, did you always buy the strawberry? |
| 27 | A. | Almost every time, but I have bought the berry, and I've tried other |
| 28 | | flavors. But for all what I make and stuff, almost every time strawberry. |

6. I read and relied on the Product label when purchasing the Product, including the "natural" and "made with ingredients from natural sources" labeling statements. *See* Rabinowitz Dep. Tr. at 91:23 – 92:6; 92:17 – 93:2; 149:16-23; 150:18-22:

> Q. Okay. I'm showing you the front label, if you will. It's a round jar, so there's no real front, but to the extent that this is sort of the consumer-facing part of the label when you go to the grocery store, if it's aligned correctly, what do you notice initially on this label?
>
> A. Natural, the fruit, the no high fructose, the colors, the green; the green, I want to feel like it's really natural, like it's coming from the ground.
>
> . . .
>
> Q. Okay. Do you see the 40 calories per –
>
> A. Yes.
>
> Q. -- it says tablespoon?
>
> A. Yes.
>
> Q. Does that influence your purchase decision?
>
> A. No.
>
> Q. Is that an important statement to you?
>
> [Objection]
>
> A. No, just the natural is really the only thing that's important to me.
>
> . . .
>
> Q. No, I'm asking at the time, did you feel at the time when you consumed the entire jar, each time you purchased Smucker Natural Strawberry Fruit Spread, did you feel like you got what you paid for?
>
> A. I thought so, with the four ingredient and the natural words, and yeah, at the time, of course.
>
> . . .
>
> Q. You never looked at any Internet advertising for Smucker Natural

1 product?
2 A. No. I never thought it was an issue because it had the four ingredients,
3 and I thought it was natural, so no.
4 7. I would not have purchased the Product or would not have paid as much
5 as I paid for it if I had known that the labeling statements "natural" and "made with
6 ingredients from natural sources" were false and misleading, and that the Product
7 actually contains an artificial ingredient. *See* Rabinowitz Dep. Tr. at 86:15 – 87:13;
8 175:8-25; 178:13 – 180:7:
9 Q. Okay. So look at paragraph 15, if you could. Okay. Do you see in
10 Paragraph 15, it says, "Plaintiffs would not have purchased the
11 Products, or would have paid less for the Products, had they known the
12 Products, had they known the Products contains" - - I think that's a typo
13 - - "an artificial ingredient."
14 Do you see that?
15 A. Yes.
16 Q. Okay, so you tell me, would you not have purchased the product or
17 would you have paid less for the product?
18 A. Not purchased, most likely. But if I needed it, definitely paid less.
19 Q. Okay.
20 A. Like sometimes I need – you know what I mean? If you need something
21 and there is nothing else.
22 Q. Okay. But let's talk about the purchases that you made of the Smucker
23 Natural Strawberry Fruit Spread.
24 A. Okay.
25 Q. Would you not have purchased the product or would you have paid less
26 for the product?
27 A. Definitely would not have purchased the Product.
28 . . .

-4-
*Ringler, et al. v. The J.M. Smucker Co.*, Case No. 2:25-cv-01138-AH-E
DECLARATION OF PLAINTIFF JANA RABINOWITZ IN SUPPORT OF PLAINTIFFS' MOTION
FOR CLASS CERTIFICATION

| | | |
|---|---|---|
| 1 | Q. | Okay. And what is the source of the damage that you contend was |
| 2 | | caused by my client's product to you? |
| 3 | [Objection] | |
| 4 | Q. | Go ahead. |
| 5 | A. | Just that we're paying full -- a high price for something that says natural |
| 6 | | that's not natural. It's not -- it's not just about me. I'm really here to help |
| 7 | | people that have paid for this get money back for each bottle that they |
| 8 | | bought just for the purpose of it being natural. |
| 9 | Q. | But your problem with it is that it contains citric acid; is that right? |
| 10 | A. | Yes. |
| 11 | Q. | Okay. |
| 12 | A. | That the citric acid isn't natural. Not that it contains it, but the citric acid |
| 13 | | isn't natural. |
| 14 | . . . | |
| 15 | Q. | Okay. All right. Had you known that the product that you purchased |
| 16 | | made by my client, the Smucker Natural Fruit Spread product, |
| 17 | | contained citric acid, how much less would you have paid for it? |
| 18 | [Objection] | |
| 19 | A. | I wouldn't have bought it if I knew that this mold -- like human-created |
| 20 | | mold situation. I wouldn't have bought it, honestly. |
| 21 | Q. | Okay. So it's not an issue of overpaying for the product or paying a |
| 22 | | premium for the product to you; it is that you simply would not have |
| 23 | | purchased the product at all? |
| 24 | A. | Well, I only pay overprice for something that I -- is natural. Like again, |
| 25 | | those four ingredients, that's what I wanted to believe was natural in my |
| 26 | | house. So that's -- like that four ingredients, I told you I like the less |
| 27 | | ingredient things, so that to me was like, okay, like, this is fine, and then |
| 28 | | finding out that it wasn't. No, I wouldn't have -- I only would pay money |

|  |  |  |
|---|---|---|
| 1 |  | for something that I feel is natural, clean, no – no preservatives, none |
| 2 |  | of that. |
| 3 | Q. | So you're telling me that had you known that the product contained |
| 4 |  | citric acid, you would not have bought it at all? |
| 5 | A. | Citric acid from mold, no. |
| 6 | Q. | Okay. |
| 7 | A. | No. I don't want a lab process. I want -- like when a product says |
| 8 |  | natural, I expect it to come directly from nature, not a lab process. |
| 9 | Q. | So you're not claiming that you overpaid for the product, right? |
| 10 | A. | Well, I definitely overpaid, because if it wasn't natural, I could have just |
| 11 |  | got something that wasn't -- that was cheaper that wasn't good. So yeah, |
| 12 |  | I definitely feel like me and everybody that bought it overpaid, because |
| 13 |  | I think a lot of people buy it just because it's natural. That's why I bought |
| 14 |  | it. |

8. I have remained in contact with my counsel at Crosner Legal, P.C. throughout the course of this litigation and have kept informed of its status. Based on my interactions with my counsel, I believe my counsel has fairly and adequately represented myself and the proposed class and will continue to do so.

9. I understand the responsibilities expected of a Class Representative, which include acting on behalf of the Class's best interests, staying involved and informed about the case, and actively participating in it including making myself available for deposition and trial, and I am able to fulfill such duties. *See* Rabinowitz Dep. Tr. at 43:15-22; 43:25 – 44:5; 44:11-14; 226:11-17:

|  |  |  |
|---|---|---|
| 24 | Q. | Okay. What's your understanding of why you are here today? |
| 25 | A. | What's my understanding? I want to help people that were lied to, |
| 26 |  | especially because there's so many people that don't have money, and I |
| 27 |  | want to help them get their money back for the fact that -- the sole fact |
| 28 |  | that they bought something because they thought it was natural. |

-6-
*Ringler, et al. v. The J.M. Smucker Co.*, Case No. 2:25-cv-01138-AH-E
DECLARATION OF PLAINTIFF JANA RABINOWITZ IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

| | | |
|---|---|---|
| 1 | | … |
| 2 | Q. | And can you tell me in your own words what this lawsuit is about? |
| 3 | A. | This lawsuit is about Smucker's using solvents and mold derivative, |
| 4 | | citric acid in the products, and writing and claiming natural. It's not |
| 5 | | natural. It's definitely not natural. |
| 6 | | … |
| 7 | Q. | Okay. Did you understand when you got involved in this lawsuit that |
| 8 | | you might be paid in some way? |
| 9 | A. | I'm really just here to get all these people money back. |
| 10 | | … |
| 11 | Q | How much more time do you expect to spend on this lawsuit going |
| 12 | | forward? |
| 13 | A. | I want to help people get their money back for things that they -- that |
| 14 | | aren't true, the claims that aren't -- natural claims that aren't true. So I'll |
| 15 | | fight until I need to for the people. Like no one else is doing it. |

10. I am not aware of any facts or circumstances that would limit my ability to be a plaintiff or represent that class at this stage. To my knowledge, I have no conflict of interest in this case with other members of the class who also purchased the Product. The representation agreement that I signed with Crosner Legal, P.C. at the start of this action does not contain any incentive agreement that guarantees me compensation as a class representative.

11. It is my understanding that all the other proposed class members have also purchased the Smucker Natural Strawberry Fruit Spread Product that is identified in Plaintiffs' Motion for Class Certification. I therefore respectfully request that the Court certify a class of all persons who purchased the Product in New York between February 10, 2022 and the date class notice is disseminated.

I declare under penalty of perjury under the laws of the United States that the

1 | foregoing is true and correct.
2
3 |     Executed on February  24    , 2026 in Glen Cove, New York.
4
5 |                                     Jana Rabinowitz (Feb 24, 2026 16:28:35 EST)
6 |                                 JANA RABINOWITZ

-8-

*Ringler, et al. v. The J.M. Smucker Co.*, Case No. 2:25-cv-01138-AH-E
DECLARATION OF PLAINTIFF JANA RABINOWITZ IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION