# EXHIBIT D

Page 1

1                    UNITED STATES DISTRICT COURT

2                    CENTRAL DISTRICT OF CALIFORNIA

3

4       ADINA RINGLER, KRISTA            )   Case No.

        ROBLES, JAY SMITH, and JANA      )   2:25-cv-01138-AH-E

5       RABINOWITZ individually and      )

        on behalf of all others          )

6       similarly situated,              )

                                         )

7                       Plaintiffs,      )

                                         )

8           vs.                          )

                                         )

9       THE J. M. SMUCKER COMPANY,       )

                                         )

10                      Defendant.       )

        _____ )

11

12

13

14

15

               VIDEOTAPED VIDEOCONFERENCE ZOOM DEPOSITION OF

16                     JANA NICOLE RABINOWITZ

17                      February 11, 2026

                          10:04 a.m.

18                    Long Island, New York

19

20

21

22

23

24          Reported by:  Marcella Daughtry, CRR, RMR, RPR

25                     CA CSR 14315

Page 43

1           MR. STRAUB:  Objection.

2           Just don't mention --

3           THE WITNESS:  Anything with you?

4           MR. STRAUB:  -- conversations with me, yes.

5           MR. ROTHSTEIN:  Well, before she signed an

6     engagement letter and retention of her, I can ask her

7     about that.  Go ahead.

8           MR. STRAUB:  If you are seeking legal advice

9     from me, that is privileged, so don't discuss it.

10          THE WITNESS:  Yeah.

11     Q    BY MR. ROTHSTEIN:  You can answer.

12     A    I wasn't really seeking anything.  I really was

13     like generally upset as a health coach.  That's all.

14     I -- that's really it.  That's the truth.

15     Q    Okay.  What's your understanding of why you are

16     here today?

17     A    What's my understanding?  I want to help people

18     that were lied to, especially because there's so many

19     people that don't have money, and I want to help them get

20     their money back for the fact that -- the sole fact that

21     they bought something because they thought it was

22     natural.

23     Q    Okay.

24     A    That's why.

25     Q    And can you tell me in your own words what this

Page 44

1    lawsuit is about?

2        A    This lawsuit is about Smucker's using solvents

3    and mold derivative, citric acid in the products, and

4    writing and claiming natural.  It's not natural.  It's

5    definitely not natural.

6        Q    Okay.  And did you sign an engagement letter?

7        A    No.

8        Q    Did you receive anything to sign from your

9    attorneys?

10        A    I don't recall.

11        Q    Okay.  Did you understand when you got involved

12    in this lawsuit that you might be paid in some way?

13        A    I'm really just here to get all these people

14    money back.

15        Q    I understand.  But did you understand that you

16    might be entitled to an incentive award?

17        A    I have no idea.  I'm not -- I'm really not

18    thinking about that.

19        Q    I understand.  But was there an agreement

20    signed that --

21        A    No.

22        Q    -- described an incentive award?

23        A    Not at all.

24        Q    Okay.

25        A    Do I want to help people get their money back?

Page 85

1    'made with ingredients FROM NATURAL SOURCES.'"

2         Is that right?

3    A    Yes.

4    Q    And then you say, "These representations are

5    false because the Products contain citric acid, an

6    artificial ingredient not made from natural sources."

7         Is that right?

8    A    Definitely.

9    Q    Okay.  Continuing on, there are a couple of

10   paragraphs that are about you, and I've got those in

11   front of us, and you are -- you are free to scroll

12   through your own document, but I've got them --

13   A    Yeah.

14   Q    -- up on my screen if that makes it easier.

15        So it says, "Plaintiff Jana Rabinowitz."  Is

16   that you?

17   A    Yes, it is.

18   Q    And it says, "Purchased the Smucker's Natural

19   Strawberry Fruit Spread product from a retail store near

20   her home in Bayville, New York around the beginning of

21   2025."

22        Is that right?

23   A    Yes.

24   Q    And what store was that?

25   A    ShopRite, Holiday Farms.  I mean, I would get

Page 86

1   it a lot, because I was trying to make all my mom's

2   stuff, so yeah, ShopRite.

3          Q    Okay.  And that's in Bayville?

4          A    No, it's not.  ShopRite is not.  ShopRite is in

5   Plainview, on the border of Hicksville.  It's near my

6   home -- was.  I don't live there anymore.  I moved.

7          Q    Okay.  What store did you shop at at Bayville?

8          A    Well, it's near -- it's near Bayville, but I've

9   been to Holiday Farms and got it, which is near Bayville.

10  ShopRite is like 15 minutes away.  And then there is like

11  small, little, cute supermarkets that I've got it right

12  near Bayville.

13         Q    Okay.

14         A    I hop around.  I hop around.

15         Q    Okay.  So look at paragraph 15, if you could.

16  Okay.  Do you see in paragraph 15, it says, "Plaintiffs

17  would not have purchased the Products, or would have paid

18  less for the Products, had they known that the Products

19  contains" -- I think that's a typo -- "an artificial

20  ingredient."

21               Do you see that?

22         A    Yes.

23         Q    Okay.  So just tell me, would you have not

24  purchased the product or would you have paid less for the

25  product?

Page 87

1          A    Not purchased, most likely.   But if I needed
2     it, definitely paid less.
3          Q    Okay.
4          A    Like sometimes I need -- you know what I mean?
5     If you need something and there is nothing else.
6          Q    Okay.   But let's just talk about the purchases
7     that you made of the Smucker Natural Strawberry Fruit
8     Spread.
9          A    Okay.
10          Q    Would you have not purchased the product or
11     would you have paid less for the product?
12          A    Definitely would not have purchased the
13     product.
14          Q    Okay.   Fair enough.
15          A    Definitely.
16          Q    All right.   Moving on, you go on to say, "The
17     Products' front labels" -- I'm looking at paragraph 17.
18     Do you see that?
19          A    Yeah.
20          Q    "The Products' front labels contain images of
21     fresh fruit and prominently represent that the Products
22     are 'natural' and 'made with ingredients from natural
23     sources' thereby misleading reasonable consumers into
24     believing that the Products contain only natural
25     ingredients and are free from artificial ingredients."

Page 89

1    for itself.

2            THE WITNESS:  I definitely said strawberry.

3    That's in a lot of -- that's the one I use.  I definitely

4    said strawberry.

5        Q    BY MR. ROTHSTEIN:  Okay.  Fair enough.

6        A    What I --

7        Q    Go ahead.

8        A    Most...

9        Q    You can go ahead.  I didn't mean to interrupt

10   you.

11       A    Oh, I said that's the -- the strawberry is the

12   one that I definitely use the most, I would say,

13   definitely.

14       Q    Okay.  So I will show you some images of the

15   strawberry product, but what I'm gonna do is, I'm gonna

16   stop sharing my screen --

17       A    Okay.

18       Q    -- for right now.

19            And I'll show you an exhibit, but I'm gonna

20   share my screen with you again.  Okay?

21       A    Okay.

22       Q    This time I'm gonna show you the product.  All

23   right?  So just bear with me.

24            Do you see my screen right now?

25       A    Yes.

Page 90

1     Q    With Smucker Natural product?

2     A    Uh-huh.

3     Q    Okay.  And if I run my cursor over it, you can

4  see the product is blown up in a larger --

5     A    Yes.

6     Q    In a larger way, okay?

7     A    Yeah.

8     Q    Is this -- if I sort of run my cursor across

9  this, is this the product that you say you --

10    A    Yes.

11    Q    -- purchased?

12         Okay.  Do you have that in your fridge right

13  now?

14    A    No.

15    Q    Okay.  When is the last time you had it?

16    A    I would never buy it again.

17    Q    When is the last time you had it?

18    A    Like last -- this year, this last year.

19    Q    When was that?

20    A    2025.

21    Q    When?

22    A    I -- as soon as I found out about it, I was

23  disgusted.  I really was.  No offense to you.  I don't

24  know why you would take offense.

25         But yeah, now no more.  Anytime I hear

Page 91

1    anything, I get rid of it.

2        Q    If you could, just tell me the last time you

3    believe you purchased it.

4            MR. STRAUB:  Objection.  Asked and answered.

5        Q    BY MR. ROTHSTEIN:   Go ahead.

6        A    I don't know.  Last year, January.  Like I'm --

7    a lot of holiday times, December, January.  Then like

8    Valentine -- like I make all those things during like

9    the -- those times, I would say.

10       Q    Okay.

11       A    The most.

12       Q    So did you buy it in December of 2025?

13       A    No.

14       Q    Did you buy it in November of 2025?

15       A    No.

16       Q    Okay.  Did you --

17       A    As soon as I got -- whatever day that I was

18   like -- found out about it, I never bought it again.

19       Q    Okay.  Let me just ask you to look at this

20   label here.  Let me see if I can make this a little bit

21   bigger.  All right.  Can you see it?

22       A    Yeah.

23       Q    Okay.  I'm just showing you the front label, if

24   you will.  It's a round jar, so there's no real front,

25   but to the extent that this is sort of the

Page 92

1    consumer-facing part of the label when you go to the
2    grocery store, if it's aligned correctly, what do you
3    notice initially on this label?
4        A    Natural, the fruit, the no high fructose, the
5    colors, the green; the green, I want to feel like it's
6    really natural, like it's coming from the ground.
7        Q    Okay.
8        A    Definitely.
9        Q    Do you notice the non-GMO certification --
10       A    Yeah.
11       Q    -- on here?
12       A    That's why I wanted to trust it, and I'm so
13   upset about it.
14       Q    Is the non-GMO important to you when you are
15   purchasing this product?
16       A    It was important to me, yeah.
17       Q    Okay.  Do you see the 40 calories per --
18       A    Yes.
19       Q    -- it says tablespoon?
20       A    Yes.
21       Q    Does that influence your purchase decision?
22       A    No.
23       Q    Okay.  Is that an important statement to you?
24           MR. STRAUB:  Objection.  Asked and answered.
25       Q    BY MR. ROTHSTEIN:  You can answer.

Page 93

```
 1        A    No, just the natural is really the only thing
 2    that's important to me.
 3        Q    Okay.  So it says, "Smucker's Natural, made
 4    with ingredients from natural sources."
 5             Do you see that?
 6        A    Yes.
 7        Q    Okay.  And what's your understanding of those
 8    statements?
 9        A    Just especially it's estimated 18, what, 97.
10    Like, you just want to feel like it's from back -- old
11    school back in the day, clean, family.  It's giving
12    family -- I can't explain it.  Like, it's just like it's
13    been a staple in my family, so like this just seems like
14    I'm eating natural, clean, I can trust it.
15             It's like the way they label it, honestly, now
16    that I'm even looking at it even more with the estimated.
17    It just feels like it came from a -- it should be from
18    like a really natural place.
19        Q    Okay.  So the date, the -- I think it's
20    established.  I think that's what EST means.
21        A    Oh, established.
22        Q    1897.
23        A    Right.
24        Q    That's -- that's an important statement to you?
25        A    I mean, just the fact of the matter that it's
```

Page 147

1      Q    Do you remember what you paid for the product?

2      A    No, just -- I don't remember exact.

3      Q    Okay.  Do you know approximately what you paid

4    for it?

5      A    No.

6      Q    Okay.  Do you think you overpaid for the

7    product?

8      A    Yeah.

9      Q    Okay.  How many times do you believe in the

10   last four years did you purchase the Smucker Natural

11   product?

12     A    So many times.

13     Q    Many times?

14     A    Yeah.

15     Q    Okay.  And in each instance, did you always buy

16   the strawberry?

17     A    Almost every time, but I have bought the berry,

18   and I've tried other flavors.  But for all what I make

19   and stuff, almost every time strawberry.

20     Q    And on each purchase, did you use the entire

21   jar until it was finished?

22     A    Yeah.

23     Q    Did the -- did you find the flavor to be

24   enjoyable?

25     A    Well, yeah, growing up, of course.

Page 149

1              (The requested portion of the record was read

2      by the court reporter.)

3              MR. ROTHSTEIN:  Okay.  Got it.

4      Q    BY MR. ROTHSTEIN:  Did it meet your

5      expectations from a quality perspective?

6              MR. STRAUB:  Objection, vague.

7      Q    BY MR. ROTHSTEIN:  Go ahead.

8      A    Yes, at the time.

9      Q    Okay.

10     A    Before the knowledge.

11     Q    Did you feel like you got what you paid for?

12             MR. STRAUB:  Objection.  It calls for

13     speculation.

14     Q    BY MR. ROTHSTEIN:  Go ahead.

15     A    Not -- no.

16     Q    No, I'm asking at the time, did you feel at the

17     time when you consumed the entire jar, each time you

18     purchased Smucker Natural Strawberry Fruit Spread, did

19     you feel like you got what you paid for?

20     A    I thought so, with the four ingredient and the

21     natural words, and yeah, at the time, of course.

22     Q    Okay.

23     A    I felt safe with it, and now I don't.

24     Q    Okay.  Okay.  I'm scrolling down just so you

25     can follow.

Page 150

1           You can scroll in your own document as well if

2     you'd like.  What's easier for you?

3           A    I'm watching yours.

4           Q    Okay.  The third interrogatory is, "Identify

5     every labeling, advertising, or marketing statement made

6     by Defendant" -- that would be my client -- "that You

7     relied on in deciding whether to purchase the Product."

8           I think we've discussed a lot of those in

9     connection with the prior interrogatory.  Do you recall

10    that?

11          A    Yeah.

12          Q    Okay.  I just want to be clear about something.

13    Did you ever look at or rely on any other advertising

14    besides the jar that you saw at the grocery store?

15          A    Can you repeat that?

16          Q    Did you ever rely on any other advertising?

17          A    No.

18          Q    You never looked at any Internet advertising

19    for Smucker Natural product?

20          A    No.   I never thought it was an issue because it

21    had the four ingredients, and I thought it was natural,

22    so no.

23          Q    You never looked at any magazine or newspaper

24    articles?

25               MR. STRAUB:  Objection.  Asked and answered.

Page 175

1    dumb talking about the science stuff, but I just -- I

2    don't feel comfortable.  I know what like mold things and

3    derivative, and I know what the mold does to people with

4    stomach issues.  At least I know about the stomach.

5         You are shaking your -- I don't -- I'm not

6    going to be a scientist here.  I just don't want -- I

7    feel affected.

8         Q    Okay.  And what is the source of the damage

9    that you contend was caused by my client's product to

10   you?

11        MR. STRAUB:  Objection.  Vague.  Legal

12   conclusion.

13        Q    BY MR. ROTHSTEIN:  Go ahead.

14        A    Just that we're paying full -- a high price for

15   something that says natural that's not natural.  It's

16   not -- it's not just about me.  I'm really here to help

17   people that have paid for this get money back for each

18   bottle that they bought just for the purpose of it being

19   natural.

20        Q    But your problem with it is that it contains

21   citric acid; is that right?

22        A    Yes.

23        Q    Okay.

24        A    That the citric acid isn't natural.  Not that

25   it contains it, but the citric acid isn't natural.

Page 178

1    a SCOBY, which is like a living -- they call it the

2    mother, and you keep it in, and then it grows.  Like it's

3    not a natural thing that happens.  It's a thing that's

4    like provoked to happen to like make things quicker,

5    faster, cheaper, and more -- so that they don't go bad,

6    so they don't lose money.  Like, it's just a money thing

7    to me it's feeling like.

8           I just don't feel it's natural if it's made

9    with a product -- I mean, made with whatever it is.  It's

10   not a natural mold.  It's not even a natural mold.

11          I don't believe in the process.  I don't like

12   that process.  I don't want to eat that process.

13       Q    Okay.  All right.  Had you known that the

14   product that you purchased made by my client, the Smucker

15   Natural Fruit Spread product, contained citric acid, how

16   much less would you have paid for it?

17          MR. STRAUB:  Objection.  It calls for

18   speculation.

19          THE WITNESS:  I wouldn't have bought it if I

20   knew that this mold -- like human-created mold situation.

21   I wouldn't have bought it, honestly.

22       Q    BY MR. ROTHSTEIN:  Okay.  So it's not an issue

23   of overpaying for the product or paying a premium for the

24   product to you; it is that you simply would not have

25   purchased the product at all?

Page 179

```
 1        A    Well, I only pay overprice for something that
 2   I -- is natural.  Like again, those four ingredients,
 3   that's what I wanted to believe was natural in my house.
 4   So that's -- like that four ingredients, I told you I
 5   like the less ingredient things, so that to me was like,
 6   okay, like, this is fine, and then finding out that it
 7   wasn't.
 8            No, I wouldn't have -- I only would pay money
 9   for something that I feel is natural, clean, no -- no
10   preservatives, none of that.
11        Q    So you're telling me that had you known that
12   the product contained citric acid, you would not have
13   bought it at all?
14        A    Citric acid from mold, no.
15        Q    Okay.
16        A    No.  I don't want a lab process.  I want --
17   like when a product says natural, I expect it to come
18   directly from nature, not a lab process.
19        Q    So you're not claiming that you overpaid for
20   the product, right?
21        A    Well, I definitely overpaid, because if it
22   wasn't natural, I could have just got something that
23   wasn't -- that was cheaper that wasn't good.
24            So yeah, I definitely feel like me and
25   everybody that bought it overpaid, because I think a lot
```

Page 180

1    of people buy it just because it's natural.  That's why I
2    bought it.
3         Q    Okay.  But you believe that you overpaid to the
4    tune of the entire purchase price, because you never
5    would have bought it in the first place, right?
6         A    With mold, yes.  I wouldn't have bought it with
7    mold.  Overpaid in general, yes.
8         Q    Bear with me for just a second.  I apologize.
9    I had a document up on my screen and I just lost it, so
10   I'm just gonna locate it here real quickly and bring it
11   back up.
12        A    Okay.
13        Q    Just bear with me for another second.
14             Okay.  I would like for Jorge, if you could,
15   please mark as the next exhibits the -- sorry, I'm not
16   seeing it here now, so give me one second.  Mark as the
17   next exhibit, Exhibit 4 or -- yeah, I believe it's
18   Exhibit 4 from my private location.
19             MR. ASTORGA:  Will do.
20             MR. ROTHSTEIN:  And Exhibit 5, please.  And tab
21   3, please, and tab 5A, please.  Okay.
22             Jorge, are they in?
23             MR. ASTORGA:  I'm on the last one.
24             (Deposition Exhibit No. 3 was marked for
25   identification.)

Page 226

1    clear, what aspect of the creation of citric acid in
2    connection with the Smucker Natural product that you
3    purchased do you claim is not natural?
4        A    The whatever -- whatever goes in to creating
5    the solvent, that mold, it's just not natural.  It's just
6    a process that happens in a lab, in a factory.  That's
7    not from the earth.  It's just not natural.  Like nobody
8    can deny that.
9             Natural is my sourdough bread fermenting in my
10   kitchen.  That's natural to me.
11       Q    How much more time do you expect to spend on
12   this lawsuit going forward?
13       A    I want to help people get their money back for
14   things that they -- that aren't true, the claims that
15   aren't -- natural claims that aren't true.  So I'll fight
16   until I need to for the people.  Like no one else is
17   doing it.
18       Q    Okay.  And you said to get their money back.
19   How much money back are you trying to get for consumers?
20       A    I guess the $50 a bottle that they paid.
21       Q    50?
22       A    Well, I don't know the -- I don't know that
23   number.  I just -- whatever they paid on their bottles
24   for their products, I would feel really good.
25       Q    They should get the entire purchase price back?

Page 241

```
 1                    C E R T I F I C A T E
 2
 3
 4      STATE OF CALIFORNIA        )
 5                                 )    ss:
 6      COUNTY OF LOS ANGELES      )
 7
 8
              I HEREBY CERTIFY that the foregoing transcript
 9      was taken before me; that I was then and there a
        Registered Professional Reporter and Registered Merit
10      Reporter, License No. 14315 in the State of California;
        that the witness before testifying was duly sworn by me
11      to testify to the whole truth; that the questions
        propounded by counsel and the answers of the witness
12      thereto were taken down by me in shorthand and thereafter
        transcribed under my direction; and that the foregoing
13      pages contain a full, true, and accurate transcript of
        all deposition testimony and proceedings had, all done to
14      the best of my skill and ability.
15              I FURTHER CERTIFY that I am in no way related
        to, nor employed by any of the parties hereto, nor am I
16      in any way interested in the outcome.
17              I have no direct contract with any party in
        this action and my compensation is based solely on the
18      terms of my subcontractor agreement.
19              Nothing in the arrangements made for this
        proceeding impacts my absolute commitment to serve all
20      parties as an impartial officer of the court.
21              DATED this 18th day of February, 2026.
22
23
24
                     MARCELLA L. DAUGHTRY, RPR, RMR, CRR
25                   CA CSR 14315
```