Ronald Rothstein (*pro hac vice*)
RRothste@winston.com
WINSTON & STRAWN LLP
300 North LaSalle Drive, Suite 4400
Chicago, Illinois 60654-3406
Telephone: +1 312-558-5600

Jared Kessler (*pro hac vice*)
JRKessler@winston.com
WINSTON & STRAWN LLP
200 South Biscayne Boulevard, Suite 2400
Miami, Florida 33131
Telephone: +1 305-910-0500

Shawn R. Obi (SBN: 288088)
SObi@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, Suite 3800
Los Angeles, California 90071
Telephone: +1 213-615-1700

*Attorneys for Defendant*
*The J. M. Smucker Company*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADINA RINGLER, KRISTA ROBLES, JAY SMITH, and JANA RABINOWITZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE J. M. SMUCKER COMPANY,<br><br>Defendant. | Case No. 2:25-cv-01138-AH-E<br><br>Hon. Anne Hwang<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION FOR EXTENSION TO FILE OPPOSITION TO CLASS CERTIFICATION MOTION**<br><br>Hearing Date: March 25, 2026<br>Time: 1:30 p.m.<br>Courtroom: 9C, 9th Floor |

# NOTICE OF MOTION AND MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE** that on March 25, 2026 at 1:30 p.m., or as soon thereafter as this matter can be heard, in the Courtroom of the Honorable Charles F. Eick (Courtroom 750) of the above-entitled Court, located at the Edward R. Roybal Federal Building and United States Courthouse, 55 E. Temple Street, Los Angeles, California 90012, Defendant The J. M. Smucker Company ("Defendant") will and hereby does move for a 60 day extension to file its Opposition to Plaintiff's class certification motion to a new deadline of June 8, 2026, and an extension of the Opposition's word limit to 14,000 words. Defendant respectfully requests that its deadline to complete any expert reports upon which Defendant relies in its motion, and its deadline to file any *Daubert* motion as to Plaintiffs' experts, also be set for June 8, 2026. Additionally, pursuant to Local Rule 6–1, Defendant respectfully requests the Court order a shorter timeline to serve notice of this motion upon Plaintiffs and allow for a March 25, 2026 hearing on this motion, or another date in advance of April 8, 2026.

This Motion is based on this Notice, Defendant's Motion for Extension to File Opposition to Class Certification Motion, the accompanying Declaration of Ronald Y. Rothstein, all pleadings, papers, and documents on file herein, and any other written or oral submissions that may be presented at or before the hearing on this Motion. This Motion is made following the videoconference of counsel pursuant to Civil L.R. 7–3, which took place on February 26, 2026. The parties were unable to reach a resolution during the meet and confer.

| | | |
|---|---|---|
| 1 | Dated: February 27, 2026 | WINSTON & STRAWN LLP |
| 2 | | |
| 3 | | By: */s/ Ronald Rothstein* |
| 4 | | Ronald Rothstein (*pro hac vice*)<br>RRothste@winston.com<br>WINSTON & STRAWN LLP |
| 5 | | 300 North LaSalle Drive, Suite 4400<br>Chicago, Illinois 60654-3406 |
| 6 | | Telephone: +1 312-558-5600 |
| 7 | | |
| 8 | | Jared Kessler (*pro hac vice*)<br>JRKessler@winston.com<br>WINSTON & STRAWN LLP |
| 9 | | 200 South Biscayne Boulevard, Suite 2400<br>Miami, Florida 33131 |
| 10 | | Telephone: +1 305-910-0500 |
| 11 | | Shawn R. Obi (SBN: 288088)<br>SObi@winston.com |
| 12 | | WINSTON & STRAWN LLP<br>333 South Grand Avenue, Suite 3800 |
| 13 | | Los Angeles, California 90071<br>Telephone: +1 213-615-1700 |
| 14 | | |
| 15 | | *Attorneys for Defendant*<br>*The J. M. Smucker Company* |