**CROSNER LEGAL, P.C.**
Craig W. Straub (SBN 249032)
*craig@crosnerlegal.com*
Lilach H. Klein (SBN 323202)
*lilach@crosnerlegal.com*
Michael T. Houchin (SBN 305541)
*mhouchin@crosnerlegal.com*
Zachary M. Crosner (SBN 272295)
*zach@crosnerlegal.com*
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429
***Attorneys for Plaintiffs and the Proposed Class***

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADINA RINGLER, KRISTA ROBLES, JAY SMITH, and JANA RABINOWITZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE J.M. SMUCKER COMPANY,<br><br>Defendant. | Case No. 2:25-cv-01138-AH-E<br><br>**DECLARATION OF LILACH KLEIN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR EXTENSION**<br><br>Date:   March 25, 2026<br>Time:   1:30 p.m.<br>Ctrm:   9C<br>Judge:  Hon. Anne Hwang<br><br>Complaint Filed: Feb. 10, 2025<br>Trial Date:      Feb. 23, 2027 |

I, Lilach H. Klein, hereby declare the following:

1.  I am a member in good standing of the State Bar of California and the Central, Northern, Southern, and Eastern Districts of California, and I, along with my colleagues, represent Plaintiffs Adina Ringler, Krista Robles, Jay Smith, and Jana Rabinowitz ("Plaintiffs") in the above-captioned action. I submit this Declaration in Support of Plaintiffs' Opposition to Defendant's Motion for Extension. I make this Declaration based on my personal knowledge and if called to testify, I could and would competently testify to the matter contained herein.

2.  Just five minutes after Plaintiffs filed expert declarations in support of their Motion, Defendant sent Plaintiffs' counsel an email requesting an additional 60 days to file an opposition to Plaintiffs' Motion for Class Certification and sought a 7,000-word increase. Plaintiffs did not agree to a 7,000-word increase because their Motion for Class Certification was limited to 7,000 words. Plaintiffs did, however, agree to give Defendant 60 days to file an opposition if Defendant agreed to a reciprocal 60 days for Plaintiffs to file a Reply and address Defendant's *Daubert* motions. Defendant refused, offered no alternative, and, the very next day, filed a motion for extension that did not comply with Local Rules 6-1 or 7-3.

3.  Defendant's deposition subpoenas, which Plaintiffs' counsel have agreed to accept for service, require the experts to bring requested documents to the deposition.

4.  Plaintiffs served discovery responses and objections on November 14, 2025. Defendant waited until February 27, 2026 to serve a joint discovery brief regarding Plaintiffs' responses and objections to Defendant's discovery requests.

5.  Defendant deposed each Plaintiff for several hours and was free to, and did, question them about engagement letters.

6.  Defendant produced what it claimed was its "final" production of documents on December 30, 2025, leaving Plaintiffs less than two months to prepare their Motion for Class Certification. Defendant then produced another 165 pages of

1

*Ringler, et al. v. The J.M. Smucker Company*, Case No. 2:25-cv-01138-AH-E
DECLARATION IN SUPPORT OF OPPOSITION TO MOTION FOR EXTENSION

documents on February 4 and 442 pages of documents on February 24, the night before Plaintiffs' Motion for Class Certification was due. Defendant also produced an additional 360 pages of documents on March 2, 2026, after Plaintiffs already filed their Motion.

7. Based on Defendant's representation that it intends to file three *Daubert* motions and serve rebuttal expert reports, three weeks will not provide sufficient time for Plaintiffs to: (1) file a reply in support of class certification; (2) depose three rebuttal experts; (3) prepare and file three oppositions to Defendant's *Daubert* motions; and (4) prepare and file three expert rebuttal *Daubert* motions. Accordingly, Plaintiffs respectfully request, and good cause exists to grant, the following briefing schedule:

| Motion | Prior Deadline | Proposed Deadline |
|---|---|---|
| Defendant's Opposition to Class Certification and any *Daubert* Motions | April 8, 2026 | April 8, 2026 |
| Plaintiffs' Reply Brief, Opposition to *Daubert* Motions, and any *Daubert* Motions in connection with class certification | April 29, 2026 | June 29, 2026 |

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on this 4th day of March, 2026 in Sacramento, California.

By:    */s/ Lilach H. Klein*
         Lilach H. Klein

2

*Ringler, et al. v. The J.M. Smucker Company*, Case No. 2:25-cv-01138-AH-E
DECLARATION IN SUPPORT OF OPPOSITION TO MOTION FOR EXTENSION