Ronald Rothstein (*pro hac vice*)
RRothste@winston.com
WINSTON & STRAWN LLP
300 North LaSalle Drive, Suite 4400
Chicago, Illinois 60654-3406
Telephone: +1 312-558-5600

Jared Kessler (*pro hac vice*)
JRKessler@winston.com
WINSTON & STRAWN LLP
200 South Biscayne Boulevard, Suite 2400
Miami, Florida 33131
Telephone: +1 305-910-0500

Shawn R. Obi (SBN: 288088)
SObi@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, Suite 3800
Los Angeles, California 90071
Telephone: +1 213-615-1700

*Attorneys for Defendant*
*The J. M. Smucker Company*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADINA RINGLER, KRISTA ROBLES, JAY SMITH, and JANA RABINOWITZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE J. M. SMUCKER COMPANY,<br><br>Defendant. | Case No. 2:25-cv-01138-AH-E<br><br>Hon. Anne Hwang<br><br>**SUPPLEMENTAL DECLARATION OF RONALD Y. ROTHSTEIN IN SUPPORT OF DEFENDANT'S MOTION FOR EXTENSION TO FILE OPPOSITION TO CLASS CERTIFICATION MOTION**<br><br>Hearing Date: March 25, 2026<br>Time: 1:30 p.m.<br>Courtroom: 9C, 9th Floor |

## DECLARATION OF RONALD Y. ROTHSTEIN

I, Ronald Y. Rothstein, declare as follows:

1. I am an attorney admitted *pro hac vice* to appear before this Court in the above-captioned action. I am a partner with the law firm Winston & Strawn LLP. I am serving as lead counsel for Defendant The J. M. Smucker Company ("Defendant") in connection with the current proceedings. I make the following supplemental declaration in support of Defendant's Motion for Extension to file its Opposition to Plaintiffs' Motion for Class Certification ("Motion") and a word-limit extension to 14,000 words. I am over the age of eighteen and am competent to make this declaration. I have personal knowledge of the following facts and, if called to testify to them, could and would competently do so.

2. I previously submitted a declaration in support of Defendant's Motion on February 27, 2026. *See* Dkt. No. 90–2. I submit this supplemental declaration to update the Court regarding subsequent meet-and-confer efforts between the parties and to address certain representations made in Plaintiffs' Opposition to the Motion filed on March 4, 2026.

3. As set forth in my prior declaration, the parties met and conferred via videoconference on February 26, 2026. During that conference, Plaintiffs rejected Defendant's request for a 60-day extension and declined to consent to a word-limit extension to 14,000 words. Plaintiffs' only counterproposal was that they would agree to a 60-day *total* period for Defendant's Opposition to Plaintiffs' Motion for Class Certification ("Class Certification Opposition") only if Plaintiffs were granted an *additional* 60 days to file their reply in support of their Motion for Class Certification ("Class Certification Reply").

4. Based on representations made in Plaintiffs' Opposition that they believed additional compromise was expected and hoped for, and in continuing efforts to resolve this dispute without Court intervention, the parties engaged in an additional meet and

confer on March 9, 2026. There, I asked Plaintiff's counsel, Mr. Craig W. Straub, if he had another proposal to offer and his response was to repeat the same offer he made at the February 26 meet and confer. He asked me to respond, and I proposed a reasonable compromise: Defendant would receive 60 additional days to file its Class Certification Opposition, and Plaintiffs would receive 30 additional days beyond the current deadline for their Class Certification Reply. I further proposed that Defendant's Class Certification Opposition be limited to a total of 40 pages. This proposal was designed to balance Defendant's legitimate need for additional time, given the volume and complexity of Plaintiffs' expert submissions and the multiple tasks Defendant must accomplish before filing its Opposition, with Plaintiffs' interest in a timely resolution of the class certification briefing.

5. Mr. Straub rejected this proposal. When I asked if he had another proposal or any counteroffers, he had nothing further to offer.

6. Plaintiffs' demand for day-for-day parity between Defendant's Class Certification Opposition and Plaintiffs' Class Certification Reply deadlines fundamentally distorts the nature of class certification briefing. A reply brief is, by definition, limited to addressing arguments raised in the opposition and does not allow for the introduction of new evidence. The scope of preparation is far less.

7. Plaintiffs' rigid insistence on this demand, and refusal to provide any counteroffer or engage in meaningful negotiation, reaffirms why the February 26 meet and confer resulted in no agreement on the issues raised.

8. Defendant has acted in good faith throughout this entire process: it promptly notified Plaintiffs of its need for additional time on February 25, 2026—the same day Plaintiffs filed their Motion for Class Certification—and has consistently offered concrete, reasonable proposals at each meet-and-confer. Plaintiffs' repeated insistence on receiving the same exact extension for their reply has no support in law or practice and has rendered genuine negotiation impossible.

9. I certify under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

10. I certify that the parties met by videoconference, thoroughly discussed each and every issue raised in the motion, and attempted in good faith to resolve the motion in whole or in part.

Executed on March 10, 2026 in the United States of America.

Dated: March 10, 2026                     WINSTON & STRAWN LLP

By: */s/ Ronald Rothstein*
Ronald Rothstein (*pro hac vice*)
RRothste@winston.com
WINSTON & STRAWN LLP
300 North LaSalle Drive, Suite 4400
Chicago, Illinois 60654-3406
Telephone: +1 312-558-5600

Jared Kessler (*pro hac vice*)
JRKessler@winston.com
WINSTON & STRAWN LLP
200 South Biscayne Boulevard, Suite 2400
Miami, Florida 33131
Telephone: +1 305-910-0500

Shawn R. Obi (SBN: 288088)
SObi@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, Suite 3800
Los Angeles, California 90071
Telephone: +1 213-615-1700

*Attorneys for Defendant*
*The J. M. Smucker Company*