UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.  2:25-cv-01138-AH-(Ex) | Date  March 13, 2026 |
| Title  *Adina Ringler v. The J.M. Smucker Company* | |

Present: The Honorable   Anne Hwang, United States District Judge

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO CLASS CERTIFICATION [DKT. NO. 90]

Before the Court is Defendant The J. M. Smucker Company's ("Defendant") Motion for Extension to File Opposition to Class Certification Motion ("Motion"). Dkt No. 90.  Plaintiffs Adina Ringler, Krista Robles, Jay Smith, and Jana Rabinowitz ("Plaintiffs") filed an Opposition and Defendant filed a Reply.  Opp'n, Dkt. No. 92; Reply, Dkt. No. 93.  The Court finds this matter appropriate for resolution without a hearing and VACATES the hearing set for March 25, 2026. *See* Fed. R. Civ. P. 78; C.D. Cal. R. 7-15.  The Court has reviewed the papers and amends the class certification briefing schedule as follows:

Defendant's Opposition is due on or before May 13, 2026.

Plaintiffs' Reply is due on or before June 3, 2026.

The May 27, 2026 hearing on the Motion for Class Certification is continued to June 24, 2026 at 1:30 p.m.  The Court has also reviewed Defendant's request to increase the Opposition's word limit and does not find that it sets forth with specificity good cause to grant Defendant leave to file a motion that is double the

7,000 word limit provided for in Local Rule 11-6.  *See Gordon v. Newsom*, 2024 WL 5411360, at *1 (C.D. Cal. Nov. 20, 2024) ("These [word and] page limits are not mere formalities.  They are important.  [These] limits promote judicial economy and encourage litigants to hone their arguments and to eliminate excessive verbiage.") (citation and internal quotation marks omitted) (alterations in original).  Defendant's request to increase the Opposition's word limit to 14,000 words is **DENIED without prejudice**.

**IT IS SO ORDERED.**