# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADINA RINGLER, KRISTA ROBLES, JAY SMITH, and JANA RABINOWITZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE J. M. SMUCKER COMPANY,<br><br>Defendant. | **Case No. 2:25-cv-01138-AH-Ex**<br><br>**ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE DOCUMENTS UNDER SEAL   [91]**<br><br>Hon. Anne Hwang |

Before this Court is Plaintiffs' Application to File Documents Under Seal in Connection with Plaintiffs' Motion for Class Certification (Dkt. 84). Having considered the Application and the proposed documents to be filed under seal, the Court concludes that good cause exists to maintain sealing over the documents. Accordingly, the Court hereby **GRANTS** Plaintiffs' Application to File Documents Under Seal.

Plaintiffs shall promptly file the following documents under seal in the electronic docket: Entirety of Exhibits 4–18 attached to the Declaration of Craig W. Straub in Support of Plaintiffs' Motion for Class Certification.

**IT IS SO ORDERED.**

Dated: APRIL 9, 2026                    By: _____
                                             Hon. Anne Hwang,
                                             United States District Judge