CROSNER LEGAL, P.C.
Craig W. Straub (SBN 249032)
*craig@crosnerlegal.com*
Lilach H. Klein (SBN 323202)
*lilach@crosnerlegal.com*
Michael T. Houchin (SBN 305541)
*mhouchin@crosnerlegal.com*
Zachary M. Crosner (SBN 272295)
*zach@crosnerlegal.com*
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429

Attorneys for Plaintiffs

[additional counsel listed in signature]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADINA RINGLER, KRISTA ROBLES, JAY SMITH, and JANA RABINOWITZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE J.M. SMUCKER COMPANY,<br><br>Defendant. | Case No. 2:25-cv-01138-AH-E<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Adina Ringler, Krista Robles, Jay Smith, and Jana Rabinowitz ("Plaintiffs") and Defendant The J.M. Smucker Company by and through their respective counsel, hereby stipulate to dismissal of the above-captioned action (the "Action") as follows: (1) Plaintiffs' individual claims in the Action are dismissed with prejudice; (2) any putative class claims in the Action are dismissed without prejudice; and (3) each party is to bear its own attorneys' fees, costs, and expenses.

Respectfully submitted,

Dated: April 29, 2026         CROSNER LEGAL, P.C.

By: */s/ Craig W. Straub*
Craig W. Straub (SBN 249032)
craig@crosnerlegal.com
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429

*Attorneys for Plaintiffs*

Dated: April 29, 2026         WINSTON & STRAWN LLP

By: */s/ Ronald Y. Rothstein*
Ronald Y. Rothstein (*pro hac vice*)
RRothstein@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601-9703
Telephone:  +1 312-558-5600

Jared R. Kessler (*pro hac vice*)
JRKessler@winston.com
WINSTON & STRAWN LLP
200 South Biscayne Boulevard, Suite 2400
Miami, Florida 33131
Telephone:  +1 305-910-0500

Shawn R. Obi (SBN: 288088)
SObi@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: +1 213-615-1700

*Attorneys for Defendant*

1

## <u>ATTESTATION PURSUANT TO CIVIL L.R. 5-4.3.4</u>

The undersigned filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated:  April 29, 2026                    /s/ Craig W. Straub
                                        Craig W. Straub

2

*Ringler, et al. v. The J.M. Smucker Company*, Case No. 2:25-cv-01138-AH-E
                                        STIPULATION OF VOLUNTARY DISMISSAL