UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **CV 25-1138-AH(Ex)** | | Date | May 4, 2026 |
| --- | --- | --- | --- | --- |
| Title | Adina Ringler v. The J.M. Smucker Company | | | JS-6 |

Present: The Honorable    ANNE HWANG, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
| --- | --- |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| --- | --- |
| NONE PRESENT | NONE PRESENT |

**Proceedings:**        **IN CHAMBERS- ORDER AND NOTICE TO ALL PARTIES**

In light of the Stipulation of dismissal [99], the Court hereby closes this case.

All pending hearings and motions are now taken off calendar and vacated.

IT IS SO ORDERED.


cc: all parties